UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., a nonprofit organization on behalf of members residing in Georgia; SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, a Georgia nonprofit organization; ERIC T. WOODS; KATIE BAILEY GLENN; PHIL BROWN; JANICE STEWART, <br><br> *Plaintiffs*, <br><br> vs. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia. <br><br> *Defendant*. | Case No. 1:21-CV-05337-SCJ |

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

**EXPEDITED TREATMENT REQUESTED**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs ALPHA PHI ALPHA FRATERNITY, INC., SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, ERIC T. WOODS, KATIE BAILEY GLENN, PHIL BROWN, and JANICE STEWART (collectively,

1

"Plaintiffs"), respectfully move the Court for an Order enjoining Defendant Georgia Secretary of State BRAD RAFFENSPERGER from holding elections under Georgia Senate Bill 1EX and Georgia House Bill 1EX (collectively, the "2021 Senate and House Plans"), redistricting plans that were adopted during the 2021 Georgia legislative session, and to require instead that future elections be conducted under redistricting plans that do not abridge or dilute the ability of Black voters to elect candidates of their choice.

For the reasons set forth in detail in Plaintiffs' accompanying Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction, Plaintiffs have established that they are likely to succeed on the merits of their claim that the newly adopted districting schemes unlawfully dilute the voting strength of Black Georgians in violation of Section 2 of the Voting Rights Act. Further, holding elections using the 2021 Senate and House Plans would irreparably harm Plaintiffs and other Black voters across the State; this harm outweighs any harm Defendant would suffer were the Court to order the relief sought by Plaintiffs; the balance of hardships weighs in Plaintiffs' favor; and a preliminary injunction is in the public interest.

Plaintiffs respectfully request that the Court expedite consideration of this motion in light of the following upcoming 2022 election-related deadlines: Candidate qualifying begins March 7 and ends March 11, 2022; the special election

date is March 15, 2022; the special election runoff date is April 12, 2022; the general primary election is May 24, 2022; the general primary runoff is on June 21, 2022; and the general election is on November 8, 2022.

Dated: January 7, 2022.

Respectfully submitted,

/s/ *Sean J. Young*
Sean J. Young (Bar 790399)
*syoung@acluga.org*
Rahul Garabadu (Bar 553777)
*rgarabadu@acluga.org*
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 77208
Atlanta, Georgia 30357
Telephone: (678) 981-5295
Facsimile: (770) 303-0060

/s/ *Debo Adegbile*
Debo Adegbile*
*debo.adegbile@wilmerhale.com*
Alex W. Miller*
*alex.miller@wilmerhale.com*
Maura Douglas*
*maura.douglas@wilmerhale.com*
Eliot Kim*
*eliot.kim@wilmerhale.com*
WILMER CUTLER PICKERING HALE AND DORR LLP
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

/s/ *Sophia Lin Lakin*
Sophia Lin Lakin*
*slakin@aclu.org*
Ari J. Savitzky*
*asavitzky@aclu.org*
Jennesa Calvo-Friedman*
*jcalvo-friedman@aclu.org*
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
Telephone: (212) 519-7836
Facsimile: (212) 549-2539

George P. Varghese*
*george.varghese@wilmerhale.com*
Denise Tsai*
*denise.tsai@wilmerhale.com*
Tae Kim*
*tae.kim@wilmerhale.com*
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

3

Facsimile: (212) 230-8888

Anuradha Sivaram*
*anuradha.sivaram@wilmerhale.com*
Edward Williams*
*ed.williams@wilmerhale.com*
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Charlotte Geaghan-Breiner*
*charlotte.geaghan-breiner@wilmerhale.com*
WILMER CUTLER PICKERING HALE
AND DORR LLP
2600 El Camino Real
Suite 400
Palo Alto, CA 94306
(650) 858-6000 (t)
(650) 858-6100 (f)

*Attorneys for Plaintiffs*

*Pro Hac Vice Pending

4

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

*/s/ Rahul Garabadu*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused to be served the foregoing *Plaintiffs' Motion for a Preliminary Injunction* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel or parties of record on the service list:

This 7th day of January, 2022.

*/s/ Rahul Garabadu*