# EXHIBIT F

## DECLARATION OF KATIE BAILEY GLENN

My name is Katie Bailey Glenn and I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, I state the following:

1. I live at 140 Greenway Park Drive, McDonough, Georgia, 30253 with my son. I thus reside in State Senate District 17 under the new State Senate map recently adopted by the State.

2. I am African-American.

3. I was born and raised in Macon, Georgia but moved to McDonough, Georgia in the 1960s, and have lived here ever since. I have lived at the Greenway Park Drive address for over 50 years and I am registered to vote at that address.

4. I am politically engaged and have voted consistently for years, including in elections for State Senate and State House.

5. I have a Master's degree in Education.

6. I served as a schoolteacher for over 35 years, and taught English and French. I retired in 1977.

7. In addition to my teaching duties, I also worked with the State of Georgia and helped to certify new teachers before my retirement.

8. I currently volunteer with the Henry County Retired Teachers' Association.

9. I am an active member of my church, Wesley Chapel United Methodist Church.

10. I am concerned about the fairness of the redistricting process in the State of Georgia. I believe that the way that the lines have been drawn in the redistricting process is unfair and does not give everyone a voice in the political process. I think this is especially true for African American voters like myself.

11. I declare under penalty of perjury that the foregoing is true and correct.

DATED this 22 day of December, 2021.

By: *Katie Bailey Glenn*

Katie Bailey Glenn