# EXHIBIT G

## DECLARATION OF PHIL S. BROWN

My name is Phil S. Brown and I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, I state the following:

1. I live at 18174 U.S. Highway 1 N., Wrens, Georgia 30833 with my two grandchildren. I thus reside in State Senate District 23 under the new State Senate map recently adopted by the State.

2. I am African-American.

3. I was born and raised in Wrens, GA, and have lived here all my life. I am registered to vote at the U.S. Highway 1 N. address.

4. I am politically engaged and have voted consistently for years, including in elections for State Senate and State House.

5. I intend to vote in the next election for State Senate and State House.

6. I have served as a poll worker and poll manager in my community for over 10 years.

7. I am currently retired, but was a factory worker before retirement.

8. I am an active member of the AME Church, and worship at the Lofton Circuit AME Church in Wrens, Georgia.

9. I also serve as the Steward Pro Tem at the Lofton Circuit AME Church.

10. I believe that the redistricting process should be fair to all voters, regardless of the color of their skin or their income level. I am concerned because I believe that African American voices will not be reflected in a fair way by the lines that the State has drawn.

11. I declare under penalty of perjury that the foregoing is true and correct.

DATED this 28 day of Dec., 2021.

By: *(signature)*

Phil S. Brown