# EXHIBIT H

## DECLARATION OF JANICE STEWART

My name is Janice Stewart and I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, I state the following:

1. I live at 2313 Cassidy Road, Thomasville, GA 31792 with my husband and daughter. I thus reside in State House District 173 under the new State House map recently adopted by the State.

2. I am African-American.

3. I was born and raised in Mitchell County, Georgia but moved to Thomas County, Georgia about 30 years ago, and have lived here ever since. I have lived at the Cassidy Road address for about 30 years and I am registered to vote at that address.

4. I am politically engaged and have voted consistently for years, including in elections for State Senate and State House.

5. I intend to vote in the next election for State Senate and State House.

6. I have earned a number of degrees, including a Master's in Business Administration (MBA) and a Master's in

Management. I currently work as a senior administrative assistant at a large company.

7. I am an active member of my church, Saint Peter AME Church, Camilla.

8. I believe that redistricting should be done in a way that is fair to all voters. I know that redistricting has a big impact on my community, and an unfair redistricting process can affect voters in my community for many years.

9. I declare under penalty of perjury that the foregoing is true and correct.

DATED this 29th day of December, 2021.

By: _____

Janice Stewart