# EXHIBIT I

## DECLARATION OF ERIC T. WOODS

My name is Eric T. Woods and I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, I state the following:

1. I live at 285 Park Haven Lane, Tyrone, GA 30290 with my wife and three children. I thus reside in State Senate District 16 under the new State Senate map recently adopted by the State.
2. I am African-American.
3. I was born and raised in Detroit, Michigan but moved to Fayette County, Georgia in 2008, and have lived here ever since. I have lived at the Park Haven Lane address for about 10 years and I am registered to vote at that address.
4. I am politically engaged and have voted consistently for years, including in elections for State Senate and State House.
5. I intend to vote in the next election for State Senate and State House.
6. I earned a Master's Degree in 1999.
7. I previously served in the army for 26 years.
8. I care deeply about my community and about the fairness of the redistricting process. I believe that the redistricting process should have been fairer to members of my community, including the African American community.
9. I declare under penalty of perjury that the foregoing is true and correct.

DATED this 29 day of DECEMBER 2021.
By: _____
Eric T. Woods