# EXHIBIT J

| |
|---|
| ALPHA PHI ALPHA FRATERNITY INC., *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia. <br><br> *Defendant*. |

## DECLARATION OF SHERMAN LOFTON, JR., ON BEHALF OF ALPHA PHI ALPHA FRATERNITY INC.

My name is Sherman Lofton, Jr. I am over the age of twenty-one (21) years of age and am fully competent to execute this Declaration. I have knowledge of the facts recited here, which are true and correct, and are based on my personal knowledge. Under penalty of perjury, I state the following:

1. I am the Georgia District Director of Alpha Phi Alpha Fraternity Inc. ("Alpha Phi Alpha"), the Nation's oldest Black fraternity. Alpha Phi Alpha is a Plaintiff in this action.

2. Alpha Phi Alpha is the first intercollegiate Greek-letter fraternity established for Black Men. The organization was founded in 1906 at Cornell University in Ithaca, New York.

3. I have been involved with Alpha Phi Alpha since 1995, and served in various leadership roles prior to serving as Georgia District Director beginning in 2019. I have served on the Georgia District Board of Directors since 1996. Through my prior leadership positions in Alpha Phi Alpha, I supervised our programming and chapters in the metro Atlanta region, including Cobb, Henry, Spalding, and Coweta counties.

4. As Georgia District Director, I support the initiatives and programming of the Regional Vice President with Alpha Phi Alpha's Georgia chapters. In addition to overseeing initiatives, programs, projects, and intakes, I am the lead representative for the Georgia District Association and serve as a spokesperson for the fraternity in the State.

5. Alpha Phi Alpha has over 3,000 members across Georgia. Many of these members are Black Georgians who are registered voters. Members of our organization live in every region of the State, including in Metro Atlanta, Augusta and the surrounding counties, Southwestern Georgia (including the counties around Columbus and Albany), and other counties across the state.

6. Specifically, members of our organization live in and around new Georgia Senate Districts 16 and 17 and the newly-drawn House Districts drawn in those same areas, including House Districts 74, 114, 117, and 134, including, without limitation, in Fayette County, Spalding County, Henry County, Newton County, and other counties in the area. For example, one of our members, Brother Harry Mays, resides in House District 117.

7. Our members also live in and/or around the area that comprises new Georgia Senate District 23 (as well as the new House Districts drawn in and/or around the same area, such as House Districts 128 and 133), including, without limitation, in Richmond County (which includes Augusta) as well as various nearby counties, such as Burke County, Jefferson County, and Baldwin County.

8. Alpha Phi Alpha also has members living in and/or around the area that comprises new Georgia House Districts 171 and 173 (as well as other new House Districts drawn in and/or around the same area), including, without limitation, in Dougherty County (which includes Albany) as well as various nearby counties, including, among a number of others, Mitchell County and Thomas County.

9. Members of Alpha Phi Alpha in the Georgia District include Black registered voters who I understand reside in the new State Senate and State House districts discussed above, but who would reside in the illustrative

additional majority-Black State Senate and State House districts presented by Plaintiffs in this case that could have and should have been drawn in the above-discussed areas.

10. Alpha Phi Alpha has historically made raising the civic participation of its members and Black Americans an organizational priority. Beginning in the 1930s, Alpha Phi Alpha created a National Program called "A Voteless People is a Hopeless People," which seeks to enhance Black civic participation and voting. Through the "A Voteless People is a Hopeless People" National Program, Alpha Phi Alpha focuses on voter education, registration, civic awareness, and empowerment.

11. The Georgia District is one of the most active segments of the fraternity in community engagement. The District prioritizes social justice, voter enfranchisement, criminal justice, education, and anti-poverty initiatives in its activities. With additional representation in the State legislature, Black voters in Georgia could exert more political pressure on our state government to address systemic inequality and continuing discrimination in these areas, particularly when it comes to voting rights, criminal justice, the school-to-prison pipeline, and educational resources.

12. Alpha Phi Alpha actively registers voters through its "First of All, We Vote" initiative, holds events to raise political awareness and empower Black

communities, and fights efforts to diminish Black political power. The Georgia District of Alpha Phi Alpha has advocated at the state capitol for legislation that expands voting rights for all Georgians and regularly works in local communities to register voters and educate them on their rights.

13. The new maps directly affect those efforts by undermining the ability of Black Georgians, including members of Alpha Phi Alpha, to elect representatives of their choice.

14. On August 11, 2021, I provided public comments on behalf of Georgia members of Alpha Phi Alpha at a redistricting town hall convened by members of the Georgia legislature in Augusta, Georgia. At the town hall, I asked the Chairs of the Redistricting Committees in the House and Senate to make sure that people of color had a voice in the redistricting process. I also asked that the legislature draw maps in a way that is fair and transparent, because the redistricting process would affect the lives of so many Georgians.

15. Georgia's minority population, especially among Black Georgians, has grown over the past decade and drives Georgia's economic growth and national prominence. I have observed this growth and change firsthand as a resident of Henry County, which has both grown in population and become increasingly diverse over the past decade. In my observation, this growth is being driven in part by Black citizens from the larger Atlanta metro, as well as

from around the country, moving to Henry County, deepening the ties of the County's growing Black community to that of the broader region.

16. The proposed Georgia State and House maps do not reflect the growth of the State's minority population, especially in the metro Atlanta area.

17. If the new maps take effect, Alpha Phi Alpha will be forced to divert resources from its voter education and registration programming to the affected districts in order to protect the representation and interests of its members in the community.

18. I declare under the penalty of perjury that the foregoing is true and correct.

Dated this 28th day of December, 2021,

By: /s/ Reginald T. Jackson

Reginald T. Jackson