# EXHIBIT M

**2021 Committee Guidelines**

I.    **HEARINGS AND MEETINGS**

    A.    PUBLIC HEARINGS

        1.    A series of public hearings were held to actively seek public participation and input concerning the General Assembly's redrawing of congressional and legislative districts.

        2.    Video recordings of all hearings are and shall remain available on the legislative website, www.legis.ga.gov

    B.    COMMITTEE MEETINGS

        1.    All formal meetings of the full committee will be open to the public.

        2.    When the General Assembly is not in session, notices of all such meetings will be posted at the Offices of the Clerk of the House or Secretary of the Senate and other appropriate places at least 24 hours in advance of any meeting. Individual notices may be transmitted by email to any citizen or organization requesting the same without charge. Persons or organizations needing this information should contact the Senate Press Office or House Communications Office or the Secretary of the Senate or Clerk of the House to be placed on the notification list.

        3.    Minutes of all such meetings shall be kept and maintained in accordance with the rules of the House and Senate. Copies of the minutes should be made available in a timely manner at a reasonable cost in accordance with these same rules.

II.    **PUBLIC ACCESS TO REDISTRICTING DATA AND MATERIALS**

    A.    Census information databases on any medium created at public expense and held by the Committee or by the Legislative and Congressional Reapportionment Office for use in the redistricting process are included as public records and copies can be made available to the public in accordance with the rules of the General Assembly and subject to reasonable charges for search, retrieval, reproduction and other reasonable, related costs.

    B.    Copies of the public records described above may be obtained at the cost of reproduction by members of the public on electronic media if the material exists on an appropriate electronic medium. Cost of reproduction may include not only the medium on which the copies made, but also the labor cost for the search, retrieval, and reproduction of the records and other reasonable, related costs.

C. These guidelines regarding public access to redistricting data and materials do not apply to plans or other related materials prepared by or on behalf of an individual Member of the General Assembly using the Legislative and Congressional Reapportionment Office, where those plans and materials have not been made public through presentation to the Committee.

## III. REDISTRICTING PLANS

A. GENERAL PRINCIPLES FOR DRAFTING PLANS

1. Each congressional district should be drawn with a total population of plus or minus one person from the ideal district size.

2. Each legislative district of the General Assembly should be drawn to achieve a total population that is substantially equal as practicable, considering the principles listed below.

3. All plans adopted by the Committee will comply with Section 2 of the Voting Rights Act of 1965, as amended.

4. All plans adopted by the Committee will comply with the United States and Georgia Constitutions.

5. Districts shall be composed of contiguous geography. Districts that connect on a single point are not contiguous.

6. No multi-member districts shall be drawn on any legislative redistricting plan.

7. The Committee should consider:

 a. The boundaries of counties and precincts;

 b. Compactness; and

 c. Communities of interest.

8. Efforts should be made to avoid the unnecessary pairing of incumbents.

9. The identifying of these criteria is not intended to limit the consideration of any other principles or factors that the Committee deems appropriate.

B.     PLANS PRODUCED THROUGH THE LEGISLATIVE AND
       CONGRESSIONAL REAPPORTIONMENT OFFICE

    1.     Staff of the Legislative and Congressional Reapportionment Office will be
available to all members of the General Assembly requesting assistance in
accordance with the policy of that office.

    2.     Census data and redistricting work maps will be available to all members
of the General Assembly upon request, provided that (a) the map was
created by the requesting member, (b) the map is publicly available, or (c)
the Legislative and Congressional Reapportionment Office has been
granted permission by the author of the map to share a copy with the
requesting member.

    3.     As noted above, redistricting plans and other records related to the
provision of staff services to individual members of the General Assembly
will not be subject to public disclosure. Only the author of a particular
map may waive the confidentiality of his or her own work product. This
confidentiality provision will not apply with respect to records related to
the provision of staff services to any committee or subcommittee as a
whole or to any records which are or have been previously disclosed by or
pursuant to the direction of an individual member of the General
Assembly.

C.     PLANS PRODUCED OUTSIDE OF THE LEGISLATIVE AND
       CONGRESSIONAL REAPPORTIONMENT OFFICE

    1.     All plans submitted to the Committee will be made part of the public
record and made available in the same manner as other committee public
records.

    2.     All plans prepared outside the Legislative and Congressional
Reapportionment Office must be submitted to that office prior to
presentation to the Committee by a Member of the General Assembly for
technical verification and presentation and bill preparation. All pieces of
census geography must be accounted for in some district.

    3.     The electronic submission of material for technical verification must be
made in accordance with the following requirements or in a manner
specifically approved and accepted by the Legislative and Congressional
Reapportionment Office.

        a.     The submission shall be in electronic format with accompanying
documentation that shows the submitting sponsor of the proposed
plan and contact person for the proposed plan, including email
address and telephone number.

       b.      An electronic map image that clearly depicts defined boundaries, utilizing the 2020 United States Census geographic boundaries, and a block equivalency file containing two columns. The first column shall list the 15-digit census block identification numbers, and the second column shall list the three-digit district identification number. Both block and district numbers shall be zero-filled text files. Such files shall be submitted in .xis, .xlsx, .dbf, .txt, or .csv file formats. The following is a sample:

> BlockID, DISTRICT
> "13001950100101","008"
> "13001950100102","008"
> "13001950100103","008"
> "13001950100104","008"
> "13001950100105","008"
> "13001950100106","008"

4.      If submission of the plan cannot be done electronically, the following requirements must be followed:

       a.      All drafts, amendments, or revisions should be on clearly-depicted maps that follow the 2020 Census geographic boundaries and should be accompanied by a statistical sheet listing the Census geography including the total population for each district.

       b.      All plans submitted should either be a complete statewide plan or fit back into the plan that they modified, so that the proposal can be evaluated in the context of a statewide plan. All pieces of Census geography must be accounted for in some district.

## D.      GENERAL GUIDELINES FOR PRESENTATION OF ALL PLANS

1.      A redistricting plan may be presented for consideration by the Committee only through the sponsorship of one or more Member(s) of the General Assembly. All such drafts of and amendments or revisions to plans presented at any committee meeting must be on clearly-depicted maps which follow the 2020 Census geographic boundaries and accompanied by a statistical sheet listing the Census geography, including the total population and minority populations for each proposed district.

2.      No plan may be presented to the Committee unless that plan makes accommodations for and fits back into a specific, identified statewide map for the particular legislative body involved.

3.     All plans presented at committee meetings will be made available for inspection by the public either electronically or by hard copy available at the Office of Legislative and Congressional Reapportionment.

E.     These guidelines may be reconsidered or amended by the Committee.