IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia, <br><br> Defendant. | CIVIL ACTION FILE <br><br> No. 1:21-CV-05337-SCJ |

## ORDER

On January 7, 2022, Plaintiffs filed their motion for a preliminary injunction. See Doc. No. [26].[1] On January 11, 2022, Plaintiffs asked the Court for an opportunity to amend their motion for a preliminary injunction. Doc. No. [28], 9. Due to serious time exigencies surrounding the fair and timely resolution of

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

this case, the Court **ORDERS** the parties to proceed with filing and briefing the motion for preliminary injunction on the following expedited schedule[2]:

- Plaintiffs shall file their amended motion for a preliminary injunction, if any, by no later than 2:00 PM EST on January 13, 2022.

- Defendant shall file their response, if any, by no later than 5:00 PM EST on January 18, 2022.

- Plaintiffs shall file their reply, if any, by no later than 5:00 PM EST on January 20, 2022.

**IT IS SO ORDERED** this 12th day of January, 2022.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

---

[2] The Court notes that Defendant intend to file a motion to dismiss this action for lack of jurisdiction due to Plaintiffs' failure to seek a three-judge panel under 28 U.S.C. § 2284 and the Local Rules. See Doc. No. [29]. This Order does not prejudge or implicate any decisions relating to the forthcoming motion to dismiss.

2