IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ALPHA PHI ALPHA FRATERNITY, INC.**, *a nonprofit organization on behalf of members residing in Georgia*, **et al**,<br><br>　**Plaintiffs,**<br><br>v.<br><br>**BRAD RAFFENSPERGER,** *in his official capacity as Secretary of State of Georgia*,<br><br>　**Defendant.** | CIVIL ACTION FILE<br><br>No. 1:21-CV-5337-SCJ |

### ORDER

Defendant has informed the Court that he intends to file a motion to dismiss this action for lack of jurisdiction due to Plaintiffs' failure to seek a three-judge panel under 28 U.S.C. § 2284 and the Local Rules. See Doc. No. [29], 11. Counsel for Defendant reiterated this position during the video conference hearing that took place on January 12, 2022. Due to the serious time exigencies surrounding the fair and timely resolution of this case, and because Defendant's anticipated motion rests on a jurisdictional argument that the Court should hear

early in this matter, the Court **ORDERS** the parties to proceed with filing and briefing the motion to dismiss on the following expedited schedule:

- Defendant shall file his motion to dismiss, if any, by no later than 5:00 PM EST on January 14, 2022.

- Plaintiffs shall file their response, if any, by no later than 5:00 PM on January 18, 2022.

- Defendant shall file his reply, if any, by no later than 5:00 PM on January 20, 2022.

**IT IS SO ORDERED** this 12th day of January, 2022.

_____
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**