# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., a nonprofit organization on behalf of members residing in Georgia; SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, a Georgia nonprofit organization; ERIC T. WOODS; KATIE BAILEY GLENN; PHIL BROWN; JANICE STEWART, <br><br> *Plaintiffs*, <br><br> vs. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia. <br><br> *Defendant*. | Case No. 1:21-CV-05337-SCJ |

**SUPPLEMENTAL DECLARATION OF EDWARD WILLIAMS, ESQ.
IN SUPPORT OF PLAINTIFFS' RENEWED MOTION
FOR A PRELIMINARY INJUNCTION**

I, Edward Williams, declare as follows:

1. I am an attorney at the law firm Wilmer Cutler Pickering Hale and Dorr, LLP, and counsel for Plaintiffs ALPHA PHI ALPHA FRATERNITY, INC., SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, ERIC T.

WOODS, KATIE BAILEY GLENN, PHIL BROWN, and JANICE STEWART (collectively, "Plaintiffs") in the above-captioned matter.

2. I submit this supplemental declaration in support of Plaintiffs' Renewed Motion for Preliminary Injunction.

3. Attached hereto as Exhibit A is a true and correct copy of the Rebuttal Declaration of William S. Cooper and supporting exhibits.

4. Attached hereto as Exhibit B is a true and correct copy of the Rebuttal Declaration of Dr. Lisa Handley and supporting appendices.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Edward Williams
Edward Williams

Executed on January 20, 2022 in Washington, D.C.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

*/s/ Rahul Garabadu*