# EXHIBIT A
# Part 2





**Illustrative 2 Senate**

0     5     10

Miles

**District by BVAP**







# EXHIBIT A-5







Illustrative 2 House

District by BVAP























Illustrative 2 House

District by BVAP





Illustrative 2 House

District by BVAP





HARALSON

**016**
**7.5%**

•Mount Zion

**068**
**25.1%**

•Carrollton

**018**
**23.0%**

•Bowdon

CARROLL

Whitesburg

•Roopville

**069**
**11.9%**

**Illustrative 2 House**

0     2     4

Miles

**District by BVAP**

©2019 CALIPER; ©2018 HERE



POLK

**014**
**12.4%**

**016**
**7.5%**

**019**
**19.1%**

PAULDING

Dallas

Hiram

HARALSON

CARROLL

**068**
**25.1%**

©2019 CALIPER; ©2018 HERE

**Illustrative 2 House**

0        1.5        3

Miles

**District by BVAP**





**Illustrative 2 House**

District by BVAP

0 1 2
Miles









Illustrative 2 House

0    .75    1.5
Miles

**District by BVAP**



Illustrative 2 House

District by BVAP



LUMPKIN

**009**
**1.5%**

**010**
**3.9%**

DAWSON

Lula

**028**
**6.2%**

BANKS

**027**
**4.8%**

HALL

53

11

**024**
**3.7%**

306

60 Gainesville

FORSYTH

129

**029**
**14.6%**

**137**
**3.8%**

985

©2019 CALIPER; ©2018 HERE

**Illustrative 2 House**

0        1.5        3

Miles

**District by BVAP**











Illustrative 2 House

District by BVAP











Illustrative 2 House
District by BVAP

















Illustrative 2 House

District by BVAP



Illustrative 2 House

District by BVAP

022
7.5%

048
14.2%

046
7.9%

045
12.8%

044
19.0%

037
31.5%

043
19.3%

Roswell

Noonday

Sandy Plains

Blackwells

Marietta

0 .75 1.5
Miles

©2019 CALIPER; ©2018 HERE



Illustrative 2 House

District by BVAP



**Illustrative 2 House**

District by BVAP









**Illustrative 2 House**

District by BVAP