UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., a nonprofit organization on behalf of members residing in Georgia; SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, a Georgia nonprofit organization; ERIC T. WOODS; KATIE BAILEY GLENN; PHIL BROWN; JANICE STEWART, <br><br> *Plaintiffs*, <br><br> vs. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia. <br><br> *Defendant*. | Case No. 1:21-CV-05337-SCJ |

**PLAINTIFFS' WITNESS LIST**

Pursuant to the Court's January 27, 2022, Coordinated Order, Dkt. 66, Plaintiffs submit the following list of witnesses who may testify live or via affidavit at the preliminary injunction hearing. Plaintiffs' previously submitted affidavits will suffice for the testimony of any individual voters, organizational

plaintiff representatives, or Dr. Traci Burch or Dr. Jason Ward, whether or not they are called to testify live.  Plaintiffs reserve the right to call witnesses listed by the plaintiffs in the *Pendergrass* and *Grant* cases.

| Witness Number | Witness |
|:---:|---|
| 1 | William Cooper |
| 2 | Lisa Handley |
| 3 | Adrienne Jones |
| 4 | Traci Burch |
| 5 | Jason Ward |
| 6 | Katie Bailey Glenn |
| 7 | Phil S. Brown |
| 8 | Janice Stewart |
| 9 | Eric T. Woods |
| 10 | Sherman Lofton |
| 11 | Bishop Reginald T. Jackson |
| 12 | Representative Derrick Jackson |
| 13 | Senator Harold Jones II |
| 14 | Representative CaMia Jackson |
| 15 | Senator Tonya P. Anderson |

Respectfully submitted this 31st day of January, 2022.

/s/ Rahul Garabadu
Sean J. Young (Bar 790399)
*syoung@acluga.org*
Rahul Garabadu (Bar 553777)
*rgarabadu@acluga.org*
ACLU FOUNDATION OF
GEORGIA, INC.
P.O. Box 77208
Atlanta, Georgia 30357
Telephone: (678) 981-5295
Facsimile: (770) 303-0060

/s/ Debo P. Adegbile
Debo P. Adegbile
*debo.adegbile@wilmerhale.com*
Robert L. Boone
*robert.boone@wilmerhale.com*
Abigail Shaw
*abby.shaw@wilmerhale.com*
Alex W. Miller
*alex.miller@wilmerhale.com*
Cassandra Mitchell
*Cassie.mitchell@wilmerhale.com*
Maura Douglas
*maura.douglas@wilmerhale.com*
Eliot Kim
*eliot.kim@wilmerhale.com*
WILMER CUTLER PICKERING
HALE AND DORR LLP
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

/s/ Edward Williams
Anuradha Sivaram
*anuradha.sivaram@wilmerhale.com*
Edward Williams

/s/ Sophia Lin Lakin
Sophia Lin Lakin
*slakin@aclu.org*
Ari J. Savitzky
*asavitzky@aclu.org*
Jennesa Calvo-Friedman
*jcalvo-friedman@aclu.org*
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
Telephone: (212) 519-7836
Facsimile: (212) 549-2539

/s/ George P. Varghese
George P. Varghese
*george.varghese@wilmerhale.com*
Denise Tsai
*denise.tsai@wilmerhale.com*
Tae Kim**
*tae.kim@wilmerhale.com*
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

/s/ Charlotte Geaghan-Breiner
Charlotte Geaghan-Breiner
*charlotte.geaghan-breiner@wilmerhale.com*
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real
Suite 400
Palo Alto, CA 94306
(650) 858-6000 (t)
(650) 858-6100 (f)

*ed.williams@wilmerhale.com*
De'Ericka Aiken
*ericka.aiken@wilmerhale.com*
Ayana Williams
*ayana.williams@wilmerhale.com*
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Counsel for the* Alpha Phi Alpha *Plaintiffs*

\*\* Pro hac vice pending

5

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused to be served the foregoing *Plaintiffs' Witness List* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel or parties of record on the service list:

This 31st day of January, 2022.

/s/ Rahul Garabadu