UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., a nonprofit organization on behalf of members residing in Georgia; SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, a Georgia nonprofit organization; ERIC T. WOODS; KATIE BAILEY GLENN; PHIL BROWN; JANICE STEWART,<br><br>*Plaintiffs*,<br><br>vs.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia.<br><br>*Defendant*. | Case No. 1:21-cv-05337-SCJ |

**ORDER ON PLAINTIFFS'
MOTION PERMITTING ELECTRONIC EQUIPMENT IN THE
COURTROOM FOR HEARING ON MOTION FOR PRELIMINARY
INJUNCTION**

1

THIS MATTER comes before this Court on Plaintiffs' Motion Permitting Electronic Equipment in the Courtroom for Hearing on Motion for Preliminary Injunction.

**IT IS HEREBY ORDERED** that:

1. On behalf of Plaintiffs, the following counsel and litigation support specialists have permission to enter the courthouse building with laptops and/or cellular telephones that may contain cameras, including iPhones, Androids, or other smart phones/personal digital assistants (PDAs): Rahul Garabadu; Sophia Lakin; Ari Savitzky; Jennesa Calvo-Friedman; Sean Young; Kelsey Miller; Brett Schratz; I'yanna Barker; Debo Adegbile; George Varghese; Robert Boone; Edward Williams; Anuradha Sivaram; De'Ericka Aiken; Ayana Williams; Abigail Shaw; Alex Miller; Cassandra Mitchell; Tae Kim; Denise Tsai; Maura Douglas; Charlotte Geaghan-Breiner; Samuel Weitzman; Matthew Howard; Leighton Crawford; and Lenise Jennings.

2. Proper identification will be required upon entering the security station. This Order shall be effective for February 7, 2022 through February 14, 2022.

SO ORDERED this the __3rd__ day of February, 2022.

    s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE