UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., a nonprofit organization on behalf of members residing in Georgia; SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, a Georgia nonprofit organization; ERIC T. WOODS; KATIE BAILEY GLENN; PHIL BROWN; JANICE STEWART, <br><br>*Plaintiffs*, <br><br>vs. <br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia. <br><br>*Defendant*. | **Case No. 1:21-cv-5337** |

**PLAINTIFFS' SECOND UNOPPOSED MOTION FOR JUDICIAL NOTICE**

Pursuant to Rule 201(b)(2) of the Federal Rules of Evidence, the Alpha Plaintiffs respectfully request that for the purposes of the ongoing preliminary injunction hearing the Court take judicial notice of the facts herein pertaining to the dates of recent Georgia general primary and general primary runoff elections reported by the Georgia Secretary of State. Plaintiffs conferred with Defendant, who does not oppose this motion.

## **ARGUMENT**

Federal Rule of Evidence 201 requires courts to grant requests for judicial notice of relevant adjudicative facts that are "not subject to reasonable dispute because [they] can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2); *see also* Fed. R. Evid. 401 (setting forth the test for relevance). This includes accurate data published on an official government website. *See, e.g.*, *Common Cause Ga. v. Kemp*, 347 F. Supp. 3d 1270, 1297 (N.D. Ga. 2018) (taking judicial notice of information available on the website of Georgia's Secretary of State); *Johnson v. Wells Fargo & Co.*, 2020 WL 10054621, at *5 n.3 (N.D. Ga. Sept. 25, 2020) (same); *Mont. Green Party v. Jacobsen*, 17 F.4th 919, 927 (9th Cir. 2021) (taking judicial notice of election-related information from Department of State website); *Support*

*Working Animals, Inc. v. DeSantis*, 457 F. Supp. 3d 1193, 1203 n.1 (N.D. Fla. 2020) (same).

The dates and results of prior Georgia elections are official data compiled by the Georgia Secretary of State and available on its website.[1] Because this information is readily available on a public government website and cannot reasonably be questioned it is subject to judicial notice. Plaintiffs thus move for judicial notice of the dates of recent Georgia general primary elections listed below.

| Year of General Election | Date of General Primary Election | Date of General Primary Runoff Election |
|---|---|---|
| 2000 | July 18 | August 8 |
| 2002 | August 20 | September 10 |
| 2004 | July 20 | August 10 |
| 2006 | July 18 | August 8 |
| 2008 | July 15 | August 5 |
| 2010 | July 20 | August 10 |
| 2012 | July 31 | August 21 |
| 2014 | May 20 | July 22 |
| 2016 | May 24 | July 26 |

---

[1] *See Current and Past Election Results*, Ga. Sec'y of State, https://sos.ga.gov/index.php/Elections/current_and_past_elections_results.

| 2018 | May 22 | July 24 |
|---|---|---|
| 2020 | June 9 | August 11 |

Furthermore, the information for which Plaintiffs seek judicial notice is unquestionably relevant to a claim before this Court. "Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action." Fed. R. Evid. 401. The dates of prior primaries are unquestionably "of consequence in determining" the possible forms of equitable injunctive relief that this Court might provide, up to and including shifting the dates for the 2022 Georgia primary elections later in the calendar. *See* Plaintiffs' Supplemental Memorandum, *Alpha Pi Alpha v. Raffensperger*, No. 1:21-cv-5337 (N.D. Ga. Feb. 9, 2022), ECF No. 98.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court grant their request for judicial notice.

Dated: February 14, 2022.

Respectfully submitted,

/s/ *Rahul Garabadu*
Sean J. Young (Bar 790399)

/s/ *Sophia Lin Lakin*
Sophia Lin Lakin

4

*syoung@acluga.org*
Rahul Garabadu (Bar 553777)
*rgarabadu@acluga.org*
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 77208
Atlanta, Georgia 30357
Telephone: (678) 981-5295
Facsimile: (770) 303-0060

/s/ *Debo Adegbile*
Debo Adegbile
*debo.adegbile@wilmerhale.com*
Robert Boone
*robert.boone@wilmerhale.com*
Abigail Shaw
*abby.shaw@wilmerhale.com*
Alex W. Miller
*alex.miller@wilmerhale.com*
Cassandra Mitchell
*cassie.mitchell@wilmerhale.com*
Maura Douglas
*maura.douglas@wilmerhale.com*
Samuel Weitzman
*samuel.weitzman@wilmerhale.com*
WILMER CUTLER PICKERING HALE AND DORR LLP
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

/s/ *Edward Willia*ms
Anuradha Sivaram
*anuradha.sivaram@wilmerhale.com*
Edward Williams
*ed.williams@wilmerhale.com*
De'Ericka Aiken

*slakin@aclu.org*
Ari J. Savitzky
*asavitzky@aclu.org*
Jennesa Calvo-Friedman
*jcalvo-friedman@aclu.org*
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
Telephone: (212) 519-7836
Facsimile: (212) 549-2539

/s/ *George P. Varghese*
George P. Varghese
*george.varghese@wilmerhale.com*
Denise Tsai
*denise.tsai@wilmerhale.com*
Tae Kim
*tae.kim@wilmerhale.com*
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

/s/ *Charlotte Geaghan-Breiner*
Charlotte Geaghan-Breiner
*charlotte.geaghan-breiner@wilmerhale.com*
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real
Suite 400
Palo Alto, CA 94306
(650) 858-6000 (t)
(650) 858-6100 (f)

5

*ericka.aiken@wilmerhale.com*
Ayana Williams
*ayana.williams@wilmerhale.com*
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Counsel for Plaintiffs*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

*/s/ Rahul Garabadu*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused to be served the foregoing *Plaintiffs' Second Unopposed Motion for Judicial Notice* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel or parties of record on the service list:

This 14th day of February, 2022.

*/s/ Rahul Garabadu*