IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., et al.,<br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia,<br>    Defendant. | CIVIL ACTION FILE<br><br>No. 1:21-CV-05337-SCJ |
| COAKLEY PENDERGRASS et al.,<br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER et al.,<br>    Defendants. | CIVIL ACTION FILE<br><br>No. 1:21-CV-05339-SCJ |
| ANNIE LOIS GRANT et al.,<br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER et al.,<br>    Defendants. | CIVIL ACTION FILE<br><br>No. 1:22-CV-00122-SCJ |

## **COORDINATED ORDER**

The Parties are **ORDERED** to file proposed findings of fact and conclusions of law no later than **5:00 P.M. (EST) on FRIDAY, FEBRUARY 18, 2022.** Parties are further **ORDERED** to file their proposed findings of fact and conclusions of law to CM/ECF and e-mail a word copy to pamela_wright@gand.uscourts.gov. Said filings shall comply with the following formatting and citation requirements:

1. All citations to case names, case history, signals, "supra," and "infra" shall be underlined, not italicized. If the signal contains more than one word, the space between shall be underlined. If the signal is followed by "id.," the space between the signal and "id." is not underlined.

2. All citations to Georgia state court cases shall include parallel citations and pincites to both reporters.

3. All citations to United States Supreme Court cases shall only cite the U.S. reporter; if none, use S. Ct. reporter.

4. All citations to the docket shall be in the form of Doc. No. [ ]. Additionally, the page number(s) shall be derived from CM/ECF and the document header at the top of the page. If the citation occurs mid-sentence, the citation

should be off-set by parentheses (Doc. No. [ ]).

5. All citations to lines in the transcript shall use a colon after the page number and leave no space between the colon and the line number. For the first citation to the transcript, indicate, in parentheses, that the document cited is a transcript. For example, (Jan. 31, 2022, Morning Tr.), Tr. 2:10, 3:15–20. Subsequent citations may omit the parenthetical explanation.

6. All citations to inclusive page numbers shall use an en-dash.

7. All quotation marks and apostrophes shall be "curly" and not "straight."

8. The body of the text shall be in 13 pt. Book Antiqua font.

9. All footnotes shall be in 12 pt. Book Antiqua font. Additionally, all footnotes shall contain two spaces between the numeral and the text.

10. Any formatting not discussed herein shall be consistent with the Local Rules and the Bluebook.

11. Any citation not discussed herein shall be consistent with the Bluebook.

IT IS SO ORDERED this \_\_\_14th\_\_\_ day of February, 2022.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

4