The following is the PDF of an official transcript.  Official transcripts may be filed in CM/ECF only by the official Court Reporter and will be restricted in CM/ECF for a period of 90 days. You may cite to a portion of the attached transcript by the docket entry number, referencing page and line number, only after the Court Reporter has filed the official transcript; however, you are prohibited from attaching a full or partial transcript to any document filed with the Court.

1                   UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF GEORGIA
2                         ATLANTA DIVISION

3   ALPHA PHI ALPHA FRATERNITY,  )
    INC., ET AL.,                 )
4                                 )   DOCKET NO. 121-CV-05337-SCJ
                      PLAINTIFFS, )
5            -VS-                 )
                                  )
6   BRAD RAFFENSPERGER, ET AL.,   )
                      DEFENDANT.  )
7   _____)
                                  )
8   COAKLEY PENDERGRASS,          )
    ET AL.,                       )   DOCKET NO.  1:21-CV-05339-SCJ
9                     PLAINTIFFS, )
             -VS-                 )
10                                )
    BRAD RAFFENSPERGER, ET AL.,   )
11                    DEFENDANTS. )
                                  )
12  _____)
    ANNIE LOIS GRANT, ET AL.,     )
13  INC., ET AL.,                 )
                                  )   DOCKET NO. 121-CV-00122-SCJ
14                    PLAINTIFFS, )
             -VS-                 )
15                                )
    BRAD RAFFENSPERGER, ET AL.,   )
16                    DEFENDANTS. )
                                  )   VOLUME 1
17  _____)   AFTERNOON SESSION

18
          TRANSCRIPT OF PRELIMINARY INJUNCTION PROCEEDINGS
19           BEFORE THE HONORABLE STEVE C. JONES,
                  UNITED STATES DISTRICT JUDGE,
20               MONDAY, FEBRUARY 7, 2022

21

22            MELISSA C. BROCK, CCR, RPR, RMR
                OFFICIAL FEDERAL COURT REPORTER
23               UNITED STATES DISTRICT COURT
                      ATLANTA, GEORGIA
24                    (404)215-1478
                MELISSA_BROCK@GAND.USCOURTS.GOV
25

1   APPEARANCES:

2

3   ON BEHALF OF THE PLAINTIFF:

4   KEVIN J. HAMILTON, ESQ.
    ABHA KHANNA, ESQ.
5   SOPHIA LIN LAKIN, ESQ.
    ARI SAVITZKY
6

7   ON BEHALF OF THE DEFENDANT:

8   BRYAN P. TYSON

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

108

1                          I N D E X

2

3   WITNESS                    DIRECT  CROSS  REDIRECT  RECROSS

4     WILLIAM SEXTON COOPER      110    163     227       238

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                     P R O C E E D I N G S

2            THE COURT:  You can call your witness for the State

3  House, Senate, Districts. Is that correct?

4            MS. LAKIN:  Correct.

5            THE COURT:  Call your witness back up, Mr. Cooper.

6            MR. SAVITZKY:  Yes, your Honor.  Ari Savitky for the

7  ACLU Alpha Plaintiff.

8            THE COURT:  Okay.  Name again?

9            MR. SAVITZKY:  Ari Savitzky, and we would like to

10  call Mr. Cooper back to the stand.

11            THE COURT:  All right.  Mr. Cooper.  There he is.

12  You are also still under oath, Mr. Cooper.

13            THE WITNESS:  Pardon?

14            THE COURT:  I remind you, you are still under oath.

15            THE WITNESS:  Right.

16            MR. SAVITZKY:  All right.  Good afternoon.

17            THE COURT:  Good afternoon.

18            MR. SAVITZKY:  As I said, I'm Ari Savitzky

19  representing the Alpha plaintiffs.  And, your Honor, I have

20  handed Mr. Cooper a binder with the exhibits, including

21  declarations and his rebuttal declarations which are admitted

22  as 1 and 2.

23            THE COURT:  Okay.

24            MR. SAVITZKY:  And they are marked and supplied to

25  defense counsel, counsel for the Grant and Pendergrass

110

1  plaintiffs those as well.

2          In addition to those materials, we have also passed

3  out to the Court just a copy of the slides of the

4  presentation.

5          THE COURT:  Okay.  Thank you.

6                  **DIRECT EXAMINATION**  (Cont'd)

7  BY MR. SAVITZKY:

8  Q   Mr. Cooper --

9          MR. SAVITZKY:  And, especially before I begin, your

10  Honor, just for efficiency, I just want to confirm in the

11  record Mr. Cooper's prior testimony is already in the record

12  from his previous testimony.

13  BY MR. SAVITZKY:

14  Q   All right.  So, Mr. Cooper, good afternoon.

15  A   Good afternoon.

16  Q   Did you prepare any reports in the Alpha Phi Alpha case?

17  A   Yes.  I prepared two reports in this case.

18  Q   And, are these the reports that we can see on the screen

19  here marked as Alpha's 1 and 2?

20  A   Yes, those are the two reports.

21  Q   And did you notice any typo or errors in your reports

22  since they were submitted?

23  A   I did notice an error in the summary conclusion.  I think

24  that may be on the next page or two, further into the

25  declaration of what -- let me look at the declaration.

1  Q   You can reference that, Paragraph 11, if that's helpful.

2  A   That would be helpful.  That paragraph should read -- it's

3  Paragraph 11, the first bulletpoint, it should read the 2021

4  Senate Plan contains 14 majority Black Districts (15 that are

5  BCVAP).  In other words, there is another district in the

6  State Senate Plan that's black citizens voting age, but it's

7  not black majority voting age.  That's the district down in

8  Chatham County that is 150 percent black VAP but because of

9  apparent non-citizen population in the area, it's over 15

10 percent Black CVAP.

11 Q   Mr. Cooper, is the typo just says BVAP and BCVAP instead

12 of just BCVAP?

13 A   Yeah.  It should not have BVAP in there.  It should just

14 be 15 VAP or BCVAP.  Probably should be a hyphen there in the

15 word majority.

16 Q   And does that affect any of the substance of your

17 conclusions in this case?

18 A   No, it does not.

19 Q   All right.  So, Mr. Cooper, you've discussed your

20 background and methods already and we don't have to go back

21 over that.  Just has -- your CV hasn't changed, your CV hasn't

22 changed in the last 90 minutes or so, has it?

23 A   No.

24 Q   And just very briefly, this is your CV right here attached

25 at Exhibit A to your declaration?

1  A    Yes.

2  Q    And is this an accurate summary of some of your relevant

3  experience?

4  A    Yes.  Not all of it is litigation related.  In terms of my

5  35 years of experience, a lot of just drawing plans

6  independent of litigation, but I believe that I have drawn

7  statewide legislative plans for litigation purposes in all of

8  the listed states except for Texas.

9  Q    And is that an accurate list of instances where you have

10 testified as expert or submitted expert declarations in

11 Federal Court cases in Georgia involving redistricting?

12 A    Yes.  All -- in all the states, I submitted either

13 declarations or testified in person, except for Texas where I

14 have testified on a Section 2 issue at the local level but not

15 for statewide.

16          MR. SAVITZKY:  And, your Honor, especially in light

17 of Mr. Cooper's previous testimony, we move at this point for

18 him to be admitted as an expert in redistricting demographics

19 in the Census state under Rule 702.

20          MR. TYSON:  And we have no objection, your Honor.

21          MR. HAMILTON:  No objection, your Honor.

22          THE COURT:  He's allowed to testify as an expert in

23 that area.

24          MR. SAVITZKY:  All right.  Thank you.

25 BY MR. SAVITZKY:

1  Q   Mr. Cooper, let's start with the big picture.  What were

2  you asked to do in the Alpha Phi Alpha case?

3  A   Exactly the same thing I was asked to do in the

4  Pendergrass case, and that is to analyze demographics in the

5  State of Georgia and determine whether or not an additional

6  majority Black House District or Senate District could be

7  created above and beyond what you see in the current Adopted

8  2021 House and Senate Plans.

9  Q   And what was your overall conclusion about whether more

10 black majority districts could be drawn in the Georgia House

11 and Georgia Senate?

12 A   Well, I concluded that additional majority Black districts

13 can be drawn in both chambers.  Three more Senate districts,

14 specifically -- at least three more and at least four more

15 House districts for the House.

16 Q   All right.  Mr. Cooper, before we go any further, we've

17 been using the term majority Black.  I think we will use it a

18 lot more in this discussion.  What does it mean to you when

19 you say majority Black in the context of this discussion?

20 A   Well, as in my previous testimony for the Congressional

21 case, I am focusing on any part Black voting age as it

22 determines whether a district is 50 percent plus one.

23        However, as I think maybe we will get to in a minute

24 or two, there are a couple of districts that I -- in a couple

25 of instances, I have determined that the districts are under

1  50 percent today in historically-elected African American

2  office that were at one time over 50 percent, so at least in

3  one instance of counting that district as being over 50,

4  specifically Senate District 41 in Gwinnett County.

5  Q   Okay.  Mr. Cooper, just stay with the big picture for a

6  minute.  How many majority Black Senate Districts did you

7  count in the 2021 -- State's 2021 Plan?

8  A   14.

9  Q   And how many do you have in the illustrative plan that you

10 drew in the Senate?

11 A   I have 19.

12 Q   And, Mr. Cooper, again big picture, how many majority

13 Black House districts did you count in the State's 2021 Plan?

14 A   49.

15 Q   And, Mr. Mr. Cooper, how many did you draw in the

16 Illustrative Plan you created for the House?

17 A   54.

18 Q   All right.  Mr. Cooper, let's talk about your demographic

19 analysis.  And I'm going to pull up -- this is Figure 2 from

20 your declaration, and it's Page 7 of the presentation.

21       Mr. Cooper, can you give a high-level description of

22 the growth of the Black population in Georgia in the last

23 decade?

24 A   Yes.  It is as I indicated previously --

25       THE COURT:  Is it the same thing that you said this

1   morning?

2            THE WITNESS:  Exactly what I said this morning.

3            THE COURT:  So noted.

4            MR. SAVITZKY:  Okay.

5   BY MR. SAVITZKY:

6   Q   Well, let me ask you this, Mr. Cooper:  Does this graph

7   reflect the growth of the Black population in Georgia over the

8   last decade?

9   A   Yes, half million almost increase in the African American

10  population since 2010 and a decrease of almost 52,000 in the

11  non-Hispanic White population.  Increase of over a million

12  overall for the non-White population.

13  Q   And in your demographic analysis, did you look back at

14  pre-2010 demographic data for Georgia?

15  A   Yes.  I looked at data going all the way back to the 1990

16  Census.  I looked the PL94171 redistricting file complete

17  count data Census for those four decades.

18  Q   Okay.  I'm referring you now to Figure 5 taken from your

19  declaration.  What has happened with the Black population in

20  Georgia since 1990?

21  A   Since 1990, there has been doubling of the Black

22  population in Georgia from 1.75 million to today 3.54 million.

23  There is an asterisk that I've got here that indicates that

24  the Census in 1990 did not report the -- any part black

25  population figures as part of the Census.  So that's only for

1  single race blacks.  So a little bit higher, a little bit.

2  I'm not sure how much.

3  Q   And, Mr. Cooper, turning to this chart, does this chart

4  that we're seeing here on Page 10 of the presentation, does

5  that reflect the growth numbers in Figure 5 of your report?

6  A   Yes.

7  Q   Now let's stay with the 2020 Census for now.  As part of

8  your work, did you calculate the ideal population size Senate

9  District and House District in the Georgia General Assembly?

10  A   Yes.  It's automatically calculated by the Maptitude

11  Redistricting Software, but you can do that manually from the

12  spreadsheet.  You just divide the total population by the

13  number of districts and there you get the population.

14  Q   And you mentioned that the Black population in Georgia

15  grew by almost half a million people over the last decade.

16  Assuming you could draw a district, just for purposes of sort

17  of benchmarking, assuming you could draw districts that are

18  100 percent Black, how many State Senate districts would that

19  equal?

20  A   About two and a half State Senate seats or about 200,000.

21  Not quite 200,000 or so.  You could draw two and a half Senate

22  districts, 100 percent Black population within that district,

23  so that's, you know, totally hypothetical.

24  Q   And stay with the hypothetical.  How many House districts

25  could you draw based on that almost 500,000?

1  A    About eight House districts.

2  Q    And what, if anything, do those very hypothetical

3  benchmarks tell you about whether it might be possible to draw

4  more black majority districts in the House and Senate in

5  Georgia?

6  A    It tells me that it's highly likely that one could draw

7  additional majority Black districts in Georgia, for both the

8  House and the Senate.

9  Q    Now, Mr. Cooper, I'd like to talk about the geographic

10  distribution of Georgia's Black population.  I'm pulling up --

11  this is Exhibit E of your declaration.  What is the exhibit we

12  are looking at?  What is this map?

13  A    This map is just the percentage Black, any part Black by

14  county in Georgia, according to 2020 Census.  The pale colors

15  are counties that are between zero and 20 percent Black.  The

16  lighter yellow is 20 to 40.  The orange colors are 40 to 60,

17  and then the pink colors are 60 to, I think, 73 percent, is

18  actually -- Clayton County is the highest percentage in the

19  state, I believe.

20  Q    Now, Mr. Cooper, in your analysis, did you identify any

21  particular areas in the State where the Black population is

22  particularly numerous or concentrated?

23  A    Yes.  I identified three areas where that would be true.

24  Q    Before you get into those areas, Mr. Cooper, why would you

25  analyze areas where the Black population is especially

1  numerous or concentrated?

2  A    Because those would be the areas where one might be able

3  to draw additional majority Black districts.

4  Q    Mr. Cooper, you mentioned, I believe, and your report

5  reflects that Metro Atlanta is one of those regions that you

6  looked at.

7  A    Yes.

8  Q    Let's just zoom in.  And is this the area you identified

9  in Metro Atlanta?

10 A    The black bold lines is 29 counties MSA, Metro Atlanta.

11 Q    And, Mr. Cooper, let's turn to Figure 6 of your report.

12 How, if at all, has the Black population in that Metro Atlanta

13 area changed over the last decade?

14 A    Well, in the Metro Atlanta area in all 29 counties, the

15 Black population by percentage has gone from about

16 33.61 percent in 2010 to 35 -- to 35.91 percent in 2020.  In

17 other words, a population growth of over 400,000 people.

18 Q    400,000 people.  And does this graph that I will show

19 reflect the growth in the Black population over the last

20 decade in Atlanta?

21 A    Yes.

22 Q    And how about since 1990?  How has the Black population

23 grown since 1990 -- how, if at all I should say, has the Black

24 population grown since 1990?

25 A    Well, in the Atlanta MSA in 1990, it was just about

1   780,000.  It's now 2.1 million.  So it's up by a factor of

2   three almost.

3   Q   And does this graph that we are looking at reflect the

4   growth of the Black population in Metro Atlanta since 1990?

5   A   Yes.  And you can see the percentages actually calculated

6   out 180.7 percent.

7   Q   And I think you mentioned it already, so I will show you

8   the figure.  Does this graph that we are looking at reflect

9   the percentage population Black in Metro Atlanta from 1990 to

10  today?

11  A   Yes.  Along with a second graph that shows how the White

12  population has declined in Metro Atlanta over the past 30

13  years.

14  Q   All right.  Let's go back to region -- the Metro Atlanta

15  region.  In your report, you referred to a South Metro Atlanta

16  region within the larger MSA.  What did you mean by that?

17  A   Well, the South Metro Atlanta area that I focused on

18  consist of five counties that have seen a huge increase in the

19  Black population over the past decade as well as going back 30

20  years.  Those counties are Fayette, Spalding, Henry, Rockdale

21  and Newton.

22  Q   All right.  And just turning to Figure 7, does this figure

23  reflect that population change that you were talking about?

24  A   Yes.  You can see in 1990, there were just a little over

25  39,000 round up, Black persons in those five counties and

1  today, there are nearly 300,295,000 African Americans in those

2  five counties.  So the Black population percentage has gone up

3  from 14 percent to almost 37 percent.

4  Q   And, Mr. Cooper, does the graph that we are looking at now

5  reflect the growth that you just referred to in the

6  five-county metro area?

7  A   Yes.

8  Q   And, Mr. Cooper, how does the percentage population Black

9  in that five-county area change over time?

10 A   The percentage of the American America population?

11 Q   Yeah.

12 A   Yeah, I think I just mentioned it's gone up from 14.34

13 percent in 1990 to 46.57 in 2020.

14 Q   All right.  I'm going to go back to Exhibit E, zoom back

15 out; look at a different region.  You described in your report

16 an area the -- referred to as the Black Belt.  What do you

17 mean by that?

18 A   Well, the Black Belt is an area that has historical

19 significance.  Those counties that are in Central and South

20 Georgia where there was a significant enslaved population

21 going back to pre-Civil War days, and those counties still

22 have a connection to that past.  They tend to be, oftentimes,

23 counties that are poor, and certainly the Black population is

24 still the highest percentage in most of those counties, not

25 all of them, and it stretches really from Augusta all the way

1  to the southwest corner of the state, and it's all part of the

2  larger Black Belt of the U.S. that goes from the Eastern shore

3  of Virginia and Maryland into South Texas.  So this is just a

4  Georgia Black Belt.  A couple of weeks ago, I talked about the

5  Alabama Black Belt, which is kind of stretching from around

6  Columbus on the Alabama side down to Mobile.

7  Q   In your report, you mentioned some regions within the

8  Black Belt.  Eastern, Western.  I'm going to zoom in on the

9  one you identified as being the eastern end of the Black Belt.

10  How did you go about identifying these particular counties

11  here?

12  A   Well, this particular area that is identified in red is

13  part of the Augusta area Black Belt region, and the red is an

14  identified region by the State of Georgia.  In the map, you

15  see an Exhibit F, I think it is, showing regional Commissions

16  in Georgia.  There are ten, I think, statewide, one of which I

17  think I mentioned in the previous testimony, that shows that

18  the Atlanta Regional Commission but there are regional

19  commissions everywhere.  This one is the Central Savannah

20  Rivera area.

21  Q   And I'm going to refer now to Figure 8 in your report and

22  this is Page 24 in the presentation.

23        How, if at all, has the population in this eastern

24  Black Belt area that you have identified changed over the

25  course of the last decades?

1  A    It has actually increased.  In 1990 it was only about
2  149,000, and by 2020, it was nearly 178,000.
3  Q    And does this chart that we are looking at here reflect
4  that growth that you discussed?
5  A    Yes.  The White population has declined sharply from
6  174,000 to 124,000.  And, so even though overall the total
7  population in that area has remained relatively constantly
8  over the 30-year period, that is strictly because of the
9  growth in the black population.
10 Q    And does the chart that we are looking at now reflect the
11 changes in the percentage Black population that you were just
12 referring to?
13 A    Yes.  In 1990 the districts -- the counties in the Eastern
14 Black Belt were 52.52 percent White.  By 2020 the White
15 population declined percentage terms to 38.17 and the Black
16 population was not a majority in 1990 but Black 2000 --
17 razor-thin majority, and now it is 54.62 percent Blacks.  So
18 there has been a complete shift in the underlying demographics
19 in that area in the past 30 years.
20 Q    Let's look now back at Exhibit E and zooming in on that
21 third region you mentioned, what you refer to, I believe, as
22 the western end of the Black Belt.  How did you identify this
23 particular set of counties that we are looking at?
24 A    Well, it's part of the historic Black Belt and you can see
25 that on various maps that were presented.  It's not

1  necessarily my testimony but another person's testimony at

2  this trial.  But I also looked at the regional commercial map

3  in Georgia and saw that that general area that I have outlined

4  is partly in Southwest Georgia Commission and partly in the

5  River Valley Commission that extends up to Columbus.

6           But, the green outline you see here is actually a

7  Senate district that is adopted by the State for the 2021

8  Senate Plan.  That's Senate District 12, and it is the

9  majority Black voting age population.  And it was clear to me

10 once I saw that, given that there were only two majority Black

11 House Senates in that part of the state, that it's very likely

12 that I would be able to create a third district down there.

