IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ALPHA PHI ALPHA FRATERNITY, INC.**, *a nonprofit organization on behalf of members residing in Georgia*, **et al**,<br>   Plaintiffs,<br><br>v.<br><br>**BRAD RAFFENSPERGER**, *in his official capacity as Secretary of State of Georgia*,<br>   Defendant. | CIVIL ACTION FILE<br><br>No. 1:21-CV-5337-SCJ |

## ORDER

This matter is before the Court for purposes of perfecting the record as to its rulings made during the preliminary injunction hearing on February 7, 2022. As stated at the hearing, Plaintiffs' Emergency Motion to Exclude Expert Testimony (Doc. No. [75]) is **DENIED**.[1]

**IT IS SO ORDERED** this 29th day of March, 2022.

*/s/ Steve C. Jones*
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court's verbal ruling is in the record at Doc. No. [112], Feb. 7, 2022, Morning Tr. 27:1–4.