# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., et al.,<br>   Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia,<br>   Defendant. | CIVIL ACTION FILE<br><br>No. 1:21-CV-5337-SCJ |
| COAKLEY PENDERGRASS et al.,<br>   Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER et al.,<br>   Defendants. | CIVIL ACTION FILE<br><br>No. 1:21-CV-5339-SCJ |
| ANNIE LOIS GRANT et al.,<br>   Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER et al.,<br>   Defendants. | CIVIL ACTION FILE<br><br>No. 1:22-CV-122-SCJ |

# ORDER[1]

Having read and considered the Joint Preliminary Reports (filed in each of the above-captioned cases) and having already held a Rule 16 Conference on January 6, 2022, the Court declines the parties' request for another scheduling conference. The Court also **DENIES** Plaintiffs' requests to alter the previously issued scheduling orders. Said scheduling orders remain the Order of the Court.

**IT IS SO ORDERED** this 16th day of May, 2022.

*/s/ Steve C. Jones*

**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**

---

[1] In the interest of judicial economy, the Court issues a single order that will be filed by the Clerk in each of the above-stated cases. The Court's issuance of this single order does not imply or reflect any intention of the court to consolidate these cases under Federal Rule of Civil Procedure 42 or otherwise.