# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

## ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., a nonprofit organization on behalf of members residing in Georgia; SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, a Georgia nonprofit organization; ERIC T. WOODS; KATIE BAILEY GLENN; PHIL BROWN; JANICE STEWART,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia,<br><br>*Defendant*. | CASE NO. 1:21-CV-05337-SCJ |

## PLAINTIFFS' RULE 5.4 NOTICE OF SERVICE OF DISCOVERY

Pursuant to Local Rules 5.4 and 26.3(A), I hereby certify that on October 24, 2022, I caused Plaintiffs in the above-captioned case to serve Plaintiffs ALPHA PHI ALPHA FRATERNITY, INC. et al.'s Requests for Admission to Defendant via email upon counsel of record for Defendant.

This 24th day of October, 2022.

1

/s/ *Rahul Garabadu*
Rahul Garabadu (Bar 553777)
*rgarabadu@acluga.org*
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 570738
Atlanta, Georgia 30357
Telephone: (678) 981-5295
Facsimile: (770) 303-0060

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE AND
## COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that on October 24, 2022, I electronically filed the foregoing PLAINTIFFS' RULE 5.4 NOTICE OF SERVICE OF DISCOVERY, which has been prepared using 14-point Times New Roman Font, with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 24th day of October, 2022.

/s/ *Rahul Garabadu*
Rahul Garabadu