# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., a nonprofit organization on behalf of members residing in Georgia; SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, a Georgia nonprofit organization; ERIC T. WOODS; KATIE BAILEY GLENN; PHIL BROWN; JANICE STEWART, <br><br>*Plaintiffs*, <br><br>v. <br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia, <br><br>*Defendant*. | CASE NO. <br><br> 1:21-CV-05337-SCJ |

## LOCAL RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4 of the U.S. District Court for the Northern District of Georgia, Plaintiffs hereby certify that on December 23, 2022, Plaintiffs served a true and correct copy of the following upon counsel of record for Defendant via electronic mail: Expert Report of Dr. Lisa Handley. Additionally, on January 13, 2023, Plaintiffs served a true and correct copy of the following upon counsel of record for Defendant via electronic mail: updated Expert Report of Dr. Traci Burch.

Dated this 17th day of January, 2023.

Respectfully submitted,

By: /s/*Rahul Garabadu*
Rahul Garabadu (Bar 553777)
*rgarabadu@acluga.org*
Cory Isaacson (Bar 983797)
Caitlin F. May (Bar 602081)
ACLU FOUNDATION OF
GEORGIA, INC.
P.O. Box 77208
Atlanta, Georgia 30357
Telephone: (678) 981-5295
Facsimile: (770) 303-0060

/s/*Debo Adegbile*
Debo Adegbile*
*debo.adegbile@wilmerhale.com*
Robert Boone*
Alex W. Miller*
Cassandra Mitchell*
Abigail Shaw*
Maura Douglas*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Charlotte Geaghan-Breiner*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real
Suite 400

/s/*Sophia Lin Lakin*
Sophia Lin Lakin*
*slakin@aclu.org*
Ari J. Savitzky*
Jennesa Calvo-Friedman*
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
Telephone: (212) 519-7836
Facsimile: (212) 549-2539

George P. Varghese*
Denise Tsai*
Tae Kim*
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Anuradha Sivaram*
Ed Williams*
De'Ericka Aiken*
Ayana Williams*
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Palo Alto, CA 94306  
(650) 858-6000 (t)  
(650) 858-6100 (f)

*Counsel for Plaintiffs*

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused to be served the foregoing **Local Rule 5.4 Certificate of Service of Discovery** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel or parties of record on the service list.

This 17th day of January, 2023.

*/s/ Rahul Garabadu*