### IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

|  |  |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC. et al., | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) |
| BRAD RAFFENSPERGER, in his official capacity as the Secretary of State of Georgia, | ) ) ) |
| *Defendant.* | ) ) ) |

CIVIL ACTION FILE
1:21-CV-05337-SCJ

**ORDER GRANTING JOINT MOTION TO AMEND STIPULATION AND ORDER REGARDING DISCOVERY**

Having reviewed the Joint Motion to Amend Stipulation and Order Regarding Discovery, the Court **GRANTS** the motion.  Fact depositions for Gina Wright and the Legislative and Congressional Reapportionment Office of the Georgia General Assembly may be held until January 26, 2023.  **SO ORDERED** this 20th day of January, 2023.


 s/Steve C. Jones
**STEVE C. JONES**

United States District Judge

1