IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., a nonprofit organization on behalf of members residing in Georgia; SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, a Georgia nonprofit organization; ERIC T. WOODS; KATIE BAILEY GLENN; PHIL BROWN; JANICE STEWART,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia.<br><br>    *Defendant*. | CIVIL ACTION<br><br>FILE NO. 1:21-CV-05337-SCJ |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Diane Festin LaRoss of the law firm Taylor English Duma LLP, 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339, and hereby enters her appearance as counsel for Defendant Brad Raffensperger, in his official capacity as Secretary of State of Georgia. Copies of all further pleadings, orders, and notices should be sent to her at the address below.

*(Signature on following page)*

1

This 26th day of January, 2023.

        */s/ Diane Festin LaRoss*
        Diane Festin LaRoss
        Georgia Bar No. 430830
        dlaross@taylorenglish.com
        TAYLOR ENGLISH DUMA LLP
        1600 Parkwood Circle, Suite 200
        Atlanta, Georgia 30339
        Telephone: (770) 434-6868

        *Attorney for Defendant*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Notice of Appearance of Counsel has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Diane Festin LaRoss*
Diane Festin LaRoss