IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., a nonprofit organization on behalf of members residing in Georgia; SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, a Georgia nonprofit organization; ERIC T. WOODS; KATIE BAILEY GLENN; PHIL BROWN; JANICE STEWART, <br><br>  *Plaintiffs*, <br><br>v. <br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia, <br><br>  *Defendant*. | CASE NO. 1:21-CV-05337-SCJ |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rules 5.4, I hereby certify that on February 3, 2023, I caused Plaintiffs in the above-captioned case to serve Notice to take the Expert Deposition of John B. Morgan via email upon counsel of record for Defendant.

1

This 3rd day of February, 2023.

/s/ *Rahul Garabadu*
Rahul Garabadu (Bar 553777)
*rgarabadu@acluga.org*
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 570738
Atlanta, Georgia 30357
Telephone: (678) 981-5295
Facsimile: (770) 303-0060

*Counsel for Plaintiffs*

## CERTIFICATE OF COMPLIANCE

I hereby certify that on February 3, 2023, I electronically filed the foregoing RULE 5.4 CERTIFICATE OF SERVICE, which has been prepared using 14-point Times New Roman Font, with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 3rd day of February, 2023.

/s/ *Rahul Garabadu*
Rahul Garabadu