## Communities of Interest (Condensed)    Enacted House B-V-C

| District | City/Town | Population | % Pop | District | City/Town | Population | % Pop |
|---|---|---|---|---|---|---|---|
| 168 | Allenhurst GA | 816 | 100.00% | 174 | Kingsland GA | 5,087 | 27.74% |
| 168 | Hinesville GA | 34,891 | 100.00% | 174 | St. Marys GA | 0 | 0.00% |
| 168 | Flemington GA | 825 | 100.00% | 174 | Waycross GA | 4,443 | 31.87% |
| 168 | Riceboro GA | 615 | 100.00% | 174 | Homeland GA | 886 | 100.00% |
| 168 | Midway GA | 2,141 | 100.00% | 174 | Folkston GA | 4,464 | 100.00% |
| 169 | Douglas GA | 11,722 | 100.00% | 174 | Valdosta GA | 0 | 0.00% |
| 169 | Broxton GA | 384 | 36.23% | 174 | Lake Park GA | 932 | 100.00% |
| 169 | Nicholls GA | 3,147 | 100.00% | 174 | Dasher GA | 890 | 100.00% |
| 169 | Denton GA | 189 | 100.00% | 174 | Du Pont GA | 134 | 100.00% |
| 169 | Hazlehurst GA | 905 | 22.14% | 174 | Fargo GA | 250 | 100.00% |
| 169 | Alma GA | 3,433 | 100.00% | 174 | Homerville GA | 2,344 | 100.00% |
| 170 | Tifton GA | 12,259 | 71.92% | 174 | Argyle GA | 190 | 100.00% |
| 170 | Cecil GA | 284 | 100.00% | 175 | Boston GA | 1,207 | 100.00% |
| 170 | Sparks GA | 2,043 | 100.00% | 175 | Barwick GA | 363 | 100.00% |
| 170 | Adel GA | 5,571 | 100.00% | 175 | Quitman GA | 4,064 | 100.00% |
| 170 | Lenox GA | 752 | 100.00% | 175 | Pavo GA | 622 | 100.00% |
| 170 | Ray City GA | 956 | 100.00% | 175 | Morven GA | 506 | 100.00% |
| 170 | Nashville GA | 4,947 | 100.00% | 175 | Thomasville GA | 2,831 | 14.99% |
| 170 | Enigma GA | 1,058 | 100.00% | | | | |
| 170 | Alapaha GA | 481 | 100.00% | 175 | Hahira GA | 1,525 | 45.07% |
| 171 | Moultrie GA | 24 | 0.16% | 175 | Valdosta GA | 8,660 | 15.64% |
| 171 | Funston GA | 402 | 100.00% | 176 | Waycross GA | 3,970 | 28.48% |
| 171 | Bainbridge GA | 14,018 | 96.89% | 176 | Hahira GA | 1,859 | 54.93% |
| | | | | 176 | Valdosta GA | 686 | 1.24% |
| 171 | Brinson GA | 217 | 100.00% | 176 | Ray City GA | 0 | 0.00% |
| 171 | Pelham GA | 3,507 | 100.00% | 176 | Lakeland GA | 2,875 | 100.00% |
| 171 | Camilla GA | 5,187 | 100.00% | 176 | Willacoochee GA | 1,240 | 100.00% |
| 171 | Baconton GA | 856 | 100.00% | | | | |
| 171 | Meigs GA | 38 | 4.09% | 176 | Pearson GA | 1,821 | 100.00% |
| 171 | Sale City GA | 354 | 100.00% | 177 | Remerton GA | 1,334 | 100.00% |
| 171 | Doerun GA | 738 | 100.00% | 177 | Valdosta GA | 46,032 | 83.12% |
| 172 | Coolidge GA | 528 | 100.00% | 178 | Waycross GA | 8 | 0.06% |
| 172 | Moultrie GA | 14,614 | 99.84% | 178 | Hoboken GA | 480 | 100.00% |
| 172 | Norman Park GA | 963 | 100.00% | 178 | Blackshear GA | 3,506 | 100.00% |
| 172 | Berlin GA | 511 | 100.00% | 178 | Patterson GA | 749 | 100.00% |
| 172 | Ochlocknee GA | 672 | 100.00% | 178 | Offerman GA | 450 | 100.00% |
| | | | | 178 | Nahunta GA | 1,013 | 100.00% |
| 172 | Meigs GA | 890 | 95.91% | 178 | Baxley GA | 714 | 14.45% |
| 172 | Tifton GA | 1,647 | 9.66% | 178 | Surrency GA | 194 | 100.00% |
| 172 | Ellenton GA | 210 | 100.00% | 178 | Screven GA | 769 | 100.00% |
| 172 | Omega GA | 1,318 | 100.00% | 178 | Odum GA | 463 | 100.00% |
| 173 | Bainbridge GA | 450 | 3.11% | 178 | Jesup GA | 3,195 | 32.57% |
| | | | | 179 | Brunswick GA | 15,210 | 100.00% |
| 173 | Attapulgus GA | 454 | 100.00% | 180 | Kingsland GA | 13,250 | 72.26% |
| | | | | 180 | St. Marys GA | 18,256 | 100.00% |
| 173 | Climax GA | 276 | 100.00% | 180 | Woodbine GA | 1,062 | 100.00% |
| 173 | Whigham GA | 428 | 100.00% | | | | |
| 173 | Cairo GA | 10,179 | 100.00% | 180 | Waycross GA | 5,521 | 39.60% |
| 173 | Thomasville GA | 16,050 | 85.01% | | | | |

# EXHIBIT AH-6

User:
Plan Name: **ga_house_HB1EX_**
Plan Type: **Senate**

# Communities of Interest (Condensed)

Wednesday, November 30, 2022                                                                              9:54 AM

