

# EXHIBIT 25



APA-Cooper Illustrative Sen (1205) SD 33

# EXHIBIT 26



# EXHIBIT 27



# EXHIBIT 28



# EXHIBIT 29



APA-Cooper Illustrative Sen (1205) SD 39

039

**Map layers**

Voting District

County

Districts:2

**%AP_Blk**

0.00% to 20.00%
20.00% to 35.00%
35.00% to 50.00%
50.00% to 65.00%
65.00% to 100.00%

0    3.3    6.7    10
**Miles**

©2021 CALIPER

# EXHIBIT 30



# EXHIBIT 31



APA-Cooper Illustrative Sen (1205) SD 43

# EXHIBIT 32



APA-Cooper Illustrative Sen (1205) SD 44

**Map layers**

Voting District
County
Districts:3

**%AP_Blk**
0.00% to 20.00%
20.00% to 35.00%
35.00% to 50.00%
50.00% to 65.00%
65.00% to 100.00%

0    3.3    6.7    10
Miles

©2021 CALIPER

044

# EXHIBIT 33



# EXHIBIT 34



Cooper 1205 Sen - SDs 10, 16, 34, 44

**Map layers**

Voting District

County

Districts:4

**%AP_Blk**

0.00% to 20.00%

20.00% to 35.00%

35.00% to 50.00%

50.00% to 65.00%

65.00% to 100.00%

0   3.3   6.7   10

Miles

©2021 CALIPER

# EXHIBIT 35



Enacted Sen - SDs 22 & 23

Barrow
Clarke
Oconee
Oglethorpe
Walton
Wilkes
Lincoln
Greene
Taliaferro
McDuffie
Columbia
Morgan
Warren
022
Jasper
Putnam
Richmond
Hancock
Glascock
Baldwin
Jefferson
Burke
Jones
023
Washington
Jenkins
Wilkinson
Screven
Johnson
Laurens
Emanuel
Candler
Bulloch
Effingham

**Map layers**
Voting District
County
Districts:2
**%AP_Blk**
0.00% to 20.00%
20.00% to 35.00%
35.00% to 50.00%
50.00% to 65.00%
65.00% to 100.00%

0   5   10   15
Miles

# EXHIBIT 36