

# EXHIBIT 37



# EXHIBIT 38



Enacted Sen - SD 39

039

Polk
Cobb
Paulding
Gwinnett
Douglas
DeKalb
Walton
Carroll
Fulton
Rockdale
Clayton
Newton
Fayette
Henry
Coweta
Jasper
Heard
Butts
Troup
Spalding
Meriwether
Pike
Lamar
Monroe

**Map layers**

Voting District
County
Districts

**%AP_Blk**
0.00% to 20.00%
20.00% to 35.00%
35.00% to 50.00%
50.00% to 65.00%
65.00% to 100.00%

0   3.3   6.7   10
Miles

©2021 CALIPER

# EXHIBIT 39



# EXHIBIT 40



**Enacted Sen - SD 55**

055

**Map layers**

☐ Voting District
⋯ County
▭ Districts:2

**%AP_Blk**
- ▮ 0.00% to 20.00%
- ▮ 20.00% to 35.00%
- ▮ 35.00% to 50.00%
- ▮ 50.00% to 65.00%
- ▮ 65.00% to 100.00%

0   3.3   6.7   10
Miles

©2021 CALIPER

# EXHIBIT 41



# EXHIBIT 42



Central voting precincts

**Map layers**

Voting District
County
**%AP_Blk**
- 0.00% to 20.00%
- 20.00% to 35.00%
- 35.00% to 50.00%
- 50.00% to 65.00%
- 65.00% to 100.00%
- Other

0    5    10    15
Miles

©2021 CALIPER

# EXHIBIT 43



East Central voting precincts

**Map layers**
Voting District
County
%AP_Blk
0.00% to 20.00%
20.00% to 35.00%
35.00% to 50.00%
50.00% to 65.00%
65.00% to 100.00%
Other

# EXHIBIT 44



Southwest region
voting precincts



**Map layers**

Voting District
County

**%AP_Blk**

0.00% to 20.00%
20.00% to 35.00%
35.00% to 50.00%
50.00% to 65.00%
65.00% to 100.00%
Other

0   5   10   15
Miles

©2021 CALIPER

# EXHIBIT 45



Northwest Georgia
Voting Precincts

Map layers

Voting District
County

%AP_Blk

0.00% to 20.00%
20.00% to 35.00%
35.00% to 50.00%
50.00% to 65.00%
65.00% to 100.00%

0   3.3   6.7   10
Miles

# EXHIBIT 46



Metro-Southeast
voting precincts

Map layers

Voting District
County
%AP_Blk
0.00% to 20.00%
20.00% to 35.00%
35.00% to 50.00%
50.00% to 65.00%
65.00% to 100.00%
Other

0      3.3     6.7     10
Miles

©2021 CALIPER

# EXHIBIT 47

APA-Cooper Illustrative (1205) HDs 1-6, and 12-15

# EXHIBIT 48



# EXHIBIT 49



# EXHIBIT 50