

APA-Cooper Illustrative (1205) HDs 91, 115, 116, 117

# EXHIBIT 51



# EXHIBIT 52



APA-Cooper Illustrative (1205)
HDs 123, 124, 126, 128, 129, 130, 132, 133, 144, 155

# EXHIBIT 53



# EXHIBIT 54



APA-Cooper Illustrative (1205) HDs 151, 152, 153, 154, 171, 173



**Map layers**
Voting District
County
Districts:2
**%AP_Blk**
0.00% to 20.00%
20.00% to 35.00%
35.00% to 50.00%
50.00% to 65.00%
65.00% to 100.00%
Other

0  5  10  15
Miles

©2021 CALIPER

# EXHIBIT 55

Enacted House- HDs 1-6, and 12-15

# EXHIBIT 56



# EXHIBIT 57



Enacted 2021 -HDs 75, 76, 78, 79

**Map layers**
Voting District
County
Districts:5

**%AP_Blk**
0.00% to 20.00%
20.00% to 35.00%
35.00% to 50.00%
50.00% to 65.00%
65.00% to 100.00%
Other

0   3.3   6.7   10
Miles

©2021 CALIPER

# EXHIBIT 58



Enacted 2021 -HDs 91, 115, 116, 117

Map layers
Voting District
County
Districts:5
%AP_Blk
0.00% to 20.00%
20.00% to 35.00%
35.00% to 50.00%
50.00% to 65.00%
65.00% to 100.00%
Other

0   3.3   6.7   10
Miles

©2021 CALIPER

# EXHIBIT 59



Enacted 2021 -HDs 91, 115, 116, 117, 118, 134

**Map layers**

Voting District
County
Districts:3

**%AP_Blk**
0.00% to 20.00%
20.00% to 35.00%
35.00% to 50.00%
50.00% to 65.00%
65.00% to 100.00%
Other

0   3.3   6.7   10
Miles

©2021 CALIPER

# EXHIBIT 60



Enacted 2021
HDs 123, 124, 126, 128, 129, 130, 132, 133, 144, 155

# EXHIBIT 61



Enacted 2021
HDs 133, 142, 143, 144, 145, 147, 149

# EXHIBIT 62



Enacted 2021 -HDs 151, 152, 153, 154, 171, 173

Map layers
Voting District
County
Districts:6
%AP_Blk
0.00% to 20.00%
20.00% to 35.00%
35.00% to 50.00%
50.00% to 65.00%
65.00% to 100.00%
Other
0   5   10   15
Miles

©2021 CALIPER