# EXHIBIT D

Page 1

 1              UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
 2                   ATLANTA DIVISION
 3
 4   ALPHI PHI ALPHA FRATERNITY, INC,,
     a nonprofit organization on
 5   behalf of members residing in
     Georgia; SIXTH DISTRICT OF THE
 6   AFRICAN METHODIST EPISCOPAL
     CHURCH, a Georgia nonprofit
 7   organization; ERIC T. WOODS;
     KATIE BAILEY GLENN; PHIL BROWN;
 8   JANICE STEWART,
 9           Plaintiffs,
10    vs.                      CASE NO. 1:21-CV-05337-SCJ
11
     BRAD RAFFENSPERGER, in his
12   official capacity as Secretary
     of Georgia,
13
             Defendant.
14
15
16
              DEPOSITION of WILLIAM S. COOPER
17
                   February 10, 2023
18
                      9:00 a.m.
19
               Tayor English Duma, LLP
20
           1600 Parkwood Circle, Suite 200
21
                  Atlanta, GA  30339
22
               Lucy C. Rateau, CCR, RPR
23
24
25

William S. Cooper                                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 24

1        Q.  And aside from the Quincy case, in every

2    other Section 2 case where you've testified have you

3    found that Gingles prong one was met?

4        A.  Well, I mean if it actually got to the

5    point where I testified, that in all likelihood is

6    true.  But I also have been asked to examine the

7    potential for districts and have basically said it

8    just couldn't be done.

9        Q.  Aside from the Quincy case have you ever

10   testified on behalf of a jurisdiction that was

11   defending against a Section 2 case?

12       A.  I cannot think of one that would exactly

13   fit that category.  I have worked on behalf of local

14   governments, at least in one instance in Virginia I

15   recall.  I was working for the County Board of

16   Supervisors in Sussex County.  But that was in state

17   court, so that's different.

18       Q.  So let's turn to your involvement with this

19   particular case, the Alpha Phi Alpha case.  Do you

20   recall when you first heard about this case or the

21   potential of this case?

22       A.  It would have been in the summer of 2021.

23       Q.  And it was before the legislature met in

24   special session in November 2021, right?

25       A.  Correct.  It was before the census was

1    released.

2        Q.  And do you recall who first contacted you

3    about this case in the summer of 2021?

4        A.  I think Sophia Lakin and Theresa Lee, two

5    lawyers with the ACLU national office, asked me to

6    look at Georgia.

7        Q.  And before you were retained -- so I want

8    to be clear -- before you were retained were you

9    told what you were being hired to do?

10       A.  Yes, to look at the Georgia legislature,

11   the General Assembly.

12               MR. SAVITZKY:  And I just want to

13         caution the witness that the substance of

14         discussions with attorneys would be privileged.

15   BY MR. TYSON:

16       Q.  In moving forward, Mr. Cooper, I want to

17   make sure after you were retained as an expert your

18   conversations with lawyers is different.

19           I'm not asking for the substance for this

20   question, I'm asking for a yes or no.  Were you told

21   what the plaintiffs wanted to prove or their

22   position on the issues in the case?

23       A.  No.

24       Q.  So you've obviously testified as an expert

25   in a lot of cases.  If you were to describe in your

Page 34

1    determined that it unequivocally is possible.

2         Q.  Are the majority Black districts you've

3    created in the illustrative plans in your December

4    5th report the highest number of majority Black

5    districts you've created in any draft?

6         A.  Yeah, I did not try to -- in some cases I

7    do hypothetical plans just to make the point that

8    more districts could have been drawn or you could

9    have made it five points higher or something.  I

10   don't think I drew -- I believe in the first two

11   plans for the preliminary injunction one or two

12   districts were sort of organically majority Black.

13   So I just had, I believe, one less Senate district

14   that is majority Black in this particular

15   plaintiff's plan than the earlier ones.

16        Q.  So you mentioned drawing hypothetical

17   plans.  Do you recall creating any hypothetical

18   plans for Georgia with more majority Black districts

19   above your preliminary injunction plans?

20        A.  No, I didn't do that in this case.  I've

21   had enough of drawing plans in Georgia.  It's one

22   thing to do hypotheticals for a County Commission or

23   something.

24        Q.  So it's correct then that your preliminary

25   injunction plan contained the most Black districts

William S. Cooper                February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 35

1    of any plans that you drew for the Georgia

2    legislature, right?

3        A.  I think that's probably safe to say.  I

4    drew them differently here and there, but I don't

5    think I drew any that had more than seven districts.

6        Q.  And I know you referenced -- and I've been

7    there with you -- drawing 180 House districts is not

8    an easy proposition.  Have you ever drawn state-wide

9    legislative plans for Georgia before your

10   involvement in the Alpha Phi Alpha case?

11       A.  Yes.

12       Q.  And what was that?

13       A.  I guess it's okay to divulge.  I mean I've

14   worked --

15           MR. SAVITZKY:  I'll just caution the

16        witness that if there's some non-public work

17        that you did for an attorney, you should

18        exercise care.

19       A.  Well, I did a little work for a law firm in

20   Atlanta in the 2011, 2012 period.  A lawsuit was not

21   filed.  It was a fairly small project, but it did

22   involve House and Senate plans -- or at least

23   certainly House plans.  I'm not sure about Senate.

24       Q.  And I believe when we spoke about this in a

25   prior case, that was the Bondurant Mixson and Elmore

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 37

1    from Atlanta to Savannah.

2         Q.  When you began working on your illustrative

3    plans for your December 5th declaration, do you know

4    or did you have the principles that the Georgia

5    legislature drew or used when drawing its plans?

6         A.  Yes.  They were posted on the website.

7         Q.  So the last section I would like to get

8    into before we kind of get into the meat of your

9    report, is just to kind of get some terminology

10   pieces down.  I know there's a lot of unique

11   terminology for redistricting.

12             So if I ask you what your definition of a

13   majority Black district is, how would you define

14   that?

15        A.  Well, it could be very different depending

16   on the place and the time.  Is it legislative or is

17   it city council.  It would be very difficult to make

18   that distinction.  One might also look at things

19   like citizen voting age population.

20        Q.  And so for purposes of your report in this

21   case you use the term "majority Black", right?

22        A.  Right.

23        Q.  And what do you mean by the term majority

24   Black in this report in Alpha Phi Alpha?

25        A.  I mean a district which is over 50 percent

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 38

1    any part Black voting age.

