# EXHIBIT G

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
 2                      ATLANTA DIVISION
 3
 4     Georgia State Conference
       of the NAACP; Georgia
 5     Collation for the People's
       Agenda, Inc; Galeo Latino
 6     Community Development Fund,
       Inc.,
 7
                 Plaintiffs,
 8                                      CIVIL ACTION FILE NO.
           vs.                          1:21-CV-5338-ELB-SCJ-SDG
 9
       STATE OF GEORGIA; BRIAN KEMP,
10     IN HIS OFFICIAL CAPACITY AS
       THE GOVERNOR OF THE STATE OF
11     Georgia; Brad Raffensperger,
       in his official capacity as
12     the secretary of State of
       Georgia,
13
                 Defendants.
14
15
16
17              VIDEOTAPED HYBRID ZOOM
                30(b)(6) and 30(b)(1)
18                  DEPOSITION OF
19                   BONNIE RICH
20                January 18, 2023
                     9:11 A.M.
21
                  18 Capitol Square SW
22                  Atlanta, Georgia
23     Lee Ann Barnes (via Zoom), CCR-1852B, RPR, CRR, CRC
24
25

                                                        Page 1
```

1   than your conversations with your attorney?
2        A.   That and when members would come up and
3   tell me that they liked it.
4        Q.   And so do you have any understanding of
5   what changes were made between the November 2 map
6   and this map?
7        A.   Again, it may have been the individual
8   legislator input.  I just do not remember.  Seems
9   like we were trying to continue to tweak the map,
10  and I think we may have unpaired two Democrat
11  candidates, is what I seem to recall.
12       Q.   Did you review this map to see whether it
13  complied with the Voting Rights Act?
14       A.   I asked my lawyers if it did and they said
15  that it does -- that it did.
16       Q.   Did you ask anyone else?
17       A.   No.
18       Q.   Did anyone else offer an opinion on that
19  to you?
20       A.   No, I don't think anybody else really
21  would have been qualified to do that.
22       Q.   Did you view preserving or creating
23  competitive districts as a goal for the State House
24  map?
25       A.   I'm sorry?

Veritext Legal Solutions
866 299-5127

1    Q.   Okay.  Do you know why preclearance might
2    come back into play?
3    A.   I do not.
4    Q.   Okay.  I'm going to ask you now to go to
5    page 7 that's identified on the bottom by -4306.
6    A.   Okay.
7    Q.   And if you look at the middle bullet,
8    could you read that aloud?
9    A.   "Prohibition on using partisan data:  Line
10   drawers, whether they be commissioners, non-partisan
11   staff or legislators are prohibited from using" --
12   sorry, I looked away -- "incumbent residences,
13   election results, party."
14   Q.   Was partisan data relied on during the
15   redistricting process?
16   A.   It's my understanding that it was.
17   Q.   Was any of this particular partisan data?
18   A.   I don't know what -- oh, I do know we
19   relied on incumbent residences.  I don't know that
20   that was considered partisan, but that was something
21   that both parties submitted, their incumbent's
22   addresses to be considered.
23   Q.   What about election results?
24   A.   I believe so, yes.
25   Q.   And party?

Page 196

1           A.    I did.
2           Q.    And I believe you said earlier, the
3     Democratic members except for a handful of them
4     didn't show up for meetings or try to meet with you.
5           A.    Correct.
6           Q.    And there was a portal that was made to
7     receive public comments as well?
8           A.    Yes, that's correct.
9           Q.    And you received, I guess, hundreds of
10    comments at that portal?
11          A.    I think at last count it was in the 900s
12    and I thought it went over 1,000.
13          Q.    And all those were made available to
14    members to review; right?
15          A.    Yes.
16          Q.    And you -- you reviewed those comments, as
17    you said?
18          A.    Yes, I did.
19          Q.    And we had some discussion about the
20    education data the committees hold.
21                Do you recall inviting a variety of
22    different groups interested in redistricting?
23          A.    I did.
24          Q.    In both political parties?
25          A.    Yes, both parties.

Page 214

```
 1          Q.   And the National Conference of State
 2     Legislatures?
 3          A.   That is correct.
 4          Q.   And the guidelines for the committee were
 5     adopted after that educational process; is that
 6     right?
 7          A.   That is correct.
 8          Q.   In the map drawing process, I know you
 9     talked about you primarily did that in the
10     Reapportionment Office with Ms. Wright or with
11     Mr. Knight; right?
12          A.   Correct.
13          Q.   Was political data generally displayed as
14     you looked at different districts?
15          A.   The political data, if you mean the
16     election results, yes.
17          Q.   And so it's fair to say you were aware of
18     the partisan impact of district lines and you looked
19     at various drafts?
20          A.   Yes.
21          Q.   When you held the committee meetings
22     during the special session, did you generally
23     receive public comment at those meetings as well?
24          A.   I -- I did not at the very first meeting
25     where Leader Beverly and I both presented our maps
```

Page 215