# EXHIBIT H

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF GEORGIA
 3                    ATLANTA DIVISION
 4    ANNIE LOIS GRANT, et al,           Civil Action File
 5              Plaintiffs               No.
 6    vs.                                1:22-CV-00122-SCJ
 7    BRAD RAFFENSPERGER, in his
 8    Official capacity as the Georgia
 9    Secretary of State, et al.,
10              Defendants.
11    _____
12    COAKLEY PENDERGRASS, et al.,       Civil Action File
13    Plaintiffs,                        No.
14    Vs.                                1:21-CV-05339-SCJ
15    BRAD RAFFENSPERGER, et al.,
16              Defendants.
17
18           Virtual Videotape Deposition of
                     Derrick Jackson
19            Monday, February 20, 2023
                     At 2:30 p.m.
20
21
22
23
24    Reported by LeShaunda Cass-Byrd, CSR, RPR
25
```

1    were a member of the Georgia House of Representatives
2    during the 2021 special session for redistricting,
3    right?
4        A.    That is correct.
5        Q.    Was that the first time you were a member
6    of the legislature during a special session for
7    redistricting?
8        A.    That is also correct.
9        Q.    Okay.  And, again, I'm not asking you what
10   was said, but did the Democratic caucus in the House
11   have its own lawyers during the special session?
12       A.    That is correct.
13       Q.    And do you recall who those lawyers were?
14       A.    I can't recall the name of the law firm.
15       Q.    And do you know if the democratic caucus in
16   the House during the special session had its own map
17   drawers as well?
18       A.    Yes.
19       Q.    And did the democratic caucus in the House
20   have its own map drawers?
21       A.    Yes.
22       Q.    Now, you were not on the redistricting
23   committee during the special session, correct?
24       A.    That is correct.  I was not on the
25   committee.