# EXHIBIT I

Page 1

1       UNITED STATES DISTRICT COURT
2     FOR THE NORTHERN DISTRICT OF GEORGIA
3            ATLANTA DIVISION
4
5    CASE NUMBER: 1:21-CV-05337-SCJ
6
7    ALPHA PHI ALPHA FRATERNITY INC., a nonprofit
8    organization on behalf of members residing in
9    Georgia; SIXTH DISTRICT OF THE AFRICAN
10   METHODIST EPISCOPAL CHURCH, a Georgia
11   Nonprofit organization; ERIC T. WOODS; KATIE
12   BAILEY GLENN; PHIL BROWN; JANICE STEWART,
13   PLAINTIFFS,
14
15   V.
16
17   BRAD RAFFENSPERGER, in his official capacity
18   as Secretary of State of Georgia,
19   DEFENDANT.
20
21          DEPOSITION TESTIMONY OF:
22                 Eric Woods
23             December 15, 2022

1    you please state your full name for the
2    record?
3         A.   Eric T. Woods.
4         Q.   And, Mr. Woods, what is your current
5    address?
6         A.   ███████████████████ Tyrone, Georgia
7    ████.
8         Q.   And what county is that in?
9         A.   Fayette County.
10        Q.   How long have you lived at that
11   address?
12        A.   Going on 15 years now.
13        Q.   And have you lived at any other
14   address in the past two years?
15        A.   No.
16        Q.   Before moving to your current
17   address 15 years ago, where did you live
18   before that?
19        A.   I was in Jonesboro, Georgia.
20        Q.   And how long did you live in
21   Jonesboro?
22        A.   On and off for about maybe seven
23   years.  I was -- I was stationed at Great

Page 19

1     certifications.
2          Q.   Okay.  That was a little bit of a
3     vague question.  Sorry about that.
4               And right now, do you receive
5     continuing education in any area?
6          A.   Yes.
7          Q.   And what is that?
8          A.   It would be Homeland Security
9     exercises, plans and exercises.
10         Q.   And how often do you receive
11    continuing education in that area?
12         A.   Annually.
13         Q.   Annually.
14              And where do you receive that?
15         A.   Online.
16         Q.   And, currently, we -- we covered it
17    a little bit, but just to confirm, aside from
18    what we've already discussed or talked about,
19    do you currently receive training in any
20    other field or area?
21         A.   No.
22         Q.   All right.  We'll move along to talk
23    about any organizations you're currently

Case 1:21-cv-05337-SCJ   Document 231-16   Filed 03/20/23   Page 5 of 7
Eric Woods                                        December 15, 2022
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger, Brad

Page 27

1    and polling.
2        Q.   And how about where you voted for
3    the runoff; same place?
4        A.   No, they -- it was a switch.  So the
5    runoff was at the old Tyrone police station,
6    which is about a 50-year-old building with no
7    running toilets.
8        Q.   We touched on this a little bit with
9    registration, but have you ever voted in any
10   other state?
11       A.   I'm going to say no, to give you --
12   I'm going to say no.
13       Q.   And do you consider yourself to be a
14   member of the Democratic party?
15       A.   Yes.
16       Q.   And for how long would you say --
17   consider yourself to be a member of the
18   Democratic Party?
19       A.   Since I was 18.
20       Q.   Have you ever held any leadership
21   positions in the Democratic Party?
22       A.   No, sir.
23       Q.   And have you ever held any position

Page 28

1   or served on any committee for the Democratic
2   Party?
3        A.   No, sir.
4        Q.   And have you participated in any
5   activities of the Democratic Party?
6        A.   I'm sorry.  You faded out again.
7   Could you --
8        Q.   Yes.
9             Have you ever participated in any
10  activities for the Democratic Party?
11       A.   Yes.
12       Q.   And could you just describe briefly
13  what those activities have been?
14       A.   Yes.  Voter registration.
15       Q.   And how often would you say you
16  participated in those activities?
17       A.   Maybe every other election.  There
18  were several where I was deployed, so...
19       Q.   And I presume, based on your prior
20  answer, that this will be in the negative,
21  but have you ever considered yourself to be a
22  member of the Republican Party?
23       A.   No, sir.

1    Q.   And would it be fair to say that you
2    generally support Democratic candidates for
3    election in Georgia?
4    A.   Yes, sir.
5    Q.   Have you ever voted for a Republican
6    candidate?
7    A.   No, sir.
8    Q.   And, again, you probably answered
9    this with your prior answers, but have you
10   ever been a member, held a position, in any
11   other political party?
12   A.   No, sir.
13   Q.   Have you worked on any political
14   campaigns?
15   A.   If you mean have I passed out flyers
16   for prior Democratic presidents, yes.
17   Q.   Yes, so for a specific candidate
18   that you could point to and say, I helped on
19   that campaign?
20   A.   Yes, the Obama campaign.
21   Q.   And would that have been in both --
22   both elections that he ran?
23   A.   Yes.