# EXHIBIT K

Page 1

1  UNITED STATES DISTRICT COURT

2  FOR THE NORTHERN DISTRICT OF GEORGIA

3  ATLANTA DIVISION

4

5  CASE NUMBER:  1:21-CV-05337-SCJ

6

7  ALPHA PHI ALPHA FRATERNITY INC., a nonprofit

8  organization on behalf of members residing in

9  Georgia; SIXTH DISTRICT OF THE AFRICAN

10 METHODIST EPISCOPAL CHURCH, a Georgia

11 Nonprofit organization; ERIC T. WOODS; KATIE

12 BAILEY GLENN; PHIL BROWN; JANICE STEWART,

13 PLAINTIFFS,

14

15 V.

16

17 BRAD RAFFENSPERGER, in his official capacity

18 as Secretary of State of Georgia,

19 DEFENDANT.

20

21            DEPOSITION TESTIMONY OF:

22                    Phil Brown

23               December 15, 2022

Case 1:21-cv-05337-SCJ   Document 231-18   Filed 03/20/23   Page 3 of 14
Phil Brown                                              December 15, 2022
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger, Brad

Page 18

1   events you will testify to today?
2        A.   No.
3        Q.   Let me ask that a different way.
4             Did reviewing that document help you
5   better prepare and understand what -- the
6   types of testimony that you would be
7   providing to in connection with the case?
8        A.   No.
9        Q.   And do you have any documents or
10  notes with you today?
11       A.   No.
12       Q.   Shifting gears again, Mr. Brown,
13  could you please just once more state your
14  full name for the record.
15       A.   Phil Stanley Brown.
16       Q.   Mr. Brown, what is your current
17  address?
18       A.   ███████████████████████ Wrens,
19  Georgia.
20       Q.   What county is that in?
21       A.   Jefferson.
22            COURT REPORTER:   I'm sorry, sir.
23  Could you repeat that, please?

Case 1:21-cv-05337-SCJ   Document 231-18   Filed 03/20/23   Page 4 of 14
Phil Brown                                          December 15, 2022
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger, Brad

Page 19

1        THE WITNESS:  Jefferson.
2        COURT REPORTER:  Thank you.
3    Q.   (By Mr. Weigel)  Mr. Brown, how long
4    have you lived at that address?
5    A.   Seventy-one years; almost 71.
6         No.  Correction.  I've lived at that
7    address since 1999.
8    Q.   And, Mr. Brown, have you lived
9    anywhere else in the past two years?
10   A.   No.
11   Q.   And during that time, since 1999,
12   have you lived at any other addresses?
13   A.   No.
14   Q.   And you mentioned 71 years when I
15   first asked you.
16        Is it fair to say that you've lived
17   in Georgia for that long of a period of time?
18   A.   Yes.
19   Q.   And then did you live near that
20   address during that whole time?
21   A.   I lived all my life in and around
22   Wrens, where I live now.
23   Q.   And do you recall the address that

Case 1:21-cv-05337-SCJ   Document 231-18   Filed 03/20/23   Page 5 of 14
Phil Brown                                     December 15, 2022
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger, Brad

Page 24

1           Are you involved in any groups, any
2    organizations where you regularly meet?
3        A.    Yes.
4        Q.    And what would those be?
5        A.    Prince Hall Masons, NAACP, and
6    Democratic Committee of Jefferson County.
7        Q.    Let's go through those one by one
8    real fast.
9           So with the first one, the Prince
10   Hall one, what's your involvement in that
11   organization?
12       A.    It's a fraternal organization, and
13   I'm a member.
14       Q.    And what types of things does that
15   organization do?
16       A.    They do charity donations and
17   community service.
18       Q.    And how would you describe your
19   level of involvement?  Is it once a week?
20   Once a month?
21       A.    Twice a month.
22       Q.    Twice a month.
23           Do you have any leadership roles in

Case 1:21-cv-05337-SCJ   Document 231-18   Filed 03/20/23   Page 6 of 14
Phil Brown                                                December 15, 2022
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger, Brad

