# EXHIBIT L

Page 1

```
 1              UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
 2                    ATLANTA DIVISION
 3  ALPHA PHI ALPHA FRATERNITY
    INC., A NONPROFIT ORGANIZATION ON
 4  BEHALF OF MEMBERS RESIDING IN
    GEORGIA; SIXTH DISTRICT OF THE
 5  AFRICAN METHODIST
    EPISCOPAL CHURCH, A GEORGIA
 6  NONPROFIT ORGANIZATION; ERIC T.
    WOODS; KATIE BAILEY GLENN;
 7  PHIL BROWN; JANICE STEWART,
 8            Plaintiffs,
 9       vs.         CIVIL ACTION NO. 1:21-CV-05337-SCJ
10  BRAD RAFFENSPERGER, IN HIS
    OFFICIAL CAPACITY AS SECRETARY OF STATE
11  OF GEORGIA,
12            Defendant.
13
    VIDEO TELECONFERENCE
14  DEPOSITION OF:    JANICE STEWART
15  DATE:             December 16, 2022
16  TIME:             12:58 P.M.
17
    LOCATION:         Thomas County Library
18                    201 North Madison Street
                      Thomasville, GA
19
    TAKEN BY:         Counsel for the Defendant
20
    REPORTED BY:      LORI S. MORTGE,
21                    Certified Court
                      Reporter, CCR
22
23
24
25
```

1    your attorneys said to each other, I'm not asking
2    that.  But did you review any documents specifically
3    to get ready to testify today?
4            A.    Looked at a map.
5            Q.    A redistricting map?
6            A.    I'm not sure.  Did you not hear me?
7            Q.    Oh, I did hear you, yes, ma'am.  Yes, I
8    did.  I'm going to turn on my screen sharing here.
9    Do you see on this screen, this page, that says
10   Georgia House District 2022?
11           A.    Yes.
12           Q.    Is that the map that you looked at?
13           A.    No.
14           Q.    Okay.  Can you tell me anything about
15   the map you looked at?
16           A.    Not really, no.
17           Q.    Do you have any sort of a file or notes
18   with you today to help you testify?
19           A.    No.
20           Q.    Have you kept any sort of a file of your
21   own on this case that you refer to from time to
22   time?
23           A.    No.
24           Q.    Tell me your current address.
25           A.    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Thomasville, Georgia,

Case 1:21-cv-05337-SCJ   Document 231-19   Filed 03/20/23   Page 4 of 6
Janice Stewart                                                December 16, 2022
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger, Brad

Page 12

1    ▉

2         Q.   How long have you lived at that address

3    in Thomasville?  Either number of years or since

4    such and such a year.

5         A.   More than 15 years at that address.

6         Q.   So you lived at that address on December

7    30 of 2021?

8         A.   Yes.

9         Q.   And you lived at that address on March

10   30, 2022?

11        A.   Yes.

12        Q.   Have you also lived in Thomas County for

13   15 years, or did you live in Thomas County for

14   longer than the 15 years?

15        A.   I have lived in Thomas County for longer

16   than 15 years.

17        Q.   And how long is that?

18        A.   Over 30 years.

19        Q.   Do you have any other properties in

20   Thomas County that you own?

21        A.   Yes, a vacant lot.

22        Q.   I'm going to show you now a document

23   that I'd like the Reporter to mark as Stewart 2.

24   This is a two-page document entitled:  Declaration

25   of Janice Stewart.  And I'll just scroll down to the

```
 1        A.    They wanted to move the job to another
 2   state.
 3        Q.    Where were you physically located when
 4   you were working for Core & Main?
 5        A.    Thomasville, Georgia.
 6        Q.    Where were they moving to?
 7        A.    St. Louis.  St. Louis is now the home
 8   office.
 9        Q.    How many hours a week do you work?
10        A.    I really don't know.  I am salary and
11   it's 40-plus.
12        Q.    Ms. Stewart, are you registered to vote
13   in Georgia?
14        A.    Yes, I am.
15        Q.    Do you know where you are registered to
16   vote?
17        A.    Could you please clarify that?
18        Q.    What county did you register to vote in?
19        A.    Thomas County.
20        Q.    Do you recall when you registered to
21   vote?
22        A.    No, I do not.
23        Q.    More than ten years ago?
24        A.    Yes.
25        Q.    More than 20 years ago?
```

1      Q.   Tell me, if you know, the number and/or
2   if you know the physical location.
3      A.   Physical location is Covenant Church on
4   Highway 19.
5      Q.   Do you happen to know the precinct
6   number?
7      A.   No, I do not.
8      Q.   I take it you've never voted in any
9   other state?
10     A.   No, I have not.
11     Q.   Ms. Stewart, do you consider yourself to
12  be a member of the Democratic party?
13     A.   Yes, I do.
14     Q.   And since when have you been a member of
15  the Democratic party?
16     A.   As long as I have been voting.
17     Q.   Have you ever held a leadership position
18  in the Democratic party?
19     A.   No, I have not.
20     Q.   Have you ever served on any committee in
21  the Democratic party?
22     A.   No, I have not.
23     Q.   Have you ever participated in any
24  activities of the Democratic party?
25     A.   No, I have not.