# EXHIBIT N

Page 1

1      IN THE UNITED STATES DISTRICT COURT FOR THE
              NORTHERN DISTRICT OF GEORGIA
2                  ATLANTA DIVISION
3
4   ALPHA PHI ALPHA FRATERNITY,
    INC., a nonprofit organization
5   on behalf of members residing
    in Georgia, et al.,
6
        Plaintiffs,                 CASE NO.
7                                   1:21-CV-05337-SCJ
    vs.
8
    BRAD RAFFENSPERGER, in his
9   official capacity as Secretary
    of State of Georgia,
10
        Defendant.
11
12
13    VIDEOTAPED DEPOSITION OF JOHN R. ALFORD, Ph.D.
14             APPEARING REMOTE FROM
15                ATLANTA, GEORGIA
16
17                FEBRUARY 27, 2023
18                10:01 A.M. EASTERN
19
20
21  Reported By:
22  Judith L. Leitz Moran
23  RPR, RSA, CCR-B-2312
24  APPEARING REMOTELY
25

Page 112

```
 1       Q     -- area?
 2             Sorry.
 3       A     Sorry, that was my fault.
 4       Q     No, no, go ahead.
 5       A     But the answer is, yes, they are
 6   supporting different --
 7             MR. JACOUTOT:  I'm going to object to
 8   form for that.  Sorry, I'm a little late but...
 9             MR. MILLER:  Okay.  Let me -- let me
10   reask it.  I may draw the same objection.
11             MR. JACOUTOT:  Okay.
12   BY MR. MILLER:
13       Q     But in -- in Appendix A2, are Black
14   voters and white voters cohesively supporting
15   different candidates?
16             MR. JACOUTOT:  Object to form.
17       A     Okay.  So, yes, here I think, again, by
18   any reasonable definition these are -- both cases
19   are mostly above 90 percent.  They're supporting
20   different candidates, they're supporting them
21   cohesively, and as a consequence the voting is
22   polarized.
23   BY MR. MILLER:
24       Q     Okay.  And would you say that the -- how
25   would you describe the degree of polarization in
```

Page 113

1    the elections in Appendix A2?

2              MR. JACOUTOT:  Object to form.

3         A    I'd describe it as polarized.

4    BY MR. MILLER:

5         Q    Would you say that it is starkly

6    polarized in Appendix A2?

7              MR. JACOUTOT:  Object to form.

8         A    I -- I mean, I don't know.  I -- it's --

9    again, the numbers speak for themselves.  It's -- I

10   think it's clearly -- this is clear polarization.

11             This is what polarization looks like

12   when, you know, 90 percent of a group -- one group

13   goes one way and 90 percent goes the other.

14             This is what polarization looks like in

15   Congress when 90 percent of the Republicans vote

16   one way and 90 percent of the Democrats vote the

17   other.

18             It's not perfectly polarized or as

19   sometimes as you know from reporting on Congress

20   if -- if 12 percent of the Republicans in Congress

21   crossed over to vote with the Democrats, some

22   people would label that a bipartisan piece of

23   legislation because it actually drew more than one

24   person from the other side.  So there is

25   polarization worse than this and we've seen it.

But in terms of voter polarization, this is exactly -- this is unambiguous, the two groups are voting cohesively in different directions and they're doing so in an obvious pattern, right, that the Democrat -- the Republicans -- I'm sorry, the Black voters are voting overwhelmingly Democratic in this area, white voters are voting overwhelmingly Republican.

And so we can look down the list and each time we see that exact result, that -- that -- that is what's happening here. It's a very high degree of partisan polarization.

BY MR. MILLER:

Q Do you also see in this appendix Black voters cohesively supporting the Black candidate?

A Well, we can see in the first election they're supporting a Black candidate.

Interestingly enough, at 98.5 percent they're supporting Warnock. And then you have another Black candidate that's getting 1 percent of the vote. So that's -- again, the Black vote is -- within the Black vote it's polarized in favor of the Democratic candidate.

Black voters --

Q And just to make sure that we're on the

```
                                               Page 115
 1   same page here, which -- which election are --
 2   okay, so you're looking at either the 20 -- are you
 3   looking at the first election?  I just want to make
 4   sure that we're --
 5        A    No.
 6        Q    -- we're talking about the same thing,
 7   the 2022 U.S. Senate with a Black --
 8        A    So A2 -- the first election in A2, 2022
 9   General --
10        Q    Okay.
11        A    -- Warnock and Walker.
12        Q    Okay.  And so here you have -- you have
13   cohesive support by Black voters for a Black
14   candidate, right?
15        A    Correct.  And not for the other Black
16   candidate.  They're polarized in this election by
17   party.
18        Q    Okay.
19        A    Black voters are polarized by party.
20        Q    Okay.
21        A    And then if you drop down to the 2021
22   U.S. Senate Election, Ossoff/Perdue, you have two
23   white candidates.  And you'll notice the exact same
24   result, right, 98.9 against 1.1, right?
25             So, again, Black voters are polarized
```

1   here in favor of the Democratic candidate in spite

2   of the fact that the Democratic candidate is white

3   and there is no Black candidate here.

4           So, yeah, there's -- there is no evidence

5   here of -- of a racial effect.  And so probably

6   that racially polarized voting in my view is -- is

7   an overstatement.

8           And -- and if you sort of carefully

9   exclude, which a definition of using only racially

10  contested elections would do, right, the two

11  elections we've talked about, Herschel

12  Walker/Warnock and Ossoff/Perdue are not racially

13  contested elections, they don't belong in this

14  table.

15          But by her definition when you would take

16  them out, you would be able to go through that

17  entire table and show that in every case the voting

18  was polarized with regard to the race of the

19  candidate.

20          And that's just -- right, that's just

21  misleading because as we can see when we see the

22  Ossoff/Perdue contest or the Warnock/Walker

23  contest, we see the exact same result.

24          And again, what that shows us is that

25  this is polarized by party consistently and not

```
 1   by -- it's only by -- by cutting out of the table
 2   everything that suggests that there's a party
 3   influence that's different than the -- than the
 4   racial influence that allows you to say what you
 5   were -- I mean, your question was, doesn't this
 6   show that Black voters are voting cohesively for
 7   Black candidates?
 8            And the answer is when they are the
 9   Democrat they are and when they're not the Democrat
10   they -- it makes no difference at all, right?
11            It's just this is just highly polarized
12   partisan voting irrespective of the race of the
13   candidates.
14       Q    Is there -- Doctor, did you --
15       A    That's what those two Senate races tell
16   you.  That's what -- those two Senate races are --
17   they're recent.  They're extremely high profile.
18   Everybody knew the race of the candidates, I
19   suspect.  Everybody knew the party of the
20   candidates.
21            They're just -- that's -- all you need is
22   to look at those two contests and they tell you
23   unambiguously what this voting pattern is about.
24   And particularly, they're telling you unambiguously
25   what you can't attribute this to.
```