IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia, <br><br> *Defendant*. | CASE NO. 1:21-CV-05337-SCJ |

## NOTICE OF FILING AMENDED EXHIBITS

Defendant Brad Raffensperger hereby files amended exhibits 1, 5, and 6 to the deposition of William S. Cooper, taken on February 10, 2023. While the deposition and exhibits were previously filed at [Dkt. 221], all of the pages of exhibits 1, 5, and 6 were not included.

Respectfully submitted this 18th day of April, 2023.

                                           Christopher M. Carr
                                           Attorney General
                                           Georgia Bar No. 112505
                                           Bryan K. Webb
                                           Deputy Attorney General
                                           Georgia Bar No. 743580
                                           Russell D. Willard
                                           Senior Assistant Attorney General
                                           Georgia Bar No. 760280

Elizabeth Vaughan
Assistant Attorney General
Georgia Bar No. 762715
**State Law Department**
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*/s/Bryan P. Tyson*
Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Frank B. Strickland
Georgia Bar No. 687600
fstrickland@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Donald P. Boyle, Jr.
Georgia Bar No. 073519
dboyle@taylorenglish.com
Daniel H. Weigel
Georgia Bar No. 956419
dweigel@taylorenglish.com
**Taylor English Duma LLP**
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
(678) 336-7249

*Counsel for Defendant*

# CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Notice of Filing Amended Exhibits has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/Bryan P. Tyson*
Bryan P. Tyson