









River Valley

Heart of Georgia Altamaha

Southwest Georgia

Southern Georgia

Coastal Regional Comm

**Georgia House**
2021 Plan
Regional Commissions

0          15          30
Miles

**Green Labels -- BVAP-majority**





# EXHIBIT Z-4

