# EXHIBIT A

# Part 1



DEFENDANT'S
EXHIBIT
5
Cooper

PENGAD 800-631-6989

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., et al., <br><br>     *Plaintiffs*, <br><br> vs. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia. <br><br>     *Defendant*. | 1:21-cv-5337-SJC |

## REBUTTAL DECLARATION OF WILLIAM S. COOPER

WILLIAM S. COOPER, acting in accordance with 28 U.S.C. § 1746, Federal Rule of Civil Procedure 26(a)(2)(B), and Federal Rules of Evidence 702 and 703, does hereby declare and say:

1.   My name is William S. Cooper.  As a private consultant, I serve as a demographic and redistricting expert for the Plaintiffs. I filed a declaration in this

lawsuit on January 7, 2022, a renewed version of which was filed on January 13, 2022.[1]

2.    I file this declaration to respond to assertions made in the Defendant's Opposition to Plaintiff's Motion for a Preliminary Injunction (the "Opposition Brief"), as well as the Declaration of John B. Morgan, dated January 18, 2022, that was submitted along with it.

## I.    INCUMBENT PAIRINGS

3.    Mr. Morgan in his Declaration discounts various incumbent pairings caused by the 2021 Senate and House Plans because the paired incumbents purportedly have decided not to run for reelection.  However, the Georgia Redistricting Guidelines do not indicate that an incumbent pairing does not count where an official has expressed some future intention not to seek reelection.

4.    Mr. Morgan states that he relies on a set of incumbent addresses based on "incumbent databases used by the Georgia General Assembly during the redistricting process," which are different from the publicly available set of

---

[1] On January 10, 2022, a notice of errata was filed correcting two figures in the January 7, 2022 declaration, as well as their corresponding exhibits.  This filing was superseded by the declaration that was filed with Plaintiffs' renewed preliminary injunction motion on January 13.

addresses that I used in my incumbent pairing analysis.  On January 19, 2022, I was

provided with the incumbent databases and related information used by Mr.

Morgan.  My revised analysis is as follows:

5.    Based on incumbent address information obtained from the State, the

following districts in the Illustrative Senate Plan may have incumbent conflicts: 20,

38.

6.    Based on incumbent address information obtained from the State, the

following districts in the 2021 Senate Plan may have incumbent conflicts: 13, 52.

7.    Based on incumbent address information obtained from the State, the

following 14 districts in the Illustrative House Plan may have incumbent conflicts:

015, 016, 029, 050, 082, 090, 092, 138, 145, 148, 149, 154, 164, 173.

8.    Based on incumbent address information obtained from the State, the

following 10 districts in the 2021 House Plan may have incumbent conflicts: 019,

021, 031, 045, 062, 106, 118, 149, 154, 176.

9.    Using the new incumbent address information provided by the State

creates a number of new incumbent conflicts in the Illustrative House Plan

compared to my prior analysis. However, the Illustrative Plans can be modified to

resolve many of these incumbent conflicts with relative ease.  Indeed, I eliminated

more than a half dozen of them in a single afternoon.

10.   For example, both Mr. Morgan's Declaration and the Opposition Brief state that, using the incumbent databases used by Mr. Morgan and provided to me on January 19, 2022, the Illustrative Senate Plan pairs Sen. Horacena Tate and Sen. Donzella James in Illustrative Plan District 38. However, with a minor swap of district lines between Illustrative Senate Districts 35 and 38, and without splitting any new counties, I was able to unpair those two incumbents. Similarly minor adjustments allowed me to resolve half of the conflicts in the Illustrative House Plan.

11.   Maps of these revised plans illustrating the resolution of these incumbent conflicts, which I will refer to as Illustrative Senate Plan II and Illustrative House Plan II, are included as **Exhibit A-1**.  Tables showing statistical information regarding the Illustrative II Plans are included as **Exhibits A-2** (Senate) and **Exhibit A-3** (House) and show that the Illustrative II Plans retain the same number of majority-BVAP districts—19 in the Senate and 54 in the House.  Images showing each of the 56 Senate Districts and 180 House Districts in the Illustrative II Plans are included at **Exhibit A-4** (Senate) and **Exhibit A-5** (House).  Splits reports confirming that the Illustrative II Plans split no new counties and only a small number of additional VTDs are included at **Exhibit A-6 (Senate)** and **Exhibit A-7 (House).**

4

12.   Based on the incumbent address information obtained from the State, the following districts in Illustrative Senate Plan II may have incumbent conflicts: 20, 38. However, under Mr. Morgan's approach of discounting certain incumbent pairings when one or more of the paired incumbents has stated that they do not plan to seek re-election, and relying solely on the list of retiring legislators set forth in Mr. Morgan's Declaration, which includes Sen. Jen Jordan, this number of pairings is further reduced to a single one, District 20.

13.   Based on incumbent address information obtained from the State, the following districts in the Illustrative House Plan II may have the following 7 incumbent conflicts: 016, 129, 138, 140, 149, 154, 173. Moreover, under Mr. Morgan's approach of when certain incumbent pairings because one or more of the paired incumbents has stated that they do not plan to seek re-election, and relying solely on the list of retiring legislators set forth in Mr. Morgan's Declaration, which includes Rep. Susan Holmes, this number of pairings is further reduced to the following 6 conflicts: 016, 129, 138, 140, 149, 154, 173.

14.   I have provided the block equivalency files for the Illustrative II Plans to counsel for transmission to Defendant.

## II.   CORE CONSTITUENCY ANALYSIS

15.   Mr. Morgan states in his Declaration that he ran core constituency reports comparing the Illustrative Senate and House Plans with the 2021 Senate and House Plans, concluding that, with one exception, no two districts in the Illustrative and 2021 Senate and House Plans are exactly alike.  There are several flaws with this approach.

16.   For one, Mr. Morgan's the analysis shows that most districts are largely overlapping—there is 65.3% overlap on average in the Senate, and 61.4% in the House.  Mr. Morgan's assertion in paragraph 25 of this Declaration that there is "almost no geography in common between the plans" is thus flatly untrue.

17.   In any case, the application of core constituency analysis here does not make sense.  Georgia's redistricting guidelines do not contain a maintenance-of-existing-district-cores requirement.  Nor in any event would it make sense to ask whether the Illustrative Plans maintain the cores of the 2021 Plans, as both are new plans that have never been in effect before.

18.   Nor is it particularly surprising that numerous districts in the Illustrative Plans are different from those in the 2021 Plans.  In order to remedy vote dilution and to adhere to traditional districting principles such as respecting communities of interest, the Illustrative Plans include additional Black-majority districts in multiple

areas of the State. Georgia requires its legislative districts to comply with a stringent, 1% limitation on population deviations (and a similarly stringent 1.5% for the State House). As a result, even small changes can have ripple effects across the map.

19. In my opinion, the Illustrative Plans could likely be modified to bring them closer to the 2021 Plans in many areas (though I do not believe doing so would necessarily advance any traditional districting principles or otherwise be particularly desirable or necessary).

### III.   ADDITIONAL SPLIT REPORTS

20. In addition to the County and VTD Split Reports, which are discussed in Mr. Morgan's Declaration, I have produced municipality split reports.

21. **Exhibit B-1** contains a municipality split report generated by Maptitude for all districts in the Illustrative Senate Plan. See also **Exhibit B-2** (2014 Benchmark Senate Plan) and **Exhibit B-3** (2021 Senate Plan).

22. **Exhibit C-1** contains a municipality split report generated by Maptitude for all districts in the Illustrative House Plan. See also **Exhibit C-2** (2015 Benchmark House Plan) and **Exhibit C-3** (2021 House Plan).

23. Municipality splits are within the norm for a typical legislative plan. The table in **Figure 1** summarizes municipality splits under the various plans.

7

**Figure 1**

**Municipality Splits –**
**Illustrative versus 2014/2015 Benchmark and 2021 Plans**

|  | City/Town Splits (Populated) |
|---|---|
| **Illustrative Senate Plan** | 204 |
| **2014 Benchmark Senate Plan** | 235 |
| **2021 Senate Plan** | 203 |
| **Illustrative House Plan** | 436 |
| **2015 Benchmark House Plan** | 410 |
| **2021 House Plan** | 460 |

24.  I have also produced and reviewed split reports for U.S. Census-recognized metropolitan and micropolitan statistical areas (CBSAs).  The Illustrative Senate Plan splits 16 CBSAs and the 2021 Senate Plan splits 19. The Illustrative House Plan splits 31 CBSAs and the 2021 House Plan splits 29.

