

Illustrative 2 Senate

District by BVAP

Miles
0   5   10







Illustrative 2 Senate
District by BVAP

Miles

0   2   4



Illustrative 2 Senate
District by BVAP













Illustrative 2 Senate
District by BVAP

Miles
0   1   2





Illustrative 2 Senate

District by BVAP







**Illustrative 2 Senate**

District by BVAP

Miles

0   1.5   3



Illustrative 2 Senate
District by BVAP

Miles
0   1.5   3







**Illustrative 2 Senate**

**District by BVAP**



Illustrative 2 Senate

District by BVAP





Illustrative 2 Senate
District by BVAP







**Illustrative 2 Senate**

**District by BVAP**





# EXHIBIT A-1



**Illustrative 2 Senate**

0   40   80

Miles

©2019 CALIPER



Illustrative 2 Senate

0    15    30
Miles



Illustrative 2 House

0    40    80
Miles

©2019 CALIPER



Illustrative 2 House

# EXHIBIT A-2

**Population Summary Report**

# Georgia State Senate - Jan 19 Draft

| District | 2020 Pop. | % 2020 Deviation | 18+ Pop | 18+ AP Black | % 18+ AP Black | 18+_NH White | % 18+ NH White | 2015-19 BCVAP* | 2015-19 LCVAP* | 2015-19 ACVAP* | 2015-19 B+L+A CVAP* | 2015-19 NH White CVAP* | Incumbents |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 190422 | -0.45% | 145737 | 37684 | 25.86% | 88176 | 60.50% | 24.69% | 6.29% | 2.52% | 33.50% | 65.14% | 1 |
| 002 | 193187 | 0.99% | 153029 | 71064 | 46.44% | 62214 | 40.66% | 52.60% | 4.26% | 1.50% | 58.37% | 40.79% | 1 |
| 003 | 189593 | -0.88% | 147133 | 27905 | 18.97% | 105980 | 72.03% | 20.79% | 3.07% | 1.31% | 25.18% | 73.98% | 1 |
| 004 | 189778 | -0.79% | 144615 | 33866 | 23.42% | 98287 | 67.96% | 24.08% | 2.63% | 0.95% | 27.65% | 71.69% | 1 |
| 005 | 189565 | -0.90% | 138831 | 42588 | 30.68% | 29419 | 21.19% | 37.68% | 17.32% | 11.14% | 66.15% | 32.70% | 1 |
| 006 | 192162 | 0.46% | 144728 | 72518 | 50.11% | 38268 | 26.44% | 53.94% | 9.79% | 2.45% | 66.17% | 33.41% | 1 |
| 007 | 191638 | 0.19% | 145231 | 47324 | 32.59% | 83604 | 57.57% | 32.13% | 4.00% | 1.15% | 37.27% | 61.87% | 1 |
| 008 | 190960 | -0.17% | 144081 | 35029 | 24.31% | 92298 | 64.06% | 26.19% | 4.89% | 0.46% | 31.53% | 67.73% | 1 |
| 009 | 190917 | -0.19% | 139935 | 71186 | 50.87% | 40414 | 28.88% | 50.27% | 6.60% | 5.01% | 61.89% | 37.26% | 1 |
| 010 | 192564 | 0.67% | 150543 | 105014 | 69.76% | 33702 | 22.39% | 70.00% | 2.80% | 1.61% | 74.42% | 24.98% | 1 |
| 011 | 193080 | 0.94% | 146576 | 43588 | 29.74% | 88210 | 60.18% | 30.87% | 3.35% | 0.43% | 34.65% | 64.53% | 1 |
| 012 | 192997 | 0.90% | 150855 | 86499 | 57.34% | 56492 | 37.45% | 58.64% | 1.34% | 0.73% | 60.71% | 38.74% | 1 |
| 013 | 189512 | -0.93% | 146437 | 46703 | 31.89% | 91125 | 62.23% | 32.66% | 2.21% | 0.49% | 35.35% | 64.19% | 1 |
| 014 | 189408 | -0.98% | 144804 | 13381 | 9.24% | 107883 | 74.50% | 9.18% | 5.48% | 1.39% | 16.05% | 83.02% | 1 |
| 015 | 190014 | -0.66% | 144217 | 73953 | 51.28% | 54825 | 38.02% | 50.56% | 5.48% | 1.73% | 57.77% | 40.95% | 1 |
| 016 | 192188 | 0.47% | 147817 | 28084 | 19.00% | 104658 | 70.80% | 19.45% | 3.29% | 1.31% | 24.05% | 74.81% | 1 |
| 017 | 190669 | -0.32% | 144304 | 90131 | 62.46% | 44015 | 30.50% | 58.65% | 2.75% | 1.42% | 62.82% | 36.47% | 1 |
| 018 | 192402 | 0.58% | 149925 | 39525 | 26.36% | 98905 | 65.97% | 26.25% | 3.12% | 1.70% | 31.08% | 68.10% | 1 |
| 019 | 190681 | -0.32% | 136842 | 17295 | 12.64% | 75740 | 55.35% | 12.09% | 6.70% | 10.58% | 29.37% | 69.77% | 1 |
| 020 | 190672 | -0.32% | 144582 | 44771 | 30.97% | 85398 | 59.07% | 31.82% | 3.54% | 1.81% | 37.17% | 62.34% | 3 |
| 021 | 190228 | -0.55% | 143818 | 11810 | 8.21% | 103899 | 72.24% | 7.93% | 5.29% | 4.07% | 17.29% | 81.94% | 1 |
| 022 | 192096 | 0.42% | 150253 | 78364 | 52.15% | 58156 | 38.71% | 52.64% | 4.12% | 1.80% | 58.57% | 40.48% | 1 |
| 023 | 193019 | 0.91% | 150895 | 76265 | 50.54% | 66957 | 44.37% | 51.51% | 1.90% | 0.71% | 54.12% | 45.58% | 0 |
| 024 | 189380 | -1.00% | 141326 | 28529 | 20.19% | 94552 | 66.90% | 19.38% | 4.31% | 3.00% | 26.69% | 72.23% | 1 |
| 025 | 193153 | 0.98% | 148510 | 32688 | 22.01% | 105624 | 71.12% | 22.67% | 2.03% | 0.76% | 25.46% | 74.15% | 1 |
