

Illustrative 2 Senate

District by BVAP















Illustrative 2 Senate

District by BVAP







Illustrative 2 Senate

0    3    6
Miles

District by BVAP







FLOYD

**052**
**12.0%**

Cave Spring

Cedartown

POLK

Rockmart

Aragon

BARTOW

Euharlee

Taylorsville

Braswell

PAULDING

Dallas

Cartersville

Emerson

**014**
**9.2%**

Acworth

COBB

**037**
**20.8%**

**031**
**14.3%**

HARALSON

Buchanan

Tallapoosa

Bremen

Waco

**029**
**21.8%**

CARROLL

Fruithurst

Temple

Vila Rica

**030**
**28.5%**

Hiram

Powder Springs

**006**
**50.1%**

Lithia Springs

Douglasville

DOUGLAS

**038**
**54.9%**

©2019 CALIPER; ©2018 HERE

**Illustrative 2 Senate**

0      4      8

Miles

**District by BVAP**



©2019 CALIPER; ©2018 HERE

**Illustrative 2 Senate**

0     1.5     3

Miles

**District by BVAP**



**Illustrative 2 Senate**

0    1.5    3

Miles

**District by BVAP**





Illustrative 2 Senate

District by BVAP



Illustrative 2 Senate

District by BVAP

©2019 CALIPER; ©2018 HERE



CHEROKEE

Acworth

**032**
**11.0%**

**037**
**20.8%**

Kennesaw

PAULDING

COBB

**033**
**30.7%**

•Marietta

**031**
**14.3%**

**030**
**28.5%**

**006**
**50.1%**

**Illustrative 2 Senate**

0     1.5     3

Miles

**District by BVAP**

©2019 CALIPER; ©2018 HERE



Illustrative 2 Senate

District by BVAP

©2019 CALIPER; ©2018 HERE



COBB

033
30.7%

006
50.1%

· Mableton

038
54.9%

North Druid Hills·

·North Decatur

042
21.2%

·Decatur

DEKALB

Druid Hills·

FULTON

·Atlanta

Candler-McAfee·

010
69.8%

039
51.5%

Panthersville·

035
63.3%

036
51.4%

·East Point

Illustrative 2 Senate

0            1.5            3
Miles

District by BVAP

©2019 CALIPER; ©2018 HERE



Illustrative 2 Senate
District by BVAP

©2019 CALIPER; ©2018 HERE



**Illustrative 2 Senate**

0    1.5    3

Miles

**District by BVAP**



Illustrative 2 Senate

District by BVAP

©2019 CALIPER; ©2018 HERE



Illustrative 2 Senate

0     3     6
Miles

District by BVAP



Illustrative 2 Senate

0      4      8
Miles

District by BVAP



Illustrative 2 Senate

District by BVAP

©2019 CALIPER, ©2018 HERE



Illustrative 2 Senate

District by BVAP

©2019 CALIPER; ©2018 HERE



Illustrative 2 Senate

District by BVAP

©2019 CALIPER; ©2018 HERE



021
8.2%

FORSYTH

019
12.6%

•Alpharetta

056
17.0%

FULTON

Suwanee•

048
15.6%

•Johns Creek

•Duluth

040
17.0%

Berkeley Lake•

045
25.1%

GWINNETT

•Norcross

Dunwoody

DEKALB

**Illustrative 2 Senate**

0    1    2

Miles

**District by BVAP**

©2019 CALIPER; ©2018 HERE



Illustrative 2 Senate

District by BVAP



Illustrative 2 Senate

0    10    20

Miles

District by BVAP



Illustrative 2 Senate

District by BVAP

# EXHIBIT A
# Part 2





**Illustrative 2 Senate**

0    5    10

Miles

**District by BVAP**

©2019 CALIPER; ©2018 HERE



Illustrative 2 Senate

0    5    10
Miles

District by BVAP





# EXHIBIT A-5





Illustrative 2 House

District by BVAP

©2019 CALIPER; ©2018 HERE



Illustrative 2 House

District by BVAP

©2019 CALIPER; ©2018 HERE





Illustrative 2 House

District by BVAP

©2019 CALIPER; ©2018 HERE



©2019 CALIPER; ©2018 HERE



Illustrative 2 House

0   3   6
Miles

District by BVAP



Illustrative 2 House

District by BVAP

©2019 CALIPER; ©2018 HERE



©2019 CALIPER; ©2018 HERE



**Illustrative 2 House**

District by BVAP





Illustrative 2 House

District by BVAP

©2019 CALIPER; ©2018 HERE





Illustrative 2 House

District by BVAP



Illustrative 2 House

District by BVAP

©2019 CALIPER, ©2018 HERE



**Illustrative 2 House**

0   4   8
Miles

**District by BVAP**

©2019 CALIPER; ©2018 HERE



Illustrative 2 House
District by BVAP

©2019 CALIPER; ©2018 HERE



Illustrative 2 House

District by BVAP

©2019 CALIPER; ©2018 HERE



©2019 CALIPER; ©2018 HERE



Holly Springs

**023**
**8.8%**

**169**
**4.0%**

Lebanon

Andersonville

**021**
**7.8%**

**020**
**10.1%**

Woodstock

**Illustrative 2 House**

0          .75          1.5

Miles

**District by BVAP**





**Illustrative 2 House**

0    .75    1.5
Miles

**District by BVAP**

©2019 CALIPER; ©2018 HERE



Illustrative 2 House

District by BVAP



Illustrative 2 House

0    1.5    3
Miles

District by BVAP

©2019 CALIPER; ©2018 HERE



Illustrative 2 House
District by BVAP



**Illustrative 2 House**

0 .75 1.5

Miles

**District by BVAP**

©2019 CALIPER; ©2018 HERE



LUMPKIN

**009**
**1.5%**

**010**
**3.9%**

DAWSON

Lula

**028**
**6.2%**

BANKS

**027**
**4.8%**

HALL

**024**
**3.7%**

FORSYTH

Gainesville

**029**
**14.6%**

**137**
**3.8%**

©2019 CALIPER; ©2018 HERE

**Illustrative 2 House**

0     1.5     3
Miles

**District by BVAP**



Illustrative 2 House

0    5    10
Miles

District by BVAP

©2019 CALIPER CORPORATION HERE

