



Illustrative 2 House

District by BVAP









**Illustrative 2 House**

0    .75    1.5

Miles

**District by BVAP**

©2019 CALIPER; ©2018 HERE



Illustrative 2 House

District by BVAP



Illustrative 2 House

District by BVAP





053
27.5%

Smyrna

038
51.5%

041
35.4%

Powder Springs

Austell

COBB

039
51.2%

Mableton

Greystone Lk

Lithia Springs

DOUGLAS
061
72.2%

Douglasville

040

**Illustrative 2 House**

0        1        2

Miles

**District by BVAP**

066
66.0%

©2019 CALIPER; ©2018 HERE



**Illustrative 2 House**

District by BVAP

©2019 CALIPER; ©2018 HERE



Illustrative 2 House

District by BVAP

©2019 CALIPER; ©2018 HERE



Illustrative 2 House

District by BVAP



©2019 CALIPER, ©2018 HERE



**Illustrative 2 House**

District by BVAP



Illustrative 2 House

0    .75    1.5
Miles

**District by BVAP**

©2019 CALIPER; ©2018 HERE



Illustrative 2 House

District by BVAP

©2019 CALIPER; ©2018 HERE



Illustrative 2 House

District by BVAP

©2019 CALIPER; ©2018 HERE



Illustrative 2 House

District by BVAP

©2019 CALIPER; ©2018 HERE





Illustrative 2 House

0    .75    1.5
Miles

District by BVAP



Illustrative 2 House
District by BVAP

©2019 CALIPER; ©2018 HERE



**Illustrative 2 House**

043 19.3%

045 12.8%

051 21.7%

079 14.1%

042 32.0%

052 15.1%

Dunwoody

Sandy Springs

Atlanta

Chattahoochee Plantation

0   .5   1
Miles

**District by BVAP**

©2019 CALIPER; ©2018 HERE

# EXHIBIT A

# Part 3



Illustrative 2 House

District by BVAP



Illustrative 2 House

District by BVAP



Illustrative 2 House

0 1 2
Miles

District by BVAP

©2019 CALIPER; ©2018 HERE





**Illustrative 2 House**

0 .4 .8

Miles

**District by BVAP**

©2019 CALIPER; ©2018 HERE



Illustrative 2 House
District by BVAP







Illustrative 2 House

District by BVAP

©2019 CALIPER; ©2018 HERE



Illustrative 2 House

0    .75    1.5

Miles

District by BVAP

©2019 CALIPER; ©2018 HERE



**Illustrative 2 House**

0    1.5    3
Miles

**District by BVAP**

©2019 CALIPER; ©2018 HERE



067
62.8%

062
90.5%

Forest Park

074
70.5%

CLAYTON

Riverdale

077
76.1%

Union City

FULTON

Fairburn

065
64.7%

Jonesboro

Palmetto

075
68.0%

071
9.6%

Tyrone

064
64.8%

FAYETTE

063
66.1%

COWETA

Fayetteville

**Illustrative 2 House**

0     1.5     3

Miles

072
9.5%

**District by BVAP**

©2019 CALIPER; ©2018 HERE



Illustrative 2 House

District by BVAP





Illustrative 2 House

0     1.5     3
Miles

**District by BVAP**



Illustrative 2 House

0    2    4
Miles

District by BVAP

©2019 CALIPER; ©2018 HERE





**Illustrative 2 House**

District by BVAP

©2019 CALIPER; ©2018 HERE



Illustrative 2 House

0  2  4
Miles

District by BVAP

©2019 CALIPER; ©2018 HERE



**Illustrative 2 House**

0    1.5    3

Miles

**District by BVAP**



Illustrative 2 House

0    1.5    3
Miles

District by BVAP





Illustrative 2 House

District by BVAP

062 90.5%
074 70.5%
076 72.0%
077 76.1%
075 68.0%
078 55.1%
109 58.1%
063 66.1%
073 60.6%

Forest Park
Morrow
Riverdale
CLAYTON
FULTON
Jonesboro
Stockbridge
HENRY
Irondale
FAYETTE

©2019 CALIPER; ©2018 HERE





**Illustrative 2 House**

District by BVAP

©2019 CALIPER; ©2018 HERE



**Illustrative 2 House**

0   .75   1.5
Miles

**District by BVAP**



**Illustrative 2 House**

District by BVAP

©2019 CALIPER; ©2018 HERE



Illustrative 2 House

0   .5   1
Miles

District by BVAP

©2019 CALIPER; ©2018 HERE

