



Illustrative 2 House
District by BVAP

0    1    2
Miles

©2019 CALIPER; ©2018 HERE



Illustrative 2 House

0    .75    1.5

Miles

District by BVAP

082 17.9%
086 55.3%
088 57.5%
085 41.6%
092 92.6%
089 54.0%
084 68.7%
083 56.2%

©2019 CALIPER; ©2018 HERE







Illustrative 2 House

District by BVAP





©2019 CALIPER; ©2018 HERE





Illustrative 2 House

0   .75   1.5
Miles

District by BVAP

©2019 CALIPER; ©2018 HERE



Illustrative 2 House

District by BVAP

0    .5    1
Miles



Illustrative 2 House

District by BVAP

©2019 CALIPER; ©2018 HERE







**Illustrative 2 House**

0  .5  1
Miles

**District by BVAP**

©2019 CALIPER; ©2018 HERE



Illustrative 2 House

District by BVAP







# EXHIBIT A
# Part 4



Illustrative 2 House

District by BVAP







097
14.4%

103
20.0%

116
11.7%

Auburn  BARROW

Carl

102
23.7%

Dacula

105
46.1%

104
29.5%

Lawrenceville

101
29.6%

GWINNETT

107
43.4%

114

**Illustrative 2 House** %

0      1      2
Miles

**District by BVAP**

©2019 CALIPER; ©2018 HERE







Illustrative 2 House

0    .75    1.5
Miles

District by BVAP

©2019 CALIPER; ©2018 HERE













Illustrative 2 House

District by BVAP



Illustrative 2 House
District by BVAP

0   2.5   5
Miles

©2019 CALIPER; ©2018 HERE



Illustrative 2 House

District by BVAP

©2019 CALIPER; ©2018 HERE





Illustrative 2 House

District by BVAP



Illustrative 2 House

0      .75      1.5

Miles

District by BVAP

©2019 CALIPER; ©2018 HERE



Illustrative 2 House

District by BVAP

©2019 CALIPER; ©2018 HERE



Illustrative 2 House

0    5    10
Miles

District by BVAP

©2019 CALIPER; ©2018 HERE



Illustrative 2 House

0    2.5    5
Miles

District by BVAP

©2019 CALIPER; ©2018 HERE





**Illustrative 2 House**

0   1   2
Miles

**District by BVAP**

©2019 CALIPER; ©2018 HERE





Illustrative 2 House

District by BVAP









**Illustrative 2 House**

0    3    6
Miles

**District by BVAP**

©2019 CALIPER; ©2018 HERE





Illustrative 2 House

0     4     8
Miles

District by BVAP



Illustrative 2 House

District by BVAP

©2019 CALIPER





HARRIS

**133**
**17.9%**

**134**
**21.6%**

MUSCOGEE

**136**
**60.2%**

Bibb City

**135**
**51.5%**

Phenix City

©2019 CALIPER; ©2018 HERE

**Illustrative 2 House**

0      1      2
Miles

**District by BVAP**



Illustrative 2 House

0        .75        1.5
Miles

District by BVAP

©2019 CALIPER; ©2018 HERE



TALBOT

**132**
**46.0%**

**134**
**21.6%**

80

80

MUSCOGEE

**136**
**60.2%**

**135**
**51.5%**

I-185

27 280

CHATTAHOOCHEE

©2019 CALIPER; ©2018 HERE

**Illustrative 2 House**

0          1.5          3
Miles

**District by BVAP**



**Illustrative 2 House**

0     1     2

Miles

**District by BVAP**

©2019 CALIPER; ©2018 HERE



**Illustrative 2 House**

**District by BVAP**

