# EXHIBIT A
# Part 1



DEFENDANT'S
EXHIBIT
6
Cooper

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALPHA PHI ALPHA FRATERNITY
INC., et al.,

   *Plaintiffs*,

  vs.            Civ. No. 21-5337

BRAD RAFFENSPERGER, in his
official capacity as Secretary of State of
Georgia.

   *Defendant*.

## DECLARATION OF WILLIAM S. COOPER

WILLIAM S. COOPER, acting in accordance with 28 U.S.C. § 1746,

Federal Rule of Civil Procedure 26(a)(2)(B), and Federal Rules of Evidence 702

and 703, does hereby declare and say:

## I. INTRODUCTION

1. My name is William S. Cooper. I have a B.A. in Economics from

Davidson College. As a private consultant, I serve as a demographic and

redistricting expert for the Plaintiffs.

2. I have testified at trial as an expert witness on redistricting and

demographics in federal courts in about 45 voting rights cases since the late 1980s.

Over 25 of the cases led to changes in local election district plans. Five of the cases

resulted in changes to statewide legislative boundaries: *Rural West Tennessee African-American Affairs Council, Inc. v. McWherter*, No. 92-cv-2407 (W.D. Tenn. 1995); *Old Person v. Brown*, No. 96-cv-0004 (D. Mont. 2002); *Bone Shirt v. Hazeltine*, No. 01-cv-3032 (D.S.D. 2004); *Alabama Legislative Black Caucus v. Alabama*, No. 12-cv-691 (M.D. Ala. 2017), and *Thomas v. Reeves* (S.D. Miss. 2019). In *Bone Shirt v. Hazeltine*, the court adopted the remedial plan I developed.

3.    I served as the *Gingles* 1 expert for two post-2010 local-level Section 2 cases in Georgia, *NAACP v. Fayette County* and *NAACP v. Emanuel County*. In both cases, the parties settled on redistricting plans that I developed (with input from the respective defendants). In the latter part of the decade, I served as the *Gingles* 1 expert in three additional Section 2 cases in Georgia, which were all voluntarily dismissed after the 2018 elections: *Georgia NAACP v. Gwinnett County*), No. 1:16-cv-02852-AT; *Thompson v. Kemp*, No. 1:17-cv-01427 (N.D. Ga. 2018); and *Dwight v. Kemp*, No. 1:18-cv-2869 (N.D. Ga. 2018).

4.    My redistricting experience is further documented in my curriculum vitae, which is attached as **Exhibit A**.

## A. Purpose of Declaration

5.     The attorneys for the Plaintiffs in this case asked me to determine whether the African-American[1] population in Georgia is "sufficiently large and geographically compact" to allow for the creation, employing traditional districting principles, of additional majority-Black Senate and House districts beyond those created in the legislative plans that were signed into law by Governor Kemp on December 30, 2021—in other words, districts that meet the first *Gingles* precondition ("*Gingles* 1").[2]

6.     For purposes of the *Gingles* 1 analysis in this declaration, and unless otherwise noted, I define majority-Black districts as those that are majority-Black voting age ("BVAP"). I also report whether districts are majority-Black citizen voting age ("BCVAP").[3]

---

[1] In this declaration, "African-American" refers to persons who are single-race Black or Any Part Black (i.e. persons of two or more races and some part Black), including Hispanic Black. In some instances (e.g. for historical comparisons) numerical or percentage references identify single-race Black as "SR Black" and Any Part Black as "AP Black." Unless noted otherwise, "Black" means AP Black. It is my understanding that following the U.S. Supreme Court decision in *Georgia v. Ashcroft*, 539 U.S. 461 (2003), the "Any Part" definition is an appropriate Census classification to use in most Section 2 cases.  Notably, the Census presents the question as a checkbox, giving respondents a yes-or-no, binary choice to identify as Black; using the AP Black metric ensures that anyone who self-identifies in this manner is included.

Throughout this report, I refer to the two legislative plans signed into law by Governor Kemp as the 2021 Senate Plan and the 2021 House Plan, respectively.

[2] *See Thornburg v. Gingles*, 478 U.S. 30, 50 (1986).

[3] The CVAP estimates I report count only persons who are non-Hispanic single-race Black. The estimates are disaggregated from the block group level as published by the U.S. Census Bureau. The most current data available is from the 2015-2019 Special Tabulation, with a survey

7.     The two illustrative plans that I have prepared (one for the State House and one for the State Senate) demonstrate that Georgia's Black population is sufficiently numerous and geographically compact to allow for the creation of at least three additional majority-Black Senate districts and five additional majority-Black House districts.

8.     The illustrative plans comply with traditional redistricting principles, including population equality, compactness, contiguity, respect for communities of interest, and the non-dilution of minority voting strength.

9.     The illustrative plans are drawn to follow, to the extent possible, county and VTD[4] boundaries. Where counties are split to comply with one-person one-vote requirements or to avoid pairing incumbents, I have generally used whole 2020 Census VTDs as sub-county components. Where VTDs are split, I have followed census block boundaries that are aligned with roads, natural features, census block groups, or municipal boundaries.

---

midpoint of July, 1 2017.
https://www.census.gov/programs-surveys/decennial-census/about/voting-rights/cvap.html

The 2016-2020 ACS Special Tabulation has been delayed due to the pandemic. The 2016-2020 estimates will reflect Census 2020 population distribution, which could require updates to the number of majority-BCVAP districts.

[4] "VTD" is a Census Bureau term meaning "voting tabulation district." VTDs generally correspond to precincts. Statewide, there are 2,698 2020 VTDs.

10.  **Exhibit B** describes the sources and methodology I have employed in the preparation of this report and the illustrative plans. Briefly, I used the Maptitude software program as well as data and shapefiles from the U.S. Census Bureau and the Georgia Legislative and Congressional Reapportionment Office, among other sources.

## B. Summary of Expert Conclusions

11.  Based on my *Gingles* 1 analysis, I conclude the following:

### State Senate

- The 2021 Senate Plan contains 14 majority-Black districts (15 that are both BVAP and BCVAP).

- As shown in the Plaintiffs' Illustrative Senate Plan, a statewide Senate plan can be drawn with 19 majority-Black districts, including two additional majority-Black districts in south Metro Atlanta and an additional majority-Black district anchored in the eastern portion of Georgia's Black Belt (encompassing part of Augusta and extending west to Baldwin and Houston Counties).[5]

---

[5] In addition, the Illustrative Senate Plan described *infra* also creates an additional majority-Black Senate district in Gwinnett and Dekalb Counties (District 9), and an additional majority-Black Senate district in Cobb County (District 6), for a total of 19 statewide.

- The Black population in south Metro Atlanta is sufficiently numerous and geographically compact to allow for the creation of at least two additional compact majority-Black Senate districts.

- The Black population in and around Georgia's eastern Black Belt counties (an area I define in greater detail below) is sufficiently numerous and geographically compact to form an additional compact majority-Black Senate district.

### State House

- The 2021 House Plan contains 49 majority-Black districts (47 of which are also majority BCVAP).

- As shown in the Plaintiffs' Illustrative House Plan, a statewide House Plan can be drawn with at least 54 majority-Black districts (53 that are both BVAP and BCVAP), including four additional majority-Black districts anchored in south Metro Atlanta and two additional majority-Black districts in Georgia's Black Belt.

- The Black population in south Metro Atlanta is sufficiently numerous and geographically compact to allow for the creation of at least three additional compact majority-Black House districts in Metro Atlanta.

- The Black population in and around the eastern Black Belt counties is sufficiently numerous and geographically compact to form an additional compact majority-Black House district.

- The Black population in and around the western Black Belt counties is sufficiently numerous and geographically compact to form an additional compact majority-Black House district.

