# EXHIBIT A

Legislation & Laws    House of Representatives    Senate    Committees    Joint Offices    Intern Program

Session:  2021 Special Session

*You are viewing a page from the 2021 Special Session.* **This is not the current session.**

# SB 1EX
## "Georgia Senate Redistricting Act of 2021"; enact

Current Version    Past Versions

## Sponsors

| No. | Name | District |
| --- | --- | --- |
| 1. | Kennedy, John | 18th |
| 2. | Cowsert, Bill | 46th |
| 3. | Dugan, Mike | 30th |
| 4. | Gooch, Steve | 51st |
| 5. | Burke, Dean | 11th |
| 6. | Walker, III, Larry | 20th |
| 7. | Miller, Butch | 49th |

## Committees

House Committee:
Legislative & Congressional Reapportionment
Senate Committee:
Reapportionment and Redistricting

## First Reader Summary

A BILL to be entitled an Act to provide for the composition and number of state senatorial districts; to provide for a short title; to provide when members of the Senate elected shall take office; to provide for the continuation of present senatorial districts until a certain time; to provide that the provisions of this Act shall supersede and replace a districting plan and certain changes thereto; to provide for related matters; to provide an effective date; to repeal specific Acts; to repeal conflicting laws; and for other purposes.

## Status History

| Date | Status |
| --- | --- |
| 12/30/2021 | Effective Date |
| 12/30/2021 | Act 7EX |
| 12/30/2021 | Senate Date Signed by Governor |
| 11/30/2021 | Senate Sent to Governor |
| 11/15/2021 | House Passed/Adopted |
| 11/15/2021 | House Third Readers |
| 11/12/2021 | House Committee Favorably Reported |
| 11/12/2021 | House Second Readers |
| 11/10/2021 | House First Readers |
| 11/09/2021 | Senate Passed/Adopted By Substitute |

| Date | Status |
|---|---|
| 11/09/2021 | Senate Third Read |
| 11/08/2021 | Senate Read Second Time |
| 11/08/2021 | Senate Committee Favorably Reported By Substitute |
| 11/03/2021 | Senate Read and Referred |
| 11/02/2021 | Senate Hopper |

## Footnotes

11/08/21 Notice of Intent to file Minority Report; 11/09/2021 Minority Report Filed; 11/15/2021 Structured Rule

## Votes

| Date | Vote No. | Yea | Nay | NV | Exc |
|---|---|---|---|---|---|
| 11/09/2021 | Senate Vote #6 | 21 | 33 | 1 | 1 |
| 11/09/2021 | Senate Vote #7 | 34 | 21 | 0 | 1 |
| 11/15/2021 | House Vote #12 | 96 | 70 | 1 | 13 |

## Helpful Links

Georgia.gov

Governor's Office

Secretary of State

Georgia Department of Motor Vehicles

Georgia Department of Driver Services

Georgia Department of Revenue

Georgia Department of Labor

## Legislative Resources

House of Representatives

Senate

Open RFP's

Senate Staffing

Intern Program

COPYRIGHT © 2023 THE GEORGIA GENERAL ASSEMBLY