# EXHIBIT B

Legislation & Laws     House of Representatives     Senate     Committees     Joint Offices     Intern Program

Session: 2021 Special Session

*You are viewing a page from the 2021 Special Session.* **This is not the current session.**

# HB 1EX

**Georgia House of Representatives Redistricting Act of 2021; enact**

Current Version    Past Versions

## Sponsors

| No. | Name | District |
|---|---|---|
| 1. | Rich, Bonnie | 97th |

**Sponsored In Senate By:**
Kennedy, John

## Committees

House Committee:
Legislative & Congressional Reapportionment
Senate Committee:
Reapportionment and Redistricting

## First Reader Summary

A BILL to be entitled an Act to provide for the composition and number of state house districts; to provide for a short title; to provide when members of the House of Representatives elected shall take office; to provide for the continuation of the present representative districts until a certain time; to provide that the provisions of this Act shall supersede and replace a districting plan and certain changes thereto; to provide for related matters; to provide an effective date; to repeal specific Acts; to repeal conflicting laws; and for other purposes.

## Status History

| Date | Status |
|---|---|
| 12/30/2021 | Effective Date |
| 12/30/2021 | Act 6EX |
| 12/30/2021 | House Date Signed by Governor |
| 11/29/2021 | House Sent to Governor |
| 11/12/2021 | Senate Passed/Adopted |
| 11/12/2021 | Senate Third Read |
| 11/11/2021 | Senate Read Second Time |
| 11/11/2021 | Senate Committee Favorably Reported |
| 11/10/2021 | Senate Read and Referred |
| 11/10/2021 | House Immediately Transmitted to Senate |
| 11/10/2021 | House Passed/Adopted By Substitute |
| 11/10/2021 | House Third Readers |
| 11/09/2021 | House Committee Favorably Reported By Substitute |
| 11/04/2021 | House Second Readers |
| 11/03/2021 | House First Readers |

| Date | Status |
|---|---|
| 11/03/2021 | House Hopper |

## Footnotes

11/10/2021 Structured Rule; 11/10/2021 Immediately transmitted to Senate

## Votes

| Date | Vote No. | Yea | Nay | NV | Exc |
|---|---|---|---|---|---|
| 11/10/2021 | House Vote #8 | 99 | 79 | 1 | 1 |
| 11/12/2021 | Senate Vote #13 | 32 | 21 | 0 | 3 |

## Helpful Links

Georgia.gov

Governor's Office

Secretary of State

Georgia Department of Motor Vehicles

Georgia Department of Driver Services

Georgia Department of Revenue

Georgia Department of Labor

## Legislative Resources

House of Representatives

Senate

Open RFP's

Senate Staffing

Intern Program

COPYRIGHT © 2023 THE GEORGIA GENERAL ASSEMBLY