# EXHIBIT C

## PASSAGE BY SUBSTITUTE

### SB 1EX

Yea `Y` : **34**     Nay `N` : **21**     Not Voting `NV` : **0**     Excused `E` : **1**

| | | | |
|---|---|---|---|
| Y ALBERS, 56TH | | N JAMES, 35TH | |
| Y ANAVITARTE, 31ST | | N JONES, 10TH | |
| Y ANDERSON, 24TH | | Y JONES, 25TH | |
| N ANDERSON, 43RD | | N JONES II, 22ND | |
| N AU, 48TH | | N JORDAN, 6TH | |
| Y BEACH, 21ST | | Y KENNEDY, 18TH | |
| Y BRASS, 28TH | | Y KIRKPATRICK, 32ND | |
| Y BURKE, 11TH | | N LUCAS, 26TH | |
| Y BURNS, 23RD | | Y MCNEILL, 3RD | |
| N BUTLER, 55TH | | N MERRITT, 9TH | |
| Y COWSERT, 46TH | | Y MILLER, 49TH | |
| N DAVENPORT, 44TH | | Y MULLIS, 53RD | |
| Y DIXON, 45TH | | N ORROCK, 36TH | |
| Y DOLEZAL, 27TH | | N PARENT, 42ND | |
| Y DUGAN, 30TH | | Y PAYNE, 54TH | |
| Y GINN, 47TH | | N RAHMAN, 5TH | |
| Y GOOCH, 51ST | | N RHETT, 33RD | |
| Y GOODMAN, 8TH | | Y ROBERTSON, 29TH | |
| N HALPERN, 39TH | | N SEAY, 34TH | |
| Y HARBIN, 16TH | | N SIMS, 12TH | |
| N HARBISON, 15TH | | Y STRICKLAND, 17TH | |
| Y HARPER, 7TH | | Y SUMMERS, 13TH | |
| N HARRELL, 40TH | | E TATE, 38TH | |
| Y HATCHETT, 50TH | | Y THOMPSON, 14TH | |
| Y HICKMAN, 4TH | | Y TILLERY, 19TH | |
| Y HUFSTETLER, 52ND | | Y TIPPINS, 37TH | |
| N JACKSON, 2ND | | Y WALKER, III, 20TH | |
| N JACKSON, 41ST | | Y WATSON, 1ST | |