# EXHIBIT D

## PASSAGE
### SB 1EX

Yea [Y] : 96    Nay [N] : 70    Not Voting [NV] : 1    Excused [E] : 13

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N | ALEXANDER, 66TH | N | DREYER, 59TH | E | JONES, 53RD | N | PRINCE, 127TH |
| N | ALLEN, 40TH | Y | DUBNIK, 29TH | Y | KAUSCHE, 50TH | Y | PRUITT, 149TH |
| Y | ANDERSON, 10TH | N | DUKES, 154TH | Y | KELLEY, 16TH | NV | RALSTON, 7TH |
| N | ANULEWICZ, 42ND | E | DUNAHOO, 30TH | Y | KENDRICK, 93RD | N | RHODES, 120TH |
| Y | BALLINGER, 23RD | Y | EFSTRATION, 104TH | N | KENNARD, 102ND | Y | RICH, 97TH |
| Y | BARR, 103RD | Y | EHRHART, 36TH | Y | KIRBY, 114TH | Y | RIDLEY, 6TH |
| Y | BARTON, 5TH | Y | ENGLAND, 116TH | Y | KNIGHT, 130TH | N | ROBERTS, 52ND |
| N | BAZEMORE, 63RD | Y | ERWIN, 28TH | Y | LAHOOD, 175TH | N | ROBICHAUX, 48TH |
| E | BELTON, 112TH | N | EVANS, 57TH | Y | LARICCIA, 169TH | Y | SAINZ, 180TH |
| N | BENNETT, 94TH | N | EVANS, 83RD | E | LEVERETT, 33RD | N | SCHOFIELD, 60TH |
| Y | BENTLEY, 139TH | Y | FLEMING, 121ST | N | LEWIS-WARD, 109TH | Y | SCOGGINS, 14TH |
| Y | BENTON, 31ST | N | FRAZIER, 126TH | N | LIM, 99TH | N | SCOTT, 76TH |
| N | BEVERLY, 143RD | N | FRYE, 118TH | N | LOPEZ, 86TH | Y | SEABAUGH, 34TH |
| Y | BLACKMON, 146TH | Y | GAINES, 117TH | Y | LOTT, 122ND | Y | SETZLER, 35TH |
| N | BODDIE, 62ND | Y | GAMBILL, 15TH | Y | LUMSDEN, 12TH | N | SHANNON, 84TH |
| Y | BONNER, 72ND | N | GILLIARD, 162ND | N | MAINOR, 56TH | Y | SHARPER, 177TH |
| N | BRUCE, 61ST | Y | GILLIGAN, 24TH | N | MALLOW, 163RD | N | SINGLETON, 71ST |
| N | BUCKNER, 137TH | N | GLANTON, 75TH | Y | MARIN, 96TH | Y | SMITH, 18TH |
| Y | BURCHETT, 176TH | Y | GRAVLEY, 67TH | Y | MARTIN, 49TH | N | SMITH, 41ST |
| N | BURNOUGH, 77TH | Y | GREENE, 151ST | Y | MATHIAK, 73RD | Y | SMITH, 70TH |
| Y | BURNS, 159TH | Y | GULLETT, 19TH | Y | MATHIS, 144TH | Y | SMITH, 133RD |
| Y | BYRD, 20TH | Y | GUNTER, 8TH | N | MCCLAIN, 100TH | Y | SMITH, 134TH |
| Y | CAMERON, 1ST | Y | HAGAN, 156TH | Y | MCDONALD, 26TH | E | SMYRE, 135TH |
| Y | CAMP, 131ST | Y | HATCHETT, 150TH | N | MCLAURIN, 51ST | Y | STEPHENS, 164TH |
| Y | CAMPBELL, 171ST | Y | HAWKINS, 27TH | N | MCLEOD, 105TH | Y | TANKERSLEY, 160TH |
| N | CANNON, 58TH | E | HENDERSON, 113TH | Y | MEEKS, 178TH | Y | TARVIN, 2ND |
| Y | CANTRELL, 22ND | Y | HILL, 3RD | N | METZE, 55TH | N | TAYLOR, 91ST |
| Y | CARPENTER, 4TH | Y | HITCHENS, 161ST | E | MITCHELL, 88TH | Y | TAYLOR, 173RD |
| Y | CARSON, 46TH | Y | HOGAN, 179TH | N | MITCHELL, 106TH | Y | THOMAS, 21ST |
| N | CARTER, 92ND | N | HOLCOMB, 81ST | Y | MOMTAHAN, 17TH | N | THOMAS, 39TH |
| Y | CHEOKAS, 138TH | N | HOLLAND, 54TH | Y | MOORE, 90TH | NV | THOMAS, 65TH |
| E | CLARK, 98TH | N | HOLLY, 111TH | N | MOORE, 95TH | Y | WADE, 9TH |
| N | CLARK, 108TH | Y | HOLMES, 129TH | N | NEAL, 74TH | Y | WASHBURN, 141ST |
| Y | CLARK, 147TH | N | HOPSON, 153RD | N | NELSON, 125TH | Y | WATSON, 172ND |
| Y | COLLINS, 68TH | Y | HOUSTON, 170TH | Y | NEWTON, 123RD | Y | WERKHEISER, 157TH |
| Y | COOPER, 43RD | E | HOWARD, 124TH | N | NGUYEN, 89TH | Y | WIEDOWER, 119TH |
| Y | CORBETT, 174TH | N | HUGLEY, 136TH | Y | NIX, 69TH | N | WILENSKY, 79TH |
| Y | CROWE, 110TH | N | HUTCHINSON, 107TH | N | OLIVER, 82ND | E | WILKERSON, 38TH |
| N | DAVIS, 87TH | N | JACKSON, 64TH | N | PARIS, 142ND | N | WILLIAMS, 37TH |
| E | DELOACH, 167TH | N | JACKSON, 128TH | Y | PARK, 101ST | Y | WILLIAMS, 145TH |
| Y | DEMPSEY, 13TH | N | JACKSON, 165TH | Y | PARRISH, 158TH | N | WILLIAMS, 168TH |
| Y | DICKEY, 140TH | Y | JASPERSE, 11TH | Y | PARSONS, 44TH | Y | WILLIAMS, JR., 148TH |
| Y | DOLLAR, 45TH | Y | JENKINS, 132ND | Y | PETREA, 166TH | Y | WILLIAMSON, 115TH |
| N | DOUGLAS, 78TH | Y | JONES, 25TH | Y | PIRKLE, 155TH | E | WILSON, 80TH |
| E | DRENNER, 85TH | Y | JONES, 47TH | Y | POWELL, 32ND | Y | YEARTA, 152ND |