# EXHIBIT E

## PASSAGE

### HB 1EX

Yea `Y` : 32    Nay `N` : 21    Not Voting `NV` : 0    Excused `E` : 3

| | | | | |
|---|---|---|---|---|
| Y | ALBERS, 56TH | | N | JAMES, 35TH |
| Y | ANAVITARTE, 31ST | | N | JONES, 10TH |
| Y | ANDERSON, 24TH | | Y | JONES, 25TH |
| N | ANDERSON, 43RD | | N | JONES II, 22ND |
| N | AU, 48TH | | N | JORDAN, 6TH |
| Y | BEACH, 21ST | | Y | KENNEDY, 18TH |
| N | BRASS, 28TH | | Y | KIRKPATRICK, 32ND |
| Y | BURKE, 11TH | | N | LUCAS, 26TH |
| Y | BURNS, 23RD | | Y | MCNEILL, 3RD |
| N | BUTLER, 55TH | | N | MERRITT, 9TH |
| Y | COWSERT, 46TH | | Y | MILLER, 49TH |
| N | DAVENPORT, 44TH | | Y | MULLIS, 53RD |
| Y | DIXON, 45TH | | N | ORROCK, 36TH |
| Y | DOLEZAL, 27TH | | N | PARENT, 42ND |
| Y | DUGAN, 30TH | | Y | PAYNE, 54TH |
| Y | GINN, 47TH | | N | RAHMAN, 5TH |
| Y | GOOCH, 51ST | | N | RHETT, 33RD |
| Y | GOODMAN, 8TH | | Y | ROBERTSON, 29TH |
| N | HALPERN, 39TH | | N | SEAY, 34TH |
| E | HARBIN, 16TH | | N | SIMS, 12TH |
| N | HARBISON, 15TH | | Y | STRICKLAND, 17TH |
| Y | HARPER, 7TH | | Y | SUMMERS, 13TH |
| N | HARRELL, 40TH | | E | TATE, 38TH |
| Y | HATCHETT, 50TH | | Y | THOMPSON, 14TH |
| Y | HICKMAN, 4TH | | Y | TILLERY, 19TH |
| Y | HUFSTETLER, 52ND | | Y | TIPPINS, 37TH |
| E | JACKSON, 2ND | | Y | WALKER, III, 20TH |
| N | JACKSON, 41ST | | Y | WATSON, 1ST |

PASSAGE

HB 1EX