13 Q   Just for the record, why was it clear to you that you

14 could draw a third majority Black district in the area of that

15 majority Black Senate district?

16 A   Well, because a Senate district is roughly three times the

17 population size of a House district.  So it's like -- I was

18 speaking about that Congressional Plan.  You just find an area

19 where probably you can get additional districts.

20 Q   Okay.  And just looking at Figure 9 briefly in your

21 report, how has the population, the Black population

22 particularly in this region you have identified in the Western

23 Black Belt changed over the last decades?

24 A   Well, in 1990, the Black population was not quite

25 15 percent of that area, and today, it is 60.59 percent.  It's

1  also grown.  It was 102,000, 103,000 in 1990, and now it's

2  115,000, almost 116,000.  And, meanwhile, the White population

3  has, again, declined as shown on the graph in the White

4  population.

5  Q    And looking at the next one, does this graph illustrate

6  the increasing percentage Black, the population in that area?

7  A    Yes.  Yes.  There's a big shift there.

8  Q    So backing up for a second, Mr. Cooper, what, if anything,

9  does the size and concentration of the Black populations in

10  these regions that we just looked at tell you about the

11  potential to draw additional majority Black Senate and House

12  districts in Georgia?

13  A    Well, it certainly suggests that one might be able to draw

14  a majority Black district in Southwest Georgia identified and

15  highly probably because the State has already drawn the Senate

16  district that is essentially three House districts.

17         In Augusta also, given the increase in the Black

18  population percentage and a rising population of that, too,

19  indicated maybe another district could be drawn in and around

20  Augusta.

21         And, of course, in South Metro Atlanta, you know, the

22  chart is off the top really because it's been such tremendous

23  growth there.  You know, counties like Fayette County was

24  5 percent Black in 1990.  Henry County, I was mentioning in

25  the other testimony, was 9 percent Black.  Henry County is now

1  majority Black.  So that area has just undergone tremendous
2  demographic change over the past 30 years and probably more so
3  from the perspective of the racial demographics of Metro
4  Atlanta than any other part of Atlanta -- MSA.
5  Q    Thanks, Mr. Cooper.
6            Let's turn now to some of the maps drawn by the
7  State, what we are calling 2021 maps.  Did you examine the
8  2021 Senate and House Plans that the State drew?
9  A    I have.
10 Q    And did you examine the prior plans that were in place
11 before the 2021 plans?
12 A    Yes.  Because in developing of the illustrative plan, I
13 actually started with the 2015 Senate Plan, the 2014 House
14 Plan because the 2021 Plan had noted been adopted yet.  So my
15 starting point was the 2015 Senate and 2014 House Plans and
16 then I proceeded to try to reduce the deviation and determine
17 for the districts that were malfortune which there were many
18 and then determine whether the majority Black districts could
19 be drawn.
20 Q    And I want to turn back to that, but first, did you
21 examine any of the plans that were in existence before the
22 2014 Benchmark Senate Plan and the 2015 Benchmark House Plan?
23 A    Yes.  I've looked at the plans that were in place earlier
24 in the decade and for the, I think, 2012 Plan that was adopted
25 for the Senate.  Am I right about that?  2012 Plan for the

1  Senate as well as plans that were developed at the end -- in

2  the middle of 2000 based on the 2000 Census.  Those were the

3  2006 plans that I think covered the Congress, House, and

4  Senate.  The last complete redrawing in 2016 by the

5  legislature.

6  Q   Mr. Cooper, let's look at the Senate first, and I'm going

7  to pull up for reference Figure 10 from your report.  And we

8  are looking at Page 25 of your report in case you are

9  following along with paper, to make sure.

10        How many Black majority districts did you count in

11  the 2014 Benchmark Plan, the 2014 -- the preexisting 2014

12  Senate Plan?

13  A   Based on the 2020 Census, 14.

14  Q   And just briefly, how did you get that number 14?

15  A   That's the number of districts that are Black voting age

16  majority.

17  Q   Are all of the 14 districts just over 50 percent?

18  A   Well, one is just under 50 percent.  That would be Senate

19  District 41, I think, that is barely under 50 percent,

20  according to 2020 Census, but was over 50 percent in the 2010

21  Census, if I'm not mistaken.

22  Q   To your understanding, it was drawn as a Black majority

23  district?

24  A   Right.

25  Q   And what is it using 2020 Census numbers?

1   A    It's just under 50 percent.  Like 49 percent, I think.
2   Let me look at the table.  Maybe that would help.
3   Q    Please.  It's Page 25 of your report, if that's an easier
4   way to get that exact number for the record.
5   A    Page 25.
6   Q    Yes.  Footnote 17.
7   A    Yes, there is the figure.  49.76 percent in the 2020
8   Census.
9   Q    Okay.  And, Mr. Cooper, how many Black majority districts
10  did you count in the 2021 Senate, State Senate?
11  A    14.
12  Q    In your estimation, does the 2021 Senate Plan reflect the
13  population growth patterns that we saw in the 2020 Census that
14  were just discussed?
15  A    Certainly not at first glance.  There's virtually been no
16  change in the number of Senate and House districts since the
17  2006 Plan that would have been drawn under the 2000 Census and
18  so since that time -- not looking at the chart -- but the
19  population growth of African Americans in Metro Atlanta and
20  statewide is well over a million.  So, it's kind of impossible
21  to understand why they're not more majority Black House and
22  Senate districts in the state, given all of the growth that
23  has been happening over the past 30 years, but especially over
24  the past 20.  Because there were some additional districts
25  created in the '90's.

1   Q    And just looking now, focusing on Metro Atlanta, how has

2   the number of majority Senate districts in the metro Atlanta

3   area changed?

4   A    Ten, ten, ten.  No change.

5   Q    Well, maybe -- I mean I know you may have answered this,

6   but does that reflect the demographic change that we see in

7   the Metro Atlanta area?

8   A    No, not at all.

9   Q    Let's look at Figure 11 in your report.  What is this

10  chart that you created comparing?

11  A    This chart looks at the percentage of the Black voting age

12  population living in the majority Black districts in Georgia

13  from the 1990s to the present, 2021 Plan, and you can see that

14  in 1990, less than half, 43.5 percent of the Black voting age

15  population lived a majority Black district.

16        If you go forward in time to the 2010 Census, which

17  was basically the closest Census to the 2006 Plan, over half

18  53.84 percent of the Black voting age population lived in a

19  majority Black district.  So there was a pick up there as you

20  can also see reflected in Figure 10.

21        But since then, in the 2014 Plan, under the 2020

22  Census, just 52.29 percent of the Black population is in a

23  majority Black district voting age, and it's still about the

24  same under the 2021 Plan 2020 Census.  By contrast, you can

25  see on the right-hand side that the non-Hispanic White

1  population, 90 percent of the non-Hispanic White population
2  lived in majority White districts under the 1990 Plan and over
3  time it's dropped a little.  It's dropped 10 percentage points
4  but still even today in 2021, 80 percent of the White
5  population lives in a majority White voting age population
6  district.  It's a 30 percentage-point gap compared to the
7  Black population.
8  Q   And does this chart that we are looking at here reflect
9  the gap you just mentioned?
10 A   Yes.
11 Q   Mr. Cooper, can you explain the significance of this
12 30-point disparity between the percentage of Black voters
13 living in Black majority districts and the percentage of
14 Whites living in White majority districts?
15 A   Well, it just suggests that the 2021 Plan specifically is
16 fragmenting Black voting strengths by cracking and putting
17 significant African American populations in districts that are
18 non-majority Black.
19 Q   And what, if anything, does it suggest about the number of
20 Black majority districts in the 2021 Plan?
21 A   It suggests in concert with the other demographic tables
22 we have looked, that additional majority Black Districts can
23 be drawn.
24 Q   All right.  Now, let look at your analysis on the House
25 and bring up Figure 23 from your report.  And it's Page 34 of

1  the presentation in case anyone is following there.  How many

2  Black majority districts did you identify in that 2015

3  Benchmark Plan?

4  A   In the 2015 Benchmark Plan, there are 48.  I'm sorry 47

5  majority Black voting age districts.

6  Q   And just -- how many were there in 2012 Plan?

7  A   There were 48.

8  Q   And what about in 2021 Plan?

9  A   49.

10 Q   Mr. Cooper, in your view is an increase of two Black

11 majority districts in the State House consist with the

12 demographic change in the State of Georgia in the last decade?

13 A   No, not at all.

14 Q   And just looking now at the Metro Atlanta column that we

15 have here, is an increase of two Black majority House

16 districts in the Metro Atlanta area consist with the

17 demographic change that we have seen there in the last decade?

18 A   Not at all.  The population in Metro Atlanta has increased

19 by 500,000; African Americans almost, 400,000 excuse me, since

20 2010.  That's seven districts.  Almost seven districts.

21 Q   Mr. Cooper, let's turn to Figure 24 of your report.  Is

22 this the same sort of analysis we saw you do on the Senate

23 side?

24 A   Yes.  And the pattern is the same.

25 Q   And just looking at 2021, does this graph here reflect the

1  difference under the 2021 Plan between Black voters and White
2  voters that you mentioned earlier?
3  A   Yes.  White voters are 76.16 percent of the non-Hispanic
4  White voting age population in majority White voting age
5  districts and only about half of the Black voting population
6  in majority Black voting districts.
7  Q   Similar question as before, what is the significance of
8  this disparity for the house?
9  A   Again, it's suggestive of cracking of the Black
10  population.  Putting significant Black populations in majority
11  White districts where another majority Black district could be
12  drawn.
13  Q   And, Mr. Cooper, if you want to decrease this disparity,
14  what's a way you can go about doing it?
15  A   Well, it would, it would -- the gap would begin to close
16  as more majority Black districts are created.  So, that's the
17  way to see a graph, a chart and a table where the two columns
18  add up to something closer to one another.
19  Q   Mr. Cooper, let's turn to some of the districts that you
20  drew in your Illustrative Plan.  I'm pulling up a chart here.
21  It's on Page 37 of the presentation.
22       You mentioned traditional districting principles
23  before.  Does this chart reflect the traditional districting
24  principles that you discussed earlier?
25  A   Yes.  I think that encapsulates all that I mentioned in my

1  prior testimony.

2  Q   Okay.  And could you just for the record, would you mind

3  recapitulating what they are?  If it's already in, that's

4  fine, but just for the sake of order recapitulating, would you

5  mind telling us what they are?

6  A   Well, it's population equality.  Now because we are

7  looking at the State, House, and Senate, there's no

8  requirement that you have zero deviation for State, House, and

9  Senate.  In fact, I don't even think the State of Georgia has

10 an exact requirement as to how much the deviation needs to be

11 to comply with their guidelines and/or general statement.  But

12 the 2021 Plan for the Senate has a plus or minus 1 percent

13 deviation, and the 2021 House Plan has a 1.5 percent

14 deviation.  So you can go plus or minus 1.5 in the House and

15 plus or minus 1 in the Senate.

16         And that sounds like a wide range compared to the

17 Congressional Plans, but it's a very stringent requirement.  A

18 lot of states go plus or minus 5 with good reason, actually,

19 because it means that you don't have to split as many

20 counties.  You don't have to split as many towns.  You don't

21 have to split as many precincts.  But the State of Georgia has

22 made a decision to have a very stringent plus or minus 1

23 percent deviation requirement for the Senate.  1.5 for the

24 House, so that's what we have to follow.

25 Q   And, Mr. Cooper, just briefly, did you consider population

1   equality when you were drawing your Illustrative Plans here?

2   A   Yes.  I just followed the lead of the State and drew

3   districts that were plus or minus 1 percent Senate and plus or

4   1.5 percent House.  I do think there are a couple of Senate

5   districts that might be slightly over 1 percent but it's

6   dominiums and wouldn't really matter.  It's a, you know, small

7   amount.

8   Q   Did you consider continuity and compactness when you were

9   drawing your Illustrative Plan?

10  A   Yes.  I have -- I use the same software, Maptitude for

11  redistricting which will immediately tell me what part of the

12  district is not contiguous and I can also get the compactness

13  as I'll drawing the Plan so I did.

14  Q   And did you -- when you ran this report, how did your

15  Illustrative Plan, how did they compare with compactness?

16  Were they -- how would you view their --

17  A   Well, the average score for my plans, I think there was a

18  table in my declaration, is in line with the State's Plan.

19  It's nothing out of the ordinary for a State Legislative Plan,

20  that, of course, that you see in the illustrative plan.

21  Q   And, did you consider -- well, let me ask you, is

22  communities of interest or respect of the communities of

23  interest another redistricting principle?

24  A   Yes, it is.

25  Q   Did you consider respecting communities of interest when

1  you drew the illustrative plan?

2  A    Yes.  Looked at, as I mentioned, maps prepared by the

3  State showing where the Regional Commission areas are.  I

4  looked at the Senate Bureau Map showing where there are

5  metropolitan areas, where there are micropolitian areas.

6          I am familiar, of course, with county boundaries and

7  town boundaries.  So where possible, I try to follow those,

8  and I tried to draw plans using whole precincts to the extent

9  that I could, but you are forced to split precincts in the

10 House and Senate Plan just to get plus or minus 1 percent, and

11 it's really to an even greater degree in the Congressional

12 Plan because there's so many districts, and it's just

13 extremely difficult to avoid splitting precincts in one

14 district anywhere in the State.

15 Q   And just staying with communities of interest for a

16 moment, is the Black Belt a community of interest?

17 A    The Black Belt is, in my opinion a community of interest.

18 I have given more testimony on that, but the historical record

19 is clear.  Countless books have been written.  I've relied on

20 a map that was prepared by the Georgia Budget and Policy

21 Institute in a 2019 publication looking at the Black Belt of

22 Georgia which the GPPI document identifies as school districts

23 in Georgia that are over 30 percent Black in terms of the

24 student body representation and over 30 percent poverty of

25 those students.  So, I have a map in my declaration that's

1   basically a reprint of the analysis that GPPI did county by

2   county.  It's actually school districts but for most of

3   Georgia whether counties here or whether a city school was not

4   an exact match to the county map I did earlier showing the

5   regions counties by race, but the Black Belt is very clear

6   from Augusta to Southwest Georgia, it's almost uninterrupted

7   in terms of the counties that GPPI considers to be contrary

8   Black Belt Georgia.

9   Q   Mr. Cooper, I see non dilution on this list.  What does

10  non dilution mean?

11  A   Well, it's just simply one should attempt to draw

12  districts that are cognizant of race to a certain extent, just

13  to make sure that you are not cracking or fragmenting majority

14  population based on race or ethnicity.

15  Q   So do you consider -- did you consider race in drawing

16  your illustrative plan?

17  A   I was aware of race as traditional redistricting

18  principles suggest one should be.  I mean, it's Voting Rights

19  Acts.  It's Federal law.  It's equivalent to one person one

20  vote in terms of having to comply with that part of the

21  traditional redistricting principles, in my opinion.

22  Q   And when you said about drawing this plan in Illustrative

23  Plans, did you set any minimum or maximum number of Black

24  majority districts that you were going to draw?

25  A   No.  No.  I just worked with the 2015 House Plan and the

1  2014 Senate Plan and corrected the deviation problems and in

2  the process also considered the potential for additional Black

3  majority districts.

4  Q   Just a couple more of these principles to discuss.

5        You mentioned splitting respective political

6  boundaries.  It says here counties.  How did you get to that,

7  political boundaries?

8  A   Well, I tried to keep counties whole.  You have to split

9  them for State and House quite a bit, just due to racial

10 issues.  And the same with the Senate.  So I tried to preserve

11 county boundaries where I could, and where I couldn't, then I

12 took into account city municipal boundaries and also worked

13 the precincts.  So, even though as I have indicated, precincts

14 are femoral and don't last very long necessarily, but in some

15 counties they last a long time.  So I tried to draw using the

16 whole precincts as much as I could.

17 Q   Okay.  And let's look a little closer at that.

18        MR. SAVITZKY:  Mr. Barco, I may ask you to pop us out

19 of the dec and into Alpha-1, Page 42.  And look at the Figure

20 22 down there.  Zoom in on that Page 22 of your report.

21 BY MR. SAVITZKY:

22 Q   How does your plan Illustrative Senate Plan, 2021 Senate

23 Plan, how did it character to county splits?

24 A   Well --

25 Q   And if you need a minute to go to that page in your

1   report, please do so.

2   A   The VTD and county split in the illustrative plan are not

3   that different from the 2021 Senate Plan.  The illustrative

4   plan splits four more counties.  But by the same token, in

5   terms of actual splits, the unique county district splits that

6   we talked about previously and the other testimony, the

7   illustrative plan splits just 59.  It creates 59 splits where

8   the 2021 Plan creates 63 splits.  So on unique counting

9   district combinations, the illustrative plan is slightly

10  superior.  And on county splits, the Illustrative Senate Plan

11  is a little below the 29 splits that the 2021 Plan achieves.

12  Four splits more.

13  Q   And just for referencing in terms of difference of four

14  counties, how many counties are there in Georgia?

15  A   189 I'm sorry 159.

16          THE COURT:  If we have 30 more, we are in trouble.

17          MR. SAVITZKY:  We could ask for judicial notice.

18          THE COURT:  I will take judicial notice of that.

19  BY MR. SAVITZKY:

20  Q   And just looking at the House side and let's pull up Alpha

21  1, Page 62 now and look at the similar graph there.  Figure 37

22  look at.  The same thing county VTD, you are looking at county

23  splits and kind of just a combination -- how the Illustrative

24  House Plan in the 2021 House Plan compare on that metric.

25  A   The Illustrative House Plan has 74 split counties and the

1  2021 House Plan has 70.

2  Q    And --

3  A    So, the Illustrative House Plan splits four more counties.

4  Q    What about the unique splits?

5  A    On the unique splits, once again, there's a difference in

6  favor of the Illustrative House Plan.  There are 206 splits

7  because some of the larger counties had many different pieces

8  of districts.  And in the 2021 House Plan, there are 211, so

9  five more, five more unique district combinations in the 2021

10 House Plan than in the Illustrative House Plan.

11 Q    And we can go back to the Powerpoint presentation.  Zoom

12 out of this.  And just very briefly, Mr. Cooper, you mentioned

13 incumbent, you know, parodies, protection.  Did you consider

14 where incumbents live when you were drawing the illustrative

15 plan as well?

16 A    I did.  I got a file from the Plaintiff's lawyers that I

17 believe came from the district data hub, open source website

18 that will provide apparently as they described in the website,

19 incumbent address information, but I think it's only available

20 to non-partisan organization.  I don't think an individual can

21 get that data because it's somewhat sensitive, so I got the

22 data from you guys.

23        Unfortunately, it seems that there maybe some

24 discrepancy in that data that was created by the redistricting

25 data hub in March of 2021, I believe, so some of the addresses

1  may not have been up to date.  And so very late in the course

2  of this litigation, I received a file of incumbent addresses

3  that the State of Georgia had prepared for their redistricting

4  work, and there were a few discrepancies.  So ultimately, I

5  did another illustrative plan just to show that I could

6  sharply reduce the number of the incumbent pairs that is the

7  State has identified that I did not realize was a completely

8  incumbent conflict.

9  Q    And were you able to sharply reduce the number of

10 incumbents after you got that State data?