**Whole City/Town : 412**
**City/Town Splits: 362**
**Zero Population City/Town Splits: 18**

| District | City/Town | Population | % Pop | District | City/Town | Population | % Pop |
|---|---|---|---|---|---|---|---|
| 001 | Trenton | 2,195 | 100.00% | 010 | Mountain City | 904 | 100.00% |
| 001 | LaFayette | 6,888 | 100.00% | 010 | Dillard | 337 | 100.00% |
| 001 | Lookout Mountain | 1,641 | 100.00% | 010 | Sky Valley | 482 | 100.00% |
| 001 | Rossville | 3,980 | 100.00% | 010 | Cornelia | 4,503 | 100.00% |
| 001 | Fort Oglethorpe | 346 | 3.32% | 010 | Demorest | 2,022 | 100.00% |
| 002 | Tunnel Hill | 963 | 100.00% | 010 | Alto | 619 | 63.81% |
| 002 | Dalton | 4,523 | 13.14% | 010 | Baldwin | 2,974 | 81.95% |
| 002 | Varnell | 19 | 0.87% | 011 | Jasper | 4,084 | 100.00% |
| 002 | Chickamauga | 2,917 | 100.00% | 011 | Talking Rock | 91 | 100.00% |
| 002 | Fort Oglethorpe | 12 | 0.12% | 011 | Ball Ground | 2,560 | 100.00% |
| 003 | Ringgold | 3,414 | 100.00% | 011 | Nelson | 1,145 | 100.00% |
| 003 | Fort Oglethorpe | 10,065 | 96.57% | 012 | Menlo | 480 | 100.00% |
| 004 | Dalton | 29,894 | 86.86% | 012 | Cave Spring | 1,174 | 100.00% |
| 004 | Varnell | 0 | 0.00% | 012 | Lyerly | 454 | 100.00% |
| 005 | Plainville | 356 | 100.00% | 012 | Summerville | 4,435 | 100.00% |
| 005 | Calhoun | 16,949 | 100.00% | 012 | Trion | 1,960 | 100.00% |
| 005 | Resaca | 1,142 | 100.00% | 012 | Rome | 5,635 | 14.94% |
| 005 | Fairmount | 772 | 100.00% | 013 | Rome | 32,078 | 85.06% |
| 005 | Ranger | 107 | 100.00% | 014 | Taylorsville | 217 | 86.11% |
| 006 | Cohutta | 764 | 100.00% | 014 | Kingston | 722 | 100.00% |
| 006 | Chatsworth | 4,874 | 100.00% | 014 | Euharlee | 4,268 | 100.00% |
| 006 | Eton | 824 | 100.00% | 014 | White | 661 | 100.00% |
| 006 | Varnell | 2,160 | 99.13% | 014 | Adairsville | 4,878 | 100.00% |
| 007 | East Ellijay | 650 | 100.00% | 014 | Waleska | 921 | 100.00% |
| 007 | Ellijay | 1,862 | 100.00% | 015 | Emerson | 1,415 | 100.00% |
| 007 | McCaysville | 1,149 | 100.00% | 015 | Cartersville | 23,187 | 100.00% |
| 007 | Blue Ridge | 1,253 | 100.00% | 016 | Cedartown | 10,190 | 100.00% |
| 007 | Morganton | 285 | 100.00% | 016 | Rockmart | 4,732 | 100.00% |
| 008 | Helen | 531 | 100.00% | 016 | Aragon | 1,440 | 100.00% |
| 008 | Young Harris | 1,098 | 100.00% | 016 | Braswell | 337 | 94.93% |
| 008 | Hiawassee | 981 | 100.00% | 016 | Taylorsville | 35 | 13.89% |
| 008 | Blairsville | 616 | 100.00% | 017 | Dallas | 12,764 | 90.90% |
| 008 | Cleveland | 3,514 | 100.00% | 017 | Braswell | 18 | 5.07% |
| 009 | Dawsonville | 3,720 | 100.00% | 018 | Tallapoosa | 3,227 | 100.00% |
| 009 | Dahlonega | 7,537 | 100.00% | 018 | Mount Zion | 1,766 | 100.00% |
| 009 | Cleveland | 0 | 0.00% | 018 | Waco | 536 | 100.00% |
| 010 | Clarkesville | 1,911 | 100.00% | 018 | Bremen | 7,185 | 100.00% |
| 010 | Tallulah Falls | 199 | 100.00% | 018 | Buchanan | 938 | 100.00% |
| 010 | Tiger | 422 | 100.00% | 018 | Temple | 63 | 1.24% |
| 010 | Clayton | 2,003 | 100.00% | 018 | Bowdon | 2,161 | 100.00% |
| | | | | 019 | Dallas | 1,278 | 9.10% |
| | | | | 019 | Hiram | 4,929 | 100.00% |
| | | | | 020 | Canton | 6,831 | 20.72% |