2         Q.  And, for reference, we've been calling that

3    the AP Black VAP number?

4         A.  Yes.

5         Q.  Earlier we looked at a report from Gwinnett

6    County where you used the term minority-majority

7    district, right?

8         A.  I would have because that was a lawsuit

9    involving a coalition of plaintiffs, Latino, Black

10   and Asian.

11        Q.  And would it be fair to refer in your

12   definition to a minority-majority district as a

13   majority non-white district?

14        A.  You could.  But one must also take into

15   account that a fair percentage of Latinos identify

16   as white, so that's a little problematic maybe to

17   use that term.  But as long as it's kind of

18   understood that you're focusing on a minority

19   population and taking into account the differences

20   in how Latinos identify, whether they identify as

21   white or some other race.  One can say a majority

22   not white essentially means majority-minority -- or

23   a majority of population which is not non-Hispanic

24   white.

25        Q.  That's helpful.  Thank you.  So just so I'm

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 39

1    clear then, the term majority-minority in your mind

2    is separate from the term majority Black as referred

3    to districts in a legislative plan, right?

4        A.  Yes, in my mind ultimately the definition

5    would be different.

6        Q.  Do you use the term "minority opportunity

7    district" in your work at all?

8        A.  I have used it.  And typically though when

9    I'm using it -- because I'm doing Gingles 1 work --

10   I would be referring to a district which is majority

11   Black or majority Latino, majority indigenous and

12   not say a 40 percent district.

13       Q.  So an opportunity district as you use the

14   term would refer to a district that has a majority

15   of persons of color in it, right?

16       A.  Well, the plaintiff class.  So in this case

17   if I say it's a minority Black opportunity district

18   I'm referring to a district that's majority Black.

19   Majority Black any part voting age population, or I

20   have a couple of senate districts, for example, that

21   are majority Black citizen voting age population but

22   actually less than a majority Black voting age

23   population.  So one has to make those distinctions

24   as well.

25       Q.  Do you ever use the term "coalition

Case 1:21-cv-05337-SCJ  Document 231-11  Filed 03/20/23  Page 10 of 50
William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 40

1    district" in your work?

2         A.  I probably did in Gwinnett County.

3         Q.  And how would you define a coalition

4    district when you use that term?

5         A.  A coalition of minority plaintiffs, in

6    other words, typically it would be African-Americans

7    and Latinos, but in Gwinnett County it was

8    African-Americans, Latinos and Asian-Americans.  In

9    some places out West you would have a coalition of

10   African-Americans, Latinos and native Americans,

11   indigenous population, certainly in Arizona.

12        Q.  In your work do you ever use the term

13   "ability to elect districts"?

14        A.  I probably have almost never used that term

15   because that's sort of the Gingles 2, Gingles 3

16   expert.  But I might have accidentally.  If you know

17   of one case where I used that term, I probably

18   should have not used it because that's not my

19   bailiwick.

20        Q.  That's helpful.  Thank you.

21            So you're aware that race can predominate

22   in the drawing of a redistricting plan, right?

23        A.  It could.

24        Q.  Do you have a way you would determine in

25   your work if race predominated in a districting

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 41

1    plan?

2         A.  I don't think there's a metric that would

3    necessarily identify that, other than perhaps one

4    could look at a legislative plan and make an

5    assessment that a plan was disproportionately

6    weighted towards one race or another, so perhaps in

7    that sense.

8         Q.  So in your view if the goal of a map drawer

9    is to draw the maximum number of majority black

10   districts on a plan, that plan wouldn't necessarily

11   be drawn predominantly based on race?

12              MR. SAVITZKY:  I'm just going to object

13         to the extent it calls for a legal conclusion.

14         You can answer if you're able to do so.

15        A.  Could you repeat the question?

16   BY MR. TYSON:

17        Q.  Sure.  You talked about the different ways

18   you would see race predominating in a plan, like the

19   ways that you could look at that.  And my question

20   was if the map drawer's goal is to draw the maximum

21   number of majority black districts on a plan, in

22   your view would race predominate in the creation of

23   that district plan?

24        A.  Well, not necessarily.  I mean that's sort

25   of an open-ended question.  I really can't say.

William S. Cooper                          February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 60

1    part of my declaration.

2         Q.  And you can also display with labels the

3    racial makeup of particular pieces of geography,

4    right?

5         A.  Well, you can, yes.

6         Q.  And you can also put little graphs on

7    various pieces of geography to show the racial

8    makeup, right?

9         A.  I can.  I don't do that, but you could.

10        Q.  And that was going to be my next question.

11   When you were drawing the illustrative plans, at any

12   point did you have a display from Maptitude that

13   showed you the racial makeup of particular precincts

14   on the map?

15        A.  Well, you know, I sometimes utilize little

16   dots to show where the precincts are that are say 30

17   percent or over Black.  So that was sometimes

18   present on the screen as I was drawing a plan.

19        Q.  And when that was present on the screen you

20   were able to know where 30 percent or higher Black

21   population existed in a particular precinct?

22        A.  Not within the precinct, just the precinct

23   itself.

24        Q.  So the whole precinct had a concentration

25   of Black voters greater than 30 percent?

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 61

1          A.  Yes.

2          Q.  Did you ever have any features of Maptitude

3     that displayed racial data about census blocks when

4     you were, for example, dividing a precinct when

5     drawing the illustrative plans?

6          A.  I don't specifically recall.  I sort of

7     think I did not.  I did sometimes go down to block

8     level and look at total population, because Georgia

9     has very tight deviation standards so that you can't

10    go more than plus or minus one percent.  And so

11    sometimes that gets a little tricky if you're trying

12    to avoid splitting a county or something and maybe

13    you could look at another option and by examining

14    what the total population is, get a handle on

15    whether or not you could stay within one percent.

16         Q.  But you do not recall ever turning on

17    racial information for census blocks when you were

18    dividing a precinct in drawing the illustrative

19    plans?

20         A.  I don't have a specific recollection, but I

21    probably did at some point.  I mean I can't really

22    single out where that happened or when it happened.

23         Q.  So in looking at the way you divided

24    precincts, if they were divided along racial lines,

25    is it possible that you had racial information

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 66

1    districts.  But then you only describe three

2    additional districts.  So can you help me understand

3    why 14 plus 3 seems to equal 18 here?