Page 25

1    that organization or are you just a member?
2         A.   I'm a past master.
3         Q.   You said past master?
4         A.   Yes.
5         Q.   And what are your responsibilities
6    with that role?
7         A.   Just advisory.
8         Q.   And the next organization, that was
9    the NAACP, right?
10        A.   Yes.
11        Q.   And same question as before, you
12   know, how often -- what is your level of
13   involvement with that organization?
14        A.   I'm a past president and current
15   treasurer.
16        Q.   And, again, same question, what
17   is -- oh, sorry about that -- what is your --
18   what are your responsibilities with that role
19   with them?
20        A.   I'm tasked with maintaining the
21   finances of the organization.
22        Q.   And shifting along to the last one
23   you mentioned, that was the Democratic

Case 1:21-cv-05337-SCJ   Document 231-18   Filed 03/20/23   Page 7 of 14
Phil Brown                                              December 15, 2022
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger, Brad

Page 26

1    Committee of Jefferson?  Is that what you
2    said?
3         A.   Yes.
4         Q.   And, again, same question, how would
5    you describe your level of involvement with
6    that organization?
7         A.   I'm vice chair, but we don't meet
8    regular.
9         Q.   And you say you don't meet
10   regularly.
11             Would that -- would you say once a
12   month?  Twice a year?  How would you describe
13   it?
14        A.   Once a quarter.
15        Q.   Once a quarter.
16             And in your role as vice chair,
17   what -- how would you -- strike that.
18             What would you say that your role in
19   the organization is as the vice chair?
20        A.   Basically to support the chair and
21   preside in the chair's absence.
22        Q.   So would it be fair to describe that
23   role as kind of second in command with the

Case 1:21-cv-05337-SCJ   Document 231-18   Filed 03/20/23   Page 8 of 14
Phil Brown                                                December 15, 2022
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger, Brad

Page 27

1      group?
2          A.    Yes.
3          Q.    And moving on to other
4      organizations, we might have touched on that
5      in the past, but I just want to confirm, are
6      there any other political organizations that
7      you're involved with, Mr. Brown?
8          A.    No.
9          Q.    How about any other activist
10     organizations?
11         A.    No.
12         Q.    And shifting along, we talked about
13     the organizations that you're currently
14     involved in.
15               Are there any other previous
16     organizations that we didn't just talk about
17     that you have been involved in in the past?
18         A.    No.
19               Correction.  There was -- there was
20     one.
21         Q.    And what was that?
22         A.    We had a Boys Club in Wrens.
23         Q.    And how long ago would you say that

Case 1:21-cv-05337-SCJ   Document 231-18   Filed 03/20/23   Page 9 of 14
Phil Brown                                              December 15, 2022
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger, Brad

Page 28

1    was?
2         A.   It ended about 12 years ago.
3         Q.   And how long would you estimate that
4    you were involved with that?
5         A.   Twelve to 15 years.
6         Q.   Shifting back a little bit to the
7    organizations and groups we discussed, how
8    long would you say that you were involved in
9    the first one we discussed, which was the
10   Prince Hall group?
11        A.   Forty years.
12        Q.   And how about the NAACP?
13        A.   Forty-give, 50 years.
14        Q.   And then the Democratic Committee?
15        A.   Twenty, 25 years.
16        Q.   And for each of them, have you been
17   involved with each of them consistently or
18   were there any breaks during those time
19   periods you described that you were not
20   involved with those groups?
21        A.   Yes.
22        Q.   And let's start back with the Prince
23   Hall group.

Case 1:21-cv-05337-SCJ   Document 231-18   Filed 03/20/23   Page 10 of 14
Phil Brown                                                December 15, 2022
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger, Brad

Page 29

1            During the past 40, 45 years, what
2    were the circumstances under which you
3    weren't involved with them?
4        A.   There was no breaks in that one.
5        Q.   And then how about the NAACP?
6        A.   Yes.
7        Q.   What were those breaks?
8        A.   I just stopped attending for a
9    while.
10       Q.   And when did that occur?
11       A.   I don't recall.
12       Q.   Do you recall if it was recently?
13       A.   No.
14       Q.   And was that break once or would you
15   describe it as occurring multiple times?
16       A.   No, it lasted over a period of time.
17       Q.   Okay.  And do you recall how long a
18   period of time that was?
19       A.   No, I don't.
20       Q.   All right.  Shifting to the
21   Democratic Committee, were there any breaks
22   in your involvement with the Democratic
23   Committee?