25.  With respect to both municipality and CBSA splits, the Illustrative Plans are on par with the 2021 Plans.

## IV.   COMPACTNESS SCORES

26.  Mr. Morgan acknowledges that the Polsby-Popper and Reock compactness scores of the Illustrative and 2021 Plans are similar overall.

27.   Mr. Morgan states that certain individual districts in the Illustrative

Plans are significantly less compact than those in the 2021 Plans.  However, Mr.

Morgan then goes on to simply compare districts by their numbering (i.e.,

Illustrative House District 153 versus 2021 House District 153), even though the

numbering for geographically corresponding districts does not always match up

across the two plans (and indeed, does not match up for a number of the districts

listed in Mr. Morgan's Chart 5).

28.   In any event, the individual Polsby-Popper and Reock scores for all of

the Illustrative Senate and House Districts listed in Mr. Morgan's Chart 5 are well

within acceptable parameters for compactness.  Indeed, to the extent there is an

appropriate comparator, many of the comparable districts in the Illustrative Plans

score the same or better than those in the 2021 plan.  For example, Illustrative

Senate District 17 scores better on both Polsby-Popper and Reock than 2021 Senate

Plan District 17.

29.   Notably, there are no districts that fall below a .15 Reock score or a .10

Polsby-Popper score in either of the Illustrative Plans.  In contrast, the 2021 House

Plans contain districts that dip as low as a .13 Reock score and a .09 Polsby-Popper

score.

## V.    ILLUSTRATIVE DISTRICTS

30.   In the Opposition Brief, Defendant states that the districts in the Illustrative Senate and House Plans are not drawn according to traditional redistricting principles.  However, and as I said in my initial Declaration, I adhered to those principles in drawing the Illustrative Senate and House Plan districts at issue.

31.   The Opposition Brief discusses Illustrative House Plan District 144, in the Eastern Black Belt area. In drawing that district, and bringing a substantial swath of the historical Black Belt area into a Black-majority district, I was respecting a longstanding community of interest that is defined not just by race but by historical, economic, and cultural factors.  In addition, and more specifically, by splitting Baldwin County, I was able to unite the population center of Milledgeville in the same district with eastern Baldwin County and Hancock County, which together form the U.S. Census-recognized Milledgeville micropolitan statistical area, which is defined by regional economics and transportation patterns beyond race.  Notably, the State's map also splits Baldwin County, but does so in a way that separates nearly-50%-Black Milledgeville from the Black Belt area and dilutes the voting strength of Black voters there.  In my opinion, drawing Milledgeville

10

into Illustrative House District 144 was consistent with traditional districting principles.

32.   Also notably, because of Milledgeville's bizarre shape, drawing the city into Illustrative House District 144 also resulted in approximately 12 additional VTD splits—a result that highlights the at-times arbitrary nature of VTD geography.

33.   The 2021 House Map also diluted the voting strength of Black voters in Eatonton, a rural county seat that is almost 60% Black.  Drawing Eatonton into Illustrative House District 144 remedied the vote dilution problem there and united members of a community of interest.

34.   The Opposition Brief also discusses Illustrative Senate Plan District 23, in the Eastern Black Belt area, which it characterizes as reaching from Augusta to Warner Robins.  However, that swath of predominantly rural counties is precisely where I have identified the Eastern Black Belt region, a significant community of interest.  Indeed, the greater Black Belt area stretches from Augusta to Albany, including in the area around Warner Robins.  Notably, and as described in my initial Declaration, that swath of counties also overlaps with and emanates from the Central Savannah River Area, a designated region according to Georgia's own Department of Community Affairs.

11

35.   The counties and municipalities that were drawn together in the relevant Illustrative Senate and House Districts also share socioeconomic commonalities, which are notable in the American Community Survey (ACS) data that was included as part of Exhibit CD to my initial Declaration.

36.   Illustrative Senate District 28 roughly corresponds to 2021 Senate Plan District 16. Illustrative Senate District 28 includes parts of Fayette, Spalding, and Clayton counties., whereas 2021 Senate Plan District 16 includes parts of Fayette and Spalding Counties, and all of Pike and Lamar Counties.

37.   The counties within Illustrative District 28 share certain socioeconomic characteristics that make them similar to one another. For example, a similarly significant proportion of Black residents are in the labor force in Fayette, Spalding, and Clayton Counties (64.3%, 58.2%, and 69.5% respectively). The same trend can be seen among Latino residents across each of these counties.

38.   The labor force participation rates Black residents in Pike and Lamar Counties (which are contained within 2021 Senate Plan District 16) are significantly different from the counties contained within Illustrative Senate District 28. For example, the Black labor force participation rates in Pike and Lamar Counties are 51.3% and 48.0% respectively.

39.   Illustrative Senate District 17 roughly corresponds to 2021 Senate Plan District 17. Illustrative Senate District 17 includes parts of Henry, Rockdale, and Dekalb counties. 2021 Senate Plan District 17 includes parts of Henry, Newton, and Walton Counties, and all of Morgan County.

40.   The counties within Illustrative Senate District 17 share certain socioeconomic characteristics that make them similar to one another. For example, the counties that comprise Illustrative Senate District 17 are similar when educational attainment rates are compared among Black residents across the counties. A similarly significant proportion of Black residents in Henry, Rockdale, and Dekalb counties have received a bachelor's degree or higher (34.5%, 29.2%, and 29.2% respectively).

41.   The counties that comprise 2021 Senate Plan District 17 do not share these socioeconomic characteristics. Walton and Morgan Counties are especially different. Walton and Morgan Counties are considerably whiter than Henry County (77.5% and 74.0% White, compared to 47.9% White). Black residents in Walton and Morgan counties are significantly less likely to have received a bachelor's degree or higher than Black residents in Henry County (14.1% and 7.0%, compared to 34.5%).

13

42.   Illustrative Senate District 23 roughly corresponds to 2021 Senate Plan District 23. Illustrative Senate District 23 includes parts of Houston and Richmond Counties, and all of Twiggs, Wilkinson, Baldwin, Hancock, Taliaferro, Washington, Jefferson, Burke, and Jenkins Counties. 2021 Senate Plan District 23 includes parts of Richmond and Columbia Counties, and all of Burke, Jenkins, Screven, Emanuel, Jefferson, Glascock, Warren, Taliaferro, and McDuffie Counties.

43.   The counties within Illustrative Senate District 23 also share certain socioeconomic characteristics that make them similar to one another. For example, a similarly significant proportion of Black residents across the Illustrative Senate District 23 counties had incomes that fell below the poverty line (ranging from 20.1% of the Black population to 38.4% of the Black population).

## VI.   ILLUSTRATIVE HOUSE DISTRICTS

44.   Illustrative House District 73 includes parts of Henry, Spalding, and Clayton Counties and Illustrative House District 110 includes parts of Henry and Spalding Counties. The counties within Illustrative House Districts 73 and 110 share certain socioeconomic characteristics that make them similar to one another. For example, and as already noted, a similar proportion of Black residents in

14

Henry, Spalding, and Clayton counties are in the labor force (71.0%, 58.2%, and 69.5% respectively).

45.   Illustrative House District 144 includes parts of Putnam and Baldwin Counties, and all of Wilkinson, Hancock, Taliaferro, and Warren Counties. Illustrative House District 144 also includes the population centers of Milledgeville (Baldwin County) and Eatonton (Putnam County), both rural county seats with significant Black populations, within this new majority-Black district.

46.   In addition to being part of the Eastern Black Belt region as discussed already, counties within Illustrative House District 144 share certain socioeconomic characteristics that make them similar to one another. For example, a similarly low proportion of Black residents in the illustrative counties have received a bachelor's degree or higher (ranging from 5.7% to 12.7% of the Black population).

47.   Illustrative House District 153 includes parts of Dougherty and Thomas Counties, and all of Mitchell County. In addition to creating a Black-majority district in the Western Black Belt and uniting an established community of interest there, the district unites the areas that comprise the Albany-Thomasville corridor. This economic, cultural, and transportation corridor, which runs along the Historic

15

Dixie Highway, has been recognized by the Southwest Georgia Regional Commission.[2]

48.   The counties within Illustrative House District 153 also share certain socioeconomic characteristics that make them similar to one another. For example, the proportion of Black residents whose income fell below the poverty level was similar across Mitchell, Thomas, and Dougherty Counties (27.6%, 28.1%, and 29.2% respectively). The Black child poverty rate in those counties is similarly high, ranging between 40.6% and 53.8%.