| 026 | 191806 | 0.27% | 147242 | 79463 | 53.97% | 55112 | 37.43% | 55.20% | 2.59% | 0.91% | 58.70% | 40.38% | 1 |
| 027 | 192327 | 0.55% | 140032 | 6859 | 4.90% | 99309 | 70.92% | 3.84% | 5.52% | 4.74% | 14.10% | 85.27% | 1 |
| 028 | 189511 | -0.93% | 144559 | 76234 | 52.74% | 52312 | 36.19% | 51.25% | 4.28% | 2.48% | 58.01% | 41.27% | 1 |
| 029 | 192563 | 0.67% | 148231 | 32337 | 21.82% | 103502 | 69.82% | 22.52% | 2.59% | 1.71% | 26.81% | 72.42% | 1 |
| 030 | 191048 | -0.12% | 143290 | 40806 | 28.48% | 86001 | 60.02% | 26.49% | 4.17% | 0.86% | 31.52% | 67.30% | 1 |
| 031 | 192838 | 0.81% | 142871 | 20412 | 14.29% | 108330 | 75.82% | 12.58% | 3.78% | 0.81% | 17.17% | 82.28% | 1 |
| 032 | 191998 | 0.37% | 146873 | 16153 | 11.00% | 101532 | 69.13% | 10.55% | 4.88% | 6.07% | 21.50% | 77.60% | 1 |
| 033 | 190485 | -0.42% | 152184 | 46655 | 30.66% | 69048 | 45.37% | 31.76% | 7.31% | 4.64% | 43.71% | 55.22% | 0 |
| 034 | 192385 | 0.58% | 141537 | 110176 | 77.84% | 9886 | 6.98% | 81.66% | 4.48% | 3.15% | 89.29% | 9.66% | 1 |
| 035 | 190688 | -0.31% | 144403 | 91434 | 63.32% | 42340 | 29.32% | 62.38% | 3.34% | 0.58% | 66.30% | 33.20% | 1 |
| 036 | 189709 | -0.82% | 155038 | 79675 | 51.39% | 56246 | 36.28% | 52.74% | 3.72% | 2.40% | 58.87% | 40.48% | 1 |
| 037 | 191504 | 0.12% | 148063 | 30815 | 20.81% | 94452 | 63.79% | 19.95% | 5.42% | 3.59% | 28.96% | 70.24% | 1 |
| 038 | 190687 | -0.31% | 146367 | 80317 | 54.87% | 50232 | 34.32% | 55.58% | 3.94% | 1.59% | 61.11% | 38.19% | 0 |
| 039 | 192517 | 0.64% | 164280 | 84589 | 51.49% | 57870 | 35.23% | 55.63% | 3.38% | 4.57% | 63.57% | 35.72% | 1 |
| 040 | 190619 | -0.35% | 148386 | 25289 | 17.04% | 77864 | 52.47% | 18.21% | 5.78% | 8.52% | 32.50% | 66.67% | 1 |
| 041 | 192030 | 0.39% | 143295 | 72313 | 50.46% | 27568 | 19.24% | 59.17% | 5.82% | 7.79% | 72.78% | 26.32% | 1 |
| 042 | 190728 | -0.29% | 152760 | 32390 | 21.20% | 86335 | 56.52% | 23.86% | 4.26% | 5.71% | 33.82% | 65.21% | 1 |
| 043 | 192877 | 0.83% | 145032 | 84221 | 58.07% | 48236 | 33.26% | 55.83% | 3.82% | 0.95% | 60.60% | 38.61% | 1 |
| 044 | 190473 | -0.42% | 143652 | 79117 | 55.08% | 43805 | 30.49% | 52.66% | 5.29% | 4.82% | 62.77% | 36.43% | 1 |
| 045 | 189946 | -0.70% | 143418 | 36029 | 25.12% | 57640 | 40.19% | 24.68% | 9.62% | 11.80% | 46.09% | 53.06% | 0 |
| 046 | 191838 | 0.29% | 154586 | 31072 | 20.10% | 101026 | 65.35% | 23.54% | 3.76% | 2.88% | 30.17% | 69.04% | 1 |
| 047 | 192337 | 0.55% | 143977 | 14539 | 10.10% | 109022 | 75.72% | 9.56% | 4.98% | 2.22% | 16.76% | 82.43% | 1 |
| 048 | 192864 | 0.83% | 146388 | 22776 | 15.56% | 62046 | 42.38% | 17.14% | 7.44% | 19.14% | 43.72% | 55.48% | 1 |
| 049 | 193020 | 0.91% | 146060 | 11833 | 8.10% | 92038 | 63.01% | 8.83% | 12.41% | 2.03% | 23.26% | 75.92% | 1 |
| 050 | 193087 | 0.94% | 151880 | 16419 | 10.81% | 121009 | 79.67% | 11.88% | 3.12% | 0.94% | 15.94% | 83.31% | 1 |
| 051 | 192202 | 0.48% | 157732 | 2079 | 1.32% | 142041 | 90.05% | 1.44% | 2.40% | 0.54% | 4.38% | 94.49% | 1 |
| 052 | 189397 | -0.99% | 145086 | 17368 | 11.97% | 106752 | 73.58% | 11.81% | 5.27% | 0.99% | 18.07% | 81.27% | 1 |
| 053 | 190553 | -0.38% | 148171 | 6801 | 4.59% | 130398 | 88.01% | 4.46% | 1.81% | 0.73% | 7.00% | 91.96% | 1 |
| 054 | 189836 | -0.76% | 143725 | 4156 | 2.89% | 106459 | 74.07% | 3.23% | 9.89% | 0.75% | 13.87% | 83.97% | 1 |
| 055 | 189516 | -0.92% | 144254 | 74077 | 51.35% | 42999 | 29.81% | 53.66% | 4.69% | 6.02% | 64.37% | 34.69% | 1 |
| 056 | 190234 | -0.55% | 151878 | 25818 | 17.00% | 92122 | 60.66% | 18.15% | 5.83% | 4.34% | 28.32% | 70.99% | 1 |
| **Total 2020 Pop.** | **10,711,908** | **1.99%** | **8,220,274** | **2,607,986** | **31.73%** | **4,342,333** | **52.82%** | | | | | | |

**Majority Districts** — 19 — 20 — 21 — 35

**CVAP Source:**

* 2015-19 ACS Special Tabulation

Note: Citizen Voting Age Population (CVAP) percentages are disaggregated from block-gorup level ACS estimates (with a survey midpoint of July 2017)

Source for disaggregation: Redistricting Data Hub

https://redistrictingdatahub.org/dataset/georgia-cvap-data-disaggregated-to-the-2020-block-level-2019/