## C. *Gingles* 1 Analysis – Focus Areas

12.   According to the data collected in the 2020 Census, and as discussed in further detail below, Georgia's Black population has grown significantly since 2010. The State's Black population is up by 484,848 persons, the equivalent of 2.5 State Senate districts or eight entire State House districts. By contrast, the State's white population actually declined during that same period. Yet despite the significant growth in Georgia's Black population since 2010, almost no additional majority-Black districts are created in Georgia's 2021 Senate and House Plans.[6]

13.   The 2021 Senate Plan merely maintains the status quo, with 14 majority-Black districts, the same number as in the previous plan which was enacted in 2012

---

[6] The ideal population size for a Senate district is 191,284 and 59,511 for a House district. Those numbers are derived from the State's total population and the number of seats in each body.

and first used in 2014 during mid-decade redistricting (the "2014 Benchmark Senate Plan").[7]

14.   The 2021 House Plan has two more majority-Black districts than the previous plan, which was enacted in 2015 (the "2015 Benchmark House Plan") (and which in turn incorporated a discrete set of changes to the plan enacted in 2012).[8] That small increase is nowhere near commensurate with the significant growth of Georgia's Black population during that period.

15.   Under the 2021 Senate Plan, 10 of the 14 majority-Black districts are in Metro Atlanta. Under the 2021 House Plan, 33 of the 49 majority-Black districts are in Metro Atlanta.[9]

---

[7] I am counting Senate District 41 as majority-Black under the 2014 Benchmark Senate Plan. That district, which was 51.4% BVAP when drawn under the 2010 Census, slipped to 49.76% BVAP according to the 2020 Census (though it remained a BCVAP-majority district at 57.22% BCVAP).

Notably, Senate District 2 in the 2014 Benchmark Senate Plan was similarly drawn at 50.94% BVAP based on 2010 Census data, but had fallen to 47.09% BVAP under the 2020 Census (though it remained at 53.43% BCVAP). Under the 2021 Senate Plan and the Illustrative Senate Plan, District 2 is no longer majority-BVAP (46.86% in both plans) but remains majority-BCVAP (53.13% in both plans). I am not counting Senate District 2 as majority-Black under the 2014 Benchmark Senate Plan, though I note that doing so would result in the 2021 Senate Plan having one *fewer* majority-Black Senate district than its predecessor plan.

[8] The Senate and House plans initially enacted after the 2010 Census are included in Exhibits I-2 and V-2, *infra*. These historical plans are not substantially different than the Benchmark plans with respect to the number of majority-Black districts. The prior Senate and House maps, enacted in 2006, are also included in Exhibits I-3 and V-3, respectively.

[9] In this declaration, Metro Atlanta refers to the 29-county Atlanta Metropolitan Statistical Area ("MSA") defined by the U.S. Office of Management and Budget. It includes the Counties of Barrow, Bartow, Butts, Carroll, Cherokee, Clayton, Cobb, Coweta, Dawson, DeKalb, Douglas,

16.   To determine where additional majority-Black districts could be drawn, I initially focused on areas with substantial Black populations, in particular:

**(1)** Metro Atlanta counties (as defined by the Atlanta-Sandy Springs-Alpharetta MSA boundaries) shown in the Census Bureau's map in **Exhibit C**;

**(2)** Georgia's Black Belt (as defined by the Georgia Budget and Policy Institute ("GBPI") shown in the map in **Figure 1**.[10] **Exhibit D** is an excerpt from the GBPI report (Appendix A) identifying the Black Belt counties and school districts depicted in Figure 1. More broadly, and as the GBPI report explains, the term "Black Belt" refers to a swath of the American South that historically had large numbers of enslaved Black persons, and that today continues to have substantial Black populations; in Georgia, the area comprising the Black Belt

Fayette, Forsyth, Fulton, Gwinnett, Haralson, Heard, Henry, Jasper, Lamar, Meriwether, Morgan, Newton, Paulding, Pickens, Pike, Rockdale, Spalding, and Walton.

MSA is an abbreviation for "metropolitan statistical area." Metropolitan statistical areas are defined by the U.S. Office of Management and Budget and reported in historical and current census data produced by the Census Bureau. MSAs "consist of the county or counties (or equivalent entities) associated with at least one urbanized area of at least 50,000 population, plus adjacent counties having a high degree of social and economic integration with the core as measured through commuting ties."
https://www.census.gov/programs-surveys/metro-micro/about.html

[10] For a current and historical analysis of Georgia's Black Belt, see *Education in Georgia's Black Belt: Policy Solutions to Help Overcome a History of Exclusion* (Stephen Owens, October 10, 2019*), published by the Georgia Budget & Policy Institute.
https://gbpi.org/education-in-georgias-black-belt.

extends roughly southwest from the area around Augusta to the southwest corner of the State.

**Figure 1**



Georgia's Black Belt School Districts

17. Upon review, I narrowed my focus to three regions within those larger areas (see maps in **Exhibit E** and **Figure 4** *infra*):

18. **(Region A) South Metro Atlanta**: suburban /exurban counties in a significantly Black, racially diverse, and geographically compact region that has emerged over the past quarter of a century—specifically, the counties of Fayette, Spalding, Henry, Rockdale, and Newton.

19. The Georgia Governor's Office of Planning and Budget projects that this 5-county region will have 725,000 residents by the time of the 2030 Census –

up by about 92,000 persons over the Census 2020 enumeration, of whom 61% will be non-White. African Americans are projected to account for about 60% of the non-White population increase.[11]

20.   Under the 2021 Senate Plan, parts of three majority-Black districts are in the south Metro counties—Senate Districts 10, 34, and 43.

21.   Under the 2021 House Plan, parts of seven majority-Black House districts are in these five south Metro counties.

22.   **(Region B) Eastern Black Belt Area**: urban Black Belt Richmond County (Augusta) plus a group of rural Black Belt counties in a geographically compact area. The rural counties are home to a long-standing Black community that has not been in a majority-Black Senate district since the passage of the 1965 Voting Rights Act.

23.   All of the Region B counties are part of the Central Savannah River Area, as shown in **Exhibit F** on the regional commission map prepared by the Georgia Department of Community Affairs ("GDCA").

24.   As shown on the GDCA map, Region B encompasses the following Central Savannah River Area counties: (counter clockwise from east to west) Jenkins, Burke, Richmond, Jefferson, McDuffie, Wilkes, Taliaferro, Glascock,

_____

[11] https://opb.georgia.gov/census-data/population-projections.

Warren, Washington, and Hancock. Ten of these 11 contiguous counties—excluding Glascock (pop. 2,884)—are identified as part of Georgia's Black Belt by GBPI. Moreover, additional adjacent counties, such as Baldwin County, lie outside the Central Savannah River Area Regional Commission area but are also identified as part of the Black Belt by GBPI and have substantial Black populations.

25. The 2021 Senate Plan includes one majority-Black district in Region B—Senate District 22 (56.5% BVAP)—in Augusta/Richmond County, and a small part of another majority Black district—Senate District 26 (56.99% BVAP)—anchored in Macon/Bibb County.

26. The 2021 House Plan contains five majority-Black districts in the Region B area.

27. **(Region C) Western Black Belt Area**: urban Black Belt Dougherty County (Albany) plus a group of southwest Georgia rural Black Belt counties in a geographically compact area, implicitly identified in the area encompassed by majority-Black Senate District 12 (57.97% BVAP) in the 2021 Senate Plan.

28. Region C encompasses part of the Southwest Georgia and Valley River Area regional commission areas depicted on the GDCA map in **Exhibit F.**

29. The 2021 House Plan contains just two majority-Black House districts in Region C, even though there is obviously sufficient Black population to create

three districts in an area generally circumscribed by Senate District 12 in the 2021
Senate Plan.

30.   Senate District 12 encompasses 13 counties: (counter clockwise from
north to south on the GDCA map) Sumter, Webster, Stewart, Quitman, Randolph,
Terrell, Clay, Calhoun, Dougherty, Early, Miller, Baker, and Mitchell. Twelve of
the 13 counties—excluding Miller (pop. 6,000)— are identified by GBPI as Black
Belt counties.[12] Moreover, additional adjacent counties, such as Thomas County, lie
outside of Senate District 12 in 2021 Senate Plan but are also identified as part of
the Black Belt by GBPI and have substantial Black populations.