11 A    Yes.  Yes.  With very little change to the majority Black

12 districts and very little changes to any of the districts

13 but --

14 Q    Same number of majority Black districts?

15 A    Same number.  Same number.

16 Q    And, Mr. Cooper, how long did it take you to make those

17 changes?

18 A    I think that took maybe three or four hours, just because

19 I was -- I was simply -- oftentimes the reissuing data the

20 address I couldn't find.  It wasn't necessarily that far off

21 the mark, but in a place like Dekalb County where the

22 districts are, you know, very, very small being wrong by one

23 ZIP code can put you in the wrong district.  So I fixed, I

24 fixed many of them, but not all of them.  I think I have an

25 assessment of how many incumbents were paired in my

1  supplemental declaration based on the official State files.

2  Q    And just a couple more questions about your process before

3  we look at some maps.  Did any of the traditional criteria,

4  the traditional redistricting principles you mentioned

5  predominate over any of the others in your process?

6  A    No.  I tried to balance them all.  I was aware of them all

7  and I tried to achieve plans that were fair and balanced.

8  Q    And in drawing your map, what did you sort of use as a

9  baseline to get started?

10 A    Well, in drawing which map?

11 Q    In drawing your Illustrative Plan.  What did you use as --

12 A    Well, baseline for the House Plan was the 2014 Benchmark

13 Plan that was the final plan adopted for the State, House that

14 made for the decade based on the 2010 Census.  I actually have

15 some tables in here that show the deviation from the actual

16 district size in those districts.  And so many, many of the

17 districts have to change just due to the big population in

18 Georgia over that time and that was my base map, the 2015

19 Plan.

20 Q    Just to be --

21 A    2014 --

22 Q    The 2014/2015 Benchmarks were the baseline?

23 A    Yes, right.  Yeah, for the Senate was 2014.

24 Q    Okay.  And were you trying to make -- were you trying --

25 strike that.  Were you trying to draw districts that were

1  similar to the districts in the 2021 Plan?

2  A    No.   No.   I became aware of those districts after I was

3  well into this project in the latter part of November, but I

4  did not try to completely change the plan to match up with the

5  2021 Plan.   Basically just an illustrative plan and I would

6  anticipate taking another crack at it, focusing more on the

7  2021 Plan in the future, if there should be some sort of an

8  opportunity.   This was just to show really where Black

9  majority districts could be created while at the same time

10  creating the rest of the map such that it would comply with

11  one person one vote and these other factors.

12  Q   All right.   Mr. Cooper, let's look at some of the

13  districts that you drew, starting with the Senate Plan

14  starting with Metro Atlanta.   We are pulling up -- this is

15  Page 38 of the presentation and Exhibits P 1 and P 2 from your

16  declaration.   Can you describe what we are looking at here?

17  A    Yes.   This is the -- where the south metro area and we

18  where looking at a new Senate district, an additional Senate

19  district that can be created in South Metro Atlanta,

20  specifically in Spalding and Fayette Counties with a little

21  bit in Henry County.

22  Q   All right.   And on the right side, what's the district

23  there?

24  A    In the right side, we are looking at the existing 2021

25  Plan in District 16.

1    Q    And --

2    A    District 16, includes all of Fayette, all of Spalding,

3    Pike, and Lamar, and by including those four counties, taken

4    together, the underlying Black population is just

5    22.7 percent.  So a significant amount of the Black population

6    in Fayette and Spalding Counties has been submerged into

7    District 16.

8    Q    And just for the record, does District 16 in the 2021 Plan

9    include all of Fayette County?

10   A    No.

11   Q    Demographically, what --

12   A    I'm sorry.  District 16?

13   Q    16.  Yes.

14   A    Yes.  2021 -- I believe it does except for a small portion

15   in the northeast part of Senate District 34 in Clayton County.

16   Q    So, Mr. Cooper, demographically, what's been happening

17   with the Black population in Fayette and Spalding Counties

18   over the last decade?

19   A    It's been going up.  In Fayette County, I believe the

20   Black population was close to 20 percent under the 2010 Census

21   and it's now 25 percent.  In Spalding County, it's now about

22   33 percent, I believe.  I don't have the number in front of me

23   to give you a comparison.

24   Q    And, Mr. Cooper, under the Illustrative Map that you drew

25   under District 28 here on the left, which areas, if any, would

1    be newly included in Black majority district that would not be
2    in the 2021 Plan?
3    A   Well, all of Spalding County and much of Fayette County.
4    Q   And I'm just highlighting a couple of those areas here on
5    Page 40 of the presentation.  Does this highlighting reflect
6    those areas that you identified in the newly included Black
7    majority district?
8    A   Yes.  And I assume, I will point out District 28 does not
9    include all of the Spalding County, but a significant portion
10   of it.
11   Q   Mr. Cooper, have you been an expert -- served as an expert
12   in a case involving Fayette County?
13   A   Yes.  As I mentioned in previous testimony, I was involved
14   in the 2014 era, 2013, 2015 era redistricting case under
15   Section 2 in Fayette County where the county -- ultimately a
16   jury under a consent decree plan to a new majority Black or
17   nearly majority Black, high 40 Black commission district where
18   African Americans elected the candidate of choice.
19   Q   And having drawn maps and done analysis in Fayette County
20   before, do you have a sense of whether Fayette shares
21   similarities or dissimilarities with any of the other
22   surrounding counties we have been talking about?
23   A   Yes.  Fayette is much more suburban, exurban than the
24   counties that are in District 16, Pike and Lamar or rural and
25   predominantly White.

1  Q   All right.  Let's look at district -- moving onto Page 41
2  here.  I'm pulling up Q 1, Q 2, exhibits from your
3  declaration.  Can you describe what we are looking at now?
4  Can you describe the districts we are looking at now?
5  A   Well, this is District 17, another additional majority
6  Black district that is anchored in Henry County and also
7  extends to Rockdale and little of Dekalb County.  A new
8  district with a 62.5 percent Black Voting Age Population.
9  Q   And what about on the right side?  What district are we
10 look at there?
11 A   Well, that is the Senate District 17 in the same general
12 area, including parts of Henry, Newton, and Morgan Counties,
13 and it is just 32 percent Black.
14 Q   Now, Mr. Cooper, I'm going to highlight Henry County here
15 for a minute so you can focus on it.  Demographically, what
16 has been happening in Henry County over the last decade?
17 A   The Black population has been increasing significantly.
18 Henry County is now majority Black, if I'm not mistaken.
19 Q   And going back to the previous image to compare those two,
20 what happens to Henry County under the 2021 Plan that the
21 State drew?
22 A   A large part of Henry County is placed in District 17
23 under the 2021 Plan.  It's only 32 percent Black.
24 Q   How is it that a Black population has grown in Henry
25 County that it's in a district that has such a low Black

1  voting issue?

2  A   Well, that's a good question.  I'm baffled by that, too.

3  this does reflect cracking of the Black population where

4  essentially merged into an area that is predominantly White.

5  And in doing, avoids the chance to create a majority Black

6  district, in which I do the Illustrative in the District 17.

7  Q   And, so in the Illustrative District 17, which parts, if

8  any, of Henry County would be newly included in a Black

9  majority district that would be left out in the 2021 Senate

10 Plan?

11 A   Well, southern Henry County for one, around McDonough

12 would not be in the majority Black district.  it would be in

13 District 17 that is majority White.

14 Q   Does this highlighting here reflect the area you

15 identified as being --

16 A   Yes.

17 Q   -- newly included in a Black majority district under your

18 plan?

19 A   Yes.

20 Q   Have you drawn maps in Henry County before?

21 A   I did draw some House districts as part of litigation in

22 the late -- 2017, 2018 period for the -- I forget the caption

23 of the case but that was one that we have talked about

24 previously.

25 Q   And having drawn maps in Henry County before, do you have

1  a sense of whether Henry County shares similarities or

2  dissimilarities with some of these other surrounding counties

3  we have been talking?

4  A   Yeah.  Well, Henry County is part of core Atlanta and has

5  a suburban population.  So it's really more closely aligned

6  with core Atlanta than it would be with the outreaches of the

7  Atlanta MSA, for example, and that would be counties like

8  Butts and Jasper that are actually outside of the Jasper --

9  Jasper Butts in the 29 county MSA but not part of the core

10  Atlanta.

11  Q   And, you mentioned, I believe, Newton County when you were

12  talking about that five-county area.  Kind of highlight Newton

13  County and demographically what's been happening in Newton

14  County over the last decade.

15  A   Population has been growing, at least the African American

16  population is growing significantly in Newton County.

17  Q   And is there any difference in the way that the

18  illustrative plan, the 2021 Plan treated Newton County?

19  A   Yes, it puts almost all of Newton County in Senate

20  District 43, that illustrative plan.  Whereas the 2021 Plan

21  puts a part of it in what would be District 43 in the

22  illustrative plan, but a big chunk of Newton County goes into

23  Senate District 17, which is 32 percent Black.

24  Q   You mentioned there was another Senate District in the

25  area you identified as the eastern Black Belt.  I'm going to

1   pull up Exhibits R 1, R 2 from your declaration.  And can you
2   tell me what -- what are the districts we are looking at now?
3   A    Okay.  This zooms in on the eastern Black Belt.  You can
4   see Augusta, Richmond right in the part of that map and then
5   Macon is visible and the lower corner.

6        The State has created Senate districts between
7   Augusta and Macon and Bibb County, then Richmond County and
8   only Richmond County.  The State has created Senate District
9   22.  This is 56.5 percent Black.  And then in the remainder of
10  the Black Belt extended into Bibb County.  The State has
11  created Senate District 26.  That is 57 percent Black.

12       And the illustrative plan creates a third district in
13  that same general area, District 23, that is 50.5 percent
14  Black, whereas the State's plan in that same general area is
15  only 32.5 percent.
16  Q    The illustrative plan that you drew, which counties or
17  areas in this region would be newly included in any Black
18  majority district?
19  A    Well, you can see that in the right-hand pane where
20  Toliver County which is majority Black would be in District 23
21  under the illustrative plan and Jefferson and Burke and
22  Jenkins that are also in majority White District 23 would be
23  in the majority Black Senate district 23 under District 23.
24  Q    And let me ask you also about Baldwin County.  Just moving
25  over the Baldwin here highlighting.  Is there any difference

1   in the way the illustrative plan and the 2021 Plan treat

2   Baldwin County?

3   A    Yes.  In the illustrative plan, Baldwin County is placed

4   in Senate District 23.  In the illustrative plan, it is not --

5   I'm sorry -- in the illustrative plan, it's -- in the

6   Illustrative Plan, it is created -- it is in District 23, in

7   the new District 23 majority Black.  In the 2021 Plan, it is

8   not in a majority Black district.

9   Q    Mr. Cooper, I just want to talk about one more Senate

10  district.  Let me ask you this, first:  Did you listen to

11  Defense Counsel's opening statement today?

12  A    I did.

13          MR. SAVITZKY:  Mr. Barco, can I ask you to pull up

14  Alpha's 2:  I think it's Page 45.

15  BY MR. SAVITZKY:

16  Q    Here we go.  Mr. Cooper, what district are we looking at

17  here?

18  A    Well, this is taken from, I believe, a run on all seven

19  districts in the State under the illustrative plan 2; is that

20  correct?

21  Q    That's right.

22  A    Yeah.  So, it shows, for example, part of District 23, all

23  of District 26.  Both of these are in the majority Black of

24  the illustrative plan, and part of Senate 12, which is also in

25  the majority Black.  And then you can see that District 18 is

1 a White majority district that's sort of in between the

2 majority Black districts on this map.

3 Q   Mr. Cooper, are there any reasons others that race that

4 District 18 is configured in this particular way in your plan?

5 A   I drew that district trying to work with whole counties

6 really, except for a split in Sumpter and in Bibb County.

7        In retrospect, I do believe that that particular

8 district can be made more compact looking.  Worth County could

9 be shifted into another Senate District so that it's not as

10 elongated and Monroe County can be shifted out of Senate

11 District 18 into another district and Upson County could be

12 added into Senate District 18.

13        I actually checked that with my redistricting

14 software a couple of days ago because I think the

15 Plaintiffs -- the Defendants are going to complain about that.

16 I think they sort of have a valid argument that you don't need

17 to have a district that long, so --

18        THE COURT:  That's pretty long.

19        THE WITNESS:  Yeah, you're right, and I apologize.

20 It does, however, follow county boundaries so it's not hard to

21 figure out.  It's a little low on the compact.  The next

22 version I do, if I had that opportunity, will fix that

23 problem.  It's not a majority Black district, so it's one that

24 I should have paid more attention to there.

25 BY MR. SAVITZKY:

1  Q   Mr. Cooper, let's turn to the House side and let me pull

2  that back up.  I'm pulling up Exhibits A B 1, A B 2 from your

3  report.  And we are on Page 53 of the presentation.  What are

4  these districts we are looking at?

5  A   We are looking at House districts now and, specifically,

6  we are looking at a new House district that can be created in

7  South Metro Atlanta that would include part of Spalding County

8  and part of Henry County and part of Clayton County.

9  Q   You know, Mr. Cooper -- oh, I'm so sorry to do this.  I

10  did have one more question about District 18, if you don't

11  mind me going back to that for one second.

12  A   Sure.

13  Q   You mentioned you could do it differently.  Could you do

14  it differently and preserve the Black majority districts that

15  you have already drawn?

16  A   Oh, yes.  Yes.  I mean there would be a minor change to

17  House District 154, where the --

18           THE COURT:  You understand this is what I have in

19  front of me right now?

20           THE WITNESS:  Right, I do.

21           THE COURT:  You agree that that's -- the compactness

22  of that district is off?

23           THE WITNESS:  It could be better.  It could be better

24  for sure.

25           THE COURT:  So what do I do?  In other words, this is

1  what I have now and you said you could draw it better.

2          THE WITNESS:  Well --

3          THE COURT:  If I'm Mr. Tyson, I'm saying, Judge, this

4  is it.  This is what he gave us.

5          THE WITNESS:  Well, this is just an illustrative

6  plan, though.  I don't think -- it's a very rare occasion

7  where a Court would ever order an illustrative plan.  Usually

8  the other side would get to produce a remedial plan pretty

9  quickly and we might respond, so I think ahead maybe I could

10  responds and fix that issue.

11         THE COURT:  Mr. Tyson is going to say, Judge, he has

12  to at least be as sure as possible for it to be done.

13         THE WITNESS:  Well, I know it's possible.  I'm not

14  demonstrating by the way of printed maps today as an exhibit,

15  but I did check that out this weekend and know that Worth

16  county and, you know, the other county I was looking at

17  further north may be blocked off.  So at a minimum, it can be

18  made that much less elongated and, perhaps, more so.  Given

19  time working on the plan, perhaps it could be changed so that

20  it could be less elongated than the configuration that I just

21  described.  But I am confident that Worth -- and I would have

22  to blow that up on the map.  I'll look at it.

23         THE COURT:  Let's pull that back up.

24         THE WITNESS:  Monroe County does not need to be in

25  that district.  So those are the two most elongated counties

1  in that particular map, and both of those can be cut out.

2  Crawford would remain in and Upson County could shift into

3  District 18.  So basically run from Lee to Bibb County and

4  it's conceivable, given time that I could make it even more

5  compact.

6        THE COURT:  When you make those changes, what happens

7  to the other counties?  What happens?

8        THE WITNESS:  It is possible that I would need to do

9  an additional county split in Dooley, in one of the counties

10  in District 20, which is not majority Black.  It would have

11  all almost no impact on the majority Black district.  There

12  could be a slight diminution in District 12 where I would

13  probably put all of Sumpter County in District 18, but,

14  possibly I could still leave that as is.

15  BY MR. SAVITZKY:

16  Q   Mr. Cooper --

17        THE COURT:  Hold on one second.  Do you think Monroe

18  -- you would take Monroe County out?  You agree it probably

19  does not have a whole lot of similarities with Worth County,

20  Monroe County?

21        THE WITNESS:  Right.  Monroe County would go out and

22  Worth County would go out into difference districts.  So it

23  would -- as it presently stood -- and I didn't spend a lot of

24  time on this -- but as it presently stood, it would still

25  include Lee County up to Bibb County, but it is not out of the

1  question that something couldn't be done with Lee County also

2  so it would really be Sumpter to Bibb area.

3        THE COURT:  If you take Sumpter County out, wouldn't

4  that have an effect, major effect?

5        THE WITNESS:  It does have an effect.  I mean the

6  Black VAP in Plan 57.3 and in the plan that I developed, the

7  Black VAP did drop to about 55 percent, by taking Sumpter out.

8  But that's still is majority Black district.  And so, I don't

9  think that would be an issue in terms of the Black VAP.  And I

10 do think that with further work, I could figure out a way to

11 make it even more compact, it being District 12, but, because

12 you are all constantly dealing with deviations and wanting to

13 freeze the districts and not make a lot of changes.

14       THE COURT:  Any more splits?  Would there be any more

15 splits, if you do changes?

16       THE WITNESS:  It is possible that I would have one

17 more county split.  However, if I move Sumpter into District

18 18 it might not be necessary.  So I've got a lot of the likes

19 and probables in there, I understand that, but that was just a

20 little experiment when looking at the map and saying, yes, it

21 is too elongated.  But I will say it's easy to understand

22 because it is only working basically county lines and no

23 precinct in Bibb County.  So on that count, it's okay.  It's

24 not, you know, the famous I-85 district that went from

25 Charlotte to Durham or something, that -- this is nothing like

1  that.

2            THE COURT:  I will grant you that.  Go ahead.

3  BY MR. HAWLEY:

4  Q   On that question, Mr. Cooper, are there other traditional

5  factors in addition to compactness that you were considering

6  balancing when you drew this particular district?

7  A   I was trying to keep counties whole, and I think -- but I

8  haven't really confirmed that.  I was also working with

9  information on incumbents that may have been different from

10 the information that I now have with illustrative plan 2.  So

11 that could have been a factor, trying to avoid additional

12 incumbents.

13 Q   And, Mr. Cooper, is there a minimum compactness score

14 below which you sort of shouldn't be balancing compact into

15 the other factors?

16 A   Well, I do better with the total Polsby-Popper score in

17 this one is .1.  The State Senate Plan has one that's .11.  If

18 you look at some of the shapes of some of the Senate districts

19 in the State's 2021 Plan in Dekalb County, some of those are

20 pretty odd looking, elongated and split precincts and cities

21 and towns.  So at least this plan is only problematic from the

22 standpoint of it's 11, really, insofar as District 18 goes and

23 I think that could be corrected in the future.

24 Q   In your experience, drawing districts, applying the

25 traditional factors, is it possible that a district with a

1  .10, .11 maybe nPolsby-Popper score comports with the judicial

2  redistricting factors overall?

3  A    It could, yes.  It could, depending on the situation.

4  Q    And in this case, given your balancing factors, do you

5  think that Senate District 18 comports with judicial

6  redistricting factors?

7  A    I think because it doesn't break county lines anywhere

8  except by precincts in Sumpter and Bibb, that it is within

9  range of being acceptable.  Again, because this was an

10  illustrative plan, I was very focused on trying to keep the

11  majority Black districts compact and reasonably shaped and

12  this one was a little longer than I thought it was.

13         THE COURT:  Right.

14  BY MR. SAVITZKY:

15  Q    Can I ask just one other question on this?  Is it possible

16  for a district to comport with judicial redistricting factors

17  but also be capable of further improvement?

18  A    Certainly.  Clearly it's capable of further improvements.

19  I know that for a fact.

20  Q    All right.  Can you go back to there dec, please and let's

21  look at the House District -- again, this is A B 1, A B 2 from

22  your report, Page 53 of the presentation.  And I wanted to ask

23  you again because we went back to 18 for a minute.  What are

24  the districts that we are talking about here?