## Communities of Interest (Condensed)

ga_house_HB1EX_

| District | City/Town | Population | % Pop | District | City/Town | Population | % Pop |
|---|---|---|---|---|---|---|---|
| 020 | Woodstock | 7,892 | 22.51% | 033 | Lavonia | 2,143 | 100.00% |
| 020 | Holly Springs | 2,089 | 12.88% | 033 | Martin | 1 | 0.30% |
| 021 | Woodstock | 2,095 | 5.97% | 033 | Bowersville | 444 | 100.00% |
| 021 | Holly Springs | 12,233 | 75.45% | 034 | Kennesaw | 6,711 | 20.31% |
| 022 | Kennesaw | 599 | 1.81% | 034 | Marietta | 4,869 | 7.99% |
| 023 | Canton | 26,142 | 79.28% | 035 | Acworth | 14,751 | 65.74% |
| 023 | Holly Springs | 1,891 | 11.66% | 035 | Kennesaw | 25,726 | 77.87% |
| 025 | Alpharetta | 13,280 | 20.18% | 036 | Acworth | 7,689 | 34.26% |
| 026 | Cumming | 4,666 | 63.76% | 037 | Marietta | 38,068 | 62.44% |
| 027 | Gainesville | 5,587 | 13.21% | 038 | Powder Springs | 16,887 | 100.00% |
| 027 | Gillsville | 212 | 69.28% | | | | |
| 027 | Clermont | 1,021 | 100.00% | 038 | Austell | 7,587 | 98.37% |
| 027 | Lula | 2,511 | 88.98% | 039 | Smyrna | 905 | 1.63% |
| 028 | Gainesville | 1,139 | 2.69% | 040 | Smyrna | 23,672 | 42.53% |
| 028 | Cumming | 2,652 | 36.24% | 042 | Marietta | 1,494 | 2.45% |
| 029 | Flowery Branch | 0 | 0.00% | 042 | Smyrna | 31,086 | 55.85% |
| | | | | 043 | Marietta | 16,541 | 27.13% |
| 029 | Oakwood | 3,942 | 81.75% | 044 | Woodstock | 16,978 | 48.42% |
| 029 | Gainesville | 33,176 | 78.44% | 046 | Roswell | 0 | 0.00% |
| 030 | Flowery Branch | 5,350 | 56.97% | 046 | Woodstock | 8,100 | 23.10% |
| | | | | 046 | Mountain Park | 12 | 2.06% |
| 030 | Braselton | 7,080 | 52.82% | | | | |
| 030 | Oakwood | 880 | 18.25% | 047 | Roswell | 5,692 | 6.13% |
| 030 | Gainesville | 1,376 | 3.25% | 047 | Alpharetta | 11,678 | 17.74% |
| 030 | Buford | 81 | 0.47% | 047 | Milton | 37,294 | 90.31% |
| 031 | Arcade | 1,310 | 69.53% | 047 | Mountain Park | 571 | 97.94% |
| 031 | Braselton | 1,234 | 9.21% | | | | |
| 031 | Hoschton | 2,666 | 100.00% | 048 | Roswell | 12,589 | 13.56% |
| 031 | Gainesville | 1,018 | 2.41% | 048 | Peachtree Corners | 15,027 | 35.57% |
| 031 | Talmo | 257 | 100.00% | | | | |
| 031 | Pendergrass | 1,692 | 100.00% | 048 | Alpharetta | 8,833 | 13.42% |
| 031 | Jefferson | 13,231 | 99.98% | 048 | Johns Creek | 22,554 | 27.35% |
| 031 | Commerce | 660 | 8.93% | 049 | Roswell | 24,540 | 26.43% |
| 032 | Cornelia | 0 | 0.00% | 049 | Alpharetta | 30,611 | 46.51% |
| 032 | Mount Airy | 1,391 | 100.00% | 049 | Milton | 4,002 | 9.69% |
| 032 | Toccoa | 9,133 | 100.00% | 050 | Alpharetta | 1,416 | 2.15% |
| 032 | Martin | 335 | 99.70% | 050 | Johns Creek | 58,107 | 70.47% |
| 032 | Avalon | 233 | 100.00% | 051 | Sandy Springs | 27,105 | 25.08% |
| 032 | Gillsville | 94 | 30.72% | | | | |
| 032 | Lula | 311 | 11.02% | 051 | Roswell | 30,055 | 32.38% |
| 032 | Jefferson | 2 | 0.02% | 051 | Johns Creek | 1,792 | 2.17% |
| 032 | Maysville | 1,867 | 100.00% | 052 | Sandy Springs | 31,511 | 29.16% |
| 032 | Homer | 1,264 | 100.00% | | | | |
| 032 | Commerce | 5,012 | 67.85% | 052 | Brookhaven | 14,741 | 26.72% |
| 032 | Alto | 351 | 36.19% | 052 | Dunwoody | 13,559 | 26.23% |
| 032 | Baldwin | 655 | 18.05% | 053 | Sandy Springs | 26,751 | 24.75% |
| 033 | Hartwell | 4,470 | 100.00% | | | | |
| 033 | Ila | 350 | 100.00% | 053 | Roswell | 19,957 | 21.50% |
| 033 | Franklin Springs | 1,155 | 100.00% | 053 | Atlanta | 13,245 | 2.66% |
| | | | | 054 | Sandy Springs | 22,713 | 21.01% |
| 033 | Royston | 2,649 | 100.00% | 054 | Atlanta | 37,370 | 7.49% |
| 033 | Carnesville | 713 | 100.00% | 055 | South Fulton | 1,590 | 1.48% |
| 033 | Canon | 643 | 100.00% | | | | |