4         A.  Because another district that is not being

5    challenged, an area that is not being challenged, it

6    just sort of organically became majority Black.  I

7    think it's the Senate District 41 maybe.  Oh, I'm

8    sorry.  It's 33.

9         Q.  Senate 33?

10        A.  Yes.

11        Q.  So you're not, in this report, saying that

12   Senate 33 is a majority Black district that could

13   have been drawn and was not drawn by the

14   legislature?

15        A.  It could have been drawn, but we're not --

16   that's not being challenged.  I suspect that it's a

17   district that may already be electing a minority

18   candidate.  I don't remember.

19        Q.  So then it's correct that your illustrative

20   Senate plan has four more majority Black districts

21   than the 2021 Senate plan, but your recollection is

22   that for whatever reason Senate District 33 is not

23   being challenged in this lawsuit?

24        A.  Correct.

25        Q.  Do you recall that in your preliminary

William S. Cooper                February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 67

 1    injunction report you said you could create 19

 2    majority Black districts on the Senate plan?

 3         A.  Yes, I do recall that.

 4         Q.  Can you tell me about the difference in the

 5    19 districts on the preliminary injunction plan

 6    versus 18 districts here?

 7         A.  Not exactly.  I think that's another

 8    situation where another district was organically

 9    majority Black just based on the end result of the

10    plan, and I think it was probably in Gwinnett County

11    if I'm not mistaken, Gwinnett or Henry County.

12         Q.  And I think you mentioned a district

13    already electing a candidate of choice in a minority

14    community?

15         A.  Well, I can't say whether it's the

16    candidate of choice or not.  I'm not the historian

17    or the Gingles 2 or Gingles 3 expert.  But I think

18    that that district is probably electing a Black

19    candidate of choice; otherwise, it might have been

20    included as a challenged district.

21              I don't specifically recall working on

22    District 33.  It just formed itself as I was trying

23    to avoid splitting counties and cities and keep as

24    many Senate districts as I possibly could as drawn

25    by the General Assembly.  So it just happened.

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 68

1          Q.  Are you aware that the three districts or

2     -- let me start over.

3          Are you aware that the two additional

4     majority Black districts in south metro Atlanta and

5     the additional majority Black district anchored in

6     the eastern portion of Georgia's Black Belt that you

7     reference in this report are currently held by

8     Republican senators?

9          A.  I did not know the partisan makeup of those

10    districts, I don't think, but I knew that they were

11    not African-American.

12         Q.  So you knew the race of the candidate but

13    not the partisan affiliation of the candidate?

14         A.  I don't think I did look at that

15    specifically, but I knew that the elected

16    representative was white.

17         Q.  Do you ever use partisan data or election

18    results in your creation of illustrative plans?

19         A.  No.  I'm not a political science.  Somebody

20    else would have to opine on that.

21         Q.  Do you have any past political data in your

22    Maptitude databases?

23         A.  I do not.  I just have demographic data.

24         Q.  Let's talk next about the House over on

25    page seven.  We have 49 majority Black districts on

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 80

1      before.

2             A.  Not in a paper format, but I did review it

3      as a PDF.

4             Q.  And is this the document that's referenced

5      in footnote 10 of your report, Education in

6      Georgia's Black Belt:  Policy Solutions to Help

7      Overcome a History of Exclusion.

8             A.  Yes.  Both documents have October 2019

9      publication date.

10            Q.  So it's safe to say then that you relied on

11     this document in preparing your report about the

12     Black Belt, right?

13            A.  Yes, the contemporary Black Belt.

14            Q.  So let's turn to page number five of this

15     report.  Could you read the very first sentence at

16     the top of that page?

17            A.  "There is no uniform definition for the

18     Black Belt."

19            Q.  Do you agree that there's no uniform

20     definition for the Black Belt?

21            A.  I think that's a reasonable statement.

22            Q.  And the definition that the Georgia Budget

23     and Policy Institute used was a general description

24     where the majority of people in an area are Black or

25     live in poverty, right?

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 94

1    you selected were just kind of a collection of

2    counties you thought fit.  You're not necessarily

3    saying these particular counties in this region are

4    a community of interest, right?

5         A.  No.  There is that community of interest,

6    and then there is the community of interest which

7    the Census Bureaus define based on commuting

8    patterns and economic factors.  And there are other

9    communities of interest, like the historical

10   community of interest which all Black Americans

11   share.  And that relates to the historical Black

12   Belt as well as the contemporary Black Belt, which

13   was identified I think with a good deal of clarity

14   by the GBPI.

15        Q.  You reference the historical community that

16   all Black Americans share.  Is it your belief that

17   Black Americans by being Black, wherever they are,

18   have a community of interest together?

19        A.  On a certain level, yes.  Don't you agree

20   with that?

21        Q.  Is that something you use in the formation

22   of your illustrative plans for determining there was

23   a community of interest in a majority Black

24   district, for example?

25        A.  I'm aware of U.S. history.  Yes.

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 95

1          Q.  And so in creating your illustrative plans

2     you rely in part on the history of the experience of

3     Black Americans and the commonality that goes with

4     that as the basis for a community of interest,

5     right?

6          A.  I think that's legitimate, yes.

7          Q.  On your map of regions, you are also aware

8     that the Census Bureau has different statistical

9     areas for Warner Robins and Houston County and for

10    Bibb County, right?

11         A.  Yes.  But then they have a new category

12    that they call a consolidated statistical area where

13    they combine them and say they're adjacent.  For

14    example, the Athens area is now part of a

15    consolidated statistical area with the Atlanta MSA.

16    So they've got this extra layer of commonality.

17         Q.  And so it's fair to say then for all the

18    different regions in your report that you're just

19    looking for things that they have in common; some

20    based on regional commission, some based on census,

21    some based on historical Black Belt, it just depends

22    on that particular region?

23         A.  Yeah.  I mean all that is in the

24    background.  When you're drawing a plan there's a

25    lot of -- sort of an amorphous quality to what

Case 1:21-cv-05337-SCJ   Document 231-11   Filed 03/20/23   Page 20 of 50
William S. Cooper                           February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 99

1    ACS data, right?

2        A.  Right.  Two years prior.  Because of the

3    pandemic the ACS was not imported for 2020 for the

4    one-year survey.

5        Q.  So I want to just compare these two tables

6    to understand.  On your preliminary injunction

7    report, Figure 3 shows the 2019 AP Black VAP

8    percentage was 33.8 percent?