Case 1:21-cv-05337-SCJ   Document 231-18   Filed 03/20/23   Page 11 of 14
Phil Brown                                                    December 15, 2022
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger, Brad

Page 31

1        A.    With -- with both.
2        Q.    With both?
3              And what are your interactions with
4    the other workers?
5        A.    To make sure everything is set up
6    and running correctly on Election Day.
7        Q.    And then with the voters?
8        A.    To answer questions, give whatever
9    technical assistance they may need.
10       Q.    And what is the time commitment like
11   with that position?
12       A.    Say that again?
13       Q.    What is the time commitment as far
14   as how would you describe -- is it just
15   around the Election Day?  Is it in the
16   lead-up?  How would you describe it?
17       A.    Well, state law requires us to have
18   training prior to every election.
19       Q.    Let's get into that just a little
20   bit.
21            What type of training do they
22   require?
23       A.    Whatever new regulations or

Case 1:21-cv-05337-SCJ   Document 231-18   Filed 03/20/23   Page 12 of 14
Phil Brown                                                December 15, 2022
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger, Brad

Page 32

1    procedure comes out from Congress or the
2    Secretary of State's office, we have to make
3    sure that we're aware of them.
4        Q.   And shifting along, so prior to what
5    you would describe as your current position,
6    did you have any jobs before that?
7        A.   Yes, I did work before that.
8        Q.   And what did you do?
9        A.   I was machine -- machine operator.
10           COURT REPORTER:  You were a machine
11   operator?
12           THE WITNESS:  Yes.
13       Q.   (By Mr. Weigel)  What were your
14   duties as a machine operator?
15       A.   To manufacture parts.
16       Q.   What parts did you manufacture?
17       A.   I made parts for the refrigeration
18   units.
19       Q.   And how long were you a machine
20   operator?
21       A.   Approximately 35 years.
22       Q.   Was it always with the same company
23   or with different companies?

Case 1:21-cv-05337-SCJ   Document 231-18   Filed 03/20/23   Page 13 of 14
Phil Brown                                                December 15, 2022
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger, Brad

Page 36

1     but, Mr. Brown, have you voted in any other
2     state?
3          A.   No.
4          Q.   And has the city and area you've
5     always voted in been the same?
6          A.   Yes.
7          Q.   And do you consider yourself to be a
8     member of the Democratic Party, Mr. Brown?
9          A.   Yes.
10         Q.   And for how long have you considered
11    yourself to be a member of the Democratic
12    Party?
13         A.   I don't recall.
14         Q.   So since you started voting or did
15    it change over time?
16         A.   No, since I started voting.
17         Q.   We touched on this a little bit
18    earlier, but aside from the positions we
19    discussed within the Democratic Committee,
20    have you held any other leadership positions
21    with the Democratic Party?
22         A.   No.
23         Q.   And have you served on any other

Case 1:21-cv-05337-SCJ   Document 231-18   Filed 03/20/23   Page 14 of 14
Phil Brown                                                December 15, 2022
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger, Brad

Page 37

1    committees or been involved in any other
2    organizations specifically in connection with
3    the Democratic Party?
4         A.   No.
5         Q.   And, again, aside from the
6    involvement we discussed previously, have you
7    participated in any other activities with the
8    Democratic Party?
9         A.   No.
10        Q.   Based on the testimony you've
11   provided, I assume it would be fair to say
12   that you have never considered yourself to be
13   a member of the Republican Party?
14        A.   Correct.
15        Q.   And it would also be fair to say
16   that you generally support Democratic Party
17   candidates for elections in Georgia?
18        A.   Yes.
19        Q.   Do you recall if you've ever voted
20   for a Republican candidate?
21        A.   I don't recall.
22        Q.   And, again, I think we've probably
23   covered this, but have you ever been a member