# # #

I reserve the right to continue to supplement my declaration in light of additional facts, testimony and/or materials that may come to light.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct according to the best of my knowledge, information and belief.

Executed on: January 20, 2022

_____

[2] http://www.dot.ga.gov/DriveSmart/Travel/ScenicByways/HistoricDixieHwy/HDH-CorridorManagementPlan.pdf

WILLIAM S. COOPER

# EXHIBIT A-1



## Illustrative 2 Senate

Miles

0   40   80

©2019 CALIPER





Illustrative 2 House



# EXHIBIT A-2

# Population Summary Report

## Georgia State Senate - Jan 19 Draft

| District | 2020 Pop. | % 2020 Deviation | 18+ Pop | 18+ AP Black | % 18+ AP Black | 18+_NH White | % 18+ NH White | 2015-19 BCVAP* | 2015-19 LCVAP* | 2015-19 ACVAP* | 2015-19 B+L+A CVAP* | 2015-19 NH White CVAP* | Incumbents |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 190422 | -0.45% | 145737 | 37684 | 25.86% | 88176 | 60.50% | 24.69% | 6.29% | 2.52% | 33.50% | 65.14% | 1 |
| 002 | 193187 | 0.99% | 153029 | 71064 | 46.44% | 62214 | 40.66% | 52.60% | 4.26% | 1.50% | 58.37% | 40.79% | 1 |
| 003 | 189593 | -0.88% | 147133 | 27905 | 18.97% | 105980 | 72.03% | 20.79% | 3.07% | 1.31% | 25.18% | 73.98% | 1 |
| 004 | 189778 | -0.79% | 144615 | 33866 | 23.42% | 98287 | 67.96% | 24.08% | 2.63% | 0.95% | 27.65% | 71.69% | 1 |
| 005 | 189565 | -0.90% | 138831 | 42588 | 30.68% | 29419 | 21.19% | 37.68% | 17.32% | 11.14% | 66.15% | 32.70% | 1 |
| 006 | 192162 | 0.46% | 144228 | 72518 | 50.11% | 38268 | 26.44% | 53.94% | 9.79% | 2.45% | 66.17% | 33.41% | 1 |
| 007 | 191638 | 0.19% | 145231 | 47324 | 32.59% | 83604 | 57.57% | 32.13% | 4.00% | 1.15% | 37.27% | 61.87% | 1 |
| 008 | 190960 | -0.17% | 144081 | 35029 | 24.31% | 92298 | 64.06% | 26.19% | 4.89% | 0.46% | 31.53% | 67.73% | 1 |
| 009 | 190917 | -0.19% | 139935 | 71186 | 50.87% | 40414 | 28.88% | 50.27% | 6.60% | 5.01% | 61.89% | 37.26% | 1 |
| 010 | 192564 | 0.67% | 150543 | 105014 | 69.76% | 33702 | 22.39% | 70.00% | 2.80% | 1.61% | 74.42% | 24.98% | 1 |
| 011 | 193080 | 0.94% | 146576 | 43588 | 29.74% | 88210 | 60.18% | 30.87% | 3.35% | 0.43% | 34.65% | 64.53% | 1 |
| 012 | 192997 | 0.90% | 150855 | 86499 | 57.34% | 56492 | 37.45% | 58.64% | 1.34% | 0.73% | 60.71% | 38.74% | 1 |
| 013 | 189512 | -0.93% | 146437 | 46703 | 31.89% | 91125 | 62.23% | 32.66% | 2.21% | 0.49% | 35.35% | 64.19% | 1 |
| 014 | 189408 | -0.98% | 144804 | 13381 | 9.24% | 107883 | 74.50% | 9.18% | 5.48% | 1.39% | 16.05% | 83.02% | 1 |
| 015 | 190014 | -0.66% | 144217 | 73953 | 51.28% | 54825 | 38.02% | 50.56% | 5.48% | 1.73% | 57.77% | 40.95% | 1 |
| 016 | 192188 | 0.47% | 147817 | 28084 | 19.00% | 104658 | 70.80% | 19.45% | 3.29% | 1.31% | 24.05% | 74.81% | 1 |
| 017 | 190669 | -0.32% | 144304 | 90131 | 62.46% | 44015 | 30.50% | 58.65% | 2.75% | 1.42% | 62.82% | 36.47% | 1 |
| 018 | 192402 | 0.58% | 149925 | 39525 | 26.36% | 98905 | 65.97% | 26.25% | 3.12% | 1.70% | 31.08% | 68.10% | 1 |
| 019 | 190681 | -0.32% | 136842 | 17295 | 12.64% | 75740 | 55.35% | 12.09% | 6.70% | 10.58% | 29.37% | 69.77% | 1 |
| 020 | 190672 | -0.32% | 144582 | 44771 | 30.97% | 85398 | 59.07% | 31.82% | 3.54% | 1.81% | 37.17% | 62.34% | 3 |
| 021 | 190228 | -0.55% | 143818 | 11810 | 8.21% | 103899 | 72.24% | 7.93% | 5.29% | 4.07% | 17.29% | 81.94% | 1 |
| 022 | 192096 | 0.42% | 150253 | 78364 | 52.15% | 58156 | 38.71% | 52.64% | 4.12% | 1.80% | 58.57% | 40.48% | 1 |
| 023 | 193019 | 0.91% | 150895 | 76265 | 50.54% | 66957 | 44.37% | 51.51% | 1.90% | 0.71% | 54.12% | 45.58% | 0 |
| 024 | 189380 | -1.00% | 141326 | 28529 | 20.19% | 94552 | 66.90% | 19.38% | 4.31% | 3.00% | 26.69% | 72.23% | 1 |
| 025 | 193153 | 0.98% | 148510 | 32688 | 22.01% | 105624 | 71.12% | 22.67% | 2.03% | 0.76% | 25.46% | 74.15% | 1 |
| 026 | 191806 | 0.27% | 147242 | 79463 | 53.97% | 55112 | 37.43% | 55.20% | 2.59% | 0.91% | 58.70% | 40.38% | 1 |
| 027 | 192327 | 0.55% | 140032 | 6859 | 4.90% | 99309 | 70.92% | 3.84% | 5.52% | 4.74% | 14.10% | 85.27% | 1 |
| 028 | 189511 | -0.93% | 144559 | 76234 | 52.74% | 52312 | 36.19% | 51.25% | 4.28% | 2.48% | 58.01% | 41.27% | 1 |
| 029 | 192563 | 0.67% | 148231 | 32337 | 21.82% | 103502 | 69.82% | 22.52% | 2.59% | 1.71% | 26.81% | 72.42% | 1 |
| 030 | 191048 | -0.12% | 143290 | 40806 | 28.48% | 86001 | 60.02% | 26.49% | 4.17% | 0.86% | 31.52% | 67.30% | 1 |
| 031 | 192838 | 0.81% | 142871 | 20412 | 14.29% | 108330 | 75.82% | 12.58% | 3.78% | 0.81% | 17.17% | 82.28% | 1 |
| 032 | 191998 | 0.37% | 146873 | 16153 | 11.00% | 101532 | 69.13% | 10.55% | 4.88% | 6.07% | 21.50% | 77.60% | 1 |
| 033 | 190485 | -0.42% | 152184 | 46655 | 30.66% | 69048 | 45.37% | 31.76% | 7.31% | 4.64% | 43.71% | 55.22% | 0 |
| 034 | 192385 | 0.58% | 141537 | 110176 | 77.84% | 9886 | 6.98% | 81.66% | 4.48% | 3.15% | 89.29% | 9.66% | 1 |
| 035 | 190688 | -0.31% | 144403 | 91434 | 63.32% | 42340 | 29.32% | 62.38% | 3.34% | 0.58% | 66.30% | 33.20% | 1 |
| 036 | 189709 | -0.82% | 155038 | 79675 | 51.39% | 56246 | 36.28% | 52.74% | 3.72% | 2.40% | 58.87% | 40.48% | 1 |
| 037 | 191504 | 0.12% | 148063 | 30815 | 20.81% | 94452 | 63.79% | 19.95% | 5.42% | 3.59% | 28.96% | 70.24% | 1 |
| 038 | 190687 | -0.31% | 146367 | 80317 | 54.87% | 50232 | 34.32% | 55.58% | 3.94% | 1.59% | 61.11% | 38.19% | 0 |
| 039 | 192517 | 0.64% | 164280 | 84589 | 51.49% | 57870 | 35.23% | 55.63% | 3.38% | 4.57% | 63.57% | 35.72% | 1 |
| 040 | 190619 | -0.35% | 148386 | 25289 | 17.04% | 77864 | 52.47% | 18.21% | 5.78% | 8.52% | 32.50% | 66.67% | 1 |
| 041 | 192030 | 0.39% | 143295 | 72313 | 50.46% | 27568 | 19.24% | 59.17% | 5.82% | 7.79% | 72.78% | 26.32% | 1 |
| 042 | 190728 | -0.29% | 152760 | 32390 | 21.20% | 86335 | 56.52% | 23.86% | 4.26% | 5.71% | 33.82% | 65.21% | 1 |
| 043 | 192877 | 0.83% | 145032 | 84221 | 58.07% | 48236 | 33.26% | 55.83% | 3.82% | 0.95% | 60.60% | 38.61% | 1 |
| 044 | 190473 | -0.42% | 143652 | 79117 | 55.08% | 43805 | 30.49% | 52.66% | 5.29% | 4.82% | 62.77% | 36.43% | 1 |
| 045 | 189946 | -0.70% | 143418 | 36029 | 25.12% | 57640 | 40.19% | 24.68% | 9.62% | 11.80% | 46.09% | 53.06% | 0 |
| 046 | 191838 | 0.29% | 154586 | 31072 | 20.10% | 101026 | 65.35% | 23.54% | 3.76% | 2.88% | 30.17% | 69.04% | 1 |
| 047 | 192337 | 0.55% | 143977 | 14539 | 10.10% | 109022 | 75.72% | 9.56% | 4.98% | 2.22% | 16.76% | 82.43% | 1 |
| 048 | 192864 | 0.83% | 146388 | 22776 | 15.56% | 62046 | 42.38% | 17.14% | 7.44% | 19.14% | 43.72% | 55.48% | 1 |
| 049 | 193020 | 0.91% | 146060 | 11833 | 8.10% | 92038 | 63.01% | 8.83% | 12.41% | 2.03% | 23.26% | 75.92% | 1 |
| 050 | 193087 | 0.94% | 151880 | 16419 | 10.81% | 121009 | 79.67% | 11.88% | 3.12% | 0.94% | 15.94% | 83.31% | 1 |
| 051 | 192202 | 0.48% | 157732 | 2079 | 1.32% | 142041 | 90.05% | 1.44% | 2.40% | 0.54% | 4.38% | 94.49% | 1 |
| 052 | 189397 | -0.99% | 145086 | 17368 | 11.97% | 106752 | 73.58% | 11.81% | 5.27% | 0.99% | 18.07% | 81.27% | 1 |
| 053 | 190553 | -0.38% | 148171 | 6801 | 4.59% | 130398 | 88.01% | 4.46% | 1.81% | 0.73% | 7.00% | 91.96% | 1 |
| 054 | 189836 | -0.76% | 143725 | 4156 | 2.89% | 106459 | 74.07% | 3.23% | 9.89% | 0.75% | 13.87% | 83.97% | 1 |
| 055 | 189516 | -0.92% | 144254 | 74077 | 51.35% | 42999 | 29.81% | 53.66% | 4.69% | 6.02% | 64.37% | 34.69% | 1 |
| 056 | 190234 | -0.55% | 151878 | 25818 | 17.00% | 92122 | 60.66% | 18.15% | 5.83% | 4.34% | 28.32% | 70.99% | 1 |
| Total 2020 Pop. | 10,711,908 | 1.99% | 8,220,274 | 2,607,986 | 31.73% | 4,342,333 | 52.82% | | | | | | |
| Majority Districts | | | | | 19 | | | 20 | | | 21 | 35 | |