# EXHIBIT A-3

**Population Summary Report**

**Georgia State House --Jan 19_House**

Indicates changed from Illustrative

| District | 2020 Pop. | % 2020 Deviation | 18+ Pop | 18+ AP Black | % 18+ AP Black | 18+_NH White | % 18+ NH White | 2015-19 BCVAP* | 2015-19 LCVAP* | 2015-19 ACVAP* | 2015-19 B+L+A CVAP* | 2015-19 NH White CVAP* | Incumbent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 59437 | -0.12% | 46702 | 1872 | 4.01% | 41,873 | 89.66% | 4.33% | 1.50% | 0.61% | 6.45% | 92.41% | 1 |
| 002 | 59950 | 0.74% | 46103 | 1428 | 3.10% | 40,396 | 87.62% | 2.74% | 2.99% | 0.27% | 6.00% | 92.98% | 1 |
| 003 | 60199 | 1.16% | 46716 | 1565 | 3.35% | 41,325 | 88.46% | 3.08% | 1.83% | 1.37% | 6.29% | 92.55% | 1 |
| 004 | 59715 | 0.34% | 43446 | 2164 | 4.98% | 22,742 | 52.35% | 5.09% | 21.46% | 0.44% | 26.99% | 71.87% | 1 |
| 005 | 58992 | -0.87% | 44689 | 1958 | 4.38% | 35,181 | 78.72% | 4.45% | 6.37% | 0.91% | 11.73% | 87.30% | 1 |
| 006 | 59171 | -0.57% | 44514 | 1035 | 2.33% | 33,732 | 75.78% | 2.80% | 10.16% | 1.46% | 14.42% | 85.09% | 1 |
| 007 | 60117 | 1.02% | 49292 | 311 | 0.63% | 44,360 | 89.99% | 0.73% | 2.28% | 0.42% | 3.42% | 95.10% | 1 |
| 008 | 59365 | -0.25% | 50050 | 490 | 0.98% | 45,859 | 91.63% | 1.39% | 2.31% | 0.50% | 4.19% | 94.80% | 1 |
| 009 | 60286 | 1.30% | 49130 | 756 | 1.54% | 43,602 | 88.75% | 1.84% | 2.75% | 0.59% | 5.18% | 93.81% | 1 |
| 010 | 59086 | -0.71% | 46638 | 1808 | 3.88% | 40,194 | 86.18% | 3.48% | 3.24% | 0.91% | 7.63% | 91.53% | 1 |
| 011 | 59778 | 0.45% | 47979 | 1360 | 2.83% | 42,340 | 88.25% | 3.04% | 3.08% | 0.84% | 6.96% | 88.11% | 1 |
| 012 | 58876 | -1.07% | 45889 | 5769 | 12.57% | 34,666 | 75.54% | 11.82% | 3.31% | 1.08% | 16.21% | 83.56% | 1 |
| 013 | 60165 | 1.10% | 46446 | 7607 | 16.38% | 33,270 | 71.63% | 17.45% | 4.55% | 0.74% | 22.74% | 76.09% | 1 |
| 014 | 59851 | 0.57% | 45621 | 5640 | 12.36% | 35,559 | 77.94% | 12.33% | 2.90% | 0.37% | 15.60% | 83.85% | 1 |
| 015 | 58951 | -0.94% | 45278 | 5297 | 11.70% | 33,770 | 74.58% | 11.63% | 4.05% | 1.11% | 16.79% | 82.16% | 1 |
| 016 | 59084 | -0.72% | 44651 | 3328 | 7.45% | 36,683 | 82.15% | 9.12% | 3.76% | 0.60% | 13.48% | 85.97% | 2 |
| 017 | 58802 | -1.19% | 41822 | 6656 | 15.92% | 30,587 | 73.14% | 10.44% | 5.47% | 0.73% | 16.65% | 82.41% | 1 |
| 018 | 59116 | -0.66% | 45784 | 10515 | 22.97% | 29,816 | 65.12% | 22.76% | 3.69% | 0.48% | 26.93% | 72.01% | 0 |
| 019 | 58641 | -1.46% | 43696 | 8349 | 19.11% | 31,338 | 71.72% | 16.47% | 3.59% | 1.89% | 21.96% | 77.76% | 1 |
| 020 | 59666 | 0.26% | 46479 | 4701 | 10.11% | 34,117 | 73.40% | 9.65% | 6.04% | 1.65% | 17.34% | 82.03% | 1 |
| 021 | 60270 | 1.28% | 45210 | 3516 | 7.78% | 34,132 | 75.50% | 7.79% | 7.73% | 1.62% | 17.14% | 82.12% | 1 |
| 022 | 58963 | -0.92% | 42831 | 3209 | 7.49% | 31,979 | 74.66% | 9.61% | 4.06% | 5.26% | 18.94% | 80.58% | 1 |
| 023 | 60197 | 1.15% | 44638 | 3920 | 8.78% | 31,316 | 70.16% | 7.90% | 5.42% | 2.22% | 15.55% | 83.72% | 1 |
| 024 | 60138 | 1.05% | 43694 | 1620 | 3.71% | 35,819 | 81.98% | 1.63% | 5.03% | 1.24% | 7.90% | 91.75% | 0 |
| 025 | 59131 | -0.64% | 41640 | 2743 | 6.59% | 23,150 | 55.60% | 6.20% | 6.12% | 12.97% | 25.29% | 73.84% | 1 |
| 026 | 58847 | -1.12% | 41465 | 2232 | 5.38% | 27,265 | 65.75% | 5.60% | 5.36% | 7.39% | 18.35% | 80.50% | 1 |
| 027 | 59826 | 0.53% | 47540 | 2283 | 4.80% | 36,129 | 76.00% | 5.30% | 9.82% | 1.33% | 16.45% | 82.93% | 1 |
| 028 | 59060 | -0.76% | 45656 | 2844 | 6.23% | 36,993 | 81.03% | 6.68% | 4.21% | 1.72% | 12.61% | 86.28% | 1 |
| 029 | 58947 | -0.95% | 41714 | 6087 | 14.59% | 14,625 | 35.06% | 18.89% | 24.83% | 2.45% | 46.16% | 52.59% | 1 |
| 030 | 59394 | -0.20% | 45499 | 2901 | 6.38% | 32,464 | 71.35% | 6.46% | 8.63% | 2.33% | 17.42% | 82.08% | 1 |
| 031 | 59858 | 0.58% | 44200 | 3370 | 7.62% | 34,961 | 79.10% | 8.49% | 4.40% | 2.03% | 14.92% | 84.43% | 1 |