**D. Organization of Declaration**

31.   The remainder of this declaration is organized as follows: **Section II**
reviews state and regional demographics since 1990. **Section III** reviews the
benchmark 2014 Senate Plan and the 2021 Senate Plan**. Section IV** presents the
Illustrative Senate Plan that I have prepared, containing 19 majority-Black districts.
**Section V** reviews the benchmark 2015 House Plan and the enacted 2021 House
Plan**. Section VI** presents the Illustrative House Plan that I have prepared,
containing 54 majority-Black districts.

---

[12] Plaintiffs' Illustrative Senate Plan also contains a majority-Black Senate District in the same
general area of southwest Georgia, Illustrative Senate District 12 (57.34% BVAP).

## II. DEMOGRAPHIC PROFILE – STATEWIDE AND REGIONAL

32.   This section provides current and historical population summaries for Georgia, Metro Atlanta, and for the three distinct areas where additional majority-Black House districts can be created—generally defined by **(Region A)** the 5-county south Metro Atlanta area, **(Region B)** the 11-county in the eastern Black Belt within the Augusta/Central Savannah River Regional Commission area, and **(Region C)** the 13-county western Black Belt around Albany and Southwest Georgia.

### A. 2010 to 2020: A Decade of Minority Population Growth in Georgia

33.   According to the 2020 Census, Georgia has a total population of 10,711,908—up by 1.02 million since 2010. **Georgia's population growth since 2010 can be attributed entirely to gains in the overall minority population.**

34.   Between 2010 and 2020, nearly half (47.26%) of the State's population gain is attributed to Black population growth.

35.   **Figure 2** reveals that Georgia's Black population, as a share of the overall statewide population, increased between 2010 and 2020 from **31.53%** Black in 2010 to **33.03%** in 2020. Over the 2010 to 2020 decade, the Black population in Georgia increased by 484,048 persons—an increase of nearly 16% from the 2010 baseline. By contrast, between 2010 and 2020, the non-Hispanic White ("NH White") population fell by -51,764 persons.

14

**Figure 2**

### Georgia – 2010 Census to 2020 Census
### Population by Race and Ethnicity

| | 2010 Number | Percent | 2020 Number | Percent | 2010 - 2020 Change | % 2010 - 2020 Change |
|---|---|---|---|---|---|---|
| Total Population | 9,687,653 | 100.0% | 10,711,908 | 100.00% | 1,024,255 | 10.57% |
| NH White* | 5,413,920 | 55.88% | 5,362,156 | 50.06% | -51,764 | -0.96% |
| Total Minority Pop. | 4,273,733 | 44.12% | 5,349,752 | 49.94% | 1,076,019 | 25.18% |
| Latino | 853,689 | 8.81% | 1,123,457 | 10.49% | 269,768 | 31.60% |
| NH Black* | 2,910,800 | 30.05% | 3,278,119 | 30.60% | 367,319 | 12.62% |
| NH Asian* | 311,692 | 3.22% | 475,680 | 4.44% | 163,988 | 52.61% |
| NH Hawaiian and PI* | 5,152 | 0.05% | 6,101 | 0.06% | 949 | 18.42% |
| NH American Indian and Alaska Native* | 21,279 | 0.22% | 20,375 | 0.19% | -904 | -4.25% |
| NH Other* | 19,141 | 0.20% | 55,887 | 0.52% | 36,746 | 191.98% |
| NH Two or More Races | 151,980 | 1.57% | 390,133 | 3.65% | 238,153 | 156.70% |
| SR Black (Single-race Black) | 2,950,435 | 30.46% | 3,320,513 | 31.00% | 370,078 | 12.54% |
| AP Black (Any Part Black) | 3,054,098 | 31.53% | 3,538,146 | 33.03% | 484,048 | 15.85% |
| NH Any Part Black | 2,997,627 | 30.94% | 3,455,484 | 32.26% | 457,857 | 10.57% |

* Single-race, non-Hispanic.

36.   Non-Hispanic Whites are a razor-thin majority of the 2020 population (50.06%). Black Georgians account for one-third (33.03%) of the population and comprise the largest minority population, followed by Latinos (10.05%).

**B. Voting Age and Citizen Voting Age Populations in Georgia**

37.   As shown in **Figure 3**, African Americans in Georgia constitute a slightly smaller percentage of the voting age population (VAP) than the total population. According to the 2020 Census, Georgia has a total VAP of 8,220,274 – of whom 2,607,986 (31.73%) are AP Black. The NH White VAP is 4,342,333 (52.82%).

**Figure 3**

**Georgia – 2020 Voting Age Population &2019 Estimated Citizen Voting Age Population by Race and Ethnicity[13]**

|  | 2020 VAP | 2020 VAP Percent | 2019 CVAP Percent |
|---|---|---|---|
| Total | 8,220,274 | 100.00% | 100.00% |
| NH White 18+ | 4,342,333 | 52.82% | .57.6% |
| Total Minority 18+ | 3,877,941 | 47.18% | 42.4% |
| Latino 18+ | 742,918 | 9.04% | 5.0% |
| Single-race Black (Including Black Hispanics) 18+ | 2,488,419 | 30.27% | 32.9% |
| **Any Part Black (Including Black Hispanics) 18+** | 2,607,986 | 31.73% | 33.8% |

38.   The rightmost column in **Figure 3** reveals that both the Black and NH White population comprise a higher percentage of CVAP than the corresponding VAP, owing to higher non-citizenship rates among other minority populations.

39.   According to estimates from the 1-year 2019 *American Community Survey* ("ACS"), African Americans represent 33.8% of the statewide CVAP—

---

[13] Sources:
**PL94-171 Redistricting File** (Census 2020);

**Table S2901 – CITIZEN, VOTING-AGE POPULATION BY SELECTED CHARACTERISTICS** (1-year 2019 ACS)
https://data.census.gov/cedsci/table?q=S2901&g=0400000US13&tid=ACSST1Y2019.S2901.

**2019 ACS 1-Year Estimates 1-Year Estimates-Public Use Microdata Sample**
https://data.census.gov/mdat/#/search?ds=ACSPUMS1Y2019&vv=AGEP(18:99)&cv=RACBL K(1)&rv=ucgid,CIT(1,2,3,4)&wt=PWGTP&g=0400000US13.

about 2 percentage points higher than the 2020 AP Black VAP. The NH White

CVAP is 57.6%, nearly 5 points higher than NH White VAP in the 2020 Census.[14]

**C. 2020 Census Spatial Distribution of Georgia's Black Population**

40.   The map in **Figure 4** depicts the 2020 Black population percentage for

Georgia's 159 counties. 67 are in the 20% to 40% range, 33 are 40% to 60%, and 8

are between 60% and 73%. The bold black boundary identifies the Atlanta MSA.

**Figure 4**



**2020 Census – Black Population by County**

---

[14] Due to the COVID-19 pandemic, the 1-year 2020 ACS results will not be published.
Source:
https://www.census.gov/newsroom/press-releases/2021/changes-2020-acs-1-year.html.

41.   Color lines on the **Figure 4** map demarcate the areas I focused on to determine prospects for additional majority-Black House districts: **Region A** (blue outline), which is south Metro Atlanta; **Region B** (red outline)**,** a group of Black Belt counties around Augusta (Richmond County); and **Region C** (green outline), a group of Black Belt counties around Albany (Dougherty County). A high-resolution version of the **Figure 4** map is in **Exhibit E.**

42.   **Exhibit G-1** is a table showing 2010 and 2020 county populations by race and ethnicity, with population change between 2010 and 2020. **Exhibit G-2** is a table showing the percentage Black population changes by county between 2010 and 2020. **Exhibit G-3** is a table showing 2000 and 2010 county populations by race and ethnicity, with population change between 2000 and 2010. **Exhibit G-4** is a table showing 1990 and 2000 county populations by race and ethnicity, with population change between 1990 and 2000.

## D. Black Population as a Component of Total Population from 1990 to 2020

### (1) Georgia – Statewide

43.   As shown in **Figure 5**, Georgia's Black population has increased significantly in absolute and percentage terms since 1990, from about 27% in 1990 to 33% in 2020. Over the same time period, the percentage of the population identifying as NH White has dropped from 70% to 50%.