25  A    Well, here we are looking at South Metro Atlanta House

1  Districts that I created, the new house districts, the
2  Judicial House Districts.   This is Illustrative District 73 --
3  Q    And --
4  A    -- in pink.
5  Q    And what happens, what are the counties that we are
6  looking at here?
7  A    We are looking at Spalding County and part of Henry County
8  and Clayton County.
9  Q    And, Mr. Cooper, how does this area compare to the area we
10 were looking at before with those south metro district?
11 A    Well, it's the same general area.   The same subset of five
12 counties.
13 Q    And what happens to this area under the State's 2021 House
14 Plan?
15 A    It is in -- by and large, it is House District 74, which
16 is only 25 percent Black.
17 Q    And what about in the illustrative plan?
18 A    In the Illustrative Plan, District 73 is 60.6 percent
19 Black.
20 Q    And what, if any, areas in the illustrative plan are newly
21 included in the Black majority district?
22 A    The newly-included areas would include part of Henry
23 County and part of Spalding County.
24 Q    Is that reflected in the highlighting here?
25 A    Yes.

1   Q   Let's look at one more district I believe right in the

2   neighborhood Exhibits A C 1, A C 2 from your report.   Which

3   districts are we looking at now?

4   A   We are looking at Illustrative House District 12, 110,

5   excuse me, that is in Spalding and Henry counties.

6   Q   And what happens to this area under the 2001 House Plan?

7   A   It is merged into, primarily into District 134, I believe,

8   under the 2021 Plan.

9   Q   And how about under the illustrative plan?   What happens

10  to this area?

11  A   I'm sorry.   I lost the area.

12  Q   In the illustrative plan, what's happens in the same

13  period?

14  A   The area in District 110 highlighted there is 52.4 percent

15  Black.

16  Q   And in the illustrative plan, what areas, if any, are

17  newly included in the Black majority district?

18  A   The areas in Spalding County and Henry County.

19  Q   And is this highlight reflecting those areas --

20  A   Yes.

21  Q   -- that would be included?

22  A   Yes.

23  Q   All right.   Mr. Cooper, let's turn to the area identified

24  as the eastern Black Belt and look at House District there.

25  This is exhibit A B 1, A B 2.   Which district are we focused

1  on in the Illustrative Map here?

2  A    This district is 144 in the eastern Black Belt and it

3  includes some areas that are in the Savannah Area Regional

4  Commission as well as parts of Baldwin and Hancock Counties

5  which together make up a Census Bureau micropolitian area

6  along with Wilkinson County to the south and Putnam County

7  also extending into the City of Eatonton.

8  Q    Is the same or similar region where of Senate District 23?

9  A    It's a similar region.  Not the same.

10 Q    I'm just going to highlight the Black majority districts

11 in the respective plans here.  What happens or I should say,

12 what happens in this area under the 2021 House Plan on the

13 right side?

14 A    Well, in the 2021 Plan, much of this area is in the area

15 in House District 144 in a majority White area, majority White

16 district.  Several different ones converged in.

17 Q    So which areas or counties would be newly included in a

18 Black majority district under the illustrative plan?

19 A    Toliver, part of Putnam, part of Baldwin and all of

20 Wilkinson.

21 Q    And does this highlighting reflect those areas that are

22 newly included?

23 A    Yes.

24 Q    And I'm just going to go to the previous highlighted area

25 in the Black majority districts.  How many Black majority

1  districts does the illustrative plan draw in this eastern

2  Black belt region in total?

3  A   There's six majority Black districts drawn in the

4  illustrative plan and just five in the House Plan.

5  Q   All right.

6  A   2021 House Plan.

7  Q   Let's look at one more in this western Black Belt region

8  that you identified.  What district -- regional Illustrative

9  District are we focused on here?

10  A   We are focused on House District 150, 153, the new

11  additional House district in that part of the state and it

12  would include part of Dougherty County, Albany, the all of

13  Mitchell and part of Thomas into Thomasville, following the

14  main route there from Albany to Thomasville.

15  Q   And, Mr. Cooper, the image on the right side of 2021 Plan

16  A B 2, is that one that you created?  Did you create the

17  image?

18  A   Yes, that's the side of the same scale showing the Georgia

19  House under the 2021 Plan.

20       MR. SAVITZKY:  Your Honor, the image on the right A B

21  2 is Figure 35 of Mr. Cooper's declaration I think was

22  inadvertently was left out the set of exhibits.  We have

23  marked it as Alpha's 47 and move to admit it into evidence at

24  this time.

25       THE COURT:  Thank you.

1  BY MR. SAVITZKY:

2  Q    So I'm highlighting that region that you identified

3  earlier in green boundary.  Can you remind us what that region

4  is?

5  A    It's Senate District 12 under the 2021 Plan.

6  Q    What's the relevance of knowing this is the Senate

7  District 12?

8  A    Well, Senate District 12, is a population of about

9  200,000.  And so, taken by itself, would surmise that you

10  could actually create three majority Black house districts, as

11  compared to the two majority house districts that are, in

12  fact, found in the 2021 Plan in that region of the State.

13  Q    And, Mr. Cooper, under the Illustrative Map, which, if

14  any, areas would be newly included in a Black majority

15  district under your illustrative plan?

16  A    Mitchell County, which is almost majority Black is

17  48 percent Black, I think, and Thomas -- part of Thomas County

18  and Thomasville.

19  Q    Mr. Cooper, is there any reason why you connected Albany

20  and Thomasville, other than race?  Is there any other way to

21  explain it?

22  A    Well, it -- there is a clear transportation route along

23  the Highway 19, I think it is and, Mitchell County is part of

24  what -- you flip back and look at the regional commission maps

25  and if I can find the map here, Albany is in -- one moment.  I

1    thought I had quick access to this map.  Here we go.  There

2    are actually two regional commissions involved here with the

3    State Senate Plan, but you can see that the Southwest Georgia

4    Regional Commission includes Thomas, and extends all the way

5    out to the Albany area.  So it's in the same Regional

6    Commission and it's connected by a major highway that's

7    featured in the Georgia tourist volume I think that you can

8    get at rest stops.  There are clear connections between Albany

9    and Thomasville.

10   Q    Mr. Cooper, summing up, did you form an opinion overall on

11   whether or not the Black population in Georgia is sufficiently

12   numerous, compact to comprise voting age majority and

13   additional State Senate and State's House District?

14   A    Yes.

15   Q    What's your opinion?

16   A    My opinion is that you can create at least three

17   additional Senate seats in an illustrative plan based on the

18   2020 Census.  And for the House Plan, you can create at least

19   an additional four seats.

20   Q    And, Mr. Cooper, were you able to draw your Illustrative

21   Plans using traditional districting principles?

22   A    Yes.  With the exception that the Judge agrees with me

23   that more work needs to be done on Senate District 18, but

24   that is not a majority Black district.

25              THE COURT:  Wise wisdom.  A wise witness agrees with

1  the Judge.

2         MR. SAVITZKY:  I wish that I had in our Powerpoint.

3  BY MR. SAVITZKY:

4  Q   Mr. Cooper, one other question.  Why is it called the

5  Illustrative Plan?

6  A   Well, because it's not intended to be a final remedial

7  plan.  It's just there to show that the majority Black

8  districts can be drawn in a fashion that comply with

9  traditional redistricting principles and, you know, it's not a

10 final plan.

11        THE COURT:  But it could be?

12        THE WITNESS:  It could be a final plan?

13        THE COURT:  Yes.

14        THE WITNESS:  Well, it could be.  I mean it's

15 borderline.

16        THE COURT:  Have you not had one of your

17 redistricting plan come out to be a final plan?

18        THE WITNESS:  Well, I have.  And in Washington the

19 court ordered majority district in the city council trial, not

20 a trial summary judgment in the state of South Dakota court

21 ordered just adopted my illustrative plan, but I didn't have

22 long to work on that.

23        THE COURT:  Plus to be fair to the State, they need

24 to know a point of reference to question you about it, do they

25 not?  Don't the State need to know where you say it's a

1  possibility that the district can be drawn?  The State has to
2  have something to Cross you on or question you about, do they
3  not?

4          THE WITNESS:  True, yeah.  Yeah. so, yeah,
5  illustrative plan can be court ordered, but I would imagine --
6  I mean it was -- the South Dakota situation, they just didn't
7  bother to submit a remedial plan.

8          THE COURT:  And Mr. Tyson, relax.  I'm not saying
9  that's what we are going to do, but I guess the point I'm
10  trying to make, it has to be some point of discussion.

11         THE WITNESS:  Yeah, I understand that.  I mean I
12  agree upon reflection.  I agree, for sure.

13         THE COURT:  Two for two.

14         THE WITNESS:  Right.  And if I get another
15  opportunity, I will fix that.

16         THE COURT:  Thank you.

17         MR. SAVITZKY:  Your Honor, no further questions of
18  Mr. Cooper at this time.

19         THE COURT:  Mr. Hampton, I know the answer to this
20  question but do you wish to question?

21         MR. HAMILTON:  No, your Honor.  Thank you.

22         THE COURT:  All right then.  Mr. Tyson.

23                    **CROSS-EXAMINATION**

24  BY MR. TYSON:

25  Q   Mr. Cooper, good afternoon again.

1  A    Good afternoon.  Long time no see.

2  Q    It has been a while.  Good to see you again.

3        All right.  So let's jump right in.  I'm not going to

4  ask the same question and cover background that we have

5  already asked, but I do want to begin with Paragraph 5 of your

6  declaration, just to talk about it again, what it is you were

7  asked to do.

8        The attorneys asked you to determine whether the

9  African American population in Georgia is sufficiently large

10 and geographically compact to allow for the further creation

11 of employing traditional redistricting principles of

12 additional majority Black Senate and House districts beyond

13 those created in the legislative plans.

14        That's what your declaration says; correct?

15 A    Yes.

16 Q    And, so as we have discussed, your goal really was to

17 create an additional majority Black district in the creation

18 of your House and Senate Plan; right?

19 A    Well, it was to determine whether or not additional

20 majority Black districts could be created.  So there was no

21 goal per se.  I don't think I agreed to that statement

22 previously.  To clarify, I was not told you draw four majority

23 Black districts or you draw two or one.  I was just asked to

24 see whether additional districts could be created, given the

25 present demographics of 2020.

1  Q    Now, when was it that this request came to you to begin

2  work on legislative plans for the House and Senate?

3       I think the request came sometime in the summer, and

4  I did do a little bit of work on the House and Senate in

5  September and early October, but then I had to take a little

6  break because of some involvement in other redistricting

7  situations, like the Alabama Congressional Plan, Baltimore

8  County, Maryland, County Commission.  There is actually a

9  hearing next week on that.  San Juan County Commission that I

10  was working for the local government assisting them with

11  drawing voting plans and that became a little more time

12  consuming than I anticipated, so I spent less time on this

13  project than I probably should have, and because of that

14  redistricting Senate 18 can be made less elongated on a second

15  stab.

16       I sometimes draw numerous plans like three or four

17  Illustrative Plans and eventually get to a plan that becomes

18  illustrative plan 1, and I was not able to really look at

19  things quite as closely in the Census.

20  Q    So you would agree that given more time, you can get more

21  refined redistricting plans put together; right?

22  A    Yeah.  I'm one person.  I'm not the State legislature that

23  has a lot of resources at its disposal.

24  Q    So you began your drawing in September and October.  That

25  was before the legislature released had reached any plan;

1  correct?

2  A    That's true.  That's why I started with the 2015 Plan and

3  2014 Plan.

4  Q    And, so the effort that went into the illustrative plan

5  was underway before anyone knew what the State was going to

6  adopt for its Legislative Plan; correct?

7  A    Yes.  I didn't know.

8  Q    And had you completed the process of drawing 19 majority

9  Black Senate Plans and 54 majority Black House Plans before

10 the special session convened?

11 A    No.

12 Q    When did you complete that process?

13 A    I think sometime in the latter part of November, I had the

14 plan fairly well finalized for both the House and Senate.

15 Q    And the latter part of November would be the time the

16 legislature was finishing its special session?

17 A    Yeah.  I guess early December, maybe when the 2020 Plan

18 was enacted; is that right, and the Governor signed off in

19 January.

20 Q    I believe mid November to late November is when we

21 finished up the timeline on that.

22 A    Right.

23 Q    But, so just -- I just want to make sure, so did you

24 deliver your illustrative plan to Plaintiff's counsel before

25 the end of the Special Session or right after it ended?

1  A   No, I think the final parts really weren't until the end
2  of December but I was working on those plans in November.
3  Q   And you indicated in the discussion about Senate District
4  18 that you were very focused on making the majority Black
5  Districts compact.  Were those the main priorities in what you
6  were looking to draw?
7  A   Well, I had to demonstrate that those districts were
8  complying with redistricting principles, yes.
9  Q   And so is it accurate then to say you focused on drawing
10 those districts and then just kind of filled in what was left?
11 A   No.  No.  I was doing a map along the way and at any point
12 in time I had various parts of the state up and was doing
13 districts that were not necessarily majority Black in the
14 process.
15 Q   But it's accurate that you spent less time on districts
16 that were not majority Black?
17 A   No, that's not accurate either.
18 Q   Okay.
19 A   I spent a lot of time on some of those districts because
20 you have got to work to get the deviation plus or minus 1
21 percent and try to produce county splits, so, that would not
22 be accurate, I don't think.
23 Q   So help me understand what you testified earlier about
24 being very focused on the majority Black districts.  I took
25 that in distinction to other districts that are not majority

1  Black.  Is that not what you were saying?

2  A    Well, I wanted to ensure that the districts I was drawing

3  were majority Black and, you know, I must just have failed to

4  really think about the length of Senate District 18.  Because

5  otherwise, if you don't look at the whole length, it's

6  following basically county lines and the House still had

7  information about incumbents and I was very focused on trying

8  to keep incumbents not there and so that would have been

9  another factor that might have somehow allowed me to draw

10  District 15 more elongated than it should have been, but I'd

11  have to go back and to find out exactly what resulted in the

12  length of that district.

13  Q    And I believe it was established your illustrative plan

14  splits more counties than the Adopted House and Senate Plan;

15  correct?

16  A    It splits more counties but has fewer county district

17  combinations.  In other words, it has fewer splits.

18  Q    But it does split more counties as a matter of a number of

19  counties that it splits; correct?

20  A    Yes.  It does split more counties, some counties in

21  Georgia as you know are very small, like Toliver, the smallest

22  east of the Mississippi, I think, and some quite large.

23  Q    And you would agree that your plans for the House and

24  Senate have higher deviations than the Adopted Plans as a

25  matter of total deviation; right?

1  A   No.  I would not agree with that.  I thought the house

2  plans plus or minus 1.5 percent deviation.  The Senate is plus

3  or minus with 1 percent deviation.  So based on average, I

4  don't think my plan exceeded that range.  Do they?

5  Q   We'll circle back to that.  I think they do.  We can come

6  back to that on the districts, so we can deal that.

7  A   Yeah.  I would like to see that because I don't think

8  that's the case.

9  Q   So you were first contacted about serving as an expert in

10 this case in the Summer?

11 A   I believe so.

12 Q   And that was before the Census had come out; correct?

13 A   Right.

14 Q   Going to Paragraph 7 under your declaration, you conclude

15 that you can create three additional majority Black Senate

16 districts and five majority Black House districts; is that

17 correct?

18 A   I conclude that you could create at least three more and

19 at least five more House Districts.

20 Q   In your testimony you cover three Senate districts and

21 four House districts as I understand it today; is that

22 correct?

23 A   I believe one being challenged by the attorneys, four

24 districts.

25 Q   So the fifth district that you created is new where was

1  that?

2  A    That's in South Metro Atlanta.  It would be District 111,

3  112.  Those are not being challenged.

4  Q    And when you say not being challenged, is it your

5  understanding that the Plaintiffs are not contesting the

6  district should have been drawn there that wasn't?

7  A    Yeah.  I will leave up to the attorneys.  I don't know.  I

8  truly don't know the specifics of that but I do know these are

9  the four that are -- they asked me to speak about in

10  testimony, even though there's a fifth one in the south metro

11  area and -- well, two more Senate districts in Gwinnett County

12  that just sort of formed organically as I was re-organizing

13  the State based on the 2015 plan.  So there are actually 19

14  majority Black Senate districts in my plan that only really

15  creates three additional Black majority districts from the

16  standpoint of what is being challenged.  I know that sounds

17  confusing.

18  Q    I'm sorry.

19  A    I mean that is confusing, but I was not trying to draw

20  additional majority Black districts in Gwinnett County but

21  because of the tremendous growth in the Black population in

22  Gwinnett County, two districts that I drew became accidental

23  majority Black districts because they are not being

24  challenged.

25  Q    And I saw from 19 to 14 on the Senate district.  There's

1  five additional districts.  We are talking about three

2  additional districts.  And so, it's your understanding that

3  you're testifying about three additional districts, even

4  though you drew five additional districts?

5  A    There are two additional districts in Gwinnett County, I

6  think primarily in Gwinnett County, that are majority Black.

7  Q    But your expert testimony is that the population is only

8  sufficiently numerous and geographically compact for three

9  additional Senate districts and four additional House

10  districts; is that right?

11  A    No, I said at least, at least.  Not just limited to four

12  and three.

13  Q    I'll circle back on that.  We'll come back to that point.

14  Let me ask you this:  In your summary in Paragraph 11 of your

15  report, you talk about the 19 majority Black Senate districts.

16  Did you try to draw more districts than 19 majority Black

17  Districts in the Senate?

18  A    No.  And I really was not trying to draw 19.  It's just

19  they were one person one vote and configure things in Gwinnett

20  County and reasonably shape and pack a couple of additional

21  districts.  I think those areas were already electing African

22  Americans in general in the 2015 time period.  In the 2015

23  Plan, I think African Americans were being elected to the

24  general regions where there are two more districts that are

25  majority Black under the illustrative plan.

1  Q   So, let me make sure I understand.  So there are two

2  districts that are on the 2021 Senate Plan in Gwinnett County

3  were already electing candidate of choice in the Black

4  community without being majority Black?

5  A   I think so.  I'm not -- I have not looked at the political

6  data.  I just think that based on present-day incumbents, a

7  couple of those districts that I had drawn are majority Black,

8  already have a Black incumbent in Gwinnett County.

9  Q   And so do you look at the race of all the incumbents then

10 to make that determination?

11 A   I knew -- I had information about the Black incumbents and

12 minority incumbents, and all incumbents for that matter.  That

13 information actually came from redistricting data files that I

14 got.  I don't have -- I believe the State may have also had

15 that information, but I could be wrong.

16 Q   So, do you know if it's possible to draw more than 19

17 majority Blacks in districts?

18 A   I don't know.

19 Q   Do you know if it's possible to draw more than 54 majority

20 Black House districts?

21 A   Well, I think it is.  Again, in Metro Atlanta where the

22 minority population is already electing candidates of choice,

23 as I understand.

24 Q   So let me -- again, I want to make sure I understand.  I'm

25 not sure I'm totally clear.  So there are areas in Metro

1  Atlanta that without a majority Black district are electing

2  candidates of choice to the State House; is that your

3  testimony?

4  A   That's right.  They are coalition districts probably and

5  some in instances would not be majority Black.

6  Q   So, your testimony is there are districts in Georgia on

7  the 2021 Plans that would be electing candidates of choice

8  without being majority Black?

9  A   I don't know but maybe so.

10 Q   In drawing your House and Senate Plan, were there any

11 districts you drew as a major Black district included that was

12 a racial gerrymandering and eliminated that majority Black

13 district?