# Communities of Interest (Condensed)

ga_house_HB1EX_

| District | City/Town | Population | % Pop | District | City/Town | Population | % Pop |
|---|---|---|---|---|---|---|---|
| 055 | Atlanta | 58,381 | 11.71% | 071 | Carrollton | 6,692 | 25.03% |
| 056 | Atlanta | 58,929 | 11.82% | 071 | Temple | 5,026 | 98.76% |
| 057 | Atlanta | 59,969 | 12.02% | 072 | Carrollton | 20,046 | 74.97% |
| 058 | Atlanta | 59,057 | 11.84% | 072 | Ephesus | 471 | 100.00% |
| 059 | East Point | 2,393 | 6.24% | 072 | Franklin | 950 | 100.00% |
| 059 | Atlanta | 57,041 | 11.44% | 072 | Centralhatchee | 348 | 100.00% |
| 060 | South Fulton | 2,141 | 1.99% | | | | |
| 060 | Atlanta | 57,196 | 11.47% | 072 | Roopville | 231 | 100.00% |
| 061 | Douglasville | 4,872 | 14.06% | 072 | LaGrange | 26 | 0.08% |
| 061 | Union City | 785 | 2.93% | 072 | Hogansville | 3,267 | 100.00% |
| 061 | South Fulton | 22,310 | 20.77% | 073 | Newnan | 12,994 | 30.54% |
| 061 | East Point | 3,706 | 9.66% | 073 | Sharpsburg | 313 | 95.72% |
| 061 | Atlanta | 1,783 | 0.36% | 073 | Peachtree City | 21,996 | 57.51% |
| 061 | Austell | 126 | 1.63% | | | | |
| 062 | South Fulton | 2,398 | 2.23% | 073 | Tyrone | 0 | 0.00% |
| 062 | College Park | 6,275 | 45.05% | 073 | Fayetteville | 454 | 2.39% |
| 062 | East Point | 27,974 | 72.93% | 074 | Peachtree City | 4,560 | 11.92% |
| 062 | Atlanta | 22,803 | 4.57% | | | | |
| 063 | Hapeville | 6,553 | 100.00% | 074 | Brooks | 568 | 100.00% |
| 063 | Union City | 638 | 2.38% | 074 | Woolsey | 206 | 100.00% |
| 063 | South Fulton | 8,302 | 7.73% | 074 | Fayetteville | 1,076 | 5.68% |
| 063 | College Park | 6,682 | 47.97% | 074 | Griffin | 787 | 3.35% |
| 063 | East Point | 4,285 | 11.17% | 074 | Sunny Side | 203 | 100.00% |
| 063 | Atlanta | 32,921 | 6.60% | 074 | Hampton | 8,368 | 100.00% |
| 064 | Villa Rica | 7,264 | 42.80% | 075 | Jonesboro | 3,129 | 73.88% |
| 064 | Douglasville | 1,139 | 3.29% | 075 | Morrow | 488 | 7.43% |
| 064 | Hiram | 0 | 0.00% | 076 | Forest Park | 3,010 | 15.10% |
| 065 | Chattahoochee Hills | 2,934 | 99.46% | 076 | Morrow | 4,758 | 72.43% |
| | | | | 076 | Lake City | 1,531 | 51.86% |
| 065 | Douglasville | 62 | 0.18% | 077 | Riverdale | 414 | 2.74% |
| 065 | Palmetto | 549 | 10.83% | 077 | Forest Park | 13,240 | 66.43% |
| 065 | Union City | 1,105 | 4.12% | 077 | Morrow | 180 | 2.74% |
| 065 | South Fulton | 23,011 | 21.42% | 077 | Lake City | 1,421 | 48.14% |
| 066 | Douglasville | 28,577 | 82.47% | 077 | College Park | 973 | 6.98% |
| 067 | Chattahoochee Hills | 16 | 0.54% | 078 | Jonesboro | 1,106 | 26.12% |
| | | | | 078 | Lovejoy | 6,678 | 65.98% |
| 067 | Palmetto | 4,522 | 89.17% | 078 | Stockbridge | 2,766 | 9.55% |
| 067 | Fairburn | 15,420 | 93.55% | 078 | Morrow | 0 | 0.00% |
| 067 | Union City | 13,013 | 48.50% | 079 | Riverdale | 14,715 | 97.26% |
| 067 | South Fulton | 8,904 | 8.29% | 079 | Forest Park | 3,682 | 18.47% |
| 068 | Peachtree City | 11,688 | 30.56% | 079 | Morrow | 1,143 | 17.40% |
| | | | | 080 | Dunwoody | 38,124 | 73.77% |
| 068 | Tyrone | 7,658 | 100.00% | 080 | Chamblee | 5,436 | 18.02% |
| 068 | Fairburn | 1,063 | 6.45% | 080 | Doraville | 10,623 | 100.00% |
| 068 | Fayetteville | 248 | 1.31% | 081 | Chamblee | 5,398 | 17.90% |
| 068 | Union City | 11,286 | 42.06% | 081 | Tucker | 5,554 | 15.01% |
| 068 | South Fulton | 17,404 | 16.20% | 082 | Decatur | 10,772 | 43.21% |
| 069 | Fayetteville | 17,179 | 90.62% | 082 | Brookhaven | 342 | 0.62% |
| 069 | Union City | 3 | 0.01% | 082 | Atlanta | 6,198 | 1.24% |
| 069 | South Fulton | 21,376 | 19.90% | 083 | Brookhaven | 40,078 | 72.66% |
| 070 | Newnan | 29,555 | 69.46% | 083 | Chamblee | 19,330 | 64.08% |
| 070 | Whitesburg | 596 | 100.00% | 083 | Atlanta | 8 | 0.00% |
| 071 | Villa Rica | 9,706 | 57.20% | 084 | Decatur | 6,458 | 25.91% |