9        A.  CVAP.

10        Q.  CVAP.  I'm sorry.  Let me restate that.

11            In Exhibit 6, Figure 3 shows the 2019 AP

12    Black CVAP percentage as 33.8 percent.  Then

13    Figure 3 in your 12/5 report shows that same

14    percentage as 33.3 percent, right?

15        A.  Right.

16        Q.  And so that number has gone down by half of

17    a point between 2019 and 2021?

18        A.  Well, there is a margin of error.  So it

19    may very well be that -- the point estimate has gone

20    down between 2019 and 2021.  That could be because

21    of -- what's the breakout for Latinos?  Notice how

22    it's jumped to 5.9 percent from 5.0 percent in the

23    2019 CVAP -- in the 2019 ACS.

24        Q.  And, similarly, Figure 3 in Exhibit 6 shows

25    the 2019 single race, Black, including Black

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 100

1     Hispanic CVAP percentage as 32.9 percent, whereas in

2     your 12/5 report that same number has gone down to

3     31.4 percent in 2021, right?

4          A.  I'm not sure what table we're looking at

5     now.

6          Q.  I'm still looking at the same table,

7     Figure 3.  Looking at the preliminary injunction

8     report, single race Black row, do you see that?

9          A.  Yes.

10         Q.  To Figure 3 on your 12/5 report, which

11    looks like that's gone down by a point and a half

12    for the single race Black number between 2019 and

13    2021.

14         A.  It does look like that.  Again, it's margin

15    of error.  It's a one-year survey.  So you have to

16    take it with a grain of salt to a certain extent.

17         Q.  So in your 12/5 report, the next -- or a

18    couple of paragraphs down you say the Black CVAP in

19    Georgia is poised to go up this decade.  Do you see

20    that?

21         A.  Yes.

22         Q.  And I guess I'm just trying to figure out

23    how are you concluding that the Black CVAP is poised

24    to go up when the census ACS data shows it's gone

25    down between 2019 and 2021?

William S. Cooper          February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 118

1       Q.   And the portion of Henry County that's in

2    District 17 is 41.07 percent Black, right?

3       A.   Yes.

4       Q.   And the portion of Rockdale that is in

5    District 17 is 60.15 percent white, correct?

6       A.   Black.

7       Q.   I'm sorry.  60.15 percent Black, right?

8       A.   Right.

9       Q.   And Henry County is the largest county by

10   population in District 17, right?

11      A.   I believe it would be, yes.

12      Q.   And so it's correct then that in your

13   illustrative District 17, the largest county by

14   population is not -- the portion that's in District

15   17 is not majority Black, correct?

16      A.   That is correct.  It's substantially Black

17   but not majority Black.

18      Q.   I'm getting slightly out of order.  Let's

19   go to 28 next.  And for District 28 Fayette County

20   has the largest number of people in District 28,

21   right?

22      A.   Yes, just barely.

23      Q.   And the only portion of a county that's

24   majority Black in District 28 is Clayton County,

25   right?

Page 119

1        A.  That would be correct.

2        Q.  And so the portions of Fayette and Spalding

3   that are included are not majority Black portions of

4   those counties, right?

5        A.  They are not.  They're significant but not

6   majority Black.

7        Q.  In splitting Fayette County to create

8   District 28, did you have any racial information

9   displayed when you were drawing that district?

10       A.  I doubt if I did because I've worked in

11   cases in Fayette County.

12       Q.  Good point.

13       A.  So it's pretty clear that most of the Black

14   population in Fayette County lives in the eastern

15   part of the county.

16       Q.  And most of the western part of Fayette

17   County is heavy white, right?

18       A.  The area around Peachtree City would be

19   predominantly white, yes.

20       Q.  So like in District 17, the largest county

21   making up District 28 is not majority Black, right?

22       A.  Going back to District 17?

23       Q.  District 17, I think you agreed with me,

24   that the largest county was Henry County and it was

25   not majority Black in District 17.  And my question

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 120

1    is that's true of District 28 as well, the largest

2    county is not majority Black, correct?

3         A.   That's correct.  I mean it's nothing

4    unusual about that.  If you examine your plan you'll

5    find some of the same breakouts that majority Black

6    districts also have some majority white county

7    portions.

8         Q.   So let's stick with the south metro theme

9    for a minute.  Set this aside and work our way

10   through the next few pages of your report here about

11   south metro.

12              You can go to page 40, Figure 16.  That's

13   the 2021 enacted Senate District 16, right?

14        A.   Yes.

15        Q.   And none of that district has any part of

16   Clayton County in District 16, correct?

17        A.   That is correct.

18        Q.   So moving to illustrative District 28,

19   paragraph 99 of your report, you say in the last

20   sentence there, in the 2021 Senate plan the BVAP in

21   these two packed districts -- and you're referring

22   to 16 and 34 I believe -- stands at about 70

23   percent.  Do you see that?

24        A.   Yes.

25        Q.   And what methodology did you use to

Page 128

1    Black community in Clayton County would approve of

2    the creation of a second district, even though

3    they're going to be shifted into another district as

4    opposed to District 34 that they're currently in.

5         Q.  And what is the basis for your belief that

6    the Black community in Clayton County would be fine

7    being split into another district?

8         A.  Well, I guess we'll hear that from the

9    Plaintiffs.  That's my belief, and if I'm wrong,

10   then I apologize.

11        Q.  If the Black community in Clayton County

12   did not want to be included in the district that

13   includes Spalding County, would you still think that

14   tis district showed a geographically compact Black

15   community?

16        A.  Yes.  If you can prove the Black community

17   wants nothing to do with the new majority Black

18   district in south metro Atlanta, then it's a factor

19   to consider.  I've heard nothing of the sort though.

20        Q.  And in preparing your illustrative plan did

21   you review any of the public testimony from

22   individuals about the Georgia redistricting plans?

23        A.  I did not review that testimony.  It's

24   voluminous, right.  Lots of different opinions no

25   doubt.

Page 130

1    though, in the tables.  We just kind of reviewed

2    them a moment ago.

3         Q.  I believe you testified earlier you are

4    familiar with the demographics of Fayette County,

5    right?

6         A.  Well, just generally speaking because of my

7    involvement in the Fayette County lawsuit back in

8    the early part of the decade, the one that stretched

9    into 2014, 2015 actually.