**CVAP Source:**

* 2015-19 ACS Special Tabulation

Note: Citizen Voting Age Population (CVAP)  percentages are disaggreagated from block-gorup level ACS estimates (with a survey midpoint of July 2017)

Source for disaggregation: Redistricting Data Hub
https://redistrictingdatahub.org/dataset/georgia-cvap-data-disaggregated-to-the-2020-block-level-2019/

# EXHIBIT A-3

## Population Summary Report

## Georgia State House --Jan 19_House

Indicates changed from Illustrative

| District | 2020 Pop. | % 2020 Deviation | 18+ Pop | 18+ AP Black | % 18+ AP Black | 18+ NH White | % 18+ NH White | 2015-19 BCVAP* | 2015-19 LCVAP* | 2015-19 ACVAP* | 2015-19 B+L+A CVAP* | 2015-19 NH White CVAP* | Incumbent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 59437 | -0.12% | 46702 | 1872 | 4.01% | 41,873 | 89.66% | 4.33% | 1.50% | 0.61% | 6.45% | 92.41% | 1 |
| 002 | 59950 | 0.74% | 46103 | 1428 | 3.10% | 40,396 | 87.62% | 2.74% | 2.99% | 0.27% | 6.00% | 92.98% | 1 |
| 003 | 60199 | 1.16% | 46716 | 1565 | 3.35% | 41,325 | 88.46% | 3.08% | 1.83% | 1.37% | 6.29% | 92.55% | 1 |
| 004 | 59715 | 0.34% | 43446 | 2164 | 4.98% | 22,742 | 52.35% | 5.09% | 21.46% | 0.44% | 26.99% | 71.87% | 1 |
| 005 | 58992 | -0.87% | 44689 | 1958 | 4.38% | 35,181 | 78.72% | 4.45% | 6.37% | 0.91% | 11.73% | 87.30% | 1 |
| 006 | 59171 | -0.57% | 44514 | 1035 | 2.33% | 33,732 | 75.78% | 2.80% | 10.16% | 1.46% | 14.42% | 85.09% | 1 |
| 007 | 60117 | 1.02% | 49292 | 311 | 0.63% | 44,360 | 89.99% | 0.73% | 2.28% | 0.42% | 3.42% | 95.10% | 1 |
| 008 | 59365 | -0.25% | 50050 | 490 | 0.98% | 45,859 | 91.63% | 1.39% | 2.31% | 0.50% | 4.19% | 94.80% | 1 |
| 009 | 60286 | 1.30% | 49130 | 756 | 1.54% | 43,602 | 88.75% | 1.84% | 2.75% | 0.59% | 5.18% | 93.81% | 1 |
| 010 | 59086 | -0.71% | 46638 | 1808 | 3.88% | 40,194 | 86.18% | 3.48% | 3.24% | 0.91% | 7.63% | 91.53% | 1 |
| 011 | 59778 | 0.45% | 47979 | 1360 | 2.83% | 42,340 | 88.25% | 3.04% | 3.08% | 0.84% | 6.96% | 88.11% | 1 |
| 012 | 58876 | -1.07% | 45889 | 5769 | 12.57% | 34,666 | 75.54% | 11.82% | 3.31% | 1.08% | 16.21% | 83.56% | 1 |
| 013 | 60165 | 1.10% | 46446 | 7607 | 16.38% | 33,270 | 71.63% | 17.45% | 4.55% | 0.74% | 22.74% | 76.09% | 1 |
| 014 | 59851 | 0.57% | 45621 | 5640 | 12.36% | 35,559 | 77.94% | 12.33% | 2.90% | 0.37% | 15.60% | 83.85% | 1 |
| 015 | 58951 | -0.94% | 45278 | 5297 | 11.70% | 33,770 | 74.58% | 11.63% | 4.05% | 1.11% | 16.79% | 82.16% | 1 |
| 016 | 59084 | -0.72% | 44651 | 3328 | 7.45% | 36,683 | 82.15% | 9.12% | 3.76% | 0.60% | 13.48% | 85.97% | 2 |
| 017 | 58802 | -1.19% | 41822 | 6656 | 15.92% | 30,587 | 73.14% | 10.44% | 5.47% | 0.73% | 16.65% | 82.41% | 1 |
| 018 | 59116 | -0.66% | 45784 | 10515 | 22.97% | 29,816 | 65.12% | 22.76% | 3.69% | 0.48% | 26.93% | 72.01% | 0 |
| 019 | 58641 | -1.46% | 43696 | 8349 | 19.11% | 31,338 | 71.72% | 16.47% | 3.59% | 1.89% | 21.96% | 77.76% | 1 |
| 020 | 59666 | 0.26% | 46479 | 4701 | 10.11% | 34,117 | 73.40% | 9.65% | 6.04% | 1.65% | 17.34% | 82.03% | 1 |
| 021 | 60270 | 1.28% | 45210 | 3516 | 7.78% | 34,132 | 75.50% | 7.79% | 7.73% | 1.62% | 17.14% | 82.12% | 1 |
| 022 | 58963 | -0.92% | 42831 | 3209 | 7.49% | 31,979 | 74.66% | 9.61% | 4.06% | 5.26% | 18.94% | 80.58% | 1 |
| 023 | 60197 | 1.15% | 44638 | 3920 | 8.78% | 31,316 | 70.16% | 7.90% | 5.42% | 2.22% | 15.55% | 83.72% | 1 |
| 024 | 60138 | 1.05% | 43694 | 1620 | 3.71% | 35,819 | 81.98% | 1.63% | 5.03% | 1.24% | 7.90% | 91.75% | 0 |
| 025 | 59131 | -0.64% | 41640 | 2743 | 6.59% | 23,150 | 55.60% | 6.20% | 6.12% | 12.97% | 25.29% | 73.84% | 1 |
| 026 | 58847 | -1.12% | 41465 | 2232 | 5.38% | 27,265 | 65.75% | 5.60% | 5.36% | 7.39% | 18.35% | 80.50% | 1 |
| 027 | 59826 | 0.53% | 47540 | 2283 | 4.80% | 36,129 | 76.00% | 5.30% | 9.82% | 1.33% | 16.45% | 82.93% | 1 |
| 028 | 59060 | -0.76% | 45656 | 2844 | 6.23% | 36,993 | 81.03% | 6.68% | 4.21% | 1.72% | 12.61% | 86.28% | 1 |
| 029 | 58947 | -0.95% | 41714 | 6087 | 14.59% | 14,625 | 35.06% | 18.89% | 24.83% | 2.45% | 46.16% | 52.59% | 1 |