| 032 | 59541 | 0.05% | 46808 | 5534 | 11.82% | 38,219 | 81.65% | 12.82% | 2.01% | 0.74% | 15.56% | 83.86% | 1 |
| 033 | 59586 | 0.13% | 46648 | 8571 | 18.37% | 34,478 | 73.91% | 20.26% | 1.96% | 0.32% | 22.53% | 77.09% | 1 |
| 034 | 58806 | -1.18% | 45799 | 9739 | 21.26% | 30,332 | 66.23% | 20.53% | 4.97% | 3.04% | 28.54% | 70.60% | 1 |
| 035 | 59432 | -0.13% | 45932 | 11287 | 24.57% | 26,008 | 56.62% | 25.41% | 6.60% | 4.00% | 36.02% | 62.89% | 1 |
| 036 | 58748 | -1.28% | 44526 | 5425 | 12.18% | 32,692 | 73.42% | 10.31% | 4.38% | 3.85% | 18.54% | 81.04% | 1 |
| 037 | 58759 | -1.26% | 45657 | 14366 | 31.47% | 19,998 | 43.80% | 34.50% | 8.50% | 4.09% | 47.08% | 52.67% | 1 |
| 038 | 58628 | -1.48% | 44687 | 23014 | 51.50% | 13,792 | 30.86% | 51.77% | 8.20% | 2.80% | 62.77% | 36.62% | 1 |
| 039 | 59217 | -0.49% | 45078 | 23090 | 51.22% | 13,130 | 29.13% | 52.36% | 7.78% | 2.22% | 62.37% | 37.74% | 1 |
| 040 | 59087 | -0.71% | 43696 | 28674 | 65.62% | 9,474 | 21.68% | 69.36% | 4.78% | 2.00% | 76.14% | 23.14% | 1 |
| 041 | 58750 | -1.28% | 43855 | 15527 | 35.41% | 16,029 | 36.55% | 40.39% | 10.35% | 4.56% | 55.30% | 44.07% | 1 |
| 042 | 59492 | -0.03% | 49167 | 15717 | 31.97% | 17,925 | 36.46% | 39.05% | 9.24% | 4.95% | 53.25% | 45.30% | 1 |
| 043 | 58895 | -1.04% | 45618 | 8790 | 19.27% | 25,736 | 56.42% | 18.03% | 5.58% | 6.20% | 29.82% | 68.89% | 1 |
| 044 | 58816 | -1.17% | 47689 | 9059 | 19.00% | 29,027 | 60.87% | 17.52% | 6.12% | 4.65% | 28.30% | 70.68% | 1 |
| 045 | 58712 | -1.34% | 44858 | 5725 | 12.76% | 30,946 | 68.99% | 9.64% | 4.46% | 5.16% | 19.26% | 80.39% | 1 |
| 046 | 60086 | 0.97% | 44683 | 3543 | 7.93% | 33,464 | 74.89% | 6.60% | 4.71% | 5.09% | 16.39% | 82.38% | 1 |
| 047 | 59665 | 0.26% | 45057 | 5818 | 12.91% | 22,802 | 50.61% | 13.73% | 7.85% | 14.63% | 36.22% | 62.74% | 0 |
| 048 | 59887 | 0.63% | 46318 | 6569 | 14.18% | 28,517 | 61.57% | 17.42% | 6.50% | 4.70% | 28.63% | 70.84% | 1 |
| 049 | 58771 | -1.24% | 44121 | 5290 | 11.99% | 24,051 | 54.51% | 12.57% | 4.67% | 16.59% | 33.83% | 65.18% | 1 |
| 050 | 60392 | 1.48% | 46519 | 9063 | 19.48% | 14,118 | 30.35% | 18.47% | 9.35% | 28.55% | 56.37% | 42.48% | 1 |
| 051 | 60227 | 1.20% | 48254 | 10458 | 21.67% | 28,040 | 58.11% | 21.95% | 5.16% | 5.69% | 32.80% | 66.08% | 1 |
| 052 | 60265 | 1.27% | 49155 | 7426 | 15.11% | 28,331 | 57.64% | 15.81% | 6.09% | 4.86% | 26.76% | 72.49% | 1 |
| 053 | 58830 | -1.14% | 47187 | 12966 | 27.48% | 25,634 | 54.32% | 26.27% | 6.07% | 3.85% | 36.19% | 63.09% | 1 |
| 054 | 59230 | -0.47% | 51206 | 8367 | 16.34% | 35,074 | 68.50% | 14.25% | 2.82% | 5.90% | 22.96% | 76.25% | 1 |
| 055 | 59073 | -0.74% | 47334 | 24895 | 52.59% | 17,550 | 37.08% | 57.34% | 2.70% | 1.81% | 61.84% | 37.36% | 1 |
| 056 | 59420 | -0.15% | 52804 | 27857 | 52.76% | 16,832 | 31.88% | 57.59% | 4.50% | 7.26% | 69.35% | 29.92% | 1 |
| 057 | 59610 | 0.17% | 51582 | 29227 | 56.66% | 16,826 | 32.62% | 57.86% | 3.82% | 2.62% | 64.31% | 35.20% | 1 |
| 058 | 59735 | 0.38% | 52851 | 8978 | 16.99% | 33,455 | 63.30% | 13.97% | 4.48% | 5.26% | 23.70% | 75.41% | 1 |
| 059 | 58942 | -0.96% | 47719 | 26665 | 55.88% | 16,219 | 33.99% | 60.67% | 3.30% | 1.78% | 65.75% | 33.68% | 1 |
| 060 | 59197 | -0.53% | 45411 | 34928 | 76.92% | 5,864 | 12.91% | 80.25% | 3.13% | 0.89% | 84.27% | 15.14% | 1 |
| 061 | 59666 | 0.26% | 45697 | 32994 | 72.20% | 8,230 | 18.01% | 75.64% | 4.16% | 1.06% | 80.86% | 18.93% | 1 |
| 062 | 59384 | -0.21% | 45565 | 41225 | 90.48% | 1,744 | 3.83% | 91.85% | 1.92% | 0.71% | 94.48% | 4.67% | 1 |
| 063 | 58806 | -1.18% | 45567 | 30138 | 66.14% | 11,676 | 25.62% | 64.68% | 3.15% | 2.29% | 70.12% | 29.90% | 1 |
| 064 | 59151 | -0.60% | 44832 | 29047 | 64.79% | 11,797 | 26.31% | 58.96% | 3.87% | 2.99% | 65.82% | 33.32% | 1 |
| 065 | 58920 | -0.99% | 44304 | 28677 | 64.73% | 11,644 | 26.28% | 63.12% | 3.70% | 0.62% | 67.44% | 32.18% | 1 |