18

**Figure 5**

### Georgia – 1990 Census to 2020 Census
### Population by Race and Ethnicity

| | 1990 Number | Percent | 2000 Number | Percent | 2010 Number | Percent | 2020 Number | Percent |
|---|---|---|---|---|---|---|---|---|
| Total Population | 6,478,216 | 100.00% | 8,186,453 | 100.00% | 9,687,653 | 100.0% | 10,711,908 | 100.00% |
| NH White | 4,543,425 | 70.13% | 5,128,661 | 62.65% | 5,413,920 | 55.88% | 5,362,156 | 50.06% |
| **Total Minority Pop.** | 1,934,791 | 29.87% | 3,057,792 | 37.35% | 4,273,733 | 44.12% | 5,349,752 | 49.94% |
| Latino | 108,922 | 1.68% | 435,227 | 5.32% | 853,689 | 8.81% | 1,123,457 | **10.49%** |
| **Black\*** | 1,746,565 | 26.96% | 2,393,425 | **29.24%** | 3,054,098 | **31.53%** | 3,538,146 | **33.03%** |

\* SR Black in 1990 – AP Black 2000-2020.


### (2) Metro Atlanta – 29-County MSA

44.  **Figure 6** summarizes the obvious. The key driver of population growth

in Georgia this century has been Metro Atlanta, led in no small measure by a large

increase in the Black population in the area. (See **Exhibit C** depicting the 29-county

MSA area with bold green lines).


**Figure 6**

### 29-County MSA – Metro Atlanta – 1990 to 2020
### Population by Race and Ethnicity

| | 1990 Number | Percent | 2000 Number | Percent | 2010 Number | Percent | 2020 Number | Percent |
|---|---|---|---|---|---|---|---|---|
| Total Population | 3,082,308 | 100.00% | 4,263,438 | 100.00% | 5,286,728 | 100.00 | 6,089,815 | 100.00% |
| NH White | 2,190,859 | 71.08% | 2,576,109 | 60.42% | 2,684,571 | 50.78% | 2,661,835 | 43.71% |
| **Total Minority Pop.** | 891,449 | 28.92% | 1,687,329 | 39.58% | 2,602,157 | 49.22% | 3,427,980 | 56.29% |
| Latino | 58,917 | 1.91% | 270,655 | 6.35% | 547,894 | 10.36% | 730,470 | 11.99% |
| **Black\*** | 779,134 | 25.28% | 1,248,809 | 29.29% | 1,776,888 | 33.61% | 2,186,815 | 35.91% |

\* SR Black in 1990, AP Black 2000-2020.

19

45.   Under the 1990 Census, today's 29 county-MSA was 25.28% Black, increasing to 35.91% in 2020. Since 2000, the Black population in Metro Atlanta has climbed by 75%, from 1,248,809 to 2,186,815 in 2020.

46.   According to the 2020 Census, 56.29% of Metro Atlanta residents are non-White—a major shift compared to the previous decade. In 2010, NH Whites represented 50.78% of the population.

47.   According to the 2020 Census, the 11 core counties comprising the Atlanta Regional Commission ("ARC") service area[15] account for more than half (54.7%) of the statewide Black population. After expanding the Metro Atlanta area to include the 29 counties in the Atlanta MSA (including the 11 ARC counties), Metro Atlanta encompasses 61.81% of the state's Black population.

### (3) Region A – 5-County South Metro Atlanta

48.   The table in **Figure 7** presents similar 1990 to 2020 population details for the five south Metro Atlanta counties (**Region A**), where I have determined that two additional majority-Black Senate districts and at least three additional majority-Black House districts can be drawn.

---

[15] https://atlantaregional.org/atlanta-region/about-the-atlanta-region.

**Figure 7**

### Region A – 5-County South Metro Atlanta – 1990 to 2020
### Population by Race and Ethnicity

| | 1990 Number | Percent | 2000 Number | Percent | 2010 Number | Percent | 2020 Number | Percent |
|---|---|---|---|---|---|---|---|---|
| Total Population | 271,512 | 100.00% | 401,133 | 100.00% | 559,735 | 100.00% | 633,265 | 100.00% |
| NH White | 227,297 | 83.72% | 305,779 | 76.23% | 305,092 | 54.51% | 262,792 | 41.50% |
| **Total Minority Pop.** | 44,215 | 16.28% | 95,354 | 23.77% | 254,643 | 45.49% | 370,473 | 58.50% |
| Latino | 2,757 | 1.02% | 11,560 | 2.88% | 33,722 | 6.02% | 48,287 | 7.63% |
| **Black*** | 38,945 | 14.34% | 74,249 | 18.51% | 205,426 | 36.70% | 294,914 | 46.57% |

* SR Black in 1990, AP Black 2000-2020.

49.   As is readily apparent from the **Figure 7** timeline, south Metro Atlanta

has undergone a dramatic demographic transformation over the past 30 years. In

1990, just 14.34% of the population in the 5-county south Metro Atlanta area was

Black. By 2010, the Black population had more than doubled to reach 36.70% of

the overall population, then climbing to 46.57% in 2020.

50.   Between 2000 and 2020, the Black population in the 5-county south

Metro Atlanta region quadrupled, from 74,249 to 294,914. The NH White

population in the region actually decreased during the same period.

### (4) Region B – Eastern Black Belt

51.   In contrast to south Metro Atlanta, the Black Belt counties in the

Augusta area have experienced a slight overall population decline since 1990, from

331,615 to 325,164 in 2020. However, the Black population in the region has

grown. **Figure 8** reveals that a 19% increase in the Black population since 1990 has

been offset by a 28.7% decline in the NH White population.

**Figure 8**
### Region B – Eastern Black Belt Area - 1990 to 2020
### Population by Race and Ethnicity

|  | 1990 Number | Percent | 2000 Number | Percent | 2010 Number | Percent | 2020 Number | Percent |
|---|---|---|---|---|---|---|---|---|
| Total Population | 331,615 | 100.00% | 321,998 | 100.00% | 322,852 | 100.00 | 325,164 | 100.00% |
| NH White | 174,163 | 52.52% | 146,870 | 45.61% | 133,467 | 41.34% | 124,115 | 38.17% |
| **Total Minority Pop.** | 157,452 | 47.48% | 175,128 | 54.39% | 189,385 | 58.66% | 201,049 | 61.83% |
| Latino | 4,412 | 1.33% | 7,173 | 2.23% | 11,179 | 3.46% | 14,751 | 4.54% |
| **Black\*** | 149,307 | 45.02% | 163,130 | 50.66% | 173,238 | 53.66% | 177,610 | 54.62% |

\* SR Black in 1990 – AP Black 2000-2020.

52.  In 1990, the Black population in Region B represented 45.02% of the

total population, climbing to 54.62% in 2020.

53.  The 2020 population in the 11-county area that I identified as Region B

is sufficient to form only about 1.7 Senate districts or 5.5 House districts, which is

below what would be necessary to create a second majority-Black Senate district or

a sixth majority-Black House district. However, as shown in the Illustrative Senate

and House Plans discussed in this report, this population deficit can be overcome,

and additional majority-Black Senate and House districts can be drawn, by

including contiguous, demographically similar Black Belt counties such as

Baldwin, Putnam, and Wilkinson in the additional districts.

22

### (5) Region C – Western Black Belt

54.  As shown in **Figure 9**, the western Black Belt has experienced a population decline since 2010, after holding relatively stable between 1990 and 2010. All of the population loss can be attributed to a steady decline in the NH White population over the past several decades

**Figure 9**

**Region C – Western Black Belt Area - 1990 to 2020**
**Population by Race and Ethnicity**

| | 1990 Number | Percent | 2000 Number | Percent | 2010 Number | Percent | 2020 Number | Percent |
|---|---|---|---|---|---|---|---|---|
| Total Population | 205,742 | 100.00% | 214,686 | 100.00% | 209,747 | 100.00 | 190,819 | 100.00% |
| NH White | 100,751 | 48.97% | 90,946 | 42.36% | 76,748 | 36.59% | 64,553 | 33.83% |
| **Total Minority Pop.** | 104,991 | 51.03% | 123,740 | 57.64% | 132,999 | 63.41% | 126,266 | 66.17% |
| Latino | 1,485 | 0.72% | 3,588 | 1.67% | 7,377 | 3.52% | 7,429 | 3.89% |
| **Black\*** | 102,728 | 49.93% | 118,786 | 55.33% | 123,663 | 58.96% | 115,621 | 60.59% |

\* SR Black in 1990, AP Black 2000.