14 A   I don't recall drawing any like that.

15 Q   Did you -- is this the most majority Black districts you

16 drew on any State Senate plan you have worked on?

17 A   Can you rephrase that?

18 Q   Sure.  Is 19 majority Black Senate districts the highest

19 number of majority Black State Senate districts on the plans

20 you worked on for this litigation?

21 A   I think so.

22 Q   And is 54 majority Black State House districts the highest

23 number of the majority Black districts in any State House Plan

24 that you have worked on?

25 A   Maybe not.  I may have gone another one elsewhere.  Again,

1  sort of an organic district that was a ripple effect of how I

2  modified the plan to come into compliance with one person one

3  vote.

4  Q    But sitting here today, you can't say for sure whether or

5  not there was an additional district you drew?

6  A    Well, I do think there's one in, I think it's District 12

7  in Newton County that is a new one but, it may also overlap

8  with an existing majority Black district, so I don't think

9  that district is being challenged, but I am not a lawyer and

10 I'm not assigned this responsibility of doing any kind of

11 performance analysis or anything like that, so I'm just

12 speaking from the standpoint of knowing that I think another

13 district can be created, and I believe I had created one,

14 District 112.

15 Q    And have you looked at Mr. Esselstyn's plan for the State

16 House and State Senate?

17 A    No, I have not.

18 Q    Are you aware that he creates districts in other locations

19 in the ones that he reviewed?

20 A    I'm dimly aware of that I think, because I think I do

21 understand that he's created a couple in Bibb County that I

22 did not create but I have not seen the districts.

23 Q    So in terms of drawing the State House and Senate Plans,

24 did you have a particular target you were drawn to or was your

25 instruction to draw more than the Adopted Plans?

1  A    My instructions were to determine whether or not an

2  additional Senate District could be drawn and whether or not

3  an additional House District could be drawn.  It was no

4  discussion of numbers like draw us five districts or two

5  districts or whatever.

6  Q    But you received those instructions before the legislature

7  started drawing maps.  So how did you go about drafting those

8  plans?

9  A    Well, I took the existing 2015 Plan and proceeded to get

10 all of the districts to plus or minus 1 and half percent for

11 the House and plus or minus 1 percent for the Senate, and in

12 the process, drew majority Black Districts.

13 Q    So was your -- would you categorize your plans as being a

14 least changes plan from the 2015 and 2014 House and Senate

15 Plan?

16 A    I would not categorize them as least change because in the

17 process of drawing additional majority Black districts, given

18 the varying type deviation range, there's a ripple effect that

19 affects many districts, so I could not qualify them as least

20 change.  Moreover, I can't remember what the deviation was for

21 the State House Plan, State Senate Plan under the 2020 Census

22 as drawn in 2015 and 2014, but it was double digit.  One of

23 the plans, I think, was like a 50 percent deviation, so a lot

24 districts were malapportioned.

25 Q    Let me go to Paragraph 12 of your declaration.  So you

1  talked with the Plaintiff's counsel about this idea that the

2  number of Black Georgians increased two and a half Senate

3  districts or 8 House districts.  Do you recall that?

4  A    Yes.

5  Q    And you criticized the State for not adding additional

6  majority Black districts in the Senate and House as a result

7  Paragraph 13 and 14.  Does that ring a bell?

8  A    I'm not here to criticize necessarily.

9  Q    What I want to do is move to Page 16 of your report.

10 We've talked about it a little bit already.  I don't want to

11 belabor the point, but the actual increase in terms of the

12 percentage of Black voters that are single race Black in

13 Georgia over the last ten years was .54 of a percentage point;

14 correct?  30.46 to 31?

15 A    Yes, of single race.

16 Q    And any part Black it's about a point and half, 1.53 to

17 33.03; correct?

18 A    Correct.

19 Q    And, so how is a 1.5 percentage point increase, two and a

20 half Senate districts and you're saying these districts should

21 have been drawn when a proportion of Black voters in Georgia

22 didn't change that dramatically?

23 A    But the underlying population in absolute numbers went way

24 up, by hundreds of thousands.

25 Q    So your contention is based solely on the increase in raw

1  population numbers, not relative to the remaining population

2  increases.

3  A   Both, actually.  Because the percentage did go up and the

4  percentage is up significantly also since the 2000 Census,

5  which is really the last time there was any effort to create

6  additional majority Black Districts.

7  Q   Can you say that the two additional majority Black

8  districts in the State House in Paragraph 14 is not

9  commensurate with the significant growth Georgia Black

10  population?  Do you recall that statement?

11  A   Yes, I do.

12  Q   Isn't two districts out of 180 a little more than 1

13  percentage point?

14  A   It's about 1 percentage point, yes.

15  Q   So if Black voters increased in Georgia from a half a

16  point to one and half points over the last decade, that would

17  be about two House districts, wouldn't it?

18  A   Wait a minute.  I thought we were talking the Senate.  Are

19  we talking about the House or Senate?

20  Q   House.

21  A   I referenced two and a half Senate.

22  Q   I understand.  My question was related to Paragraph 14.

23  That may help us to establish where we are.

24          In Paragraph 14 you say the 2021 House Plan has two

25  more majority Black districts than the previous plan enacted

1   in 2015 and that small increase is nowhere near the

2   commensurate with the significant growth of the Georgia's

3   Black population during that period.

4          Do you see that statement?

5   A    I do see that statement, and I agree with that statement.

6   Q    And you agree also that two House districts out 180 is

7   about 1 percent point increase in the number of districts;

8   right?

9   A    Right.  The Black population in absolute terms increased

10  by 15 percent.  The White population declined since 2010.  So

11  I don't see how in the world with a straight face that you

12  could suggest that you couldn't draw additional majority Black

13  Districts in Metro Atlanta where the population increased by

14  400,000 persons, Black population since 2010.  It's just

15  almost self-evident.  Anything is possible but I think we've

16  proven, I have proven with the illustrative plan that I drew

17  that you can unquestionably draw additional Black districts in

18  South Metro Atlanta where the growth of the population growth

19  has occurred.

20  Q    You would agree with me that if Black Georgians had grown

21  by 400,000 that other racial categories had grown by 2 million

22  that -- I'm not saying that would happen, but hypothetically,

23  you would agree that would impact the number of majority Black

24  districts you could draw; correct?

25  A    Yes and no.  In fact, the total population growth over the

1  course of the decade was a little bit over a million.  So

2  roughly half of that population was African Americans.  And we

3  also have to take into account that, you know, frankly a

4  significant portion of the Latino population, Asian population

5  is not yet U.S. a citizen.  So the fact that it's grown that

6  much, half of it African American and probably well over half

7  if you just look at civilian voting age population, then it

8  suggests to me that surely in Atlanta somewhere, one can get

9  more than two districts.

10  Q    Let's go to Figure 5 in your report on Page 20 here on

11  your screen.  And you talked through that the number for 1990

12  was not a part Black.  It was a different metric; correct?

13  A    Single race Black.

14  Q    And in 1990 Black individuals were almost right at

15  27 percent of the single race Black table; correct?

16  A    Correct.

17  Q    And then in 2000, we began having access to in the part

18  Black number.  And from that time period, it's a matter of

19  points, Black voter had gone from being 29.24 percent in 2000

20  Georgia population to 31.53 percent in 2010; correct?

21  A    Right.

22  Q    And so that's about almost 2 points but not quite 2

23  points; correct, or actually a little over 2 points?  I'm

24  sorry, 2.3.

25  A    Right.

1  Q    And then the gray area changed between 2010 and 2020 as we

2  talked about was 1.5 points; correct?

3  A    Right.

4  Q    And so it was a matter of proportion of the population,

5  the increase in Black citizens was slower between 2010 and

6  2020, than between 2000 and 2010; correct?

7  A    What was the time period you were referring to?

8  Q    I'm comparing the change in percentage from 2000 to 2010.

9  A    Okay.

10 Q    With the change of percentage from 2010 to 2020.

11 A    Right.  As was the change in the non-Hispanic White

12 population also.  You recall the non-Hispanic White population

13 has actually declined by 1 percentage point since then.

14 Q    But you'd agree with me that there is a proportion of the

15 population, Black growth was slower between 2010 and 2020

16 between 2000 and 2010; right?

17 A    I'd need to check that.  Because I look at the absolute

18 numbers, not the percentage points.

19 Q    Okay.  You have percentage point right here in Figure 5.

20 A    Right.  Right.  I mean if you want to look at the

21 percentage points, but I would argue that it goes beyond

22 percentage points and you need to look the absolute population

23 growth, particularly where it's occurring.  If it's occurring

24 in Metro Atlanta.  If it's occurring in South Metro Atlanta.

25 Also, of course, I have identified areas in the Augusta

1  eastern Black Belt and the southwest Black Belt where

2  additional districts can be created.  There the population is

3  not growing.  It's just that the White population has declined

4  rapidly apparently and so Black population percentage in those

5  areas is going up.

6         And so while it might not have been possible to draw

7  majority Black districts back that the early '90's when there

8  was something called the 65 percent rule around requiring --

9  suggesting that districts should be 65 percent, there was

10  probably no effort to draw the additional district down there.

11  But now, we can make that effort because 65 percent is no

12  longer considered to be a necessary goal when drawing a

13  majority Black district.

14         And in short, the reason why you can draw all these

15  additional Black districts is just the obvious, the incredible

16  growth in the Black population in core Atlanta in the 11, in

17  the 11 counties that make up the Atlanta Regional Commission

18  and in Metro Atlanta in general, all 29 counties.

19  Q   So let me ask you another question about 18 AP versus

20  single race Blacks.  AP Blacks includes all people who

21  identify as single race Black; correct?

22  A   Right.

23  Q   And it includes additional individuals who may identify

24  other racial categories in addition to Black; correct?

25  A   Correct.

1  Q   So is it correct to say that any part Black will always be

2  a higher number than single race Black when we're looking at

3  Census metrics?

4  A   Yes.  As long as you are looking at single race Black and

5  any part Black without taking into account Hispanic -- count

6  Hispanic Blacks and Hispanic single race Black as part of that

7  equation.

8  Q   And so when we look down, and we will get to the districts

9  in a minute here, but districts like Senate District 23 that

10  50.5 percent AP Black under the illustrative plan, would it

11  surprise you if the single race Black number was below

12  50 percent on that District?

13  A   It would not surprise me if it were below.

14  Q   Do you ever check single race numbers for any of your

15  districts?

16  A   I sometimes see that number, yes.

17  Q   Did you check it for District 23?

18  A   I probably did.  The operative metric, as I understand it

19  because of the footnote in Georgia 2003, is that we should be

20  using any part Black and that's what I used in the most recent

21  case that I testified in regarding Section 2 redistricting

22  over in Alabama two or three weeks ago when the Court accepted

23  the any part Black definition and the other side made a big

24  issue of that throughout the case.

25         MR. TYSON:  Your Honor, we have been going for a

1  couple of hours.  I'm about to transition.

2          THE COURT:  Let's take a break right here.  Okay.

3  It's 3:30.  Let's start back at 3:45.

4          THE COURT:  All right.

5              (Whereupon, a break was taken.)

6          THE COURT:  Mr. Tyson, you may resume, if you are

7  ready.

8          MR. TYSON:  Thank you, your Honor.

9  BY MR. TYSON:

10 Q   Mr. Cooper, I want to keep working our way through your

11 report here.  So next let's go to Page 17 in Figure 4 which

12 includes the various regions that you identified.  And I

13 wanted to just understand it from your methodology kind of how

14 you arrived at these particular regions.

15          If you are looking for the page number in your

16 report, it's 18 on the blue number at the top and it's on the

17 screen as well.

18          So for Region A that's outlined in blue, how did you

19 determine this was a region where you wanted to focus on

20 drawing?

21 A   Because that's the part of Metro Atlanta that has

22 experienced the most Black population growth in the last 30

23 years.  It's been transformed in that regard.

24 Q   And did you determine these regions before the legislature

25 completed its redistricting process in November?

1   A    Maybe.  It would have been sometime around that time.  As
2   I was working on the 2015, 2014 Plans before I got very deep
3   into that, I did identify these regions as being the most
4   likely places where I could draw additional majority Black
5   district.  Partly, it was based on that experience.  I've had
6   extensive time, as you know, in the Fayette County case and
7   Pendergrass and how that particular county changed and then
8   the legislature work that I did later in the decade involving
9   Henry and Gwinnett Counties and the Gwinnett County commission
10  lawsuit.  I don't know if you were involved in that or not.
11  Q    I wasn't involved in that.
12  A    But there again, dramatic population change.
13  Q    And just so I understand your sequence, did you identify
14  the regions first and then commence drawing districts or had
15  you already begun drawing districts when you picked these
16  regions out?
17  A    It was probably pretty simultaneous.
18  Q    Are you aware that the legislature took public comments
19  online regarding the redistricting process?
20  A    I believe I am aware of that, yes.  I may not have known
21  it during the redistricting process, but I did see that that
22  option was available.
23  Q    In developing your regions or drawing the maps, did you
24  take into account the public comments offered by people to the
25  legislature?

1  A    I did not.

2  Q    Did you listen to any of the redistricting hearings that

3  were held to gather input from voters?

4  A    I did not.

5  Q    So it did not form any basis for your reason of

6  redistricting?

7  A    It did not.

8  Q    So we talked about Region A.  Now Region C down there in

9  southwest, I believe you said this is just the boundary of

10 Senate District 12 as drawn by the legislature; correct?

11 A    Right.  I believe that district was there in 2015 and this

12 is actually the 2021 -- the district was there in 2015 also.

13 Q    But for this specific outline of this region you had to

14 wait until the legislature completed the drawing process to

15 create this region?

16 A    To actually draw this map, obviously, this map was drawn

17 after the 2021 Plan had been enacted.  That's true.  The

18 county map, the MSA map and my outline of South Metro Atlanta

19 probably were done before the plan was enacted by the

20 legislature.  But the region that I identified down here using

21 the green lines, I had identified, I think, using the County

22 Commission Regions as a general idea, coupled with just the

23 high-line Black population percentage in those areas and what

24 I think was my knowledge, that there was already a Senate

25 district down there, but this map was drawn, at least the

1  green outline on this map was drawn after the 2021 Plan had

2  been adopted or enacted.

3  Q    And then for Region B, how did you determine what counties

4  to include and what counties to exclude from that red outline?

5  A    I just took the Savannah River Area Commission boundaries

6  for that red outline.

7  Q    And so is it your testimony that Lincoln and Columbia

8  Counties are not in the Savannah River Commission?

9  A    Not in the map that I had, I don't believe, but I could be

10  mistaken.  I guess I am mistaken.  Those are in Savannah

11  River.  They are not majority Black counties.  They are

12  primarily White counties, and so I had narrowed the focus.

13  Q    So just so we know what you are referring to, are you

14  referring to one of the exhibits in your report?

15  A    Yes.  This is Exhibit F.  You can see where the Savannah

16  River area is also encompassing Columbia and Lincoln.

17  Q    So looking at this now, Lincoln and Columbia Counties are

18  part of the Central Savannah River area, that you excluded

19  them from your regional analysis because they were not

20  majority Black counties?

21  A    Yeah.  They are clearly not areas where you can draw

22  majority Black districts.

23  Q    So you excluded some majority White counties but not all

24  majority White counties from this regional focus.

25  A    Columbia and Lincoln Counties are not part of the area

1  that I would have considered as likely to be drawn with a

2  majority Black district.  The remainder of this outline, I

3  think, follows the Savannah River Commission lines.

4  Q   Thank you.  Let's go ahead and move onto some additional

5  information about these districts.  So I would move to Figure

6  10 in your plan, that comparison of the number of majority

7  Black Senate districts by plan.  Page 26 of your report.  It's

8  also on the screen, if you need it.

9  A   Yes.

10 Q   And what I want to do is just understand a couple of

11 details.  First of all, for the 1990's plan, as I'm sure you

12 will recall, there are a lot of 1990 plans with all the

13 litigation.  Was there one in particular you looked at for

14 this measurement?

15 A   Yes.  I looked at the 2000 PL14171 file and relied on the

16 district boundaries that are reported in that file for the

17 Congressional districts.

18 Q   So that would be safe -- I'm sorry -- Congressional or

19 State Senate?

20 A   I'm sorry, State Senate, and so that's what I used.

21 Q   And that, I'm assuming, would be the districts that were

22 enforced at the end of the decade?

23 A   At the end of the decade, right.

24 Q   And so it wouldn't be the so called max Black plans from

25 earlier in the '90's?

1 A   I'm sure it wouldn't have been those.  It would have been

2 whatever after Miller v. Johnson, I think.

3 Q   And then you listed 2016 Plan.  You don't list the 2001

4 Plan.  Is there a reason you excluded that one?

5 A   I didn't because I think the Supreme Court found that it

6 violated -- there's systematic underpopulation of demographic

7 districts in south Georgia I think.  So in the Larius

8 decision, the Supreme Court ruled against the legislature.

9 Democrats controlled the time, and so I did not include that

10 in the analysis.

11 Q   And are you aware who drew the plan that was used in the

12 2016 election?

13 A   You might have.  I know you worked for Representative

14 Westmoreland so you might have been involved in that.

15 Q   Not for the State Senate or the State House.  For the

16 State Senate are you aware that the Federal Court drew a

17 remedial plan after the District found it unconstitutional?

18 A   I was not aware who drew the plan.

19 Q   Going to Figure 11, the next page, you have comparison of

20 the different amounts of statewide Black VAP and statewide

21 non-Hispanic White VAP in the various kinds of districts.  In

22 the 2006 plan drawn by Federal Court had a 53 to 83 comparison

23 on those numbers; correct?

24 A   Correct.

25 Q   And that's roughly proportional to what's on the 2021

1  Plan; correct?

2  A   Correct.

3  Q   Did you run this analysis on your illustrative plan?

4  A   I have not.

5  Q   All right.  So let's go next to Page 34.  Start looking at

6  the some of the illustrative districts that we have here.

7  First I want us to look at Senate District 28.  Are you with

8  me?

9  A   Yes.

10  Q   So Senate District 28 as you've drawn it combines portions

11  of Clayton, Fayette and Spalding Counties; correct?

12  A   Yes.

13  Q   And you say in Paragraph 77 of your declaration that both

14  Fayette and Spalding Counties have significant Black

15  population.  Do you recall that?

16  A   Yes.

17  Q   Are any of those counties majority Black?

18  A   No.

19  Q   What I want to do then is for convenience sake, let's turn

20  to Page 102 of your report.  It shows the breakdown of race by

21  county.  What I want to do is look at both Fayette and

22  Spalding Counties.  So Fayette you have highlighted here in

23  Region A and I believe this column is the voting age -- Black

24  Voting Age Population for Fayette.  It's 25.8 percent; right?

25  A   Right.

1  Q    And for Spalding County, on the next page or two pages
2  sorry.   Spalding County the Black population is 33.6 percent;
3  correct?
4  A    Correct.
5  Q    And so, Clayton County and other county make up that
6  District 28, is here at 72 percent Black; correct?
7  A    Yes.  Voting age?
8  Q    Voting age population, yes.  So I guess my first question
9  is going back to your regional look, I can bring that up for
10 you, if it will be easy enough, Clayton County is not included
11 in your Region A but is included in your Senate District 28.
12 Can you tell me about the decision of why you included Clayton
13 County outside that region?
14 A    The majority Black districts in that county are somewhat
15 packed and so some of the population from Clayton was shifted
16 into 28.
17 Q    And you would agree with me that if the district had no
18 part of Clayton County in it, it couldn't be majority Black;
19 right?
20 A    I'm not sure about that.
21 Q    Both Fayette and Spalding Counties are 33 and 25 percent
22 Black.  So there would be no way to create a majority Black
23 district using those two counties; right?
24 A    Well, you could then extend into Henry County.  I can't
25 give you a definitive answer one way or the other.