## Communities of Interest (Condensed)

ga_house_HB1EX_

| District | City/Town | Population | % Pop | District | City/Town | Population | % Pop |
|---|---|---|---|---|---|---|---|
| 084 | Avondale Estates | 3,567 | 100.00% | 102 | Lawrenceville | 28,787 | 93.99% |
| 084 | Stonecrest | 2,815 | 4.76% | 103 | Flowery Branch | 4,040 | 43.02% |
| 085 | Decatur | 0 | 0.00% | 103 | Suwanee | 1 | 0.00% |
| 085 | Avondale Estates | 0 | 0.00% | 103 | Sugar Hill | 3,638 | 14.51% |
| 085 | Clarkston | 5,456 | 36.97% | 103 | Buford | 13,750 | 80.20% |
| 086 | Clarkston | 9,300 | 63.03% | 103 | Rest Haven | 20 | 44.44% |
| 086 | Tucker | 3,934 | 10.63% | 104 | Auburn | 7,495 | 100.00% |
| 086 | Stonecrest | 7,213 | 12.19% | 104 | Carl | 209 | 100.00% |
| 087 | Pine Lake | 752 | 100.00% | 104 | Bethlehem | 11 | 1.54% |
| 087 | Stone Mountain | 1,338 | 19.96% | 104 | Winder | 906 | 4.94% |
| 087 | Tucker | 12,666 | 34.23% | 104 | Braselton | 80 | 0.60% |
| 088 | Stone Mountain | 5,365 | 80.04% | 105 | Dacula | 2,218 | 32.23% |
| 088 | Tucker | 14,851 | 40.13% | 105 | Buford | 78 | 0.45% |
| 088 | Lilburn | 219 | 1.51% | 106 | Snellville | 19,134 | 93.01% |
| 089 | Decatur | 7,698 | 30.88% | 107 | Lawrenceville | 229 | 0.75% |
| 089 | Atlanta | 10,752 | 2.16% | 108 | Lilburn | 13,847 | 95.48% |
| 090 | Atlanta | 23,062 | 4.62% | 109 | Lilburn | 240 | 1.65% |
| 091 | Stockbridge | 6,951 | 23.99% | 110 | Snellville | 1,439 | 6.99% |
| 091 | Stonecrest | 19,700 | 33.28% | 110 | Grayson | 4,730 | 100.00% |
| 092 | Stonecrest | 15,607 | 26.37% | 110 | Loganville | 3,155 | 22.33% |
| 093 | Covington | 1,201 | 8.46% | 111 | Walnut Grove | 0 | 0.00% |
| 093 | Oxford | 11 | 0.48% | 111 | Between | 17 | 4.23% |
| 093 | Stonecrest | 8,338 | 14.09% | 111 | Loganville | 10,972 | 77.67% |
| 093 | Lithonia | 2,662 | 100.00% | 111 | Dacula | 4,664 | 67.77% |
| 093 | Conyers | 16,433 | 94.96% | 112 | Walnut Grove | 1,322 | 100.00% |
| 094 | Stonecrest | 5,521 | 9.33% | 112 | Jersey | 146 | 100.00% |
| 095 | Conyers | 872 | 5.04% | 112 | Social Circle | 4,969 | 99.90% |
| 096 | Norcross | 13,708 | 79.66% | 112 | Monroe | 14,928 | 100.00% |
| 096 | Peachtree Corners | 267 | 0.63% | 112 | Between | 385 | 95.77% |
| 096 | Duluth | 1,487 | 4.67% | 112 | Good Hope | 339 | 100.00% |
| 097 | Norcross | 3,493 | 20.30% | 113 | Covington | 8,064 | 56.82% |
| 097 | Peachtree Corners | 26,949 | 63.80% | 113 | Porterdale | 1,799 | 100.00% |
| 097 | Berkeley Lake | 2,054 | 100.00% | 114 | Covington | 4,927 | 34.72% |
| 097 | Duluth | 21,471 | 67.36% | 114 | Oxford | 2,297 | 99.52% |
| 098 | Norcross | 8 | 0.05% | 114 | Social Circle | 5 | 0.10% |
| 098 | Lilburn | 196 | 1.35% | 114 | Rutledge | 871 | 100.00% |
| 099 | Duluth | 8,915 | 27.97% | 114 | Bostwick | 378 | 100.00% |
| 099 | Suwanee | 20,367 | 97.98% | 114 | Madison | 4,447 | 100.00% |
| 099 | Sugar Hill | 6,231 | 24.85% | 114 | Buckhead | 194 | 100.00% |
| 100 | Flowery Branch | 1 | 0.01% | 114 | Mansfield | 442 | 100.00% |
| | | | | 114 | Newborn | 676 | 100.00% |
| 100 | Suwanee | 409 | 1.97% | 114 | Shady Dale | 252 | 100.00% |
| 100 | Sugar Hill | 15,207 | 60.64% | 115 | Stockbridge | 4,251 | 14.67% |
| 100 | Buford | 3,235 | 18.87% | 115 | McDonough | 19,926 | 68.59% |
| 100 | Rest Haven | 25 | 55.56% | 116 | Lovejoy | 3,444 | 34.02% |
| 101 | Suwanee | 9 | 0.04% | 116 | Stockbridge | 15,005 | 51.79% |
| 101 | Lawrenceville | 1,613 | 5.27% | 116 | McDonough | 4,454 | 15.33% |
| | | | | 117 | McDonough | 4,671 | 16.08% |
| | | | | 117 | Locust Grove | 8,947 | 100.00% |
| | | | | 118 | Jackson | 5,557 | 100.00% |
| | | | | 118 | Flovilla | 643 | 100.00% |
| | | | | 118 | Jenkinsburg | 391 | 100.00% |

## Communities of Interest (Condensed)

ga_house_HB1EX_

| District | City/Town | Population | % Pop | District | City/Town | Population | % Pop |
|---|---|---|---|---|---|---|---|
| 118 | Monticello | 2,541 | 100.00% | 128 | Sparta | 1,357 | 100.00% |
| 118 | Eatonton | 2,892 | 45.85% | 128 | Warrenton | 1,744 | 100.00% |
| 119 | Bethlehem | 704 | 98.46% | 128 | Norwood | 202 | 100.00% |
| 119 | Winder | 17,432 | 95.06% | 128 | Camak | 141 | 100.00% |
| 119 | Statham | 1,828 | 64.98% | 128 | Thomson | 6,814 | 100.00% |
| 119 | Braselton | 5,009 | 37.37% | 128 | Harrison | 339 | 100.00% |
| 120 | Statham | 985 | 35.02% | 128 | Tennille | 1,469 | 100.00% |
| 120 | Bogart | 1,326 | 100.00% | 128 | Sandersville | 5,813 | 100.00% |
| 120 | Arcade | 574 | 30.47% | 128 | Riddleville | 80 | 100.00% |
| 120 | Nicholson | 1,808 | 100.00% | 128 | Davisboro | 1,832 | 100.00% |
| 120 | Commerce | 1,715 | 23.22% | 128 | Edge Hill | 22 | 100.00% |
| 121 | North High Shoals | 552 | 100.00% | 128 | Mitchell | 153 | 100.00% |
| 121 | Bishop | 332 | 100.00% | 128 | Gibson | 630 | 100.00% |
| 121 | Watkinsville | 2,896 | 100.00% | 132 | Avera | 223 | 100.00% |
| 123 | Washington | 3,754 | 100.00% | 132 | Stapleton | 402 | 100.00% |
| 123 | Tignall | 485 | 100.00% | 132 | Wrens | 2,217 | 100.00% |
| 123 | Lincolnton | 1,480 | 100.00% | 132 | Blythe | 696 | 93.55% |
| 123 | Hull | 230 | 100.00% | 132 | Bartow | 186 | 100.00% |
| 123 | Colbert | 630 | 100.00% | 132 | Wadley | 1,643 | 100.00% |
| 123 | Comer | 1,512 | 100.00% | 132 | Louisville | 2,381 | 100.00% |
| 123 | Rayle | 158 | 100.00% | 133 | Gray | 3,346 | 97.38% |
| 123 | Carlton | 263 | 100.00% | 133 | Milledgeville | 17,070 | 100.00% |
| 123 | Danielsville | 654 | 100.00% | 134 | Griffin | 22,691 | 96.65% |
| 123 | Bowman | 872 | 100.00% | 134 | Orchard Hill | 219 | 100.00% |
| 123 | Elberton | 4,640 | 100.00% | 134 | Forsyth | 95 | 2.17% |
| 124 | Sharon | 104 | 100.00% | 135 | Concord | 378 | 100.00% |
| 124 | Greensboro | 3,648 | 100.00% | 135 | Thomaston | 9,816 | 100.00% |
| 124 | Woodville | 264 | 100.00% | 135 | Yatesville | 394 | 100.00% |
| 124 | Maxeys | 198 | 100.00% | 135 | Zebulon | 1,225 | 100.00% |
| 124 | Winterville | 1,201 | 100.00% | 135 | Meansville | 266 | 100.00% |
| 124 | Arnoldsville | 431 | 100.00% | 135 | Williamson | 681 | 100.00% |
| 124 | Lexington | 203 | 100.00% | 135 | Aldora | 0 | 0.00% |
| 124 | Crawford | 821 | 100.00% | 135 | Barnesville | 6,292 | 100.00% |
| 124 | Union Point | 1,597 | 100.00% | 135 | Milner | 772 | 100.00% |
| 124 | Crawfordville | 479 | 100.00% | 135 | Molena | 392 | 100.00% |
| 124 | Eatonton | 3,415 | 54.15% | 136 | Gay | 110 | 100.00% |
| 124 | White Plains | 239 | 100.00% | 136 | Haralson | 172 | 100.00% |
| 124 | Siloam | 194 | 100.00% | 136 | Sharpsburg | 14 | 4.28% |
| 125 | Dearing | 529 | 100.00% | 136 | Turin | 347 | 100.00% |
| 125 | Harlem | 3,571 | 100.00% | 136 | Senoia | 5,016 | 100.00% |
| 125 | Grovetown | 15,577 | 100.00% | 136 | LaGrange | 13,269 | 43.00% |
| 126 | Sardis | 995 | 100.00% | 136 | Woodbury | 908 | 100.00% |
| 126 | Girard | 184 | 100.00% | 136 | Lone Oak | 114 | 100.00% |
| 126 | Midville | 385 | 100.00% | 136 | Grantville | 3,103 | 100.00% |
| 126 | Millen | 2,966 | 100.00% | 136 | Greenville | 794 | 100.00% |
| 126 | Vidette | 103 | 100.00% | 136 | Luthersville | 776 | 100.00% |
| 126 | Keysville | 300 | 100.00% | 136 | Moreland | 382 | 100.00% |
| 126 | Hephzibah | 3,830 | 100.00% | 137 | LaGrange | 8,545 | 27.69% |
| 126 | Blythe | 48 | 6.45% | 137 | Columbus | 30,443 | 14.71% |
| 126 | Waynesboro | 5,799 | 100.00% | 137 | Pine Mountain | 87 | 7.15% |
| 128 | Oconee | 197 | 100.00% | 137 | Warm Springs | 465 | 100.00% |
| 128 | Deepstep | 117 | 100.00% | | | | |