10        Q.  On this plan, your illustrative 16 also

11   runs from northern Clayton County down into the very

12   southern part of Spalding County, right?

13        A.  It does.

14        Q.  Did you identify a community of interest

15   between northern Clayton County and the rural part

16   of Spalding County that you've included in it?

17        A.  Again, it is my belief that the

18   African-American community in Clayton County, even

19   though it's somewhat more urbanized, would not mind

20   being in a second majority Black senate district in

21   Clayton, Henry and Griffin County.  Henry is

22   suburban, and so it fits well with either one of

23   those two.  It's an in-between area.

24             I mean you've got lots of vertical

25   districts in your plan.  This is not particularly

Page 131

1    vertical, but it does extend from southern Spalding

2    County into Clayton County in the north end.

3         Q.  And you would agree that both District 28

4    and District 16 on the illustrative plan connect

5    more urban population with more rural population,

6    right?

7         A.  Or ex-urban, yeah.  The extreme southern

8    part of Spalding County is getting more rural.

9    That's just going to happen.  I mean these are

10   Senate districts.

11        You've included parts of Fayette County

12   that are high income around Peachtree City with Pike

13   and Lamar Counties that are much more rural in

14   District 16 and very, very different in terms of

15   income, education, workforce participation.  So,

16   again, because of that there should not be a problem

17   with my taking one more step and creating a second

18   -- well, in this case it would be a second of three

19   majority Black Senate districts in that part of the

20   state.

21        Q.  Would you categorize the portion of Fayette

22   County that's currently an enacted Senate District

23   16 as a suburban area of Fayette County?

24        A.  Suburban, ex-urban, yeah.  Some rural.

25        Q.  And you would categorize Spalding, Pike and

Page 142

1    illustrative Senate District 23 is only 50.21

2    percent AP Black VAP, right?

3         A.  Right.  It might be a little bit higher on

4    CVAP.  I'm not really looking at that.

5         Q.  So in looking at illustrative District 23,

6    it includes counties both from your Region B and

7    from Region D, right?

8         A.  That is true.

9         Q.  And it includes counties that are located

10   in the -- I'm sorry.  It includes counties that are

11   outside of the central Savannah River area regional

12   commission, correct?

13        A.  Yes.  The counties of Wilkinson and Baldwin

14   and Twiggs are in middle Georgia.

15        Q.  So if you were looking at these particular

16   regions, why then does illustrative District 23

17   cross regions to create this new majority Black

18   district?

19        A.  Well, the regions are informative and

20   instructive, but they're not cast in stone.  You can

21   certainly cross regions, as your plan does.  As I've

22   mentioned previously, I think, I've got fewer

23   splints of the regional planning districts than in

24   the enacted plan.  Very close, but there's a three

25   or four commission difference in terms of the

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 143

1    splits.

2         Q.  But you would agree that District 23 does

3    cross regional commission boundaries, right?

4         A.  It does.  But it's also adding in districts

5    that have been identified as part of the Black Belt,

6    Baldwin and Twiggs specifically and probably

7    Wilkinson, too.

8         Q.  So you've separated in this plan Hancock

9    and Warren Counties.  Are there differences between

10   those counties that led you to separate them?

11        A.  Well, they're separated, but it's

12   conceivable they could be put in district -- one

13   could be put in 23.  It's not dramatically

14   different.  So it would fit into District 23.  But

15   to do so would have created an issue with one

16   person, one vote, I think.  It would also not have

17   been quite as reasonably shaped.

18        Q.  In your division of Wilkes County, I

19   believe you said is along County Commission

20   boundaries; is that right?

21        A.  That's correct.  I just followed the

22   boundaries established by Wilkes County as recently

23   as this time last year.

24        Q.  And you would agree that that split divided

25   the city of Washington, Georgia, right?

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 144

1          A.   It did.  It did, between two different

2      commission districts.

3          Q.   Looking at Figure 19B on page 51 --

4          A.   Let me back up.  It does not divide -- the

5      illustrative District 23 follows commission lines

6      except that once it reaches the town of Washington

7      on the southwest side it just follows the town

8      boundaries.  So it's not like people aren't going to

9      be able to figure out which district they're in.

10         Q.   And so you didn't follow the commission

11     boundaries on that western side of Washington, but

12     you followed the city boundaries in the split?

13         A.   Yes.  They're more permanent probably than

14     commission boundaries -- although annexations are

15     common in Georgia, so that may not hold.

16         Q.   Do you know the racial impact of following

17     the boundary line you followed in the split of the

18     city of Washington?

19         A.   Not off the top of my head, no.

20         Q.   So in looking back at Figure 19A in

21     illustrative Senate District 23, what is the

22     community of interest between Richmond County and

23     Twiggs County?

24         A.   Both counties are part of the Black Belt.

25     Richmond County, of course, is a consolidated city,

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 145

1    right, except for one little extension that is

2    predominantly white, I think, in sort of the mid

3    section of the county; a small town.

4          But the connection is that this entire area

5    is part of the Black Belt; and although Twiggs is

6    not far from Macon, it's not so distant from Augusta

7    that one could not find commonalities between the

8    Black population in Twiggs and the Black population

9    in Augusta.

10         Q.  And you would agree Twiggs is one county

11   over from the city of Macon, right?

12         A.  That's right.

13         Q.  Do you know what route you would take to

14   drive from Twiggs County to Augusta?

15         A.  I don't have Google Maps up right now, but

16   you could get there one way or another.  I think

17   there's a primary road there.  I'm sure there is.

18   But you might have to go a little further north

19   towards Baldwin to get to it.

20         Q.  How did you determine that the Black

21   community in Augusta is connected with the Black

22   community in Milledgeville?

23         A.  Again, it's part of the Black Belt.  It's

24   in an area that's not that far apart.  And so if

25   there is an issue there, I would have been advised

Page 146

1    by now by the Plaintiffs and their fellow citizens,

2    I think, would have alerted them to the fact that

3    for whatever reason it would be a bad idea to

4    combine part of Richmond County with Baldwin County.

5         Q.  And so you're relying on them not advising

6    you that was a problem to believe there's a

7    connection?

8         A.  Right.  Can you tell me why that's not

9    okay?  Senate districts have a lot of people in

10   them, you know.  And these are small rural counties.

11   Even parts of Richmond County are rural.  So it's

12   not surprising that it covers a larger -- a fairly

13   large geographic area, as do your districts in the

14   enacted plan.