| 030 | 59394 | -0.20% | 45499 | 2901 | 6.38% | 32,464 | 71.35% | 6.46% | 8.63% | 2.33% | 17.42% | 82.08% | 1 |
| 031 | 59858 | 0.58% | 44200 | 3370 | 7.62% | 34,961 | 79.10% | 8.49% | 4.40% | 2.03% | 14.92% | 84.43% | 1 |
| 032 | 59541 | 0.05% | 46808 | 5534 | 11.82% | 38,219 | 81.65% | 12.82% | 2.01% | 0.74% | 15.56% | 83.86% | 1 |
| 033 | 59586 | 0.13% | 46648 | 8571 | 18.37% | 34,478 | 73.91% | 20.26% | 1.96% | 0.32% | 22.53% | 77.09% | 1 |
| 034 | 58806 | -1.18% | 45799 | 9739 | 21.26% | 30,332 | 66.23% | 20.53% | 4.97% | 3.04% | 28.54% | 70.60% | 1 |
| 035 | 59432 | -0.13% | 45932 | 11287 | 24.57% | 26,566 | 56.62% | 25.41% | 6.60% | 4.00% | 36.02% | 62.89% | 1 |
| 036 | 58748 | -1.28% | 44526 | 5425 | 12.18% | 32,692 | 73.42% | 10.31% | 4.38% | 3.85% | 18.54% | 81.04% | 1 |
| 037 | 58759 | -1.26% | 45657 | 14366 | 31.47% | 19,998 | 43.80% | 34.50% | 8.50% | 4.09% | 47.08% | 52.67% | 1 |
| 038 | 58628 | -1.48% | 44687 | 23014 | 51.50% | 13,792 | 30.86% | 51.77% | 8.20% | 2.80% | 62.77% | 36.62% | 1 |
| 039 | 59217 | -0.49% | 45078 | 23090 | 51.22% | 13,130 | 29.13% | 52.36% | 7.78% | 2.22% | 62.37% | 37.74% | 1 |
| 040 | 59087 | -0.71% | 43696 | 28674 | 65.62% | 9,474 | 21.68% | 69.36% | 4.78% | 2.00% | 76.14% | 23.14% | 1 |
| 041 | 58750 | -1.28% | 43855 | 15527 | 35.41% | 16,029 | 36.55% | 40.39% | 10.35% | 4.56% | 55.30% | 44.07% | 1 |
| 042 | 59492 | -0.03% | 49167 | 15717 | 31.97% | 17,925 | 36.46% | 39.05% | 9.24% | 4.95% | 53.25% | 45.30% | 1 |
| 043 | 58895 | -1.04% | 45618 | 8790 | 19.27% | 25,736 | 56.42% | 18.03% | 5.58% | 6.20% | 29.82% | 68.89% | 1 |
| 044 | 58816 | -1.17% | 47689 | 9059 | 19.00% | 29,027 | 60.87% | 17.52% | 6.12% | 4.65% | 28.30% | 70.68% | 1 |
| 045 | 58712 | -1.34% | 44858 | 5725 | 12.76% | 30,946 | 68.99% | 9.64% | 4.46% | 5.16% | 19.26% | 80.39% | 1 |
| 046 | 60086 | 0.97% | 44683 | 3543 | 7.93% | 33,464 | 74.89% | 6.60% | 4.71% | 5.09% | 16.39% | 82.38% | 1 |
| 047 | 59665 | 0.26% | 45057 | 5818 | 12.91% | 22,802 | 50.61% | 13.73% | 7.85% | 14.63% | 36.22% | 62.74% | 0 |
| 048 | 59887 | 0.63% | 46318 | 6569 | 14.18% | 28,517 | 61.57% | 17.42% | 6.50% | 4.70% | 28.63% | 70.84% | 1 |
| 049 | 58771 | -1.24% | 44121 | 5290 | 11.99% | 24,051 | 54.51% | 12.57% | 4.67% | 16.59% | 33.83% | 65.18% | 1 |
| 050 | 60392 | 1.48% | 46519 | 9063 | 19.48% | 14,118 | 30.35% | 18.47% | 9.35% | 28.55% | 56.37% | 42.48% | 1 |
| 051 | 60227 | 1.20% | 48254 | 10458 | 21.67% | 28,040 | 58.11% | 21.95% | 5.16% | 5.69% | 32.80% | 66.08% | 1 |
| 052 | 60265 | 1.27% | 49155 | 7426 | 15.11% | 28,331 | 57.64% | 15.81% | 6.09% | 4.86% | 26.76% | 72.49% | 1 |
| 053 | 58830 | -1.14% | 47187 | 12966 | 27.48% | 25,634 | 54.32% | 26.27% | 6.07% | 3.85% | 36.19% | 63.09% | 1 |
| 054 | 59230 | -0.47% | 51206 | 8367 | 16.34% | 35,074 | 68.50% | 14.25% | 2.82% | 5.90% | 22.96% | 76.25% | 1 |
| 055 | 59073 | -0.74% | 47334 | 24895 | 52.59% | 17,550 | 37.08% | 57.34% | 2.70% | 1.81% | 61.84% | 37.36% | 1 |
| 056 | 59420 | -0.15% | 52804 | 27857 | 52.76% | 16,832 | 31.88% | 57.59% | 4.50% | 7.26% | 69.35% | 29.92% | 1 |
| 057 | 59610 | 0.17% | 51582 | 29227 | 56.66% | 16,826 | 32.62% | 57.86% | 3.82% | 2.62% | 64.31% | 35.20% | 1 |
| 058 | 59735 | 0.38% | 52851 | 8978 | 16.99% | 33,455 | 63.30% | 13.97% | 4.48% | 5.26% | 23.70% | 75.41% | 1 |
| 059 | 58942 | -0.96% | 47719 | 26665 | 55.88% | 16,219 | 33.99% | 60.67% | 3.30% | 1.78% | 65.75% | 33.68% | 1 |
| 060 | 59197 | -0.53% | 45411 | 34928 | 76.92% | 5,864 | 12.91% | 80.25% | 3.13% | 0.89% | 84.27% | 15.14% | 1 |
| 061 | 59666 | 0.26% | 45697 | 32994 | 72.20% | 8,230 | 18.01% | 75.64% | 4.16% | 1.06% | 80.86% | 18.93% | 1 |
| 062 | 59384 | -0.21% | 45565 | 41225 | 90.48% | 1,744 | 3.83% | 91.85% | 1.92% | 0.71% | 94.48% | 4.67% | 1 |
| 063 | 58806 | -1.18% | 45567 | 30138 | 66.14% | 11,676 | 25.62% | 64.68% | 3.15% | 2.29% | 70.12% | 29.90% | 1 |
| 064 | 59151 | -0.60% | 44832 | 29047 | 64.79% | 11,797 | 26.31% | 58.96% | 3.87% | 2.99% | 65.82% | 33.32% | 1 |
| 065 | 58920 | -0.99% | 44304 | 28677 | 64.73% | 11,644 | 26.28% | 63.12% | 3.70% | 0.62% | 67.44% | 32.18% | 1 |