Indicates changed from Illustrative

**Population Summary Report**

## Georgia State House --Jan 19_House

| District | 2020 Pop. | % 2020 Deviation | 18+ Pop | 18+ AP Black | % 18+ AP Black | 18+_NH White | % 18+ NH White | 2015-19 BCVAP* | 2015-19 LCVAP* | 2015-19 ACVAP* | 2015-19 B+L+A CVAP* | 2015-19 NH White CVAP* | Incumbent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 066 | 60347 | 1.40% | 44791 | 29544 | 65.96% | 10,787 | 24.08% | 61.44% | 3.46% | 1.38% | 66.28% | 32.05% | 1 |
| 067 | 59645 | 0.23% | 44739 | 28087 | 62.78% | 12,904 | 28.84% | 58.04% | 3.23% | 0.42% | 61.69% | 37.83% | 0 |
| 068 | 58798 | -1.20% | 43885 | 10997 | 25.06% | 28,222 | 64.31% | 25.13% | 3.57% | 0.92% | 29.63% | 70.05% | 1 |
| 069 | 59534 | 0.04% | 45679 | 5452 | 11.94% | 37,178 | 81.39% | 12.42% | 2.13% | 1.02% | 15.57% | 83.22% | 1 |
| 070 | 59744 | 0.39% | 45324 | 13530 | 29.85% | 25,142 | 55.47% | 30.95% | 6.78% | 2.31% | 40.04% | 58.82% | 1 |
| 071 | 60122 | 1.03% | 45707 | 4375 | 9.57% | 36,597 | 80.07% | 8.40% | 3.79% | 1.17% | 13.36% | 86.17% | 1 |
| 072 | 58656 | -1.44% | 44356 | 4212 | 9.50% | 33,237 | 74.93% | 8.44% | 4.56% | 2.57% | 15.57% | 82.86% | 1 |
| 073 | 60364 | 1.43% | 45016 | 27267 | 60.57% | 13,220 | 29.37% | 58.61% | 4.70% | 1.74% | 65.04% | 34.15% | 1 |
| 074 | 58666 | -1.42% | 43337 | 30556 | 70.51% | 3,867 | 8.92% | 76.95% | 5.52% | 4.42% | 86.89% | 11.78% | 1 |
| 075 | 58818 | -1.16% | 43406 | 29530 | 68.03% | 5,224 | 12.04% | 71.49% | 6.85% | 5.52% | 83.86% | 14.70% | 1 |
| 076 | 60113 | 1.01% | 45375 | 32656 | 71.97% | 5,826 | 12.84% | 74.34% | 4.77% | 4.18% | 83.29% | 16.42% | 1 |
| 077 | 58912 | -1.01% | 43070 | 32766 | 76.08% | 2,874 | 6.67% | 81.32% | 5.37% | 2.96% | 89.65% | 9.11% | 1 |
| 078 | 59048 | -0.78% | 45065 | 24825 | 55.09% | 13,085 | 29.04% | 50.85% | 5.85% | 5.25% | 61.96% | 37.47% | 1 |
| 079 | 58770 | -1.25% | 44626 | 6312 | 14.14% | 24,204 | 54.24% | 14.57% | 4.76% | 8.16% | 27.50% | 71.54% | 1 |
| 080 | 60350 | 1.41% | 46448 | 8049 | 17.33% | 20,685 | 44.53% | 21.85% | 7.12% | 8.19% | 37.17% | 62.50% | 1 |
| 081 | 59188 | -0.54% | 44856 | 10639 | 23.72% | 11,988 | 26.73% | 30.23% | 14.09% | 11.59% | 55.92% | 42.55% | 1 |
| 082 | 58675 | -1.40% | 49870 | 8926 | 17.90% | 28,315 | 56.78% | 15.24% | 5.62% | 7.30% | 28.16% | 70.82% | 1 |
| 083 | 58898 | -1.03% | 44947 | 25250 | 56.18% | 16,281 | 36.22% | 59.85% | 2.58% | 1.95% | 64.38% | 35.16% | 1 |
| 084 | 58670 | -1.41% | 46089 | 31650 | 68.67% | 11,665 | 25.31% | 74.24% | 1.31% | 1.32% | 76.86% | 22.73% | 1 |
| 085 | 58922 | -0.99% | 47601 | 19783 | 41.56% | 19,894 | 41.79% | 49.98% | 2.26% | 4.40% | 56.64% | 41.92% | 1 |
| 086 | 59065 | -0.75% | 43463 | 24022 | 55.27% | 10,490 | 24.14% | 58.45% | 2.44% | 5.48% | 66.37% | 32.00% | 1 |
| 087 | 59585 | 0.12% | 45472 | 25676 | 56.47% | 11,391 | 25.05% | 59.08% | 3.37% | 6.54% | 69.00% | 30.64% | 1 |
| 088 | 59408 | -0.17% | 45810 | 26326 | 57.47% | 9,529 | 20.80% | 63.28% | 4.38% | 5.64% | 73.30% | 26.19% | 1 |
| 089 | 59915 | 0.68% | 44186 | 26012 | 53.98% | 18,319 | 38.02% | 56.91% | 2.36% | 1.93% | 61.19% | 37.98% | 1 |
| 090 | 60246 | 1.24% | 47314 | 34739 | 73.42% | 10,383 | 21.94% | 70.80% | 2.52% | 1.04% | 74.36% | 25.44% | 1 |
| 091 | 60390 | 1.48% | 45133 | 35001 | 77.55% | 6,348 | 14.07% | 76.15% | 4.42% | 0.96% | 81.53% | 17.76% | 1 |
| 092 | 59279 | -0.39% | 45194 | 41831 | 92.56% | 1,443 | 3.19% | 94.02% | 1.54% | 0.39% | 95.95% | 3.54% | 1 |
| 093 | 60260 | 1.26% | 45920 | 25233 | 54.95% | 16,745 | 36.47% | 51.89% | 3.42% | 1.43% | 56.74% | 42.91% | 1 |
| 094 | 59284 | -0.38% | 44177 | 23246 | 52.62% | 12,161 | 27.53% | 55.47% | 4.34% | 4.04% | 63.84% | 35.64% | 1 |
| 095 | 58825 | -1.15% | 46205 | 8699 | 18.83% | 23,380 | 50.60% | 20.40% | 5.70% | 12.12% | 38.22% | 61.19% | 1 |
| 096 | 58713 | -1.34% | 43674 | 11976 | 27.42% | 8,849 | 20.26% | 37.37% | 18.06% | 12.17% | 67.61% | 31.74% | 1 |
| 097 | 58771 | -1.24% | 42969 | 6202 | 14.43% | 19,803 | 46.09% | 13.97% | 6.18% | 19.96% | 40.12% | 60.28% | 1 |