55.  In 1990, NH Whites constituted about half of the overall population. By 2020, NH Whites comprised only about one-third. Over the same time period, the Black population grew in absolute terms from 102,728 to 115,621, representing just under half the population in 1990, but 60.6% of the population by 2020.

56.  There is insufficient population to create an additional majority-Black Senate district in Region C and the counties immediately adjacent to Region C in the western Black Belt. However, as shown in the illustrative plans discussed in this report, an additional House district can be drawn in the area.

### E. County and Municipal Socioeconomic Characteristics

57.   For background on socioeconomic characteristics by race and ethnicity

at the county and community level in Georgia, I have prepared charts based on the

5-year 2015-2019 American Community Survey. That data is compiled online[16]

and has been included in a compact-disk as **Exhibit CD**.

---

[16] The county level data is available at http://www.fairdata2000.com/ACS_2015_19/Georgia/ and
the community-level data is available at
http://www.fairdata2000.com/ACS_2015_19/Georgia/00_Places_2500+/.

III.   SENATE – HISTORICAL BENCHMARK PLANS AND 2021 PLAN

A. Majority-Black Senate Districts – 1990s Plan to 2021 Plan

58.   As shown in **Figure 10**, despite the significant growth in Georgia's

Black population since 2000—climbing by 1.2 million persons—the number of

majority-Black Senate districts has only inched up to 14 from 13 in the 2006 Plan,

and has remained static for the last decade.

**Figure 10**

**Number of Majority-Black Senate Districts by Plan – 2000 to 2021**

| Senate Plans[17] | Statewide Majority-Black Districts | Metro Atlanta Majority-Black Districts |
|---|---|---|
| 1990s Plan – 2000 Census | 12 | 7 |
| 2006 Plan – 2010 Census | 13 | 10 |
| 2014 Plan – 2020 Census | 14 | 10 |
| 2021 Plan – 2020 Census | 14 | 10 |

59.   As **Figure 11** reveals, despite the major changes in the composition of

the State's population, the percentage of Black Georgians of voting age in majority-

Black Senate districts has hovered around 50% since the mid-2000s, while the

percentage of the NH White VAP in majority-White districts has stayed above 80%

---

[17] As discussed *supra* n.8, I am including Senate District 41 as majority-Black under the 2014 Benchmark Senate Plan, even though it had fallen to 49.76% BVAP by the 2020 Census. Notably, when the 2014 Benchmark Senate Plan was drawn, it had 15 total BVAP-majority districts under the 2010 Census, including both Senate District 41 and Senate District 2 in Savannah. In that sense, the 2021 Senate Plan actually represents a *diminution* of one majority-Black district from the last districting effort.

over the same timeframe—indicating that Black populations are disproportionately

"cracked" or divided into majority-White districts rather than placed in majority-

Black districts.[18]

**Figure 11**

**Same Race VAP in Majority-Black and Majority NH White Districts –
2000 to 2021**

| Senate Plans | Statewide % Black VAP in Majority-Black Districts* | Statewide %NH White VAP in Majority-White Districts |
|---|---|---|
| 1990s Plan – 2000 Census | 43.51% | 90.51% |
| 2006 Plan – 2010 Census | 53.84% | 83.88% |
| 2014 Plan – 2020 Census | 52.29% | 80.64% |
| 2021 Plan – 2020 Census | 52.45% | 80.54% |

* Including Senate District 2 for all years and Senate District 41 for 2014 and 2021.

**B. 2014 Benchmark Senate Plan**

60.   The map in **Figure 12** displays 2014 Benchmark Senate Plan districts in

south Metro Atlanta (Region A) and in the eastern Black Belt (Region B). Labels

on the map display the district number and the BVAP percentages, according to the

2020 Census. Green labels and borders identify majority-Black districts. **Exhibit H**

is a higher resolution version of the **Figure 12** map.

---

[18] "Packing" describes election districts where a minority population is unnecessarily concentrated, resulting in an overall dilution of minority voting strength in the voting plan. "Cracking" describes election plans with one or more districts that fragment or divide the minority population, also resulting in an overall dilution of minority voting strength in the voting plan.

**Figure 12:** *2014 Benchmark Senate Plan – Region A and Region B*



61.  **Exhibit I-1** contains a map packet depicting the 2014 Benchmark Senate Plan, with corresponding Census 2010 statistics, prepared by the Georgia Legislative & Congressional Reapportionment Office ("GLCRO"). **Exhibit I-2** shows the map for the prior 2011-enacted Senate plan, and **Exhibit I-3** shows the map for the Senate plan enacted in 2006.

62.  **Exhibit J-1** is a table reporting Census 2020 population statistics for the 56 districts in the 2014 Benchmark Senate Plan, as well as CVAP estimates from

the 5-year 2015-2019 Special Tabulation.[19] **Exhibits J-2** and **J-3** provide similar population data for the prior, 2011-enacted and 2006-enacted plans.

63.   As a result of the dramatic population shifts in Georgia since 2010, the 2014 Benchmark Senate Plan is severely malapportioned, with an overall deviation of 47.75%, according to the 2020 Census.

64.   Including Senate District 41 in Metro Atlanta, *see supra* nn.8 & 19, 2014 Benchmark Senate Plan contains 14 majority-Black districts. Fifteen districts in the 2014 Benchmark Plan are BCVAP-majority (the 14 BVAP majority ones plus Senate District 2 in Chatham County). Seventeen are B+L+ACVAP.

65.   Additional 2014 Benchmark Senate Plan information regarding compactness scores, county splits, and VTD splits is reported *infra* for comparison with the Illustrative Senate Plan metrics.

**C. 2021 Senate Plan**

66.   The map in **Figure 13** displays 2021 Senate Plan districts in south Metro Atlanta (Region A) and in the eastern Black Belt (Region B). Green labels and borders identify majority-Black districts. **Exhibit K** is a higher resolution version of the **Figure 13** map.

---

[19] https://www.census.gov/programs-surveys/decennial-census/about/voting-rights/cvap.html.

**Figure 13:** *2021 Senate Plan – Region A and Region B*



67.   **Exhibit L** contains a map packet depicting the 2021 Senate Plan, with corresponding Census 2020 statistics, prepared by GLCRO.

68.   **Exhibit M** is a table reporting Census 2020 population statistics for the 56 districts in the 2021 Plan, as well as CVAP estimates from the 5-year 2015-2019 Special Tabulation.

69.   The 2021 Senate Plan contains 14 majority-Black districts (BVAP). Fifteen are BCVAP majority (the 14 BVAP-majority plus Senate District 2 in

Chatham County). Eighteen districts in the 2021 Senate Plan are majority

B+L+ACVAP.

70.   Additional 2021 Plan information regarding compactness scores, county

splits, VTD splits, and incumbent conflicts is reported for comparison with the

Illustrative Senate Plan described in the next section.

## IV. ILLUSTRATIVE SENATE PLAN

### A. Statewide

71.  The map in **Figure 14** displays Illustrative Senate Plan districts, with the

map zoomed to identify the three additional majority Black districts (large green

labels and borders) in south Metro Atlanta (Region A) and in the Black Belt

(Regions B). **Exhibit N-1** is a higher resolution version of the **Figure 14** map.

**Figure 14**



72.   **Exhibit N-2** contains maps for each of the 19 majority-Black districts in the Illustrative Plan.

73.   **Exhibit O** is a table reporting Census 2020 population statistics for the 56 districts in the Illustrative Senate Plan, as well as CVAP estimates from the 5-year 2015-2019 Special Tabulation.

74.   The Illustrative Senate Plan contains 19 majority-Black districts (BVAP). As with the 2014 Benchmark Senate and 2021 Senate Plans, there is an additional BCVAP-majority district in District 2 in Chatham County. Twenty-one districts in the Illustrative Senate Plan are majority B+L+ACVAP.