1  Q    But you didn't draw a district that went Fayette, Griffin,
2  Henry to draw a majority Black district; correct?
3  A    I don't believe I did.
4  Q    Is it fair to say you chose to include Clayton County in
5  District 28 solely to make that district majority Black?
6  A    No.  I was attempting to unpack a little bit of the
7  population in Clayton County, even though it was outside of
8  the five-county region.
9  Q    Are there traditional redistricting principles that
10 connect Clayton County with Griffin and Spalding County?
11 A    I think so.  They are not that far apart.  Granted Clayton
12 is much more urbanized and Griffin is a smaller municipality,
13 but they are, in effect, neighbors, not far apart and that
14 part of Spalding County is changing as is the part of Fayette
15 County, which has previously by your plans been included in
16 the majority Black districts, eastern Fayette County,
17 Fayetteville east.  So you have established that there is a
18 community of interest between Clayton and Fayette for sure.
19 Q    And when you say me, are you referring --
20 A    Well, you, the State, the State defendants.
21 Q    I just want to make sure.
22 A    Not you presently.
23 Q    I didn't know who you were preferring to.  That was an
24 honest question.
25 A    Oh, yeah.  That's right.  Because you drew plan.  Yes.

1  Q   So is there any traditional principle you made between

2  Brooks and South Fayette County and Clayton County?

3  A   I think Brooks is still probably majority White and so

4  there are differences but it is a fairly small place.  So, if

5  it doesn't exactly match up with Clayton County, it's a

6  smaller percentage than might seem to be the case, if you do

7  use Brooks and doesn't realize it's a very small municipality.

8  Q   And you mentioned that you unpacked neighboring districts

9  34 and 44 to draw your Senate 28; correct?

10  A   I changed populations there but Clayton County, even in

11  the illustrative plan still is in the 70s.  So it's -- hasn't

12  really been fully unpacked.  There are limits to what one can

13  do.  If the core is, you know, overwhelmingly Black, you are

14  going to be left with a predominantly Black district.

15        I think that in Mr. Morgan's report he identifies

16  that I have drawn something like five districts over

17  75 percent to make it -- I mean playing tricks with intervals

18  there because my plan still, his plan the illustrative plan

19  still has fewer districts that are over 70 percent of the

20  state Senate Plan.

21  Q   And so earlier when you referred to Congressional District

22  13 as being packed at 66 percent, your District 34 on the Plan

23  is at 77.8 percent.  How is that not packed?

24  A   Which district?

25  Q   Your District 34.  Right here you have --

1   A    Okay.  In Clayton County?

2   Q    Yes.

3   A    Well, there could be more work to be done in that regard.

4   This is an illustrative plan.  It's another instance where

5   maybe improvements can be made.  So, you know, you could say

6   that it is packed.  It's a very compact district but because

7   it's very compact, maybe it could be made a little bit less

8   compact.  So, might take that one into consideration on the

9   next iteration, if there is that possibility or maybe in 2030.

10  Q    And so, again, given more time, you could get a more

11  refined product in this area, too; correct?

12  A    Possibly.  I'm not all together convinced that Clayton

13  County needs to be changed, but it could be, and I'm sure you

14  probably could reduce the Black percentage in District 34 back

15  down to something a little less.

16  Q    Let me move back to Figure 16.  And this is the 2021 Plan

17  around Districts 16 and 34; correct?

18  A    Which district is this?

19  Q    This is Figure 16 on Page 35.

20  A    Oh, yes.

21  Q    And just looking for some contrast here between the two,

22  you Coweta County whole in the Adoptive Plan; correct?

23  A    Right.

24  Q    And Fayette County 34 to 44 here primarily located in

25  Clayton County; correct?

1   A    You have -- Fayette County is split twice.

2   Q    Um-hmm.

3   A    And I have Fayette County split twice.

4   Q    Right.  But then the rest of Fayette was Spalding, Pike

5   and Lamar; correct?

6   A    Right.

7             MR. TYSON:  So, your Honor, we submitted our various

8   exhibits.  I haven't officially moved those in since it's not

9   our case in chief yet.  I want to go ahead and refer to one of

10  those.  I don't think there's any objection from the

11  Plaintiffs about any of our exhibits on those.  I just wanted

12  to make sure.

13            THE COURT:  Any objection?

14            MR. HAWLEY:  To confirm, those would be exhibits that

15  we have seen previously?

16            MR. TYSON:  Correct.

17            MR. HAWLEY:  No objection.

18            MS. LARKIN:  No objection.

19            THE COURT:  They are admitted without objection.

20            MR. TYSON:  Thank you, your Honor.

21  BY MR. TYSON:

22  Q    I'm going to refer you, Mr. Cooper, to Senate District 13.

23  I'm sorry Exhibit 13, draft Georgia Senate districts and we

24  will have Ms. Wright testify.  She will talk about this is the

25  Senate Democratic Caucus Plan that was submitted as part of

1  the Special Session.  So I wanted to just go down to Clayton

2  County and look at the configuration of 34 and 44 on the

3  Senate Democratic Proposal.  Do you see the configuration of

4  those two districts?

5  A    I do.

6  Q    And you'd agree with me that that matches pretty closely

7  to the Adopted Plans configuration of that area; doesn't it?

8  A    It roughly appears that way, but I haven't looked at the

9  details.

10 Q    And the Democratic Plan as drawn here, doesn't connect

11 Clayton County and Fayette County, South Fayette County; I'm,

12 sorry; correct?

13 A    Correct.

14 Q    And it doesn't connect Clayton County to Spalding County;

15 correct?

16 A    Correct.

17 Q    So moving down in this to the statistics on these plans, I

18 just want to touch on two pieces.  First District 34 on the

19 Democratic Plan shows that we have a Black number on this, we

20 have a non-Hispanic population number of 63 percent.  Is that

21 a district you would have considered to be packed?

22 A    Well, first of all, using the figure non-Hispanic in that

23 part of Atlanta, it's difficult to really compare that with

24 any part Black, because you are leaving out a lot of Hispanic

25 blacks, I think.  I don't know.  It depends on the county and

1   the region of the county.  So your question is, is it packed?

2   Could be but maybe not.  I mean you have to look at the plan

3   holistically.  And so in that instance, it seems not

4   unreasonable, given that it also includes heavily Black or at

5   least part of heavily Black Clayton County.

6   Q    District 44 shows a non-Hispanic Black number of 67.7 I

7   believe what you are saying is that AP number would actually

8   be higher than 67; is that right?

9   A    Yes, most certainly.

10  Q    Would that be a district you would consider packed on the

11  Democratic Senate Map?

12  A    District 44.

13  Q    Yes?

14  A    And where is that district?

15  Q    It is the other piece of Clayton County.  This side right

16  here?

17  A    Yeah, I mean it could be.  It could be.  I haven't

18  examined the Democratic Plan.  I just looked at it in a very

19  cursory fashion, so I don't know -- you know, I was not

20  involved in drawing that plan to understand or know exactly

21  why certain lines were drawn that way.

22  Q    All right.  So let's move next to Senate 17 which is going

23  to be on Page 37 of your report.  Now this includes -- your

24  District 17 reflects Henry, Rockdale and DeKalb Counties; is

25  that correct?

1   A    Yes.

2   Q    And Dekalb County is not part of that five-district area

3   that you identified in South Atlanta; correct?

4   A    Correct.

5   Q    And this district as configured is 62 and half percent AP

6   Black?

7   A    Yes.

8   Q    And you don't consider this district to be taxed, do you?

9   A    No.  I mean you have to take into consideration lots of

10  different factors, like the size of the district you are

11  drawing in terms of total population and area that you need to

12  cover.  And so, in this instance, I do not think it is packed.

13  Q    And the fact that you go, again, into Dekalb County, goes

14  outside your South Metro region.  Why did you make the

15  decision to make into the Dekalb and leave those

16  five-counties?

17  A    Again, as part of correcting deviation issues with the

18  2015 Plan in part and observing county boundaries so that I

19  didn't have to push District 17 down in Butts County for

20  example, I don't recall the exact rationale, incumbents.

21  Incumbents really did play a big role in what I was doing.

22  Turns outside that some of the incumbent addresses were

23  incorrect, but I really did not want to compare incumbents, if

24  at all possible.

25  Q    Would you agree with me that the portion of South Dekalb

1  County that's in your District 17 is a heavily Black area of

2  the county?

3  A   I think South Dekalb is fairly heavily Black.

4  Q   And do you know if you can draw District 17 as a majority

5  Black State Senate District without that portion of Dekalb

6  County?

7  A   I do not know, but it wouldn't -- it doesn't exactly

8  matter.   I was focusing on the five counties where there's no

9  or very limited Black representation.   But I'm also looking at

10 the entire metro area and the 11-county area.   And we know

11 that the population increased by 400,000 -- over 400,000

12 African Americans just over a 10-year span.   And so, it

13 just -- it just boggles the mind that it wouldn't be possible

14 to create an additional Black district in metro Atlanta.   I

15 don't even see how you can suggest otherwise.

16 Q   So you indicate in Paragraph 80 here that Henry County

17 Black Voting Age Population increased by almost 75 percent in

18 the last decade to nearly 60 percent.   Do you see that

19 language?

20 A   Yes.

21 Q   I want to look with you at the Henry number because the

22 number you're reporting for A B Black for Henry County is 49.8

23 percent.   Where are you getting your 60 percent number?

24 A   I think that's probably the percentage overall population,

25 not voting age.

1  Q   So there's a 10-point spread between the voting age

2  population and total age?

3  A   That could be a typo.  That does seem a little high.

4  Still, the statement holds true even if it's only 50 percent

5  instead of 60 percent.

6  Q   So going back to your Senate 17 here in Figure 17, can you

7  identify any connection between the area of South Dekalb

8  around Stonecrest and McDonough?

9  A   What's your question?

10 Q   Can you identify any community of interest or connection

11 between Stonecrest and South Dekalb and McDonough in Henry

12 County?

13 A   They are a very urbanized area, suburban to urban with

14 significant Black population close by.  There's not a lot of

15 distance to travel, so there are similarities.  They think of

16 themselves as being from Atlanta.

17 Q   And both Stonecrest and McDonough are majority Black

18 cities; right?

19 A   I don't know.  Probably.  I will take your word for it.

20 Q   And it's your testimony that people in Stonecrest and

21 McDonough consider themselves being from Atlanta?

22 A   If you were talking to people elsewhere, probably, yes.

23 But I -- not all of them but many of them say McDonough or

24 wherever.  But, yeah, I understood there are differences.  I

25 mean further south than Henry County is more suburban.  You

1   have families in some places far south of Henry County, so

2   there are differences, sure.  As there will be in any Senate

3   District --

4   Q   And --

5   A   -- or any House District.  You can always find people who

6   don't exactly fit into the overall population or more than

7   underclass.  You know, so that just happens.

8   Q   And so in considering traditional redistricting principles

9   in the draft in District 17, it does have some (inaudible)

10  communities in it but your testimony is there's going be in

11  there because they're close by?

12  A   Ultimately that does happen, that's right.  I follow

13  traditional redistricting principles using generally whole

14  precincts.  I try to follow county lines and try to avoid

15  cross lots of counties lines to create the districts.  I

16  failed with the District 18.  17.  Is okay.

17  Q   Let's look next at Senate District 23.  We've talked a lot

18  about this one already.  This is Figure 19 on Page 40 of your

19  declaration.  And so would it be correct that in creating

20  District 23 as a majority Black district, you have reduced the

21  Black percentages in District 22 and in District 26?

22  A   Yes.

23  Q   And these are in rural, relatively rural parts of Georgia;

24  correct?

25  A   Yes.

1  Q   So in looking at Senate District 23, again, I see that it

2  goes several counties beyond your Region B outline.  So if I

3  go back to your regional map again, you can see your line ends

4  at Baldwin County, Wilkinson, Twiggs.  These are counties in

5  Houston that are not part of your Region B, but that are

6  included in Senate District 23 as you drafted it.  Can you

7  explain why you chose to include those counties?

8  A   Had to do so to meet one person one vote.

9  Q   Did you also have to include those counties to make the

10  district majority Black, A P Black?

11  A   There were probably other ways to draw this, but certainly

12  those are majority Black counties, Wilkinson, I think and

13  Twiggs also are very close to it, so it didn't hurt that they

14  were majority Black.

15  Q   Do you know what would happen to the Black percentage if

16  you took the section of Houston County of District 23?

17  A   The Black population percentage would probably go down.

18  That's a precinct around military base in Houston County.

19  Your plan fits the same general area between two districts.  I

20  could have extended 23 into Wilkes County and compensated for

21  the loss of the area in Houston County.

22  Q   I get that.  I know that can be done.  So, again, that's

23  not on this -- any plan you submitted to the Court?

24  A   No, no, but I could do another plan, if need be that shows

25  how that could be done.

1  Q    So given more time, you could work on another plan that

2  would be more refined?

3  A    Insofar as -- if for some reason it's inappropriate to

4  include 56 percent Black precincts as I understand it from

5  memory, I could be wrong and that, in Houston County, around

6  the Air Force Base, if that's inappropriate to put it in

7  District 23, then I could add a portion of Wilkes County in

8  District 23.  That, of course, has a ripple effect that would

9  effect another 10 counties in this plan, because you have got

10 to stay within plus or minus 1 percent, so that's why it can't

11 be done instantaneously.  But I basically have done that in

12 another alternative plan but I haven't finished.  I have got

13 to fix the deviation and that might require an additional an

14 county.

15 Q    Can you identify commonalities between Warner Robins the

16 military base there and Augusta?

17 A    No.  I think there are difficulties in really identifying

18 commonalities around the military base because population is

19 more transient.  So, you couldn't do that with other parts of

20 the counties.  It's sort of unique.  I mean it's a military

21 area and it doesn't necessarily fit well into any particular

22 district, because they are not attached to that particular

23 place, maybe because of their profession.

24 Q    But you have to include that military precinct to make

25 your current configuration District 23 majority Black;

1  correct?

2  A    Yes.   But I'm here now and telling you that we can drop it

3  and just bring in Wilkes County, if you'd like and bring in a

4  future draft, which I will do at some point, if the

5  opportunity arises.

6  Q    And just so -- Augusta and Warner Robins are together in

7  District 23 because they had to be together under this

8  configuration to make the district majority Black.   You are

9  working on a plan that could do a different configuration but

10  don't have that ready; is that correct?

11  A    No, no, no.   I'm not saying that Augusta and Warner Robins

12  had to be together.   I put them together in this particular

13  draft but alternative configurations are possible and that's

14  probably true of every single plan.

15          THE COURT:  Tell me again why you put them together.

16          THE WITNESS:  Because they -- I put Twiggs in there

17  and I noticed that the State had also split a line right

18  around the military base.   So that's why it went in, and I

19  don't -- I mean it fixed the deviation.   I don't know what

20  impact it had on the Black VAP in that particular district.

21  It's a single precinct that has 3 or 4,000 people in it, I

22  think.

23  BY MR. TYSON:

24  Q    So sitting here, you don't know if taking out that single

25  precinct would drop the district below 50 percent?

1  A    I don't know.  It certainly would drop it below the

2  acceptable plus or minus 1 percent deviation.  But as I say, I

3  could be offset by extending District 23 into Wilkes County,

4  which is part of the Black Belt and as I think in the 40

5  percentage range of Black Voting Age Population.

6  Q    That's not a map you have here today?

7  A    I don't have it with me, but I actually drew the district.

8  I drew a District 23 that drops the Warner Robins area, takes

9  Houston County out of it entirely and adds in precincts in

10 Wilkes County.

11        Now once you do that, other districts do change and I

12 changed most of them but, you know, it's premature to start

13 drawing other plans at this point.

14 Q    Can you identify commonalities between Milledgville and

15 Augusta?

16 A    Well, Baldwin County is considered part of the Black Belt

17 and it is also designated by the Census Bureau as a

18 micropolitian area because it has a population of around

19 50,000 people, when you add in Hancock County, which is part

20 of the Black Belt, and part of the Baldwin Hancock

21 micropolitian area.  So they are economic connections there as

22 identified by the Census Bureau in the Office of Management

23 and Budget.

24 Q    Let me turn to Page 20 which is the Adopted 2021 Plan for

25 the same reason.  Do you see that?

1  A    Yes.

2  Q    And District 22 is full within Richmond County on this

3  configuration; right?

4  A    District 22 is -- I believe it is but -- yeah, it is

5  wholly within Augusta, Richmond County, yes.

6  Q    And District 23 doesn't cross into the micropolitian area

7  of Hancock and Baldwin; correct?

8  A    It does not.

9  Q    And District 26 includes Macon, Warner Robins, Twiggs,

10  Wilkerson, and it comes over to the line here, Hancock,

11  Washington, Johnson; right?

12  A    Well, there you go.  You put that precinct in a majority

13  Black district.

14  Q    And would you agree with me that most of the population in

15  District 26 just based on your knowledge of the counties is on

16  the Macon side of that district?

17  A    I don't know for a fact.  I think probably most of it is

18  on it the Macon -- on it Macon Bibb County side.  I don't know

19  that for a fact.

20  Q    Go back to the Senate Democratic Plan for the same region,

21  Exhibit 13.  And District 22 is wholly within Richmond County

22  on the Senate Democratic Plan; right?

23  A    Yes.

24  Q    And District 23 doesn't cross over into Hancock or

25  Washington and certainly doesn't go into Houston; correct?

1  A    Senate 23, yeah, it's a different configuration entirely.

2  Q    And on the Democratic Plan, is Senate District 23 a

3  majority Black District?

4  A    No, it's not.

5  Q    And you would agree with me that Senate District 26 on

6  this Democratic Plan looks far more like the enacted plan than

7  it does like your configuration of Senate 26; right?

8  A    I think it probably does.  I mean I have not examined the

9  Democratic Plan.  I'm not doing this on a partisan basis.  I

10 have seen the Democratic Plan.  I glanced at it but I haven't

11 looked at it in any detail.

12 Q    Let me go to Page 43 statistics briefly and then I will

13 work through the House and that should be a little quicker

14 than Senate.  So did you run these compactness scores after

15 you finished drawing the plan or were they available to you

16 while you were drawing?

17 A    They were available to me while I was drawing them.  I'm

18 not obsessive about running compactness scores, so generally I

19 may have looked at them on a few occasions.

20 Q    But you would agree with me on the Reock and

21 Polsby-Popper, the 2021 Senate Plan calculates it more compact

22 than your Illustrative Senate Plan as a matter of average;

23 correct?

24 A    Slightly more compact.  Under Reock.

25 Q    And under Polsby-Popper as well?

1  A    And under Polsby-Popper as well.

2  Q    And then I know we covered county splits here.  That the

3  Illustrative Plan splits four more counties on your county

4  split column than the 2021 Plan; correct?

5  A    Correct.

6  Q    And in your rebuttal report, you worked under incumbents

7  but you would agree with me that your Illustrative Plan as it

8  stand now still appears month incumbents that are running for

9  reelection than the Adoptive Plan; correct?

10 A    I think that's true.  I'd have to go back and look at

11 rebuttal declaration, but yeah, I had to peruse that plan very

12 quickly.  So, again, in another iteration, I might be able to

13 say incumbent somewhere.

14 Q    Let me go to your rebuttal declaration.  Let's nail this

15 down.  So you indicate in Paragraph 5 that the incumbent

16 conflicts maybe a 20 and 38?  Do you see that?