## Communities of Interest (Condensed)

ga_house_HB1EX_

| District | City/Town | Population | % Pop | District | City/Town | Population | % Pop |
|---|---|---|---|---|---|---|---|
| 137 | Geneva | 75 | 100.00% | 149 | Ivey | 1,037 | 100.00% |
| 137 | Junction City | 138 | 100.00% | 149 | Irwinton | 531 | 100.00% |
| 137 | Talbotton | 742 | 100.00% | 149 | McIntyre | 575 | 100.00% |
| 137 | Manchester | 3,584 | 100.00% | 149 | Toomsboro | 383 | 100.00% |
| 137 | Woodland | 305 | 100.00% | 150 | Butler | 1,881 | 100.00% |
| 138 | West Point | 3,719 | 100.00% | 150 | Reynolds | 926 | 100.00% |
| 138 | LaGrange | 9,018 | 29.22% | 150 | Lilly | 129 | 100.00% |
| 138 | Columbus | 12,190 | 5.89% | 150 | Pinehurst | 309 | 100.00% |
| 138 | Hamilton | 1,680 | 100.00% | 150 | Unadilla | 3,118 | 100.00% |
| 138 | Pine Mountain | 1,129 | 92.85% | 150 | Fort Valley | 8,769 | 99.87% |
|  |  |  |  | 150 | Americus | 9,766 | 60.17% |
| 138 | Shiloh | 402 | 100.00% | 150 | Ideal | 407 | 100.00% |
| 139 | Columbus | 45,976 | 22.22% | 150 | Andersonville | 237 | 100.00% |
| 139 | Waverly Hall | 638 | 100.00% | 150 | Dooling | 68 | 100.00% |
| 140 | Columbus | 59,294 | 28.66% | 150 | Byromville | 422 | 100.00% |
| 141 | Columbus | 59,019 | 28.52% | 150 | Oglethorpe | 995 | 100.00% |
| 144 | Forsyth | 4,289 | 97.83% | 150 | Montezuma | 3,047 | 100.00% |
| 144 | Gray | 90 | 2.62% | 150 | Marshallville | 1,048 | 100.00% |
| 145 | Roberta | 813 | 100.00% | 150 | Vienna | 2,928 | 100.00% |
| 145 | Culloden | 200 | 100.00% | 151 | Dawson | 4,414 | 100.00% |
| 145 | Perry | 90 | 0.44% | 151 | Parrott | 120 | 100.00% |
| 145 | Fort Valley | 11 | 0.13% | 151 | Lumpkin | 891 | 100.00% |
| 145 | Centerville | 100 | 1.22% | 151 | Richland | 1,370 | 100.00% |
| 145 | Warner Robins | 24,773 | 30.85% | 151 | Buena Vista | 1,585 | 100.00% |
|  |  |  |  | 151 | Albany | 3,028 | 4.35% |
| 145 | Byron | 5,702 | 100.00% | 151 | Sasser | 287 | 100.00% |
| 146 | Perry | 12,127 | 58.80% | 151 | Bronwood | 334 | 100.00% |
| 146 | Warner Robins | 18,749 | 23.35% | 151 | Leslie | 344 | 100.00% |
|  |  |  |  | 151 | De Soto | 124 | 100.00% |
| 147 | Centerville | 8,128 | 98.78% | 151 | Plains | 573 | 100.00% |
| 147 | Warner Robins | 36,786 | 45.81% | 151 | Ellaville | 1,595 | 100.00% |
|  |  |  |  | 151 | Americus | 6,464 | 39.83% |
| 148 | Perry | 8,407 | 40.76% | 152 | Albany | 15 | 0.02% |
| 148 | Pineview | 454 | 100.00% | 152 | Leesburg | 3,480 | 100.00% |
| 148 | Hawkinsville | 3,980 | 100.00% | 152 | Smithville | 593 | 100.00% |
| 148 | Fitzgerald | 2,183 | 24.24% | 152 | Warwick | 504 | 100.00% |
| 148 | Abbeville | 2,685 | 100.00% | 152 | Sylvester | 5,644 | 100.00% |
| 148 | Cordele | 10,220 | 100.00% | 152 | Poulan | 760 | 100.00% |
| 148 | Arabi | 447 | 100.00% | 152 | Sumner | 445 | 100.00% |
| 148 | Pitts | 252 | 100.00% | 153 | Albany | 55,573 | 79.79% |
| 148 | Rochelle | 1,167 | 100.00% | 154 | Bluffton | 113 | 100.00% |
| 149 | Rhine | 295 | 100.00% | 154 | Edison | 1,230 | 100.00% |
| 149 | Eastman | 5,658 | 100.00% | 154 | Cuthbert | 3,143 | 100.00% |
| 149 | Cochran | 5,026 | 100.00% | 154 | Morgan | 1,741 | 100.00% |
| 149 | Chester | 525 | 100.00% | 154 | Leary | 524 | 100.00% |
| 149 | Milan | 613 | 100.00% | 154 | Shellman | 861 | 100.00% |
| 149 | Chauncey | 289 | 100.00% | 154 | Albany | 11,031 | 15.84% |
| 149 | McRae-Helena | 6,253 | 100.00% | 154 | Jakin | 131 | 100.00% |
| 149 | Danville | 165 | 100.00% | 154 | Donalsonville | 2,833 | 100.00% |
| 149 | Jeffersonville | 977 | 100.00% | 154 | Iron City | 312 | 100.00% |
| 149 | Allentown | 190 | 97.44% | 154 | Colquitt | 2,001 | 100.00% |
| 149 | Gordon | 1,783 | 100.00% | 154 | Blakely | 5,371 | 100.00% |