15        For example, District 23 in your plan --

16   I'm sorry.  I don't want to blame you for anything

17   related to the enacted plan -- not that all of it is

18   bad.  But the enacted plan combines Taliaferro --

19   you taught me how to say that -- it extends from

20   Taliaferro to Screven County -- well, Screven County

21   is in the costal planning district, right.  Yeah.

22   So you've crossed a line there.  And Emanuel is, I

23   think, also in -- Let me see the regional commission

24   if I could.

25             MR. SAVITZKY:  It's right here, Exhibit

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 156

1      looked at municipal splits.

2           Q.  Actually, let me do it this way.  Aside

3      from county splits, municipal splits, regional

4      commission splits and CBSA splits, did you look at

5      any other jurisdictional splits when you were

6      working on this report?

7           A.  Yes.  Municipalities.

8           Q.  And I was excluding municipalities.

9           A.  Oh, I'm sorry.  Okay.  Well, the VTDs.  The

10     illustrative plan has fewer VTDs.

11          Q.  Let me ask a better question.  Is there any

12     jurisdictional split analysis you conducted

13     comparing the illustrative plan to the enacted plan

14     that you did not include the results of in your

15     report.

16          A.  I don't think so, maybe because I couldn't

17     think of another angle to take into consideration.

18          Q.  Going to paragraph 121.  We're on the home

19     stretch of the Senate plan here.

20               You say that the illustrative plan modifies

21     35 of the 56 districts in the enacted plan.

22     Correct?

23          A.  Correct.

24          Q.  And that's more than half of all the

25     districts, right?

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 157

1        A.   Correct; however, you can still maintain

2        these illustrative districts that I've drawn that

3        are new majority Black districts with fewer

4        modifications to the enacted plan districts.  It

5        would, however, result in more splits in some of the

6        other counties involved.  So there's a trade-off

7        there.  I opted for looking at this in terms of pure

8        traditional redistricting principles, and that would

9        be not to worry so much about core retention and

10       think more about county splits and MSA splits and

11       regional commission splits which are more permanent.

12            Q.   So it's correct that you have not created a

13       plan that includes majority Blacks in Districts 17,

14       23 and 28 that modifies fewer districts than 35,

15       right?

16            A.   At some point I did, but it also had more

17       county splits.  And so I made a decision to reduce

18       the county splits at the expense of maintaining what

19       are often just ephemeral enacted plan districts that

20       you guys changed even in mid decade, like you did in

21       2015 and 2014.  So they are very volatile in terms

22       of their lines, whereas county lines in Georgia and

23       even the regional commission lines are unlikely to

24       change.

25            Q.   In paragraph 122, the illustrative plan has

Page 167

1    districts, but it's one fewer in metro Atlanta and

2    one more in Macon when looking at the two plans,

3    right?

4         A.  Yes.  I believe the additional majority

5    Black district in the second illustrative plan that

6    I drew for the PI hearing did have a majority Black

7    House District 111 or maybe 115 that was partly in

8    Gwinnett, partly in Henry or something like that.

9    That was the area that had the additional Black

10   majority district.

11        Q.  So while both the PI map and this map are

12   basically plus five on the majority Black districts,

13   only four of the districts between the two plans are

14   in generally the same territory, right?

15        A.  That's true, because I added the new House

16   District 145 majority Black, potential new House

17   district that is Macon/Bibb.

18        Q.  When you were adding the district in

19   Macon/Bibb did you rely on any racial data to make

20   the determination of if that district could be drawn

21   there?

22        A.  Well, I knew that the Senate district had

23   been drawn in that general area.  So one-third of a

24   Senate district is basically a House district, so

25   for that reason I thought it could be accomplished.

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 174

1    I've marked as Defendant's Exhibit 16, which is your

2    Exhibit AA2 to your report.  Is that the plan

3    components report for your illustrative House plan?

4         A.  Yes.

5         Q.  And page 24 has House District 74.  And I

6    think we'll find your memory is almost perfect on

7    the racial makeup of the components of that

8    district.  Can you turn there with me?

9         A.  I see it.

10        Q.  So in looking at that same components

11   report, the portion that's in House District 74 in

12   Clayton County is 79.28 percent AP Black VAP, right?

13        A.  Yes.

14        Q.  And the portion in Henry is 47.42 percent

15   AP Black VAP, right?

16        A.  Yes, that's right.  It's 50 percent total

17   pop but 47.42 VAP.

18        Q.  And the Spalding portion is 13.48 percent

19   AP Black VAP?

20        A.  Yes.

21        Q.  Let's move next to your House District 117.

22   So in looking at pages 70 and 71, the House

23   District 117, it looks like House District 117,

24   instead of running from Heron Bay and Locust Grove

25   north up to the Newton border now turns south and

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 175

1    goes down into Griffin; is that right?

2         A.  Right, which is a majority Black city.

3         Q.  And in the process, the city of Locust

4    Grove looks like it's divided on the illustrative

5    plan; is that right?

6         A.  Locust Grove is split, right.

7         Q.  Would it be correct to say that you used

8    Black population from enacted District 116 when you

9    extended -- I'm sorry.  Hang on.

10             House District 117 is a new majority Black

11   district, right?

12        A.  What about it?

13        Q.  Is a new majority Black district, right?

14        A.  It is, yes.

15        Q.  What was the basis for connecting part of

16   the city of Locust Grove with part of Griffin?

17        A.  By and large probably one person, one vote.

18   It was a clear -- there was a clear dividing line

19   there at the precinct level I'm pretty sure.

20        Q.  And so the only connection between Locust

21   Grove and Griffin you can identify is one necessary

22   to get one person, one vote?

23        A.  Well, there are -- I mean Locust Grove is a

24   stone's throw from the Spalding County line,

25   metaphorically speaking anyway.  So there are

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 176

1    connections, of course.

2         Q.   What are some of those connections?

3         A.   They are ex-urban and in some places rural.

4    I've driven through Locust Grove.  It's a pretty

5    town.  There are obvious connections.  The two towns

6    are very close.  Griffin and Locust Grove are not

7    far apart at all.

8         Q.   So the geographic proximity would be the

9    primary basis for connecting them?

10        A.   That would be one basis.

11        Q.   What are others?

12        A.   Others would be the opportunity to create a

13   new majority Black district in an area that is

14   growing in terms of Black population but not seeing

15   a commensurate increase in majority Black districts

16   over the past 15 years.