## Population Summary Report

### Georgia State House --Jan 19_House

Indicates changed from Illustrative

| District | 2020 Pop. | % 2020 Deviation | 18+ Pop | 18+ AP Black | % 18+ AP Black | 18+ NH White | % 18+ NH White | 2015-19 BCVAP* | 2015-19 LCVAP* | 2015-19 ACVAP* | 2015-19 B+L+A CVAP* | 2015-19 NH White CVAP* | Incumbent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 066 | 60347 | 1.40% | 44791 | 29544 | 65.96% | 10,787 | 24.08% | 61.44% | 3.46% | 1.38% | 66.28% | 32.05% | 1 |
| 067 | 59645 | 0.23% | 44739 | 28087 | 62.78% | 12,904 | 28.84% | 58.04% | 3.23% | 0.42% | 61.69% | 37.83% | 0 |
| 068 | 58798 | -1.20% | 43885 | 10997 | 25.06% | 28,222 | 64.31% | 25.13% | 3.57% | 0.92% | 29.63% | 70.05% | 1 |
| 069 | 59534 | 0.04% | 45679 | 5452 | 11.94% | 37,178 | 81.39% | 12.42% | 2.13% | 1.02% | 15.57% | 83.22% | 1 |
| 070 | 59744 | 0.39% | 45324 | 13530 | 29.85% | 25,142 | 55.47% | 30.95% | 6.78% | 2.31% | 40.04% | 58.82% | 1 |
| 071 | 60122 | 1.03% | 45707 | 4375 | 9.57% | 36,597 | 80.07% | 8.40% | 3.79% | 1.17% | 13.36% | 86.17% | 1 |
| 072 | 58656 | -1.44% | 44356 | 4212 | 9.50% | 33,237 | 74.93% | 8.44% | 4.56% | 2.57% | 15.57% | 82.86% | 1 |
| 073 | 60364 | 1.43% | 45016 | 27267 | 60.57% | 13,220 | 29.37% | 58.61% | 4.70% | 1.74% | 65.04% | 34.15% | 1 |
| 074 | 58666 | -1.42% | 43337 | 30556 | 70.51% | 3,867 | 8.92% | 76.95% | 5.52% | 4.42% | 86.89% | 11.78% | 1 |
| 075 | 58818 | -1.16% | 43406 | 29530 | 68.03% | 5,224 | 12.04% | 71.49% | 6.85% | 5.52% | 83.86% | 14.70% | 1 |
| 076 | 60113 | 1.01% | 45375 | 32656 | 71.97% | 5,826 | 12.84% | 74.34% | 4.77% | 4.18% | 83.29% | 16.42% | 1 |
| 077 | 58912 | -1.01% | 43070 | 32766 | 76.08% | 2,874 | 6.67% | 81.32% | 5.37% | 2.96% | 89.65% | 9.11% | 1 |
| 078 | 59048 | -0.78% | 45065 | 24825 | 55.09% | 13,085 | 29.04% | 50.85% | 5.85% | 5.25% | 61.96% | 37.47% | 1 |
| 079 | 58770 | -1.25% | 44626 | 6312 | 14.14% | 24,204 | 54.24% | 14.57% | 4.76% | 8.16% | 27.50% | 71.54% | 1 |
| 080 | 60350 | 1.41% | 46448 | 8049 | 17.33% | 20,685 | 44.53% | 21.85% | 7.12% | 8.19% | 37.17% | 62.50% | 1 |
| 081 | 59188 | -0.54% | 44856 | 10639 | 23.72% | 11,988 | 26.73% | 30.23% | 14.09% | 11.59% | 55.92% | 42.55% | 1 |
| 082 | 58675 | -1.40% | 49870 | 8926 | 17.90% | 28,315 | 56.78% | 15.24% | 5.62% | 7.30% | 28.16% | 70.82% | 1 |
| 083 | 58898 | -1.03% | 44947 | 25250 | 56.18% | 16,281 | 36.22% | 59.85% | 2.58% | 1.95% | 64.38% | 35.16% | 1 |
| 084 | 58670 | -1.41% | 46089 | 31650 | 68.67% | 11,665 | 25.31% | 74.24% | 1.31% | 1.32% | 76.86% | 22.73% | 1 |
| 085 | 58922 | -0.99% | 47601 | 19783 | 41.56% | 19,894 | 41.79% | 49.98% | 2.26% | 4.40% | 56.64% | 41.92% | 1 |
| 086 | 59065 | -0.75% | 43463 | 24022 | 55.27% | 10,490 | 24.14% | 58.45% | 2.44% | 5.48% | 66.37% | 32.00% | 1 |
| 087 | 59585 | 0.12% | 45472 | 25676 | 56.47% | 11,391 | 25.05% | 59.08% | 3.37% | 6.54% | 69.00% | 30.64% | 1 |
| 088 | 59408 | -0.17% | 45810 | 26326 | 57.47% | 9,529 | 20.80% | 63.28% | 4.38% | 5.64% | 73.30% | 26.19% | 1 |
| 089 | 59915 | 0.68% | 48186 | 26012 | 53.98% | 18,319 | 38.02% | 56.91% | 2.36% | 1.93% | 61.19% | 37.98% | 1 |
| 090 | 60246 | 1.24% | 47314 | 34739 | 73.42% | 10,383 | 21.94% | 70.80% | 2.52% | 1.04% | 74.36% | 25.44% | 1 |
| 091 | 60390 | 1.48% | 45133 | 35001 | 77.55% | 6,348 | 14.07% | 76.15% | 4.42% | 0.96% | 81.53% | 17.76% | 1 |
| 092 | 59279 | -0.39% | 45194 | 41831 | 92.56% | 1,443 | 3.19% | 94.02% | 1.54% | 0.39% | 95.95% | 3.54% | 1 |
| 093 | 60260 | 1.26% | 45920 | 25233 | 54.95% | 16,745 | 36.47% | 51.89% | 3.42% | 1.43% | 56.74% | 42.91% | 1 |
| 094 | 59284 | -0.38% | 44177 | 23246 | 52.62% | 12,161 | 27.53% | 55.47% | 4.34% | 4.04% | 63.84% | 35.64% | 1 |
| 095 | 58825 | -1.15% | 46205 | 8699 | 18.83% | 23,380 | 50.60% | 20.40% | 5.70% | 12.12% | 38.22% | 61.19% | 1 |
| 096 | 58713 | -1.34% | 43674 | 11976 | 27.42% | 8,849 | 20.26% | 37.37% | 18.06% | 12.17% | 67.61% | 31.74% | 1 |
| 097 | 58771 | -1.24% | 42969 | 6202 | 14.43% | 19,803 | 46.09% | 13.97% | 6.18% | 19.96% | 40.12% | 60.28% | 1 |