| 098 | 58629 | -1.48% | 42827 | 5044 | 11.78% | 26,495 | 61.87% | 11.85% | 6.60% | 5.95% | 24.40% | 74.73% | 1 |
| 099 | 58815 | -1.17% | 41927 | 9348 | 22.30% | 5,194 | 12.39% | 32.90% | 22.43% | 18.07% | 73.40% | 25.83% | 1 |
| 100 | 58895 | -1.04% | 43773 | 13867 | 31.68% | 6,434 | 14.70% | 39.39% | 19.12% | 15.54% | 74.05% | 24.93% | 1 |
| 101 | 59164 | -0.58% | 44516 | 13187 | 29.62% | 13,550 | 30.44% | 32.18% | 11.99% | 13.56% | 57.74% | 41.57% | 1 |
| 102 | 59365 | -0.25% | 46364 | 10979 | 23.68% | 18,795 | 40.54% | 23.74% | 8.66% | 12.51% | 44.91% | 53.79% | 1 |
| 103 | 59725 | 0.36% | 43964 | 8801 | 20.02% | 21,427 | 48.74% | 19.94% | 10.38% | 6.98% | 37.30% | 61.33% | 0 |
| 104 | 58654 | -1.44% | 42236 | 12480 | 29.55% | 20,548 | 48.65% | 23.36% | 8.42% | 5.13% | 36.91% | 62.22% | 1 |
| 105 | 58966 | -0.92% | 41844 | 19286 | 46.09% | 12,357 | 29.53% | 43.96% | 10.16% | 5.49% | 59.60% | 39.44% | 1 |
| 106 | 58654 | -1.44% | 43493 | 21269 | 48.90% | 13,917 | 32.00% | 47.95% | 7.37% | 5.28% | 60.60% | 38.73% | 1 |
| 107 | 59972 | 0.77% | 43794 | 18994 | 43.37% | 17,083 | 39.01% | 40.25% | 6.01% | 4.90% | 51.16% | 46.81% | 1 |
| 108 | 58895 | -1.04% | 43797 | 9562 | 21.83% | 16,906 | 38.60% | 24.10% | 10.19% | 12.45% | 46.75% | 52.14% | 1 |
| 109 | 60106 | 1.00% | 45719 | 26570 | 58.12% | 12,933 | 28.29% | 52.77% | 5.26% | 3.95% | 61.98% | 35.15% | 1 |
| 110 | 60333 | 1.38% | 45293 | 23724 | 52.38% | 17,438 | 38.50% | 50.47% | 4.12% | 0.81% | 55.40% | 45.30% | 1 |
| 111 | 58877 | -1.07% | 43374 | 23908 | 55.12% | 14,916 | 34.39% | 50.14% | 4.61% | 2.24% | 56.99% | 42.64% | 1 |
| 112 | 60318 | 1.36% | 45032 | 24145 | 53.62% | 17,470 | 38.79% | 51.59% | 3.44% | 0.62% | 55.64% | 43.81% | 0 |
| 113 | 59934 | 0.71% | 45777 | 26080 | 56.97% | 15,434 | 33.72% | 52.85% | 2.94% | 2.30% | 58.09% | 40.44% | 1 |
| 114 | 59460 | -0.09% | 44583 | 9619 | 21.58% | 29,300 | 65.72% | 22.50% | 4.32% | 1.34% | 28.17% | 71.48% | 1 |
| 115 | 59186 | -0.55% | 44678 | 5913 | 13.23% | 34,585 | 77.41% | 10.69% | 2.61% | 1.68% | 14.99% | 84.22% | 1 |
| 116 | 59175 | -0.56% | 43703 | 5104 | 11.68% | 30,740 | 70.34% | 9.13% | 6.05% | 5.22% | 20.40% | 78.42% | 1 |
| 117 | 59968 | 0.77% | 49540 | 8470 | 17.10% | 33,403 | 67.43% | 18.88% | 3.56% | 2.45% | 24.89% | 74.11% | 1 |
| 118 | 60268 | 1.27% | 49965 | 13150 | 26.32% | 28,246 | 56.53% | 31.60% | 5.39% | 3.94% | 40.93% | 58.16% | 1 |
| 119 | 60064 | 0.93% | 43964 | 3440 | 7.82% | 35,104 | 79.85% | 8.06% | 4.11% | 2.52% | 14.69% | 84.90% | 1 |
| 120 | 59968 | 0.77% | 48143 | 12604 | 26.18% | 30,811 | 64.00% | 29.90% | 2.17% | 0.98% | 33.06% | 66.44% | 1 |
| 121 | 59056 | -0.76% | 43180 | 10383 | 24.05% | 27,549 | 63.80% | 25.49% | 6.11% | 1.64% | 33.23% | 65.10% | 1 |
| 122 | 58712 | -1.34% | 43395 | 6465 | 14.90% | 30,535 | 70.37% | 13.05% | 4.42% | 5.07% | 22.54% | 76.50% | 1 |
| 123 | 59314 | -0.33% | 45628 | 9401 | 20.60% | 29,916 | 65.57% | 15.74% | 3.70% | 3.58% | 23.02% | 75.81% | 1 |
| 124 | 59743 | 0.39% | 48100 | 24637 | 51.22% | 19,752 | 41.06% | 51.31% | 2.74% | 2.00% | 56.05% | 43.54% | 1 |
| 125 | 60329 | 1.37% | 44930 | 26323 | 58.59% | 15,698 | 34.94% | 57.91% | 2.98% | 0.57% | 61.46% | 37.55% | 1 |
| 126 | 59319 | -0.32% | 45424 | 24204 | 53.28% | 18,722 | 41.22% | 55.29% | 3.36% | 1.34% | 60.00% | 38.97% | 1 |
| 127 | 58981 | -0.89% | 45754 | 24122 | 52.72% | 15,783 | 34.50% | 55.89% | 5.28% | 1.67% | 62.84% | 36.58% | 1 |
| 128 | 59778 | 0.45% | 46116 | 25887 | 56.13% | 18,659 | 40.46% | 55.20% | 1.76% | 0.30% | 57.26% | 42.68% | 1 |
| 129 | 60366 | 1.44% | 45898 | 9084 | 19.79% | 33,569 | 73.14% | 18.82% | 2.24% | 0.43% | 21.49% | 77.46% | 2 |
| 130 | 59587 | 0.13% | 46284 | 7170 | 15.49% | 36,697 | 79.29% | 14.16% | 0.86% | 1.09% | 16.11% | 82.24% | 1 |
| 131 | 58988 | -0.88% | 46234 | 12262 | 26.52% | 31,651 | 68.46% | 28.65% | 1.88% | 0.50% | 31.03% | 68.31% | 0 |
| 132 | 58773 | -1.24% | 45237 | 20829 | 46.04% | 21,329 | 47.15% | 47.57% | 1.51% | 0.76% | 49.84% | 50.07% | 1 |