## B. Additional Majority Black Districts in the Illustrative Senate Plan

75.   The text descriptions of the additional majority-Black Senate districts in the Illustrative Senate Plan set forth below are illustrated with side-by-side comparison map exhibits, depicting the Illustrative Senate Plan and 2021 Senate Plan at the same scale. For ease of reference, these side-by-side pairings are also included in Exhibits as marked below.

76.   In these maps, majority-Black districts are outlined with bold green boundaries and labels.

**(1) South Metro Atlanta (Region A)**

Illustrative District 28 (**Exhibit P-1**) and 2021 Plan District 16 (**Exhibit P-2**)

**Figure 15:** *Illustrative District 28 and vicinity*



77.   Senate District 16 in the 2021 Senate Plan lies in the south and southwestern part of the Atlanta Metro area. It includes parts of Fayette and Spalding County. Both Fayette and Spalding County in particular have seen significant, double-digit growth in their Black populations over the last decade, including a near-doubling of the Black population in Fayette County in particular,

33

even as the White population there fell. Senate District 16 was nevertheless drawn

with a BVAP of under 23% by combining Fayette and Spalding Counties with

Whiter and more rural Pike and Lamar Counties.

**Figure 16**: *2021 Plan District 16 and vicinity*



78.   A majority-Black Senate District can be drawn around where 2021 Senate Plan District 16 was drawn by "unpacking" some of the Black population in neighboring Senate Districts 34 and 44 (which include parts of Clayton County as well as part of Fayette County in Senate District 34 and part of Dekalb County in Senate District 44). In the 2021 Senate Plan, those neighboring districts are drawn with around 70% and 65% BVAP. Unpacking those districts allows a majority-Black Illustrative Senate Plan District 28 to be drawn in Fayette, Spalding, and a neighboring part Clayton County (which has also seen 30% growth in its substantial Black population), "uncracking" the Black population that had been drawn into 2021 Senate Plan District 16.

Illustrative District 17 (**Exhibit Q-1**) and 2021 Plan District 17 (**Exhibit Q-2**)

**Figure 17**: *Illustrative District 17 and Vicinity*



79.   An additional majority-Black State Senate district can be drawn around

where Senate District 17 in the 2021 Senate Plan was drawn. Senate District 17 as

drawn in the 2021 Senate Plan, includes parts of Henry, Newton, and Walton

Counties, and all of Morgan County, and lies in the southeastern part of the Atlanta

Metro area.

**Figure 18:** *2021 Plan District 17 and Vicinity*



80.   Of the counties in 2021 Senate District 17: Henry County's BVAP

increased by almost 75% in the last decade (to nearly 60%) and Newton County's

increased by more than 45% (to almost 50% of the total VAP of the county).

Meanwhile, Dekalb and Rockdale Counties, which border Henry and Newton

Counties, also have substantial Black populations. For example, Rockdale County

is majority Black, and the county's BVAP increased by 53% over the last decade.

Senate District 17 was nevertheless drawn in 2021 with a BVAP under 34%.

37

81.   A majority-Black Senate District 17 can be drawn around where 2021 Senate Plan District 17 was drawn by "unpacking" the Black population in a number of neighboring districts, including 2021 Senate Plan Districts 10 and 43 (which include parts of Henry, Rockdale, and Newton Counties). Under the 2021 Senate Plan, those two districts were drawn with BVAPs of over 70% and almost 65%, respectively. Unpacking those districts allows a majority-Black Illustrative Senate Plan District 17 to be drawn in Henry as well as Rockdale and Dekalb Counties, "uncracking" the Black population in Henry County that had been drawn into 2021 Senate Plan District 17, which under the 2021 Senate Plan has been combined with predominantly White populations in Walton and Morgan Counties.[20]

_____

[20] In addition, the Illustrative Senate Plan places the booming Black population of Newton County in another majority-Black district, District 43.

**(2) Eastern Black Belt (Region B)**

Illustrative District 23 (**Exhibit R-1**) and 2021 Plan District 23 (**Exhibit R-2**)

**Figure 19:** *Illustrative District 23 and Vicinity*



82.   Another additional majority-Black State Senate district can be drawn

around where Senate District 23 in the 2021 Senate Plan was drawn. Senate District

23 as drawn in the 2021 Senate Plan lies around the City of Augusta, including

outlying parts of Richmond County and a number of surround Black Belt counties

in the larger Augusta region, including Burke, Jefferson, Warren, and Taliaferro

Counties. As noted already, the Black population in that region has increased,

39

although that growth has been offset by White population decline. Senate

District 23 was drawn with a BVAP of under 36%.

**Figure 20:** *2021 Plan District 23 and Vicinity*



83.   An additional majority-Black State Senate district can be drawn in the

Augusta region, around where SD 23 was drawn, by "unpacking" the Black

population in Senate District 22 (central Augusta) and Senate District 26 (which

includes adjacent Black Belt counties to the west, such as Hancock County) and by

"uncracking" the Black populations in Senate District 23 and Senate District 25

(which includes additional contiguous Black Belt counties such as Baldwin

County). This more even distribution allows a majority-Black Illustrative Senate Plan District 23 to be drawn in the area including Richmond County and much of the Augusta-area Black Belt counties, "uncracking" the Black population that had been drawn into 2021 Senate Plan District 23.

## C. Supplemental Plan Information

84.   Compactness scores for the Illustrative Senate Plan are within the norm. The **Exhibit S** series contains compactness scores generated by the software program Maptitude for Redistricting.

85.   The table in **Figure 21** (condensed from the Exhibit S series) reports Reock[21] and Polsby-Popper[22] scores for the Illustrative Senate Plan (**Exhibit S-1**), alongside scores for the 2014 Benchmark Senate Plan (**Exhibit S-2**) and the 2021 Senate Plan (**Exhibit S-3**).

------

[21] "The Reock test is an area-based measure that compares each district to a circle, which is considered to be the most compact shape possible. For each district, the Reock test computes the ratio of the area of the district to the area of the minimum enclosing circle for the district. The measure is always between 0 and 1, with 1 being the most compact. The Reock test computes one number for each district and the minimum, maximum, mean and standard deviation for the plan." Caliper Corporation, *Maptitude For Redistricting* Software Documentation.

[22] The Polsby-Popper test computes the ratio of the district area to the area of a circle with the same perimeter: 4pArea/(Perimeter2). The measure is always between 0 and 1, with 1 being the most compact. The Polsby-Popper test computes one number for each district and the minimum, maximum, mean and standard deviation for the plan. *See* Caliper Corporation, *Maptitude For Redistricting* Software Documentation.

41

**Figure 21**

### Compactness Scores – Illustrative Senate Plan and 2014 Benchmark and 2021 Senate Plans

|  | Reock | | | Polsby-Popper | |
|---|---|---|---|---|---|
|  | **Mean** | **Low** | | **Mean** | **Low** |
| **Illustrative Senate Plan** | .38 | .17 | | .25 | .11 |
| **2014 Benchmark Senate Plan** | .43 | .14 | | .27 | .11 |
| **2021 Senate Plan** | .42 | .18 | | .29 | .12 |

86.     **Exhibit T-1** contains a county and VTD split report generated by

Maptitude for all districts in the Illustrative Senate Plan. See also **Exhibit T-2** (2014

Benchmark Senate Plan) and **Exhibit T-3** (2021 Senate Plan).

87.     County and VTD splits are within the norm for a typical legislative

plan. The table in **Figure 22** summarizes county and 2020 VTD splits under the

Illustrative Senate Plan, the 2014 Benchmark Senate Plan, and the 2021 Senate

Plan.

**Figure 22**

### County and VTD Splits – Illustrative Plan versus 2014 Benchmark and 2021 Senate Plans

|  | County Splits (Populated) | Unique County-District Combinations | 2020 VTD Splits (Populated) |
|---|---|---|---|
| **Illustrative Senate Plan** | 33 | 59 | 54 |
| **2014 Benchmark Senate Plan** | 38 | 65 | 84 |
| **2021 Senate Plan** | 29 | 63 | 37 |

88.   Based on incumbent address information obtained from the Redistricting Data Hub, the following districts in the Illustrative Senate Plan may have incumbent conflicts: 20 and 56.