17 A    That's under the illustrative plan.  That's not

18 Illustrative 2.

19 Q    That is correct.  I apologize for that.  Here we go.

20 Paragraph 12 you indicate the number of parings reduced to a

21 single one District 20.  Do you see that?

22 A    Right.

23 Q    And your read Mr. Morgan's declaration is no incumbents

24 running for re-election are paired on the Adoptive Senate

25 Plan; correct?

1  A    I actually forgotten that, but I will take your word for

2  it.  He had some additional information that was almost like

3  insider information in terms of who was running for office and

4  who wasn't, but he did make that available to us at the last

5  moment.

6  Q    And so your new Senate Districts or Senate District 17, 23

7  and 28 would be majority Black; correct?

8  A    Yes.

9  Q    Are you aware that all the incumbents in those districts

10  are Republicans?

11  A    No.

12  Q    So let's move next to Illustrative House Plan.

13        So first of all, on the count, I think -- I'm

14  assuming that you used the same method of looking at the -- or

15  time period of zero plans that we talked about for the Senate;

16  is that right?

17  A    Right.

18  Q    And comparing the 2021 House Plan Figure 24, to the court

19  plan from 2006, you would agree that in terms of your

20  calculation of the Black Voting Age Population majority Black

21  Districts, the 2021 Plan is better than the 2016 plan; right?

22  A    Somewhat better.  Slightly better.  After -- but that's

23  holding a population constant in a sense because since the

24  2000 Census, there has been a massive increase of Black

25  population in the aggregate statewide and specifically in

1  Metro Atlanta.  And, yet, we still don't see many additional
2  districts.  So I reported the 2010 number and I did not have
3  the data for the 2016 Plan under the 2000 Census.  They could
4  be in one of your exhibits, though, because I think the State
5  produced that during that time period.  We have got good maps
6  and data from the State for the period of 2006 onward that
7  include exhibits, but I couldn't find them in the 2000, 2010.
8  because the 2006 Plan was 2008.
9  Q    Okay.
10  A    I don't think.  Lots of plans out there.
11  Q    Definitely a lot of number and a lot of sheets floating
12  around for sure.
13  A    Yeah.  Yeah.
14  Q    All right.  So let me ask you then, you didn't just
15  confirm that information on Figure 24?  You have not run that
16  for your own plan; correct?
17  A    I have not.  The gap would be reduced but I don't know the
18  actual number.
19  Q    And in Paragraph 99, you make a reference to a number of
20  BCVAP districts, in districts that are B plus L plus ACVAP.
21  Can you tell me what that acronym that refers to?
22  A    My -- thought I had a footnote somewhere in there explains
23  it.  Black plus Latino plus Asian CVAP.  So it's basically the
24  minority population or at least the minority population that
25  is significant statewide, particularly in Metro Atlanta.  As

1  non-Hispanic Black and non-Hispanic Asian, so I'm not double

2  counting.

3  Q   So, you are not including any of coalition districts in

4  your declaration?

5  A   That is the Section 2 case involving the African American

6  Plans.

7  Q   All right.  And you agree the 2021 House Plan has two more

8  majority Black Districts than the prior plan did; correct?

9  A   Based on the 2020 Census.

10  Q   And in your plan, you're advocating for four additional

11  districts, even though your plan draws a total of five more;

12  is that correct?

13  A   Yes, for 49 to 54.

14  Q   Okay.  Let's work our way through these relatively

15  quickly.  I think this is a lot of the same issues.  We will

16  see here.  Get to 111 south metro.  So this is Figure 28,

17  District 73 under the Senate.  Do you see that?

18  A   Yes.

19  Q   And this is a district that includes a portion of Clayton

20  County, a portion of Henry County and a portion of Spalding

21  County; correct?

22  A   Correct.

23  Q   And it connects Clayton County with Griffin; correct?

24  A   It does.

25  Q   And this district goes outside of your Region A to get

1  population in Clayton County; correct?

2  A    It does.  It does.

3  Q    And you are aware going into Figure 29 of the Adoptive

4  Plan maintains the counties border of Clayton County?

5  A    Yes.

6  Q    Are you aware of any connection between Clayton County and

7  the Hampton area in Henry County?

8  A    There could well be differences in the populations in

9  those two areas of the map, such economic differences perhaps.

10  Q    I'm going to turn next to Exhibit 14 which is the House

11  Democratic Plan.  And the House Democratic Plan maintains the

12  order of Clayton County like the Adoptive Plan does, doesn't

13  it?

14  A    It does but it doesn't create the additional majority

15  Black district.

16  Q    It does not create the majority Black district?

17  A    That's an existing district; right?

18  Q    I'm sorry.  I should have clarified what we are looking

19  at.  So this is the plan named GHDC House Plan 2021.  When Ms.

20  Wright gets here, she will talk about this is the House

21  Democratic Proposal?

22  A    Right.

23  Q    It was considered in Special Session.  And this plan

24  created a few of the majority Black districts in the Adoptive

25  Plan; right?

1  A    Apparently so.

2  Q    Apparently so.

3  A    It may have created more coalitions districts. I didn't

4  analyze that.

5  Q    So going to the next district that we were in Henry

6  County, District 110, this district connects McDonough area

7  and -- or actually Locust Grove, I'm sorry, with Griffin; is

8  that correct?

9  A    Yes.

10 Q    What's standard did you use to connect those two areas of

11 the State?

12 A    What was the question?

13 Q    What standard or traditional principle of redistricting

14 did you use to decide on the shape of District 110?

15 A    Well, these are adjacent counties that are experiencing

16 rapid growth in the Black population, and also changing Henry

17 County, you know much more suburban and exurban over the past

18 couple of decades, and Spalding is trending in that direction.

19 Q    And in this configuration, you have Spalding County split

20 among four districts; correct?  District 73, District 110,

21 District 129, District 130?

22 A    Yes.

23 Q    Now, I note that in this area of the State, you have drawn

24 two additional State Senate districts that are majority Black

25 Districts 28 and District 17, but you have also only drawn two

1  additional State House Districts.  And I believe you testified

2  earlier that there was a connection to a number of new

3  majority Black State Senate Districts and a number of majority

4  House Districts.  Is there a reason why in this part of the

5  state you were only able to create two additional State House

6  Districts that were majority Black?

7  A   Well, I don't think I claimed that there was a connection.

8  That would seem very obvious, given the way the southwest

9  Georgia Senate District is isolated that an additional

10  majority Black district could be created down there.

11         Here, the population is more urban, much more densely

12  populated areas.  And, so, it might not be possible to

13  generate, you know, the hypothetical theoretical maximum you

14  could get with the -- from the additional Senate Districts.

15  Q   I want to ask you next about Footnote 26, which I think

16  maybe gets back to the issue we talked about earlier.  You

17  said the Illustrative House Plan includes another majority

18  Black district which could be characterized as District 111 in

19  Henry County or District 112 in the area around Newton County

20  where 2021 House Plan District 114 was drawn.  Can you help me

21  understand what you are referring to in this footnote?

22  A   The District 112, which is not part -- I mean, I'm getting

23  this stuff that I'm not qualified to talk about but I -- as I

24  understand it, District 112 is not part of this particular

25  lawsuit, even though it is, in effect, a majority Black

1  District.

2  Q   So it's correct to say you drew a new majority Black

3  District but you're not discussing it in your report because

4  in your view, it's not part of this lawsuit?

5  A   My -- you know -- again, we are getting into stuff that I

6  am not knowledgeable about as to why particular districts are

7  in or out but I do know that -- as far as I understand, 112 is

8  not the focus.  It's the other four districts that we

9  discussed.  So for that reason, you see that footnote.

10 Q   Let's move to District 144 on Figure 32.  So, this is the

11 district -- I'm looking again at your regions.  This district

12 also crosses into Putnam County, into Baldwin County, crosses

13 outside of Region B.  What was your thought process for

14 configuring District 144 as you have here?

15 A   Well, you know, in my declarations, I also in addition to

16 looking at micropolitian areas, the Regional Commission Maps

17 which I was cognizant of the maps showing the historically

18 Black Belt in Georgia and what amount to the contrary Black

19 Belt.  So I was looking at that information as well.  Things

20 like -- and not just the map, but also information about

21 poverty rates in the counties and the percentage of children

22 in school who are Black, based on the information in the GPPI

23 report.

24 Q   How did you select this particular shape of the District

25 in Putnam County?

1  A    I followed precinct lines to the extent possible and I

2  joined a significant Black community in Eatonton with

3  neighboring counties in Hancock and Warren and Baldwin and

4  Wilkerson.

5  Q    I'm sorry.

6  A    And Toliver.

7  Q    Toliver, yes.  Did you use the same methodology to select

8  which precincts you took in Baldwin County?

9  A    Baldwin County was rather tricky because the municipal

10 lines just go all over to place and they're non-contiguous

11 precincts.  So I did the best I could in Baldwin to bring in

12 the significant Black population, Milledgville with the rest

13 of the Black Belt, but precincts were split in that case.  I

14 have a map as an exhibit that shows the odd shape of

15 Milledgville.  I think as I have said earlier today, there's

16 some places in Georgia that are even odder shaped than

17 Milledgville.  So, there are a lot, .01 as I mentioned that

18 earlier in Gordon County and I think there's something like 30

19 below .03.  So, it's annexation and things that create that

20 odd shape in some of the municipalities.

21 Q    So if I understand correctly for District 144, you said

22 Black voters in Eatonton, Black voters in Milledgville and you

23 added them with other Black voters from the Black Belt area;

24 correct?

25 A    Right.

1   Q    And in doing that, your District 144 is 50.5 percent A P

2   Black VAP; correct?

3   A    Yes.

4   Q    And do you know what that number would be if you used

5   single race Black instead of A P Black?

6   A    I don't know.  It's a possibility it would drop below

7   50 percent.  I do know it's Black CVAP majority.

8   Q    Majority Black CVAP?

9   A    Yes.

10  Q    Okay.  Do you know what would happen if you removed the

11  Black population from Eatonton or Milledgville to the Black

12  percentage of the district?

13  A    It would drop below 50 percent.

14  Q    Let's move to the last of the districts here.  Actually

15  before I go there, let me just briefly touch Figure 33.  This

16  is the Adopted Plan for this region; correct?

17  A    Yes.

18  Q    So returning to Exhibit 14, and the Democratic Proposal

19  for the area, switching here just to look at this

20  configuration District 128, McDuffie, Henry, Hancock, Baldwin,

21  Washington.  District 128 on this map also runs in McDuffie,

22  Warren, Hancock, Washington, Jefferson; correct?

23  A    I can't really see the number there but I'll take your

24  word for it that 128 is composed of -- those are the counties

25  in that district.  Part of the Washington, not all of

1  Washington is split.

2  Q    Let's go to southwest Georgia last.  So we come to

3  District 153 on this configuration.  So, on this version of

4  the southwest Georgia Districts you'd agree with me that

5  there's no House District that's wholly within Doughtery

6  County on your illustrative plan; correct?

7  A    There is no what?

8  Q    No district that is wholly within Doughtery County?

9  A    That's correct, there is no district that's wholly within

10 Doughtery County.

11 Q    And you identified earlier a transportation link between

12 Albany and Thomasville.  Can you identify anything else in

13 common between the population in Thomasville and the

14 population in Albany?

15 A    Well, they are neighboring counties in Southwest Georgia.

16 If you refer to the Regional Commission Map, they are in the

17 Southwest Georgia Commission, so there's commonality.

18 Q    Do you know what the role of the Regional Commission is in

19 Georgia?

20 A    I think it's sort of an advisory role.  I don't know if

21 they actually make law.  I don't think they do, but it's an

22 attempt to identify areas of the state with common interests

23 and put them into regions for various purposes.

24 Q    Let's look through the adoptive version of the House 2021

25 Plan Figure 35.  First of all, it's kind of hard to tell but

1   is District 152, District 171, those are -- are those two

2   different districts that share the same color?

3   A    Yes.  That is correct.  They do share the same color.

4   Q    So this district doesn't wrap all the way to Lee County?

5   A    No.

6   Q    But in this configuration, there's one district wholly

7   within Dougherty county; correct?

8   A    Yes.

9   Q    All right.  Let's go to the statistics on this one.  And

10  on these, obviously, we have factor scores that were similar

11  overall.  Do you agree?

12  A    Yes.

13  Q    And in terms of county splits, you split four more

14  counties than the Adopted House Plan and one more county that

15  the 2015 plan; correct?

16  A    Yes.

17  Q    All right.  So let's move on to your rebuttal declaration

18  then.  I have a couple of more questions about that.  We have

19  already addressed one of them on the incumbents appearing in

20  the Senate.  After your efforts to unpair compare incumbents

21  on your House illustrative plan, you still had six incumbents

22  hearing on your illustrative plan; correct?

23  A    Yes.  In the three or four effort to rearrange districts

24  to match up with your incumbents database before the deadline

25  on January whatever the date was where we had to get the

1  rebuttal declaration back, it was like 36 hours, pretty fast,

2  so, yeah, I didn't do anything beyond that at this point to

3  fix the incumbent issue.

4  Q   So you would agree even with the changes there are more

5  incumbents appearing on the Illustrative House Plan even after

6  those changes than on the Adopted Plan; correct?

7  A   Yes.

8  Q   Let me go down to Paragraph 23.  And you opine that

9  municipalities splits are within the norm for a typical

10 Legislative Plan.  What method are you using to determine what

11 the norm is for a Legislative Plan?

12 A   I'm using in this case historical splits in Georgia.  Some

13 other states may have fewer splits based on their requirements

14 for redistricting or some may have more based on serial

15 annexations, you know, that create odd-shaped districts.

16 Q   Are you aware that Georgia has dozen of cities that

17 actually cross county boundaries?

18 A   Yes.

19 Q   All right.  So let's go down to the historical economic

20 and cultural factors.  So first of all, can you discuss House

21 District 144?  That's the District that had the pieces going

22 into the Eatonton, the piece going to Milledgville.

23        What are the historical economic and cultural factors

24 that unite those areas?

25 A   Higher poverty rates, lower percentages of the population

1  that have college degrees.  So it's a economically-depressed

2  area to a large degree, compared to the Atlanta area.

3  Q    And would you agree with me that not all of Milledgville's

4  micropolitian statistical area is in District 144?

5  A    I would agree, yes.  I split that.

6  Q    You say in Paragraph 33 that Eatonton is a city that is

7  almost 60 percent Black.  Do you see that?

8  A    Yes.

9  Q    And Eatonton --

10  A    I'm not looking at it right this moment, but I will get to

11  it.

12  Q    Okay.  I have it on the screen, if you need it there.

13  A    33.

14  Q    Yes.

15  A    Yes.  I meant paragraph 33.

16  Q    Okay.  And so you say Eatonton is almost 60 percent Black?

17  A    Yes.

18  Q    And returning to your chart in your original -- I'll put

19  out the screen, so you don't have to go digging for it in

20  declaration?  Eatonton in is Putnam County; correct?

21  A    Yes.

22  Q    And Putnam County is a whole year report on your

23  declaration is 23.7 percent Black; is that right?

24  A    I believe so.

25  Q    So you're essentially removing the Black voters from

1  Eatonton that are in Putnam County and putting them into
2  District 144; right?
3  A   I am including the Black population in Eatonton in
4  District 144, that's correct.
5  Q   Going to Paragraph 34 of your rebuttal, you discuss the
6  Central Savannah River area in relation to Senate District 23.
7  Do you see that?
8  A   Yes.
9  Q   Is it your testimony that Warner Robins is in the Central
10 Savannah River area?
11 A   No, it's not.
12 Q   So that was not a reason to put Warner Robins in with
13 those Central Savannah River counties?
14 A   Well, the primary reason for including Warner Robins was
15 the bring the deviation up to plus or minus 1 percent.  And I
16 also noticed that that particular precinct had been split out
17 of the rest of Houston County in other plans, the enacted
18 plan.  Maybe I can't remember but also in the 2015 Plan.
19 Q   So then moving on towards the end of your declaration, you
20 start pointing out various socioeconomic factors that are
21 common to District 28.  Do you see that?
22 A   Yes.
23 Q   Did you compare Black labor force participation in any
24 other counties in Metro Atlanta as part of this analysis?
25 A   I did not compare and address other counties in this

1   analysis, specifically.  That information that is available on
2   the CD, I have created a statewide profile of all 180 -- 159
3   counties and I think it's a couple hundred towns and cities
4   with like a 50- or 60-page set of charts and data from the
5   2015, 19 ACS comparing socioeconomic factors by the race.  For
6   African Americans, Latinos and non-Hispanic Whites, it's
7   probably a thousand pages or more.  I mean each one is 60
8   pages, so it is over a thousand pages of information.  But it
9   is possible to look at any city or town, for example,
10  Eatonton, and get that information from that CD in terms of
11  the socioeconomic profile of that particular municipality.
12  It's the most recent data we have available 201620 ACS as I
13  suggested earlier this morning will be available, I think,
14  sometime in late March, which will be, of course, a little bit
15  further along than what we see in 2015 because it's going to
16  take into account the Pandemic which has affected populations
17  in different way, obviously.
18  Q    Did you pull these labor forcing participation numbers
19  before or after you drew the Illustrative District 28?
20  A    Probably after.  I mean, I looked at -- in drafting the
21  Plan, I was focused mainly on a table that you find that was
22  attached to the Georgia Budget Policy Institute's report of
23  the Black Belt.  It's included, I think, it's Exhibit D or E
24  and it lists all of the counties in the State showing the
25  population that was enslaved in 1860 by percentage.  And then

1  there's also a breakout for the percentage of present-day

2  students in the public schools that are African American and

3  the percentage of those students who are living below poverty.

4  And then in order to qualify as a contemporary Black Belt

5  District, a school district needed to meet two of those three

6  criteria.  So, that's what I work with.

7          So I was always aware of the poverty rate in any

8  count or city school district in the State as I was working on

9  the Plan, but I did not pull out of the socioeconomic charts

10  in some instances until later in the process.  I produced

11  these charts -- I have been doing these charts.  They are sort

12  of a useful thing when I'm redistricting, so I know something

13  about the socioeconomic factors in a particular community that

14  I'm working on.  I do a lot of work in local places and find

15  it to be very helpful to get a feel for a place I have never

16  been.

17  Q   So let me ask, did you compare labor force participation

18  rates for counties in your Illustrative 17?

19  A   Don't have that in my report, I don't think.

20  Q   Did you compare Bachelor's degrees in your counties to

21  your District 28?

22  A   No.

23  Q   Can counties have different labor force participation or

24  Bachelor's degree rates in different parts of the county?

25  A   They can.  And so that's the issue that there could be

1  multiple communities of interest in a single county.

2  Typically what you will find those is that these 11 poor metro

3  counties, including the south metro counties, will have higher

4  rates of labor force participation for both blacks and whites.

5  If you go further South in the more rural areas, the older

6  population, much of which is retired, would not have higher

7  rates of labor force participation.  So there's a difference

8  there in terms of being working age versus retired.  Spans and

9  cuts cross races.  There's not necessarily a difference

10 between the races in that regard.

11 Q   In Paragraph 43 of your rebuttal, you compare the

12 socioeconomic at a poverty line for counties in District 23.

13 Did you look labor force participation or Bachelor's degrees

14 for Illustrative Senate District 23?

15 A   Not to produce that particular paragraph.  I did look at

16 poverty rates in the counties for Senate District 23, but

17 not -- I don't believe I looked at labor force participation.

18 Q   So it is fair to say --

19 A   It would be fair to say that in general the rates are

20 lower that than what you see in the metro area.

21 Q   So is it fair to say that for purposes of your rebuttal

22 report, you searched the ACS data for something that had the

23 counties in those districts in common and then reported that

24 in your report?