## Communities of Interest (Condensed)

ga_house_HB1EX_

| District | City/Town | Population | % Pop | District | City/Town | Population | % Pop |
|---|---|---|---|---|---|---|---|
| 154 | Damascus | 212 | 100.00% | 158 | Statesboro | 8,902 | 26.62% |
| 154 | Arlington | 1,209 | 100.00% | 158 | Stillmore | 439 | 100.00% |
| 154 | Newton | 602 | 100.00% | 158 | Metter | 4,004 | 100.00% |
| 154 | Fort Gaines | 995 | 100.00% | 158 | Pulaski | 211 | 100.00% |
| 155 | Cadwell | 381 | 100.00% | 158 | Register | 157 | 100.00% |
| 155 | Dexter | 655 | 100.00% | 158 | Adrian | 230 | 41.67% |
| 155 | Rentz | 312 | 100.00% | 158 | Swainsboro | 7,425 | 100.00% |
| 155 | Allentown | 5 | 2.56% | 159 | Oliver | 210 | 100.00% |
| 155 | Montrose | 203 | 100.00% | 159 | Sylvania | 2,634 | 100.00% |
| 155 | Dudley | 593 | 100.00% | 159 | Hiltonia | 310 | 100.00% |
| 155 | Dublin | 16,074 | 100.00% | 159 | Newington | 290 | 100.00% |
| 155 | East Dublin | 2,492 | 100.00% | 159 | Rocky Ford | 167 | 100.00% |
| 155 | Wrightsville | 3,449 | 100.00% | 159 | Statesboro | 4,066 | 12.16% |
| 155 | Adrian | 322 | 58.33% | 159 | Guyton | 2,289 | 100.00% |
| 155 | Kite | 160 | 100.00% | 159 | Springfield | 2,703 | 100.00% |
| 156 | Fitzgerald | 6,823 | 75.76% | 160 | Pembroke | 2,513 | 100.00% |
| 156 | Jacksonville | 111 | 100.00% | 160 | Statesboro | 20,470 | 61.22% |
| 156 | McRae-Helena | 0 | 0.00% | 160 | Brooklet | 1,704 | 100.00% |
| | | | | 161 | Pooler | 5,335 | 20.75% |
| 156 | Lumber City | 967 | 100.00% | 161 | Garden City | 8 | 0.08% |
| 156 | Scotland | 173 | 100.00% | 161 | Port Wentworth | 10,878 | 100.00% |
| 156 | Alamo | 771 | 100.00% | | | | |
| 156 | Glenwood | 850 | 100.00% | 161 | Rincon | 10,934 | 100.00% |
| 156 | Mount Vernon | 1,990 | 100.00% | 161 | Savannah | 11,988 | 8.11% |
| | | | | 162 | Pooler | 0 | 0.00% |
| 156 | Uvalda | 439 | 100.00% | 162 | Garden City | 175 | 1.70% |
| 156 | Alston | 178 | 100.00% | 162 | Savannah | 35,231 | 23.84% |
| 156 | Ailey | 519 | 100.00% | 163 | Vernonburg | 139 | 100.00% |
| 156 | Higgston | 314 | 100.00% | 163 | Garden City | 10,085 | 98.02% |
| 156 | Vidalia | 10,785 | 100.00% | 163 | Savannah | 48,006 | 32.48% |
| 156 | Santa Claus | 204 | 100.00% | 164 | Pooler | 20,376 | 79.25% |
| 156 | Lyons | 4,239 | 100.00% | 164 | Garden City | 21 | 0.20% |
| 156 | Tarrytown | 66 | 100.00% | 164 | Richmond Hill | 16,608 | 99.85% |
| 156 | Cobbtown | 341 | 100.00% | | | | |
| 157 | Denton | 189 | 100.00% | 164 | Bloomingdale | 2,790 | 100.00% |
| 157 | Hazlehurst | 4,088 | 100.00% | 164 | Savannah | 953 | 0.64% |
| 157 | Baxley | 4,228 | 85.55% | 165 | Garden City | 0 | 0.00% |
| 157 | Surrency | 194 | 100.00% | 165 | Thunderbolt | 2,556 | 100.00% |
| 157 | Glennville | 3,834 | 100.00% | 165 | Savannah | 48,219 | 32.63% |
| 157 | Reidsville | 2,515 | 100.00% | 166 | Tybee Island | 3,114 | 100.00% |
| 157 | Collins | 540 | 100.00% | 166 | Richmond Hill | 25 | 0.15% |
| 157 | Manassas | 59 | 100.00% | | | | |
| 157 | Bellville | 127 | 100.00% | 166 | Savannah | 3,383 | 2.29% |
| 157 | Hagan | 959 | 100.00% | 167 | Darien | 1,460 | 100.00% |
| 157 | Claxton | 2,602 | 100.00% | 167 | Ludowici | 1,590 | 100.00% |
| 157 | Daisy | 159 | 100.00% | 168 | Gumbranch | 235 | 100.00% |
| 158 | Summertown | 121 | 100.00% | 168 | Walthourville | 3,680 | 100.00% |
| 158 | Twin City | 1,642 | 100.00% | 168 | Allenhurst | 816 | 100.00% |
| 158 | Garfield | 257 | 100.00% | 168 | Hinesville | 34,891 | 100.00% |
| 158 | Portal | 638 | 100.00% | 168 | Flemington | 825 | 100.00% |
| 158 | Soperton | 2,889 | 100.00% | 168 | Riceboro | 615 | 100.00% |
| 158 | Oak Park | 512 | 100.00% | 168 | Midway | 2,141 | 100.00% |
| 158 | Nunez | 134 | 100.00% | 169 | Ocilla | 3,498 | 100.00% |