17        Q.   And District 117 as configured divides the

18   city of Griffin as well, right?

19        A.   Part of Griffin is taken out of House

20   District 117.  Again, I think it's probably the

21   precinct level.  But basically it's following the

22   main highway there, State Route 16 I think it is.

23        Q.   And in the geography of House Defendant 117

24   between Locust Grove and Griffin, you would agree

25   there's intervening rural white population, right?

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 187

1    Okay.

2         Q.   And so on the illustrative plan, House

3    District 128 splits four counties, right, Burke,

4    Jefferson, Johnson and Lawrence?

5         A.   Yes, it would split four counties, I

6    believe.

7         Q.   Do you know if that's the most counties any

8    single House district splits on their plan?

9         A.   I think that might be.

10        Q.   And the adjustments to 128 were necessary

11   to create the additional majority Black District

12   133?

13        A.   There may be ways to reconsider how 128 is

14   drawn.  Again, I wanted to avoid pairing incumbents.

15   It's not a traditional redistricting principle per

16   se, but it seems to be so important -- and I don't

17   off the top of my head know exactly where the

18   incumbent lives in 128, but that was a factor I'm

19   sure.

20        Q.   And House District 126 also splits four

21   counties, right, Screven, Burke, Jefferson and

22   Richmond?

23        A.   It does split those counties, right.

24        Q.   And in the enacted plan, in this same area,

25   Screven, Burke, Jefferson, Johnson, Lawrence were

Page 188

1    all maintained as whole counties, right?

2         A.   True.

3         Q.   And so your plan adds county splits in

4    service of adding House District 133 as a majority

5    Black district, right?

6         A.   Right.

7              MR. SAVITZKY:   Object to the form.   You

8         can answer.

9         A.   Well, the...   It is entirely possible that

10   had I not tried to avoid pairing incumbents, that I

11   could have drawn a 128 that was different in shape.

12        Q.   But you don't know sitting here today

13   whether incumbency was the reason for the shape of

14   House District 128?

15        A.   I'm sure it was a factor.   What I don't

16   know is whether I could have overcome that with some

17   other configuration.

18        Q.   But on the illustrative plan you're

19   presenting in this report you don't have any other

20   configuration, right?

21        A.   Well, no.   It's the illustrative plan.   So

22   133 splits two counties, one of which is Wilkes and

23   the other is Baldwin.

24        Q.   Let's move to southwest Georgia.   You call

25   this the western Black Belt Region, right?

Page 191

1      of the western division of the historic Dixie

2      Highway recognized by the Southwest Georgia Regional

3      Commission.

4           A.  Yes.

5           Q.  And then you reference a Corridor

6      Management Plan from 2014 in a Footnote 32, right?

7           A.  Right.

8                (Exhibit 17 marked.)

9           Q.  I'm going to hand you what I've marked as

10     Defendant's 17.  Is this the Corridor Management

11     Plan that you referenced in that footnote?

12          A.  I think.  There it is, 1.2, Corridor

13     Management Plan.

14          Q.  Do you recall how you located this

15     particular Corridor Management Plan that you cited

16     in your report?

17          A.  I was looking around for information about

18     US Highway 19 and found it.

19          Q.  Was that after you drew the illustrative

20     District 171?

21          A.  In this particular case it probably was.

22          Q.  So after you drew the district you were

23     hunting around looking for information about Highway

24     19 and what it connected; is that fair to say?

25          A.  I did look at that.  I mean I knew that

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 192

1    Highway 19 was, in a sense, a historical highway.

2    US highways of that vintage with a 19 on it go way

3    back in time, so it's not like there haven't been

4    transportation connections between Thomasville and

5    Albany since the 1930s.

6         Q.  So turning to page seven of Exhibit 17, you

7    see there's a heading 1.6, "How to Use the CMP".

8         A.  Yes.

9         Q.  And it says that the CMP should be utilized

10   in conjunction with the associated planning

11   documents, including -- and then it lists a series

12   of five other documents.  Do you see that?

13        A.  Yes.

14        Q.  Did you ever review any of those five

15   documents?

16        A.  No, I did not.

17        Q.  And going to 1.7 there is a route

18   description that begins at the Albany Welcome Center

19   and it's almost kind of a metes-and-bounds-like set

20   of bullets of where this route proceeds.  Do you see

21   that?

22        A.  Yes.

23        Q.  Have you analyzed whether all the pieces

24   listed in 1.7 of this route description are included

25   in illustrative 117?

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 193

1          A.   No, I have not.

2          Q.   So it's --

3          A.   But I do know that US Highway 19 is.

4          Q.   And so it's fair to say you didn't utilize

5     this particular document when you were creating

6     illustrative 117, right?

7          A.   Well, it just shows that there is, present

8     day -- although 2014 is no longer present day, but

9     it's certainly the modern era -- a study and an

10    interest in maintaining the historic route between

11    Albany and Thomasville.  It shows there is a

12    connection there between the governments.

13         Q.   We can set that document aside.

14              Looking back at page 78, Figure 32, on the

15    enacted plan there's one House district that's

16    wholly within Dougherty County, District 153, right?

17         A.   Right.

18         Q.   And on the illustrative plan on page 80,

19    the next page, Figure 33, there's now no longer one

20    district that is wholly within Dougherty County,

21    correct?

22         A.   That is correct; however, the illustrative

23    plan splits Dougherty County three ways, and the

24    enacted plan splits it four ways.  So there's that.

25    Why is that, I wonder.

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 196

1     points from the enacted to the illustrative,

2     correct?

3          A.   Roughly, yes.

4          Q.   And then House District 143 is 60.79

5     percent Black VAP on the enacted plan, right?

6          A.   Right.

7          Q.   And it's lowered by a little bit more than

8     two points to 58.23 percent on illustrative 143,

9     correct?

10          A.   Right.

11          Q.   So kind of getting back to the question I

12     asked before, can you just walk me through how

13     you're unpacking District 143 if it's only going

14     down by two points on the illustrative plan?

15          A.   Well, it's two points.  It's a smaller

16     Black percentage in the district.

17          Q.   So just the reduction --

18          A.   I should have used a different choice of

19     words.  I was using shorthand, packing, uncracking.

20     It's probably not the best choice of words.

21          Q.   So to create illustrative District 145,

22     which is a new Black district, you first had to free

23     up some Black population in downtown Macon; is that

24     right?