| 098 | 58629 | -1.48% | 42827 | 5044 | 11.78% | 26,495 | 61.87% | 11.85% | 6.60% | 5.95% | 24.40% | 74.73% | 1 |
| 099 | 58815 | -1.17% | 41927 | 9348 | 22.30% | 5,194 | 12.39% | 32.90% | 22.43% | 18.07% | 73.40% | 25.83% | 1 |
| 100 | 58895 | -1.04% | 43773 | 13867 | 31.68% | 6,434 | 14.70% | 39.39% | 19.12% | 15.54% | 74.05% | 24.93% | 1 |
| 101 | 59164 | -0.58% | 44516 | 13187 | 29.62% | 13,550 | 30.44% | 32.18% | 11.99% | 13.56% | 57.74% | 41.57% | 1 |
| 102 | 59365 | -0.25% | 46364 | 10979 | 23.68% | 18,795 | 40.54% | 23.74% | 8.66% | 12.51% | 44.91% | 53.79% | 1 |
| 103 | 59725 | 0.36% | 43964 | 8801 | 20.02% | 21,427 | 48.74% | 19.94% | 10.38% | 6.98% | 37.30% | 61.33% | 0 |
| 104 | 58654 | -1.44% | 42236 | 12480 | 29.55% | 20,548 | 48.65% | 23.36% | 8.42% | 5.13% | 36.91% | 62.22% | 1 |
| 105 | 58966 | -0.92% | 41844 | 19286 | 46.09% | 12,357 | 29.53% | 43.96% | 10.16% | 5.49% | 59.60% | 39.44% | 1 |
| 106 | 58654 | -1.44% | 43493 | 21269 | 48.90% | 13,917 | 32.00% | 47.95% | 7.37% | 5.28% | 60.60% | 38.73% | 1 |
| 107 | 59972 | 0.77% | 43794 | 18994 | 43.37% | 17,083 | 39.01% | 40.25% | 6.01% | 4.90% | 51.16% | 46.81% | 1 |
| 108 | 58895 | -1.04% | 43797 | 9562 | 21.83% | 16,906 | 38.60% | 24.10% | 10.19% | 12.45% | 46.75% | 52.14% | 1 |
| 109 | 60106 | 1.00% | 45719 | 26570 | 58.12% | 12,933 | 28.29% | 52.77% | 5.26% | 3.95% | 61.98% | 35.15% | 1 |
| 110 | 60333 | 1.38% | 45293 | 23724 | 52.38% | 17,438 | 38.50% | 50.47% | 4.12% | 0.81% | 55.40% | 45.30% | 1 |
| 111 | 58877 | -1.07% | 43374 | 23908 | 55.12% | 14,916 | 34.39% | 50.14% | 4.61% | 2.24% | 56.99% | 42.64% | 1 |
| 112 | 60318 | 1.36% | 45032 | 24145 | 53.62% | 17,470 | 38.79% | 51.59% | 3.44% | 0.62% | 55.64% | 43.81% | 0 |
| 113 | 59934 | 0.71% | 45777 | 26080 | 56.97% | 15,434 | 33.72% | 52.85% | 2.94% | 2.30% | 58.09% | 40.44% | 1 |
| 114 | 59460 | -0.09% | 44583 | 9619 | 21.58% | 29,300 | 65.72% | 22.50% | 4.32% | 1.34% | 28.17% | 71.48% | 1 |
| 115 | 59186 | -0.55% | 44678 | 5913 | 13.23% | 34,585 | 77.41% | 10.69% | 2.61% | 1.68% | 14.99% | 84.22% | 1 |
| 116 | 59175 | -0.56% | 43703 | 5104 | 11.68% | 30,740 | 70.34% | 9.13% | 6.05% | 5.22% | 20.40% | 78.42% | 1 |
| 117 | 59968 | 0.77% | 49540 | 8470 | 17.10% | 33,403 | 67.43% | 18.88% | 3.56% | 2.45% | 24.89% | 74.11% | 1 |
| 118 | 60268 | 1.27% | 49965 | 13150 | 26.32% | 28,246 | 56.53% | 31.60% | 5.39% | 3.94% | 40.93% | 58.16% | 1 |
| 119 | 60064 | 0.93% | 43964 | 3440 | 7.82% | 35,104 | 79.85% | 8.06% | 4.11% | 2.52% | 14.69% | 84.90% | 1 |
| 120 | 59968 | 0.77% | 48143 | 12604 | 26.18% | 30,811 | 64.00% | 29.90% | 2.17% | 0.98% | 33.06% | 66.44% | 1 |
| 121 | 59056 | -0.76% | 43180 | 10383 | 24.05% | 27,549 | 63.80% | 25.49% | 6.11% | 1.64% | 33.23% | 65.10% | 1 |
| 122 | 58712 | -1.34% | 43395 | 6465 | 14.90% | 30,535 | 70.37% | 13.05% | 4.42% | 5.07% | 22.54% | 76.50% | 1 |
| 123 | 59314 | -0.33% | 45628 | 9401 | 20.60% | 29,916 | 65.57% | 15.74% | 3.70% | 3.58% | 23.02% | 75.81% | 1 |
| 124 | 59743 | 0.39% | 48100 | 24637 | 51.22% | 19,752 | 41.06% | 51.31% | 2.74% | 2.00% | 56.05% | 43.54% | 1 |
| 125 | 60329 | 1.37% | 44930 | 26323 | 58.59% | 15,698 | 34.94% | 57.91% | 2.98% | 0.57% | 61.46% | 37.55% | 1 |
| 126 | 59319 | -0.32% | 45424 | 24204 | 53.28% | 18,722 | 41.22% | 55.29% | 3.36% | 1.34% | 60.00% | 38.97% | 1 |
| 127 | 58981 | -0.89% | 45754 | 24122 | 52.72% | 15,783 | 34.50% | 55.89% | 5.28% | 1.67% | 62.84% | 36.58% | 1 |
| 128 | 59778 | 0.45% | 46116 | 25887 | 56.13% | 18,659 | 40.46% | 55.20% | 1.76% | 0.30% | 57.26% | 42.68% | 1 |
| 129 | 60366 | 1.44% | 45898 | 9084 | 19.79% | 33,569 | 73.14% | 18.82% | 2.24% | 0.43% | 21.49% | 77.46% | 2 |
| 130 | 59587 | 0.13% | 46284 | 7170 | 15.49% | 36,697 | 79.29% | 14.16% | 0.86% | 1.09% | 16.11% | 82.24% | 1 |
| 131 | 58988 | -0.88% | 46234 | 12262 | 26.52% | 31,651 | 68.46% | 28.65% | 1.88% | 0.50% | 31.03% | 68.31% | 0 |
| 132 | 58773 | -1.24% | 45237 | 20829 | 46.04% | 21,329 | 47.15% | 47.57% | 1.51% | 0.76% | 49.84% | 50.07% | 1 |