# Population Summary Report

## Georgia State House --Jan 19_House

| District | 2020 Pop. | % 2020 Deviation | 18+ Pop | 18+ AP Black | % 18+ AP Black | 18+_NH White | % 18+ NH White | 2015-19 BCVAP* | 2015-19 LCVAP* | 2015-19 ACVAP* | 2015-19 B+L+A CVAP* | 2015-19 NH White CVAP* | Incumbent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 133 | 59012 | -0.84% | 45765 | 8177 | 17.87% | 34,472 | 75.32% | 19.52% | 2.96% | 0.73% | 23.22% | 75.96% | 1 |
| 134 | 60267 | 1.27% | 46314 | 10009 | 21.61% | 29,026 | 62.67% | 19.90% | 6.01% | 4.70% | 30.61% | 67.71% | 1 |
| 135 | 60394 | 1.48% | 46220 | 23789 | 51.47% | 18,003 | 38.95% | 53.09% | 4.18% | 0.99% | 58.25% | 40.34% | 1 |
| 136 | 60319 | 1.36% | 45737 | 27518 | 60.17% | 13,921 | 30.44% | 57.53% | 5.86% | 1.70% | 65.09% | 34.09% | 1 |
| 137 | 59571 | 0.10% | 44675 | 1706 | 3.82% | 31,094 | 69.60% | 3.45% | 5.31% | 4.53% | 13.29% | 85.84% | 1 |
| 138 | 60369 | 1.44% | 45111 | 23620 | 52.36% | 16,367 | 36.28% | 52.83% | 6.87% | 1.77% | 61.47% | 38.14% | 2 |
| 139 | 58655 | -1.44% | 46825 | 24816 | 53.00% | 18,739 | 40.02% | 55.23% | 2.73% | 0.38% | 58.34% | 41.81% | 1 |
| 140 | 59514 | 0.01% | 45283 | 11282 | 24.91% | 28,854 | 63.72% | 23.67% | 3.53% | 3.86% | 31.05% | 68.44% | 2 |
| 141 | 59635 | 0.21% | 46376 | 12450 | 26.85% | 30,458 | 65.68% | 25.55% | 2.09% | 2.24% | 29.87% | 69.00% | 1 |
| 142 | 59571 | 0.10% | 43807 | 27567 | 62.93% | 13,843 | 31.60% | 65.19% | 1.30% | 1.17% | 67.66% | 32.01% | 1 |
| 143 | 60158 | 1.09% | 47032 | 27762 | 59.03% | 15,915 | 33.84% | 57.23% | 1.79% | 1.08% | 60.09% | 39.21% | 1 |
| 144 | 59001 | -0.71% | 48207 | 24303 | 50.41% | 21,635 | 44.88% | 52.61% | 1.54% | 0.52% | 54.67% | 45.28% | 1 |
| 145 | 58633 | -1.48% | 46474 | 9824 | 21.14% | 33,908 | 72.96% | 22.47% | 1.80% | 0.73% | 25.00% | 74.07% | 1 |
| 146 | 60272 | 1.28% | 45763 | 12384 | 27.06% | 28,835 | 63.01% | 27.14% | 4.13% | 1.57% | 32.85% | 66.03% | 1 |
| 147 | 60203 | 1.16% | 45383 | 18665 | 41.13% | 21,260 | 46.85% | 40.96% | 3.64% | 1.24% | 45.84% | 52.90% | 1 |
| 148 | 60261 | 1.26% | 46384 | 15799 | 34.06% | 27,866 | 60.08% | 35.91% | 2.11% | 0.32% | 38.34% | 61.20% | 1 |
| 149 | 60393 | 1.48% | 47506 | 13263 | 27.92% | 30,684 | 64.59% | 29.33% | 1.92% | 0.63% | 31.88% | 67.59% | 2 |
| 150 | 59281 | -0.39% | 44290 | 13864 | 31.30% | 25,589 | 57.78% | 27.78% | 4.75% | 0.47% | 33.00% | 65.64% | 1 |
| 151 | 60241 | 1.23% | 47603 | 26961 | 56.64% | 17,328 | 36.40% | 57.36% | 1.68% | 1.19% | 60.24% | 39.24% | 1 |
| 152 | 60383 | 1.47% | 46089 | 12491 | 27.10% | 30,436 | 66.04% | 27.87% | 2.59% | 1.59% | 32.06% | 66.29% | 1 |
| 153 | 60315 | 1.35% | 46133 | 26737 | 57.96% | 17,158 | 37.19% | 60.06% | 1.10% | 0.48% | 61.64% | 37.40% | 1 |
| 154 | 60120 | 1.02% | 47053 | 28682 | 60.96% | 17,009 | 36.15% | 61.51% | 0.93% | 0.11% | 62.54% | 36.86% | 2 |
| 155 | 60299 | 1.32% | 46955 | 13625 | 29.02% | 30,108 | 64.12% | 30.29% | 2.36% | 0.47% | 33.11% | 66.51% | 1 |
| 156 | 60310 | 1.34% | 45966 | 11261 | 24.50% | 29,666 | 64.54% | 27.56% | 6.18% | 0.41% | 34.15% | 65.17% | 1 |
| 157 | 60385 | 1.47% | 43879 | 8911 | 20.31% | 29,670 | 67.62% | 18.78% | 5.30% | 1.53% | 25.60% | 73.24% | 1 |
| 158 | 59899 | 0.65% | 46645 | 13389 | 28.70% | 30,321 | 65.00% | 29.75% | 1.83% | 0.18% | 31.75% | 67.67% | 1 |
| 159 | 60289 | 1.31% | 45813 | 13511 | 29.49% | 29,922 | 65.31% | 30.64% | 1.58% | 0.61% | 32.83% | 66.49% | 1 |
| 160 | 60376 | 1.45% | 48275 | 13686 | 28.35% | 30,410 | 62.99% | 29.21% | 2.71% | 0.95% | 32.86% | 66.60% | 1 |
| 161 | 58778 | -1.23% | 43577 | 7209 | 16.54% | 30,951 | 71.03% | 14.95% | 3.31% | 1.76% | 20.01% | 78.46% | 1 |
| 162 | 58812 | -1.17% | 46024 | 23512 | 51.09% | 15,576 | 33.84% | 59.67% | 3.65% | 0.72% | 64.03% | 35.84% | 1 |
| 163 | 59794 | 0.48% | 47195 | 20965 | 44.42% | 20,150 | 42.70% | 47.07% | 5.85% | 2.29% | 55.21% | 43.59% | 1 |
| 164 | 59044 | -0.78% | 45603 | 12625 | 27.68% | 26,700 | 58.55% | 26.91% | 4.44% | 2.21% | 33.56% | 65.76% | 1 |
| 165 | 58747 | -1.28% | 47382 | 21620 | 45.63% | 21,089 | 44.51% | 55.42% | 2.77% | 1.07% | 59.26% | 39.61% | 0 |
| 166 | 60391 | 1.48% | 49311 | 5197 | 10.54% | 39,002 | 79.09% | 10.98% | 2.92% | 2.90% | 16.80% | 82.62% | 1 |
| 167 | 59467 | -0.07% | 44901 | 9385 | 20.90% | 30,674 | 68.31% | 24.06% | 3.54% | 0.83% | 28.44% | 70.51% | 1 |
| 168 | 59770 | 0.44% | 43539 | 20902 | 48.01% | 15,893 | 36.50% | 46.31% | 11.58% | 2.03% | 59.92% | 38.18% | 1 |
| 169 | 59925 | 0.70% | 45421 | 1798 | 3.96% | 38,876 | 85.59% | 2.53% | 2.42% | 0.88% | 5.83% | 93.29% | 1 |
| 170 | 59423 | -0.15% | 45091 | 8842 | 19.61% | 31,424 | 69.69% | 18.27% | 3.75% | 1.04% | 23.06% | 76.67% | 1 |
| 171 | 60381 | 1.46% | 46194 | 16434 | 35.58% | 25,712 | 55.66% | 36.86% | 2.56% | 0.63% | 40.04% | 59.13% | 0 |
| 172 | 59115 | -0.67% | 43781 | 12277 | 28.04% | 24,085 | 55.01% | 32.55% | 6.73% | 0.61% | 39.88% | 59.28% | 1 |
| 173 | 60277 | 1.29% | 46589 | 12839 | 27.56% | 30,321 | 65.08% | 27.33% | 2.41% | 0.62% | 30.35% | 68.75% | 2 |
| 174 | 59569 | 0.10% | 45564 | 10033 | 22.02% | 31,381 | 68.87% | 21.69% | 2.09% | 0.78% | 24.56% | 74.80% | 1 |
| 175 | 60326 | 1.37% | 44932 | 9409 | 20.94% | 30,669 | 68.26% | 20.09% | 5.81% | 0.92% | 26.83% | 71.60% | 1 |
| 176 | 60139 | 1.06% | 45709 | 11769 | 25.75% | 28,225 | 61.75% | 27.76% | 5.20% | 0.43% | 33.39% | 65.75% | 1 |
| 177 | 59888 | 0.63% | 45493 | 23477 | 51.61% | 17,877 | 39.30% | 50.02% | 3.47% | 1.87% | 55.36% | 44.57% | 1 |
| 178 | 60261 | 1.26% | 45780 | 7164 | 15.65% | 34,933 | 76.31% | 16.83% | 3.21% | 0.38% | 20.42% | 79.21% | 1 |
| 179 | 59502 | -0.02% | 47468 | 12476 | 26.28% | 30,835 | 64.96% | 27.36% | 2.91% | 1.63% | 31.90% | 67.38% | 1 |
| 180 | 60160 | 1.09% | 45771 | 8338 | 18.22% | 32,584 | 71.19% | 19.63% | 4.76% | 1.59% | 25.98% | 72.79% | 1 |
| **Total 2020 Pop.** | **10,711,908** | **2.96%** | **8,220,274** | **2,607,986** | **31.73%** | **4,342,333** | **52.82%** | | | | | | |
| **Majority Districts** | | | | | **54** | | **101** | **54** | | | **69** | **111** | |