89.   Based on incumbent address information obtained from the Redistricting Data Hub, the following districts in the 2021 Senate Plan may have incumbent conflicts: 13 and 52.

**D. Online Interactive Map**

90.   The Illustrative Senate Plan can also be viewed online in detail on the *Dave's Redistricting Application* (DRA) website via the link below.

https://davesredistricting.org/join/f029239b-b5cc-444a-89cb-6409f92d8eb9.

43

## V.    HOUSE – HISTORICAL BENCHMARK PLANS AND 2021 PLAN

### A. Majority-Black House Districts – 1990s Plan to 2021 Plan

91.    As shown in **Figure 23**, and despite the significant growth in Georgia's Black population over the past two decades discussed earlier in this report, the number of majority-Black House districts has climbed by just five districts from 45 (25% of districts) in the 2006 plan to 49 (27.2%) in the 2021 Plan, and has remained more or less static for the last decade.

**Figure 23**

### Number of Majority- Black House Districts by Plan –2000 to 2021

| House Plans | Statewide Majority-Black Districts | Metro Atlanta Majority-Black Districts |
|---|---|---|
| 1990s Plan – 2000 Census | 37 | 22 |
| 2006 Plan – 2010 Census | 45 | 30 |
| 2012 Plan – 2010 Census | 48 | 32 |
| 2015 Plan – 2020 Census | 47 | 31 |
| 2021 Plan – 2020 Census | 49 | 33 |

92.    Since the enactment of the 2006 Plan, just three majority-Black districts have been added in Metro Atlanta, even as the Black population in the 29-county area has climbed by over 400,00 persons—the equivalent of nearly seven House districts based on the 2020 ideal district size.

93.    Despite the nominal increase in majority-Black House districts since 2006, **Figure 24** reveals that the percentage of Black Georgians of voting age in

majority-Black House districts is only slightly higher than in the 1990s (52% vs. 45%). Under the 2021 Plan, the percentage of the NH White population in majority-White districts is down from the 1990s (76% vs. 90%). Still, as with the Senate, given the 25-point Black-White gap, Black populations are disproportionately "cracked" or divided into majority-White districts in the House as well.

**Figure 24**

**Same Race VAP in Majority-Black and Majority NH White Districts– 2000 to 2021**

| House Plans | Statewide % Black VAP in Majority-Black Districts* | Statewide %NH White VAP in Majority-White Districts |
|---|---|---|
| 1990s Plan – 2000 Census | 44.81% | 90.49% |
| 2006 Plan – 2010 Census | 44.61% | 83.73% |
| 2015 Plan – 2020 Census | 47.94% | 77.6% |
| 2021 Plan – 2020 Census | 51.65% | 76.16% |

*Including Districts that are both BVAP- and BCVAP-majority.

**B. 2015 Benchmark House Plan**

94.   The map in **Figure 25** displays 2015 Benchmark House Plan districts in south Metro Atlanta (Region A) and in the eastern and western Black Belt (Regions B and C). Labels on the map display the district number and the BVAP percentages, according to the 2020 Census. Green labels and borders identify majority-Black districts.

45

**Figure 25:** *2015 Benchmark House Plan – Regions A, B, and C*



95.   The map depicted in **Figure 25** is also included as **Exhibit U**.

96.   **Exhibit V-1** contains a map packet depicting the Benchmark 2015 House Plan, with corresponding Census 2010 statistics, prepared by GLCRO. **Exhibit V-2** shows the map for the prior 2012-enacted House plan, and **Exhibit V-3** shows the map for the House plan enacted in 2006.

97.   **Exhibit W-1** is a table reporting Census 2020 population statistics for the 180 districts in the 2015 Benchmark House Plan, as well as CVAP estimates

from the 5-year 2015-2019 Special Tabulation.[23] **Exhibits W-2** and **W-3** provide

similar population information for the prior, 2012-enacted and 2006-enacted plans.

98.   As a result of the dramatic population shifts in Georgia since 2010, the

2015 Benchmark House Plan is severely malapportioned, with an overall deviation

of 56.66%, according to the 2020 Census.

99.   The 2015 Benchmark House Plan contains 47 majority-Black districts,

with 48 BCVAP-majority districts and 62 districts that are B+L+ACVAP majority.

100. For comparison with the Illustrative House Plan, additional 2015

Benchmark House Plan information regarding compactness scores, county splits,

VTD splits, and incumbent conflicts is reported *infra*.

**C. 2021 House Plan**

101. The map in **Figure 26** displays 2021 House Plan districts in south Metro

Atlanta (Region A) and in the eastern and western Black Belt (Regions B and C).

Green labels and borders identify majority-Black districts.

---

[23] https://www.census.gov/programs-surveys/decennial-census/about/voting-rights/cvap.html.

**Figure 26:** *2021 Plan – Regions A, B, and C*



102. A version of **Figure 26** is included as **Exhibit X**.

103. **Exhibit Y-1** contains a map packet depicting the 2021 House Plan, with corresponding Census 2020 statistics, prepared by GLCRO. **Exhibit Y-2** is a table reporting Census 2020 population statistics for the 180 districts in the 2021 House Plan, as well as CVAP estimates from the 5-year 2015-2019 Special Tabulation.

104. The 2021 House Plan contains 49 majority-Black districts, with 49 BCVAP-majority districts, and 47 that are both BVAP and BCVAP-majority. Sixty-two districts in the 2021 House Plan are majority B+L+ACVAP.

105. For comparison, additional 2021 House Plan information regarding compactness scores, county splits, VTD splits, and incumbent conflicts is reported *infra*.

## VI.   ILLUSTRATIVE HOUSE PLAN

### A. Statewide

106. The map in **Figure 27** displays Illustrative House Plan districts, with the map zoomed to identify additional majority Black districts (large green labels) in south Metro Atlanta (Region A) and in the Black Belt (Regions B and C).

**Exhibit Z-1** is a higher resolution version of the **Figure 27** map.

**Figure 27**: *Illustrative Plan – New Majority-Black Districts – 73, 110, 111, 144, and 153*



107. **Exhibit Z-2** is a table reporting Census 2020 population statistics for the 180 districts in the Illustrative House Plan, as well as CVAP estimates from the 5-year 2015-2019 Special Tabulation.[24]

108. The Illustrative House Plan contains 54 majority-Black districts (BVAP), with 54 majority-BCVAP districts and 53 that are both BVAP and BCVAP-majority. Sixty-nine districts in the Illustrative House Plan are majority B+L+ACVAP.

109. **Exhibit AA** contains detailed maps for the 54 districts that are BVAP-majority under the Illustrative House Plan, including the additional majority-Black districts in the Illustrative Plan.

## B. Additional Majority Black Districts in the Illustrative Plan

110. The text descriptions of four of the additional majority-Black districts in the Illustrative House Plan set forth below are illustrated with paired comparison map exhibits, depicting the Illustrative House Plan and 2021 House Plan at the same scale. For ease of reference, these side-by-side pairings are also included in Exhibits as marked below.

---

[24] https://www.census.gov/programs-surveys/decennial-census/about/voting-rights/cvap.html.

111. In these maps, majority-Black districts are outlined with bold green boundaries and green labels.

**(1) South Metro Atlanta (Region A)**

Illustrative District 73 (**Exhibit AB-1**) & 2021 Plan District 74 (**Exhibit AB-2**)

**Figure 28:** *Illustrative Plan District 73 and Vicinity*



112. House District 74 in the 2021 House Plan lies in the south Atlanta Metro area and includes parts of Fayette, Spalding, and Henry Counties. The BVAP of the district as drawn is under 26%.