25 A   As a single example, yes, but I think if you just break

1  out these counties and then look at the socioeconomic charts

2  that include like 40 different perhaps more variables poverty,

3  education, income, ability to speak English, you know, it's

4  the whole gamete.  It's not the complete ACS, but it hits all

5  the high points that one would take into consideration to

6  examine Senate factors 5 for a Section 2 case.  I always

7  report these kinds of data sets in any Section 2 case that I'm

8  involved.  Almost always.  I didn't do it for the

9  Congressional Plan.  I'm not really doing it for this Plan,

10 for these plans either.  There are other experts speaking on

11 that matter.  But frequently when I'm working in a Section 2

12 case in a local setting, I produce charts and tables that help

13 me draw the Redistricting Plan but also inform the Court about

14 the underlying socioeconomic characteristics of the

15 communities involved.

16 Q   And in Paragraph 35 of you rebuttal, do you indicate that

17 this particular part of your rebuttal was about the counties

18 and municipalities that were drawn together in the

19 Illustrative House and Senate Districts; correct?

20 A   Right.

21 Q   But you reviewed and pulled these numbers only the after

22 the districts were drawn; correct?

23 A   Some of these specifics, that's correct.

24 Q   And that's for the House and Senate illustrative plan?

25 A   Yes.  But I was looking also all along aware of the

1  poverty rate which I sometimes think is the most important
2  factor involved.
3  Q   So, Mr. Cooper, let me just get a few kind of summation
4  questions here.  Your opinions in this case are first that
5  it's possible to draw three additional majority Black State
6  Senate Districts beyond the General Assembly three enacted;
7  correct?
8  A   At least three.
9  Q   And your opinion is also that it is possible to draw at
10 least four additional majority Black State House districts
11 beyond the General Assembly three enacted; correct?
12 A   At least four.
13 Q   And you are not opining that this is the maximum number of
14 majority Black Districts that can be drawn?
15 A   No, I'm not.
16 Q   And you are not opining that the new majority Black
17 Districts you drew will elect the candidate of choice in the
18 northern community?
19 A   No.  I'm not a political science.
20       MR. TYSON:  So I'll speak to my co-counsel, you
21 Honor, and I should be finished.
22       THE COURT:  All right.
23       MR. TYSON:  Thank you, Mr. Cooper.  I know it's been
24 a long time.  I appreciate your endurance.
25       I don't have any questions for you.

1          THE WITNESS:  Thank you.  Could have been worse.

2          THE COURT:  Not quite.

3          Redirect.

4          MR. SAVITZKY:  Yes, your Honor.

5                    **REDIRECT EXAMINATION**

6  BY MR. SAVITZKY:

7  Q   Hi, Mr. Cooper.

8  A   Hello.

9  Q   Allow me one moment to get my own bearings.

10         So, Mr. Cooper, let's start with your process in

11 drawing the Illustrative Maps here.  After the 2021 state maps

12 were sent to the Governor; did you look at the maps to review

13 them?

14 A   I did.  I had -- at that point there were shape files

15 available, so I downloaded shape files in the Geographic

16 Information System.  So I selected at the top of map up on

17 your screen so I did have those maps at that time, the shape

18 files.

19 Q   Did you consider whether you might want to make changes to

20 your maps in light of what you saw?

21 A   Well, the specific place where I did consider making the

22 change was identifying the Senate District 12 in Southwest

23 Georgia where the initial Majority Black District can be

24 created, given -- House District, given, I believe, because

25 there was Senate District there that you can draw three, and I

1  believe I did draw three.  So I did use the Senate Plan for

2  that purpose and I looked at the Senate Plan and had an

3  overlay of that it was available that I, so, even though I

4  started the plan using the 2015 Senate Plan, at the same time,

5  I also had those on the computer.  I did have the 2021 Plan.

6  To get back to the 2021 Plan, I would have to change a lot of

7  districts in the illustrative plan to eliminate some of the

8  difference between Illustrative Plan and 2021 Plan, like

9  incumbents.  And, perhaps, I think I can preserve a number of

10  the North District Georgia Counties by fitting part of the

11  Illustrative Plan into the 2021 Plan.

12  Q   I know I turned that just on Illustrative Plan topic of

13  your process, would it be fair to say that you didn't finalize

14  the Illustrative Plan until after you reviewed the State's

15  Plan?

16  A   Well, that would be fair to say, yes.

17  Q   Mr. Cooper, I want to talk about some of the compactness.

18          MR. SAVITZKY:  Mr. Barco, if you could pull up

19  hopefully this is the right one, Alpha's 1, Page 204.  Okay.

20  And actually can we go back two pages, to 202.

21  BY MR. SAVITZKY:

22  Q   Mr. Cooper, is this the 2021 Senate Plan Compactness

23  Report that you ran as part of your analysis?

24  A   Yes.

25  Q   And what is the minimum Polsby-Popper score for the lease

1  compact Senate District in the 2021 Enacted Plan, the State

2  Plan?

3  A    .12.

4  Q    And just for the sake of completeness, what's the minimum

5  Reock least compact district that the State drew in their

6  report?

7  A    .17.

8  Q    Okay.  Let's look at what I think will be the least

9  compact district.  Go down two pages back to 204.  Look at

10 District 39 right at the bottom there.  What are the Reock and

11 Polsby-Popper scores in that Senate District?

12 A    .17 and .12.   .17 Reock .12 Polsby-Popper.

13 Q    And just for comparison, can we just pull up Alpha's 1,

14 Page 189, .17, .12   And just right there, District 18 that's

15 what we were talking about before.  Just highlight that.

16 A    I knew we were coming to that.

17 Q    All right.  What's the Reock and Polsby-Popper Compactness

18 scores for that district that we were talking about?

19 A    The Reock Score is .24 and the Polsby-Popper score is .11.

20 Q    So how would you compare those in terms of compactness?

21 A    Just looking at these two numbers, without looking at the

22 districts, it appears that District 18 is significantly more

23 compact based on Reock and only slightly less, in fact, for

24 all intent and purposes as impacted under Polsby-Popper.

25 Q    Mr. Cooper, let me go on to -- I want the make sure this

1  in the right order.  Let's talk about traditional
2  redistricting principles generally.  When you drew your
3  illustrative plans, did you consider traditional redistricting
4  principles with respect to both Black Majority districts and
5  White Majority districts?
6  A    That was my intention.  We always have room for
7  improvement.
8  Q    And the plans that you drew, would you say they were
9  within the norm, within the range looking at all the factors
10  as a whole?
11  A    Yes.  Looking the median averages and lowest scores, they
12  are in the range.  They are some doozies out there that have
13  been drawn in the 2020 era.  There's a Congressional District
14  down in Texas that scores .04 on the Polsby-Popper
15  Congressional District 15 adopted by the Texas Senate and
16  House.
17  Q    And zooming out from compactness, sort of all of the
18  Judicial Districts and principles as a whole, would you say
19  that the districts in your plan comply with the different
20  traditional redistricting principles when you balance them
21  together?
22  A    I have attempted to balance them together and I think
23  overall, the Plan does comply with traditional redistricting
24  principles, but I'm certainly willing to accept criticism and
25  would make adjustments upon receiving that criticism.

1  Q    And, Mr. Cooper, you have mentioned previously in and

2  during your cross-examination different fixes and tweaks you

3  may want to make.  If you were to implement some of those, how

4  long do you think it would take?

5  A    Maybe a day.  I mean it would take a little while to deal

6  with some of the ripple effects due to the very stringent

7  deviations.  I think I described a little bit about the

8  changes that could be made to drop Houston County out of

9  Illustrative Senate District 28 and exchange that for a part

10 of Wilkes County that is closer to Augusta and part of the

11 Savannah River area.  Those kind of changes, just that one

12 little change alone, when I was scanning it out, required me

13 to change 10 different Senate districts to get things back

14 into alignment with plus or minus 1 percent.  I may be

15 exaggerating a little bit.  Maybe six or seven.

16         THE COURT:  You understand that part of the State's

17 argument is that this is going too fast or not fast enough,

18 and at anything like what you are now recommending slows down

19 the process they say is already full speed ahead.

20         So what you are saying to me is, well, give me time

21 to go back and make it better.  Mr. Tyson is saying, Judge,

22 that's my point.  They said we don't have time to make it

23 better.

24         THE WITNESS:  Well, I understand and the illustrative

25 plan as I have drawn is totally acceptable.  I mean it was

1   drawn by --

2            THE COURT:  That's what I wants to hear.  You are

3   saying this is it, Judge.  What you have here is what we are

4   presenting.  We are not saying give me more time to present

5   something else; right?  Wrong?

6            THE WITNESS:  Well, I can't speak for the lawyers,

7   but I would be willing to work on it further if that would

8   move things along, but the Plan I have prepared is okay in

9   general and even Senate District 18, although it's elongated,

10  scores better than compactness scores of one of the Adopted

11  Districts and it's not difficult to understand, because at

12  least it's built on almost entirely whole counties or a whole

13  precinct.  In fact, I don't think it splits a precinct

14  anywhere.

15  Q   So -- and just to be clear about this, is it your

16  testimony that there's no time to make any changes and that

17  the illustrative plan that you have drafted will be valid,

18  alternative plans applying all of the traditional

19  redistricting principles?

20  A   Oh, absolutely, yes.  I was only implying that one can

21  always improve on a plan, just about always.

22            THE COURT:  I agree with that.

23  BY MR. SAVITZKY:

24  Q   Mr. Cooper, one other question, is listening to public

25  comments from Legislative Hearings that went into -- that

233

1    happened before the State's Enacted Plan, is that one of the

2    traditional districting principles?

3    A    No.   There is nothing wrong with doing that but it's not a

4    traditional redistricting principle and -- so if you have the

5    opportunity, it's worth reviewing, perhaps.   I did not review

6    that information in the Alabama Congressional case, so that's

7    an example of --

8    Q    Mr. Cooper.

9    A    -- it wasn't necessary.

10   Q    Excuse me.

11   A    Go ahead.

12   Q    You discussed with Mr. Tyson some of the Democratic Plans.

13   Did you review those to any extent?

14   A    No.   It was not the Adopted Plan.   And as Mr. Tyson

15   pointed out created fewer majority Black Districts than the

16   illustrative plan, so, I did not use that as a guideline.

17   Q    But are political party's proposed plans relevant to the

18   analysis that you're performing here?

19   A    No.   This is the nonpartisan, so that's another reason I

20   didn't look the Democratic Plan other than just being aware it

21   was there.

22   Q    And, Mr. Cooper, let's just briefly make sure I have this

23   in order.   Let's talk about the Regional Commissions that you

24   talked about.

25           First of all, I -- let me back up and let me pull

1  Exhibit E, which is, I think, Page 90 of Alpha 1, if we can
2  pull that up again.  That's 190.  So these regions, the blue
3  regions, the red, did you consider those hard and fast
4  boundaries when you were thinking about where you might draw
5  redistricting?
6  A   No.  Those were areas where I intended to focus my
7  attention, but I did not consider them to be hard and fast
8  boundaries and assume they would not be.
9  Q   Would it make sense for them to be hard and fast
10 boundaries?
11 A   No.  They're not county wise or municipal wise.  They
12 suggest that there's a region there recognized by the State
13 and by elect officials in those areas.
14 Q   And just on the red area that we see here, I believe
15 identified as greater Savannah River Valley region.  Is
16 that -- is it fair to say that when you highlighted those
17 counties, you identified a subset of the counties within that
18 region that was identified by the State or the Commission?
19 A   That's fair to say, yes.
20 Q   Is it fair to say that all the counties within that region
21 you are looking to share common participation in the
22 Commission?
23 A   I'm sorry?
24 Q   They share a common participation?  That they all part in
25 the Commission?

1  A    I believe so.  I think there's -- someone from each county

2  would be part of the Commission.

3  Q    Okay.  Let me talk about socioeconomic information for one

4  moment.  You talked about in cross-examination of Mr. Tyson

5  labor force participation, Bachelor's degree or higher

6  education, poverty rates.  Are those statistics potentially

7  indicative of socioeconomic commonalities in communities?

8  A    Well, yes.  That's the point I was trying to make is labor

9  force participation, that the counties like Fayette and Henry

10  have a younger workforce and more people are in the workforce.

11  The counties like Lamar and Pike are more rural and the

12  workforce is less of a percentage of the voting age

13  population.

14  Q    And those three metrics that we talked about, do you view

15  those as particularly salient or not particularly salient when

16  it comes to identifying socioeconomic commonalities?

17  A    Poverty rates and labor force participation rates are you

18  saying.

19  Q    Yes.  Does poverty rates, labor force participation and

20  Bachelor's degree or higher education?

21  A    They're important.  When I'm examining a place, I look at

22  like, I don't know, 15 or 20 key variables.  Among them median

23  household income, capital income, percentage of population

24  over 25 has not graduated from high school.  And then -- I

25  have that in short format, so it's easier to digest.  I

1  download it and it automatically prints out all these charts
2  and so it makes it very helpful -- it's very helpful for me to
3  look at those kinds of data sets and charts to get a feel for
4  a particular town or county or state.  And so, I use them
5  routinely and they tell me a lot.
6          It's perhaps more useful for smaller areas where you
7  are just working in a single county instead of trying to look
8  at 159 different counties, but the CP is identified in this
9  case as an exhibit, has every county and every city or town
10 Census-designated place in the state that has more than 2500
11 people it, and at least 10 percent Black or 10 percent Latino.
12 it will show up on that CD.  I did not include places that
13 were under 10 percent minority in the CD.
14 Q   Mr. Cooper, when you discussed commonalities along those
15 socioeconomic metrics, among some of the counties in each of
16 the Illustrative majority Black Districts that we talked about
17 in your rebuttal report, did you mean for those to be examples
18 or total amount of possible socioeconomic commonalities?
19 A   Guans excel.  Nothing more than an example.
20 Q   Mr. Cooper, let's just briefly talk about some of the
21 districts that you drew and you discussed with Mr. Tyson.  And
22 if we could pull up Plaintiff's Alpha's Plaintiff 1, Page 176.
23          THE COURT:  Let me say this.  I plan on stopping at
24 5:30.  May not finish this witness but at 5:30 we will stop
25 and start back in the morning.

1            MR. SAVITZKY:  I think I can be finished fairly
2   quickly, your Honor.
3            THE COURT:  Do what you got to do.  You only get one
4   shot at this.  I'm here.  I just want to give you all
5   directions.  I'm mainly letting Mr. Tyson know he may not get
6   to do his Recross until tomorrow.
7            MR. SAVITZKY:  Your Honor, or -- excuse me one
8   moment, please.
9   BY MR. SAVITZKY:
10  Q    Just very briefly on Senate District 28, that we are
11  looking at here, when you considered -- you discussed
12  socioeconomic similarities, labor force participation, of
13  Fayette, Spalding, Clayton County, did you also consider --
14  you don't need to zoom -- did you also consider labor force
15  participation in Pike and Lamar counties as part of your
16  analysis?
17  A    Well, yes.  That comparison is actually on my declaration.
18  Those are the counties that I suggested had lower labor force
19  participation rates due to higher more retirees and older
20  population.
21  Q    And, Mr. Cooper, is this District 28, strong point in
22  traditional redistricting principles?
23  A    Oh, definitely yes.  It's recently compact.  It does not
24  dilute the minority vote.  It's following county lines,
25  generally speaking.  Precincts, there's absolutely no way that

1  anyone can argue that the District 28 does not comply with

2  traditional redistricting principles, that I can say.

3  Q    Actually let me back up.  Would you say that all of the

4  Illustrative Districts that we looked, at all seven of them,

5  are drawn according to traditional redistricting principles?

6  A    Yes.

7          MR. SAVITZKY:  Your Honor, I think there maybe time

8  for Mr. Tyson's Cross now.

9          THE COURT:  Please do what you feel you need to do.

10  I do not mean to rush to you present your case.

11          Mr. Tyson, he's a veteran.  He knows how to you come

12  back tomorrow, if he needs to come back.

13          MR. SAVITZKY:  That's all your Honor.  I think I have

14  what I want to ask him.

15          THE COURT:  Mr. Tyson, you have any recross.

16          MR. TYSON:  Thank you, your Honor.

17                    **RECROSS-EXAMINATION**

18  BY MR. TYSON:

19  Q    Mr. Cooper, just a few more questions.  I wanted to make

20  sure I understood your exchange with Judge Jones about the

21  Senate 18 and what it can be improved on.

22          I thought I heard you say earlier that you didn't

23  think that Senate District 18 complied with all traditional

24  redistricting principles.  I did mishear you on that?

25  A    Maybe.  What my point was that Senate District 18 could be

1  improved upon.  It's not as compact.  It's a little elongated.

2  However, it still scores higher than one of your Senate

3  Districts, which is very interesting.  So you should keep that

4  in mind.

5  Q    Do you know where Senate District is 39 is located?

6  A    No.

7  Q    Would it surprise you if it was all in a single county?

8  A    It might.  That doesn't mean it can't be non compact.

9  Where is it?

10 Q    Fulton County, Georgia.  Are you aware if it's a

11 majority --

12 A    It may be a Majority Black District, that's true.  There

13 are probably ways to draw that district in a more compact

14 fashion.

15 Q    But you haven't studied those ways; correct?

16 A    Well, I have drawn a Senate District in the same general

17 area.  It's not Senate District 39 that you have drawn.

18 Correct?

19 Q    As far as I know.

20 A    Okay.

21 Q    That leads to my next question.  You've see Mr. Morgan's

22 analysis that is there's only one district in all your House

23 and Senate Plans that is the same as that drawn by the General

24 Assembly; correct?

25 A    Right.  This is an Illustrative Plan.  It was based on the

1  2015 Benchmark House Plan, the 2014 Benchmark Senate Plan and

2  so a legislature could have started with 2015, 2014 Benchmark

3  Plans and arrived at a final conclusion that would be like the

4  illustrative plan, with perhaps some adjustments to take into

5  account incumbents.

6  Q    But your Plan, your illustrative plans, don't include any

7  of the input or policy choices the legislature made with the

8  exception of the Single House District; right?

9  A    No, I do not have a direct line to the leaders of the

10 State legislature.

11 Q    You were asked about identifying commonalities in area

12 using the ACS socioeconomic data.  Do you recall those

13 questions?

14 A    Yes.

15 Q    And, again, you looked at that ACS socioeconomic data

16 specifically on Bachelor's degree and labor force

17 participation only after you drew the districts; correct?

18 A    That particular metric was after I drew the districts, but

19 I was aware of socioeconomic conditions on a county-by-county

20 basis and even some of the towns by relying on the appendix to

21 the GPPI report that breaks out that for every school district

22 in the state which is every county basically, plus the cities

23 and towns.

24      MR. TYSON:  Thank you, your Honor.  That's all I

25 have.

241

1          THE COURT:  All right.  Wee are going to stop right

2   here for the day.  We will start back tomorrow morning at

3   9:00.

4          Mr. Cooper, get your directions from Plaintiff's

5   Counsel about whether they need you back tomorrow or whatever.

6   As far as I am concerned, he can be excused, but I'm not going

7   to make that call.  That's you all's call.

8          MR. SAVITZKY:  Thank you.

9          THE COURT:  Thank you.  Have a good evening.  I'll

10  See you in the morning at 9:00.

11      (whereupon, the proceedings were concluded 5:18 p.m.)

12

13

14

15  I do hereby certify that the foregoing pages are a true and

16  correct transcript of the proceedings taken down by me in the

17  case aforesaid.

18          This, the 8th day of February, 2022.

19

20

21                      /s/Melissa A. Brock
                        MELISSA BROCK, CCR, RMR, RPR
22                      OFFICIAL COURT REPORTER

23

24

25