## Communities of Interest (Condensed)    ga_house_HB1EX_

| District | City/Town | Population | % Pop | District | City/Town | Population | % Pop |
|---|---|---:|---:|---|---|---:|---:|
| 169 | Fitzgerald | 0 | 0.00% | 174 | Dasher | 890 | 100.00% |
| 169 | Ambrose | 327 | 100.00% | 174 | Du Pont | 134 | 100.00% |
| 169 | Douglas | 11,109 | 94.77% | 174 | Fargo | 250 | 100.00% |
| 169 | Broxton | 1,060 | 100.00% | 174 | Homerville | 2,344 | 100.00% |
| 169 | Ty Ty | 641 | 100.00% | 174 | Argyle | 190 | 100.00% |
| 169 | Sycamore | 692 | 100.00% | 175 | Barwick | 105 | 28.93% |
| 169 | Ashburn | 4,291 | 100.00% | 175 | Quitman | 4,064 | 100.00% |
| 169 | Rebecca | 208 | 100.00% | 175 | Pavo | 242 | 38.91% |
| 169 | Nicholls | 3,147 | 100.00% | 175 | Morven | 506 | 100.00% |
| 170 | Tifton | 17,045 | 100.00% | 175 | Hahira | 3,384 | 100.00% |
| 170 | Adel | 2,990 | 53.67% | 175 | Valdosta | 4,271 | 7.71% |
| 170 | Omega | 1,287 | 97.65% | 175 | Lake Park | 427 | 45.82% |
| 170 | Lenox | 752 | 100.00% | 176 | Douglas | 613 | 5.23% |
| 170 | Ray City | 956 | 100.00% | 176 | Waycross | 8,103 | 58.12% |
| 170 | Nashville | 4,947 | 100.00% | 176 | Ray City | 0 | 0.00% |
| 170 | Enigma | 1,058 | 100.00% | 176 | Lakeland | 2,875 | 100.00% |
| 170 | Alapaha | 481 | 100.00% | 176 | Willacoochee | 1,240 | 100.00% |
| 171 | Bainbridge | 14,468 | 100.00% | 176 | Pearson | 1,821 | 100.00% |
| 171 | Attapulgus | 454 | 100.00% | 177 | Remerton | 1,334 | 100.00% |
| 171 | Climax | 276 | 100.00% | 177 | Valdosta | 51,107 | 92.29% |
| 171 | Brinson | 217 | 100.00% | 178 | Waycross | 8 | 0.06% |
| 171 | Whigham | 428 | 100.00% | 178 | Blackshear | 3,506 | 100.00% |
| 171 | Cairo | 0 | 0.00% | 178 | Patterson | 749 | 100.00% |
| 171 | Pelham | 3,507 | 100.00% | 178 | Offerman | 450 | 100.00% |
| 171 | Camilla | 5,187 | 100.00% | 178 | Alma | 3,433 | 100.00% |
| 171 | Baconton | 856 | 100.00% | 178 | Graham | 263 | 100.00% |
| 171 | Meigs | 38 | 4.09% | 178 | Baxley | 714 | 14.45% |
| 171 | Sale City | 354 | 100.00% | 178 | Screven | 769 | 100.00% |
| 172 | Coolidge | 528 | 100.00% | 178 | Odum | 463 | 100.00% |
| 172 | Moultrie | 14,638 | 100.00% | 178 | Jesup | 9,809 | 100.00% |
| 172 | Pavo | 380 | 61.09% | 179 | Brunswick | 15,210 | 100.00% |
| 172 | Funston | 402 | 100.00% | 180 | Kingsland | 18,337 | 100.00% |
| 172 | Norman Park | 963 | 100.00% | 180 | St. Marys | 18,256 | 100.00% |
| 172 | Berlin | 511 | 100.00% | 180 | Woodbine | 1,062 | 100.00% |
| 172 | Doerun | 738 | 100.00% | | | | |
| 172 | Ellenton | 210 | 100.00% | | | | |
| 172 | Cecil | 284 | 100.00% | | | | |
| 172 | Sparks | 2,043 | 100.00% | | | | |
| 172 | Adel | 2,581 | 46.33% | | | | |
| 172 | Omega | 31 | 2.35% | | | | |
| 173 | Boston | 1,207 | 100.00% | | | | |
| 173 | Barwick | 258 | 71.07% | | | | |
| 173 | Cairo | 10,179 | 100.00% | | | | |
| 173 | Thomasville | 18,881 | 100.00% | | | | |
| 173 | Ochlocknee | 672 | 100.00% | | | | |
| 173 | Meigs | 890 | 95.91% | | | | |
| 174 | Waycross | 5,831 | 41.82% | | | | |
| 174 | Homeland | 886 | 100.00% | | | | |
| 174 | Folkston | 4,464 | 100.00% | | | | |
| 174 | Hoboken | 480 | 100.00% | | | | |
| 174 | Nahunta | 1,013 | 100.00% | | | | |
| 174 | Lake Park | 505 | 54.18% | | | | |