25          A.   That is true.  I put part of the downtown

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 197

1    Black population into 145.

2         Q.  And show you extended District 143 further

3    north into Macon -- into Bibb County but also

4    further south into Twiggs County, right?

5         A.  Yes.

6         Q.  And then you extended District 142 south

7    out of Bibb County into north Houston County,

8    correct?

9         A.  Yes.

10        Q.  And then that freed up enough Black

11   population for you to extend 145 out into Monroe

12   County starting in downtown Macon, right?

13        A.  Yes.

14        Q.  And so, unlike the enacted plan which has

15   two districts wholly within Bibb County, the

16   illustrative plan has no districts that are wholly

17   within Bibb County, right?

18        A.  That is true.

19        Q.  And District 145, as you've configured it,

20   is only 50.2 percent AP Black VAP, right?

21        A.  That's correct.

22        Q.  So can you walk me through what downtown

23   Macon has in common with this piece of Forsyth

24   County over towards Upson County in District 145?

25        A.  It's in the Macon/Bibb MSA.  And there is

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 198

1    some Black population in that precinct, but I
2    believe it's a majority white precinct.  But that
3    was mainly because I had to make sure that the
4    deviation was within plus or minus one percent.
5    Ninety percent plus of the population in 145 under
6    the illustrative plan lives Macon/Bibb.
7         Q.  And you would agree that District 142
8    extends out of Macon/Bibb County MSA into the Warner
9    Robins MSA, right?
10        A.  Right, which has a significant Black
11   population.
12        Q.  So unlike 145 where it's the same MSA, 142
13   crosses MSAs?
14        A.  That is true.  But it's part of the
15   consolidated Warner Robins, Macon consolidated
16   statistical area, because they're adjacent, right
17   next to one another.  Metropolitan Macon -- actually
18   -- I'm looking for the commission map.
19        Q.  This?
20        A.  No.
21             MR. SAVITZKY:  For the record, I'm
22        handing him Exhibit 10.
23             MR. TYSON:  Thank you.
24        A.  So the middle Georgia commission includes
25   Bibb, Houston, Peach, Pulaski, and going further

Page 200

1    right?

2          A.   Right.  Even though the guidelines

3    established by the General Assembly did not really

4    specify that it was necessary to stay within that

5    range, that's the range that the enacted plan was in

6    so I just stuck to that range.

7          Q.   You would agree that the deviation on the

8    illustrative plan as a whole is higher than the

9    deviation on the House enacted plan?

10         A.   Right, it's slightly higher, like a couple

11   of tenths of a percentage point or so.

12         Q.   But either way, the illustrative plan did

13   increase the total deviation over the enacted plan

14   even if only slightly, right?

15         A.   Well, it's only slightly, so it's a

16   meaningless distinction.

17         Q.   And you note that you have one fewer county

18   split in the enacted plan in Figure 37; is that

19   right?

20         A.   One less split county.  And the same number

21   of county splits, because that's a different metric.

22         Q.   So we'll go back to Exhibit Number 9.  And

23   if you could turn with me to page 45 of Mr. Morgan's

24   report.

25              Mr. Cooper, are you with me on page 45 of

Page 202

1    more carefully than it.  Ben Hill is 38 percent

2    apparently.

3        Q.  So kind of like we did in the other plan, I

4    was looking to see which of those counties you

5    unsplit related to the creation of the five new

6    majority Black districts.  And the only ones I could

7    identify that were somewhere close were Lamar,

8    McDuffie and Jones.  Were any of these other

9    counties unsplit related to the creation of the five

10   new majority Black districts?

11       A.  Ben Hill perhaps because of the ripple

12   effect.  So some of that spills out.  I mean even

13   though Ben Hill is not one of the majority Black,

14   potentially a new majority Black district, it's not

15   that far from the area.

16       Q.  Any other counties you can identify?

17       A.  Well, I've not attempted to identify these.

18   Oconee is not split, but it's close to a majority

19   Black Senate district.  And House District 133

20   almost borders on Oconee -- and maybe it does.  I

21   need to look at the map.  It's very close.

22       Q.  You would agree that Dawson County with one

23   and a half percent Black population is nowhere close

24   to any of the new majority Black districts you

25   created, right?

Page 203

```
 1        A.  Yes.  And so what?  Why does that matter?
 2   I'm happy to bring Dawson back into a single county.
 3        Q.  I guess what I'm trying to get to is you,
 4   in paragraphs 189 and 190 talk about having fewer
 5   county splits in the enacted plan.  But that's only
 6   because you unsplit some counties in parts of the
 7   state far away from where you added new majority
 8   Black districts, right?
 9        A.  To a certain extent.  But why does that
10   matter?  I've produced a plan that splits fewer
11   counties.  So if that's an important metric, and it
12   is, then the illustrative plan based on split
13   counties and county splits and VTD splits is
14   basically on par with the enacted plan.
15        Q.  But it's only on par with the enacted plan
16   if counties in north Georgia unrelated to the
17   creation of new majority Black districts are unsplit
18   in the drawing process, right?
19        A.  Well, the thing is, is this ripple effect
20   that does begin to be a factor, along with
21   incumbents.  So it was apparent to me that I could
22   avoid splitting a couple of counties up there while
23   protecting incumbents.  So, yes, I avoided splitting
24   them.  And because of that we have split fewer
25   counties.
```

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 205

1      the 2021 House plan has 225.  So on that score the

2      illustrative plan wins.  I don't think I did on the

3      other form of analysis.  I'm trying to think of

4      whatever kind of analysis I could have done.  That's

5      an interesting question.  But I did not perform any

6      in the preparation of this report.

7          Q.  Turning to paragraph 194 of your report,

8      you indicate that you changed about half of the

9      districts in the state, 92 districts, to create the

10     five new majority Black districts, right?

11         A.  Yes.

12         Q.  And the illustrative plan also pairs

13     incumbents in eight districts based on your

14     analysis, in paragraph 195?

15         A.  Based on the unofficial database that was

16     provided to me by the ACLU in like the first couple

17     of days of December of 2022.  And I did not -- I

18     drew the plan to protect the incumbents as they

19     existed in January of 2022, not November of 2022; so

20     it is possible that these conflicts can be reduced.

21         Q.  And moving into the next section, the

22     American Community Survey, again you're comparing in

23     this section of your report whole county data, not

24     data specific to particular House and Senate

25     districts, right?