## Population Summary Report

### Georgia State House --Jan 19_House

Indicates changed from Illustrative

| District | 2020 Pop. | % 2020 Deviation | 18+ Pop | 18+ AP Black | % 18+ AP Black | 18+ NH White | % 18+ NH White | 2015-19 BCVAP* | 2015-19 LCVAP* | 2015-19 ACVAP* | 2015-19 B+L+A CVAP* | 2015-19 NH White CVAP* | Incumbent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 133 | 59012 | -0.84% | 45765 | 8177 | 17.87% | 34,472 | 75.32% | 19.52% | 2.96% | 0.73% | 23.22% | 75.96% | 1 |
| 134 | 60267 | 1.27% | 46314 | 10009 | 21.61% | 29,026 | 62.67% | 19.90% | 6.01% | 4.70% | 30.61% | 67.71% | 1 |
| 135 | 60394 | 1.48% | 46220 | 23789 | 51.47% | 18,003 | 38.95% | 53.09% | 4.18% | 0.99% | 58.25% | 40.34% | 1 |
| 136 | 60319 | 1.36% | 45737 | 27518 | 60.17% | 13,921 | 30.44% | 57.53% | 5.86% | 1.70% | 65.09% | 34.09% | 1 |
| 137 | 59571 | 0.10% | 44675 | 1706 | 3.82% | 31,094 | 69.60% | 3.45% | 5.31% | 4.53% | 13.29% | 85.84% | 1 |
| 138 | 60369 | 1.44% | 45111 | 23620 | 52.36% | 16,367 | 36.28% | 52.83% | 6.87% | 1.77% | 61.47% | 38.14% | 2 |
| 139 | 58655 | -1.44% | 46825 | 24816 | 53.00% | 18,739 | 40.02% | 55.23% | 2.73% | 0.38% | 58.34% | 41.81% | 1 |
| 140 | 59514 | 0.01% | 45283 | 11282 | 24.91% | 28,854 | 63.72% | 23.67% | 3.53% | 3.86% | 31.05% | 68.44% | 2 |
| 141 | 59635 | 0.21% | 46376 | 12450 | 26.85% | 30,458 | 65.68% | 25.55% | 2.09% | 2.24% | 29.87% | 69.00% | 1 |
| 142 | 59571 | 0.10% | 43807 | 27567 | 62.93% | 13,843 | 31.60% | 65.19% | 1.30% | 1.17% | 67.66% | 32.01% | 1 |
| 143 | 60158 | 1.09% | 47032 | 27762 | 59.03% | 15,915 | 33.84% | 57.23% | 1.79% | 1.08% | 60.09% | 39.21% | 1 |
| 144 | 59091 | -0.71% | 48207 | 24303 | 50.41% | 21,635 | 44.88% | 52.61% | 1.54% | 0.52% | 54.67% | 45.28% | 1 |
| 145 | 58633 | -1.48% | 46474 | 9824 | 21.14% | 33,908 | 72.96% | 22.47% | 1.80% | 0.73% | 25.00% | 74.07% | 1 |
| 146 | 60272 | 1.28% | 45763 | 12384 | 27.06% | 28,835 | 63.01% | 27.14% | 4.13% | 1.57% | 32.85% | 66.03% | 1 |
| 147 | 60203 | 1.16% | 45383 | 18665 | 41.13% | 21,260 | 46.85% | 40.96% | 3.64% | 1.24% | 45.84% | 52.90% | 1 |
| 148 | 60261 | 1.26% | 46384 | 15799 | 34.06% | 27,866 | 60.08% | 35.91% | 2.11% | 0.32% | 38.34% | 61.20% | 1 |
| 149 | 60393 | 1.48% | 47506 | 13263 | 27.92% | 30,684 | 64.59% | 29.33% | 1.92% | 0.63% | 31.88% | 67.59% | 2 |
| 150 | 59281 | -0.39% | 44290 | 13864 | 31.30% | 25,589 | 57.78% | 27.78% | 4.75% | 0.47% | 33.00% | 65.64% | 1 |
| 151 | 60241 | 1.23% | 47603 | 26961 | 56.64% | 17,328 | 36.40% | 57.36% | 1.68% | 1.19% | 60.24% | 39.24% | 1 |
| 152 | 60383 | 1.47% | 46089 | 12491 | 27.10% | 30,436 | 66.04% | 27.87% | 2.59% | 1.59% | 32.06% | 66.29% | 1 |
| 153 | 60315 | 1.35% | 46133 | 26737 | 57.96% | 17,158 | 37.19% | 60.06% | 1.10% | 0.48% | 61.64% | 37.40% | 1 |
| 154 | 60120 | 1.02% | 47053 | 28682 | 60.96% | 17,009 | 36.15% | 61.51% | 0.93% | 0.11% | 62.54% | 36.86% | 2 |
| 155 | 60299 | 1.32% | 46955 | 13625 | 29.02% | 30,108 | 64.12% | 30.29% | 2.36% | 0.47% | 33.11% | 66.51% | 1 |
| 156 | 60310 | 1.34% | 45966 | 11261 | 24.50% | 29,666 | 64.54% | 27.56% | 6.18% | 0.41% | 34.15% | 65.17% | 1 |
| 157 | 60385 | 1.47% | 43879 | 8911 | 20.31% | 29,670 | 67.62% | 18.78% | 5.30% | 1.53% | 25.60% | 73.24% | 1 |
| 158 | 59899 | 0.65% | 46645 | 13389 | 28.70% | 30,321 | 65.00% | 29.75% | 1.83% | 0.18% | 31.75% | 67.67% | 1 |
| 159 | 60289 | 1.31% | 45813 | 13511 | 29.49% | 29,922 | 65.31% | 30.64% | 1.58% | 0.61% | 32.83% | 66.49% | 1 |
| 160 | 60376 | 1.45% | 48275 | 13686 | 28.35% | 30,410 | 62.99% | 29.21% | 2.71% | 0.95% | 32.86% | 66.60% | 1 |
| 161 | 58778 | -1.23% | 43577 | 7209 | 16.54% | 30,951 | 71.03% | 14.95% | 3.31% | 1.76% | 20.01% | 78.46% | 1 |
| 162 | 58812 | -1.17% | 46024 | 23512 | 51.09% | 15,576 | 33.84% | 59.67% | 3.65% | 0.72% | 64.03% | 35.84% | 1 |
| 163 | 59794 | 0.48% | 47195 | 20965 | 44.42% | 20,150 | 42.70% | 47.07% | 5.85% | 2.29% | 55.21% | 43.59% | 1 |
| 164 | 59044 | -0.78% | 45603 | 12625 | 27.68% | 26,700 | 58.55% | 26.91% | 4.44% | 2.21% | 33.56% | 65.76% | 1 |
| 165 | 58747 | -1.28% | 47382 | 21620 | 45.63% | 21,089 | 44.51% | 55.42% | 2.77% | 1.07% | 59.26% | 39.61% | 0 |
| 166 | 60391 | 1.48% | 49311 | 5197 | 10.54% | 39,002 | 79.09% | 10.98% | 2.92% | 2.90% | 16.80% | 82.62% | 1 |
| 167 | 59467 | -0.07% | 44901 | 9385 | 20.90% | 30,674 | 68.31% | 24.06% | 3.54% | 0.83% | 28.44% | 70.51% | 1 |
| 168 | 59770 | 0.44% | 43539 | 20902 | 48.01% | 15,893 | 36.50% | 46.31% | 11.58% | 2.03% | 59.92% | 38.18% | 1 |
| 169 | 59925 | 0.70% | 45421 | 1798 | 3.96% | 38,876 | 85.59% | 2.53% | 2.42% | 0.88% | 5.83% | 93.29% | 1 |
| 170 | 59423 | -0.15% | 45091 | 8842 | 19.61% | 31,424 | 69.69% | 18.27% | 3.75% | 1.04% | 23.06% | 76.67% | 1 |
| 171 | 60381 | 1.46% | 46194 | 16434 | 35.58% | 25,712 | 55.66% | 36.86% | 2.56% | 0.63% | 40.04% | 59.13% | 0 |
| 172 | 59115 | -0.67% | 43781 | 12277 | 28.04% | 24,085 | 55.01% | 32.55% | 6.73% | 0.61% | 39.88% | 59.28% | 1 |
| 173 | 60277 | 1.29% | 46589 | 12839 | 27.56% | 30,321 | 65.08% | 27.33% | 2.41% | 0.62% | 30.35% | 68.75% | 2 |
| 174 | 59569 | 0.10% | 45564 | 10033 | 22.02% | 31,381 | 68.87% | 21.69% | 2.09% | 0.78% | 24.56% | 74.80% | 1 |
| 175 | 60326 | 1.37% | 44932 | 9409 | 20.94% | 30,669 | 68.26% | 20.09% | 5.81% | 0.92% | 26.83% | 71.60% | 1 |
| 176 | 60139 | 1.06% | 45709 | 11769 | 25.75% | 28,225 | 61.75% | 27.76% | 5.20% | 0.43% | 33.39% | 65.75% | 1 |
| 177 | 59888 | 0.63% | 45493 | 23477 | 51.61% | 17,877 | 39.30% | 50.02% | 3.47% | 1.87% | 55.36% | 44.57% | 1 |
| 178 | 60261 | 1.26% | 45780 | 7164 | 15.65% | 34,933 | 76.31% | 16.83% | 3.21% | 0.38% | 20.42% | 79.21% | 1 |
| 179 | 59502 | -0.02% | 47468 | 12476 | 26.28% | 30,835 | 64.96% | 27.36% | 2.91% | 1.63% | 31.90% | 67.38% | 1 |
| 180 | 60160 | 1.09% | 45771 | 8338 | 18.22% | 32,584 | 71.19% | 19.63% | 4.76% | 1.59% | 25.98% | 72.79% | 1 |
| **Total 2020 Pop.** | **10,711,908** | 2.96% | 8,220,274 | 2,607,986 | 31.73% | 4,342,333 | 52.82% | | | | | | |
| **Majority Districts** | | | | | 54 | 101 | | 54 | | | 69 | 111 | |

# EXHIBIT A-4



Illustrative 2 Senate
District by BVAP

©2019 CALIPER; ©2018 HERE



Illustrative 2 Senate
District by BVAP

Miles
0   7.5   15

023
50.5%

004
23.4%

001
25.9%

008
24.3%

013
31.9%

©2019 CALIPER; ©2018 HERE







Illustrative 2 Senate

Miles

0   7.5   15

District by BVAP

©2019 CALIPER; ©2018 HERE



Illustrative 2 Senate

District by BVAP

Miles

0   1.5   3

047
10.1%

045
25.1%

009
50.9%

005
30.7%

055
51.4%

041
50.5%

025
22.0%

043
58.1%

WALTON

NEWTON

ROCKDALE

GWINNETT

DEKALB

Lawrenceville

Grayson

Snellville

Loganville

Between

Redan

©2019 CALIPER; ©2018 HERE

Illustrative 2 Senate

Miles

District by BVAP

NEWTON

GWINNETT

043
58.1%

009
50.9%

ROCKDALE

017
62.5%

HENRY

055
51.4%

041
50.5%

DEKALB

010
69.8%

042
21.2%

044
55.1%

036
51.4%

CLAYTON

034
77.8%

028
52.7%

039
51.5%

038
54.9%

FULTON

FAYETTE

©2019 CALIPER, ©2018 HERE

Illustrative 2 Senate

District by BVAP

Miles

0   7.5   15

©2019 CALIPER; ©2018 HERE

Illustrative 2 Senate
District by BVAP

Miles
0   10   20







Illustrative 2 Senate

District by BVAP

©2019 CALIPER; ©2018 HERE

Illustrative 2 Senate

District by BVAP

Miles
0   5   10



Illustrative 2 Senate
District by BVAP







**Illustrative 2 Senate**

**District by BVAP**

Miles

0   10   20



Illustrative 2 Senate

District by BVAP