Indicates changed from Illustrative

# EXHIBIT A-4



Illustrative 2 Senate

District by BVAP

©2019 CALIPER; ©2018 HERE



Illustrative 2 Senate

District by BVAP



Illustrative 2 Senate

District by BVAP

©2019 CALIPER; ©2018 HERE



**031**
**14.3%**

**037**
**20.8%**

**032**
**11.0%**

Fair Oaks

**056**
**17.0%**

PAULDING

Powder Springs

Smyrna

**006**
**50.1%**

**033**
**30.7%**

Vinings

**030**
**28.5%**

COBB

Austell

Mableton

Lithia Springs

DOUGLAS

**038**
**54.9%**

Douglasville

**Illustrative 2 Senate**

0        1.5        3

Miles

**District by BVAP**

©2019 CALIPER; ©2018 HERE



Illustrative 2 Senate

District by BVAP

©2019 CALIPER; ©2018 HERE





Illustrative 2 Senate

District by BVAP



Illustrative 2 Senate

0    2.5    5
Miles

District by BVAP



Illustrative 2 Senate

District by BVAP

©2019 CALIPER; ©2018 HERE



Illustrative 2 Senate

District by BVAP



Illustrative 2 Senate

District by BVAP



Illustrative 2 Senate

District by BVAP



MERIWETHER

Pine Mountain

Manchester

Lincoln Park

UPSON

**016**
**19.0%**

Shiloh

Woodland

HARRIS

Hamilton

TALBOT

Talbotton

**029**
**21.8%**

Waverly Hall

**015**
**51.3%**

19

Junction City

90

Geneva

96

Butler

MUSCOGEE

TAYLOR

80

Bibb City

431

Phenix City

•Columbus

MARION

**018**
**26.4%**

280

27

CHATTAHOOCHEE

©2019 CALIPER; ©2018 HERE

**Illustrative 2 Senate**

0        4        8

Miles

**District by BVAP**