**Figure 29:** *2021 Plan District 74 and Vicinity*



113. An additional majority-Black House District could have been drawn in that area by "unpacking" the Black population in (among others) 2021 House Plan District 78 (which stretches into Clayton County) and "uncracking" the Black population in House Districts 74 and 117, both of which include counties such as Henry County that have seen substantial Black population growth and are now themselves majority Black. Unpacking those districts allows a majority-Black

53

Illustrative House Plan District 73 to be drawn in Henry, Spalding, and a

neighboring part of Clayton County.[25]

Illustrative District 110 (**Exhibit AC-1**) & 2021 Plan District 117 (**Exhibit AC-2**)

**Figure 30**: *Illustrative Plan: District 110 and vicinity*



114. At least one additional majority-Black House district can be drawn

around where House District 117 in the 2021 House Plan was drawn. House

---

[25] As shown on the **Figure 28** map, Illustrative House Plan District 109 in Henry and Clayton Counties is majority-BVAP (55.9%), but is just barely below the 50% BCVAP threshold (49.97% BCVAP).

District 117 in the 2021 House Plan lies in the south Atlanta Metro area and

includes parts of Henry and Spalding Counties. The BVAP of the district as drawn

is just under 37%, and the BVAP of the neighboring district that includes the rest of

Spalding County, District 134, is just almost 34%.

**Figure 31:** *2021 Plan: District 117 and Vicinity*



115. At least one additional majority-Black House District could have been

drawn in that area by (among other things) "unpacking" the Black population in

2021 House Plan District 116 (which includes part of Henry County just to the

north, closer in to the center of the Metro Atlanta area) and "uncracking" the Black

populations in House Districts 117 and 134, bringing more of the growing Black

populations in Henry and Spalding Counties into majority-Black districts.

Unpacking those districts allows, among other things, for a majority-Black

Illustrative House Plan District 110 to be drawn in Henry and Spalding.[26]

---

[26] The Illustrative House Plan includes another majority-Black district, which could be characterized as District 111, in Henry County, or District 112, in the area around Newton County near where 2021 House Plan District 114 was drawn. District 112 could have been drawn by "unpacking" the Black population in (among others) House District 92 (which includes parts of Rockdale and Dekalb counties) and thus "uncracking" the Black population in House District 114. Both districts are depicted in the **Exhibit AA** series.

**(2) Eastern Black Belt (Region B)**

Illustrative Plan District 144 (**Exhibit AD-1**) and 2021 Plan (**Exhibit AD-2**)

**Figure 32**: *Illustrative Plan: District 144 and Vicinity*



116. Another additional majority-Black House District could have

been drawn in the area in and outside Augusta, including a number of Black

Belt-area counties such as Baldwin, Wilkinson, and Taliaferro Counties that

are included in non-majority-Black districts under the 2021 House Plan. In

the 2021 House Plan, the area in and around Augusta includes five majority-

Black districts: Districts 129 and 130 (both in Augusta entirely within

57

Richmond County), as well as Districts 128, 131, and 132.

**Figure 33:** *2021 Plan: Districts 133, 149 and eastern Black Belt*



117. An additional majority-Black district could have been drawn in this area by (among other things) "unpacking" the Black populations of those majority-Black districts in the 2021 House Plan and also "uncracking" parts of other districts in the 2021 House Plan, such as District 133 (which includes parts of Baldwin County and Milledgeville) and 155 (which includes Wilkinson County), where there are substantial populations of Black voters who have been drawn into districts with BVAPs of between 35 and 40%. Looking at the Augusta region as a whole, it is

58

possible to draw six total majority-Black districts, as with Illustrative House Plan

Districts 124, 125, 126, 127, 128, and 144. Illustrative House Plan District 144, in

particular, includes substantial number of Black voters from the Augusta region

who are spread across non-majority-Black districts in the 2021 House Plan.

**(3) Western Black Belt (Region C)**

Illustrative District 153 (**Exhibit AE-1**) and 2021 Plan District 171 (**Exhibit AE-2**)

**Figure 34:** *Illustrative Plan: District 153 and vicinity*



118. An additional majority-Black House District could also have been

drawn in the area south of Albany, including Dougherty, Mitchell, and Thomas

59

Counties, all of which are in the southwestern portion of the Black Belt, near where

House District 171 in the 2021 House Plan was drawn. The BVAP of 2021 House

Plan District 171, which contains Mitchell County, is just under 40%. In addition,

the BVAP of neighboring 2021 House Plan District 173, which includes Thomas

County, is similarly just over 36%. And nearby Dougherty County, which contains

the majority-Black City of Albany, is split among four districts in the 2021 House

Plan, two of which (2021 House Plan Districts 151 and 152) have no Black

majority, and one of which (2021 House Plan District 153) is nearly 70% Black.

**Figure 35:** *2021 Plan: District 151, 153, 171 and Vicinity*

119. In sum, another additional majority-Black House District could have drawn in southwest Georgia by "unpacking" the Black population in 2021 House Plan District 153 and "uncracking" the Black populations in 2021 House Plan Districts 171 and 173. Unpacking those districts allows a majority-Black Illustrative House Plan District 153 to be drawn including part of Dougherty, Mitchell, and Thomas Counties.

120. Looking at the southwest Georgia/western Black Belt region as a whole, it is possible to draw seven total majority-Black districts, as with Illustrative House Plan Districts 135, 136, 138, 139, 151, 153, and 154. However, the 2021 House Plan contains only six: 2021 House Plan Districts 137, 140, 141, 150, 153, and 154.

**C. Supplemental Plan Information**

121. Compactness scores for the Illustrative House Plan are within the norm. **Exhibits BB-1** contains compactness scores generated by Maptitude for all districts in the Illustrative House Plan, alongside scores for the 2015 Benchmark House Plan (**Exhibit BB-2**) and the 2021 House Plan (**Exhibit BB-3**).

122. The table in **Figure 36** (condensed from the **Exhibit BB** series) reports Reock and Polsby-Popper scores for the Illustrative House Plan, alongside scores for the 2015 Benchmark House Plan and the 2021 House Plan.

**Figure 36**

### Compactness Scores – Illustrative House Plan vs 2014 Benchmark and 2021 House Plans

|  | Reock | | | Polsby-Popper | |
|---|---|---|---|---|---|
|  | Mean | Low | | Mean | Low |
| **Illustrative House Plan** | .39 | .16 | | .27 | .11 |
| **2014 Benchmark House Plan** | .39 | .13 | | .27 | .09 |
| **2021 House Plan** | .39 | .12 | | .28 | .10 |

123. In my experience, the compactness scores for the Illustrative Plan are clearly within the normal range for a state legislative plan.

124. County and VTD splits are also within the norm for a typical legislative plan. The table in **Figure 37** summarizes county and 2020 VTD splits under the Illustrative Plan, the 2015 Plan, and the 2021 Plan.

**Figure 37**

### County and VTD Splits – Illustrative Plan vs 2006 and 2015 Plans

|  | County Splits (Populated) | Unique County-District Combinations | 2020 VTD Splits (Populated) |
|---|---|---|---|
| **Illustrative House Plan** | 74 | 206 | 262 |
| **2015 Benchmark House Plan** | 73 | 215 | 232 |
| **2021 House Plan** | 70 | 211 | 179 |

125. **Exhibit AF-1** contains a county and VTD split report generated by Maptitude for all districts in the Illustrative House Plan. *See also* **Exhibit AF-2** (2015 Benchmark House Plan) and **Exhibit AF-3** (2021 House Plan).

126. Based on incumbent address information obtained from the Redistricting Data Hub[27], the following 8 districts in the Illustrative House Plan may have incumbent conflicts: 015, 029, 138, 141, 148, 149, 154, and 173.

127. Based on incumbent address information obtained from the Redistricting Data Hub, the following 15 districts in the 2021 House Plan may have incumbent conflicts: 019, 021, 031, 045, 054, 062, 087, 100, 101, 106, 118, 132, 133, 154, and 176.

128. **Exhibit AG-1** contains a table showing the district number for all Senate incumbents under the 2014 Benchmark, 2021, and Illustrative Senate Plans. **Exhibit AG-2** contains a table showing the district number for all House incumbents under the 2015 Benchmark, 2021, and Illustrative House Plans

**D. Illustrative Plan – Online Interactive Map**

129. The Illustrative Plan can also be viewed online in detail on the *Dave's Redistricting Application* (DRA) website via the link below.

https://davesredistricting.org/join/360e975b-5f46-47f3-bb2e-37385155f028

---

[27] https://redistrictingdatahub.org/dataset/2021-ga-state-senate-incumbent-addresses/.