# EXHIBIT H

```
                 IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION


    Georgia State Conference
    of the NAACP; Georgia
    Collation for the People's
    Agenda, Inc; Galeo Latino
    Community Development Fund,
    Inc.,

              Plaintiffs,
                                       CIVIL ACTION FILE NO.
         vs.                           1:21-CV-5338-ELB-SCJ-SDG


    STATE OF GEORGIA; BRIAN KEMP,
    IN HIS OFFICIAL CAPACITY AS
    THE GOVERNOR OF THE STATE OF
    Georgia; Brad Raffensperger,
    in his official capacity as
    the secretary of State of
    Georgia,

              Defendants.



                    VIDEOTAPED HYBRID ZOOM
                    30(b)(6) and 30(b)(1)
                        DEPOSITION OF
                         BONNIE RICH
                      January 18, 2023
                         9:11 A.M.

                     18 Capitol Square SW
                       Atlanta, Georgia
    Lee Ann Barnes (via Zoom), CCR-1852B, RPR, CRR, CRC
```

Page 1

```
 1        Q.   And outside of the hearing, did you meet
 2   with anyone one on one?
 3        A.   Oh, no, I -- no, I did not do that.  There
 4   was...
 5        Q.   Did any constituents discuss racial
 6   demographics with you in connection with the
 7   redistricting?
 8        A.   I don't recall that.
 9        Q.   Any other legislators?
10        A.   I don't recall that, no.
11        Q.   Did any of the discussions with
12   constituents or advocate groups affect your views
13   about the Congressional maps?
14        A.   No.
15        Q.   What about the House maps?
16        A.   No.
17        Q.   Did you think that their comments just
18   didn't generally have merit?
19        A.   I felt like they were partisan.
20        Q.   Did you look at the materials that they
21   provided to you?
22        A.   I did.
23        Q.   And you didn't find them persuasive?
24        A.   I did not.  I did go so far as to even
25   look up some of the people who presented them, and I
```

Page 163

1    looked at their social media and they were very
 2    liberal.  They were very partisan.
 3          Q.   Did you ever review public comments that
 4    were submitted through the redistricting committee's
 5    public portal about that Congressional map?
 6          A.   Yes, I did.
 7          Q.   Regularly?
 8          A.   Somewhat regularly.  I would do it in big
 9    chunks, and then toward the end it was more regular.
10          Q.   Did you incorporate input from any of
11    those comments into your views on the maps?
12          A.   We did.  The one that I remember, and it
13    really came up in the -- in the town hall meetings,
14    was about a municipality where we tried -- that was
15    something we talked about was something that we
16    could try to -- to do.  And Gina did that for us,
17    Gina Wright.
18          Q.   Do you know if there was the capability to
19    attach documents into the public portal, like
20    alternative maps?
21          A.   I -- I don't recall.  But I do think that
22    there were -- some of those paid lobbyists for the
23    nonprofits mailed them to me and came to my office
24    and dropped them off.
25          Q.   Did you ever communicate with any other

Page 164

Veritext Legal Solutions
866 299-5127

1        I have babies.
2    BY MR. MELLMAN:
3        Q.   And do you recognize this document?
4        A.   Yes.  It appears to be a press release.
5        Q.   And what is it -- what is it discussing?
6        A.   The town hall meeting.
7        Q.   Okay.  And do you see a date on there?
8        A.   I see the date it was printed.  Oh,
9    June 16, 2021.
10       Q.   Okay.  And so do you agree that this
11   document shows that from June 28 through August 11
12   the House and Senate committees held town halls in
13   Georgia about the redistricting process?
14       A.   Yes.
15       Q.   And you recall that happening?
16       A.   Yes.
17       Q.   You recall the town halls taking place?
18       A.   Yes, yes.
19       Q.   And as we discussed before, the full
20   census wasn't released until September.
21            So these town hall meetings took place
22   before the census data was fully released?
23       A.   Yes.
24       Q.   Why was that?
25       A.   In order to visit as many places in the

Page 175

1  outlined in the email.
2  Q. Okay. And so at the town halls did you or
3  other legislators answer questions from Georgia
4  residents?
5  A. No.
6  Q. Were any requests made to you that
7  information about the redistricting process be
8  provided in languages other than English?
9  A. Yes.
10  Q. What happened as a result of those
11  requests?
12  A. That's something we talked about and,
13  ultimately, that's just not the way our committees
14  work here in the State House and the State Senate.
15  We don't translate and we didn't have the resources
16  to do that, and there was just no practical way
17  to -- to accomplish that goal.
18  Q. Did you look into doing that?
19  A. No, we -- we didn't. We -- we -- we all
20  discussed it and ultimately decided that it was not
21  a reasonable request.
22  Q. "We all" meaning the members of the
23  committee?
24  A. Yes.
25  Q. Just the House Committee or the Senate

Page 182

1      committee as well?
2         A.   Oh, I don't know what the Senate committee
3      did.  The House.
4         Q.   Do you know if any of the town hall
5      locations were inaccessible to people with
6      disabilities?
7         A.   It's my understanding that none of them
8      were.  I did receive an email from someone claiming
9      that the Augusta location was not accessible.  But I
10     brought that up to the legislator who arranged this,
11     and he went to the venue and, ultimately, that was a
12     false claim, is what was reported to me.
13        Q.   Were there any other redistricting town
14     halls held after the release of the census data?
15        A.   I do not recall.
16        Q.   To your knowledge, was the August 11,
17     2021, town hall the last one?
18        A.   If that's what our records show on the
19     Redistricting Committee website.  I -- I don't have
20     independent recollection.
21        Q.   Did you publish any redistricting
22     information in languages other than English?
23        A.   No.
24        Q.   Do you recall the date that the census
25     released the results of the 2020 census?

```
 1          A.   I recall the Reapportionment Office
 2   talking to us about that.  I think that might be
 3   that legacy data that I referenced earlier.
 4          Q.   And looking at the -- the next bullet
 5   there it appears that the final redistricting data
 6   was released September 16?
 7               COURT REPORTER:  Excuse me, Mr. Mellman.
 8        You have to get closer to the microphone.
 9   BY MR. MELLMAN:
10          Q.   It appears the final redistricting data
11   was released September 16?
12          A.   Yes.
13          Q.   Why is the census data important in
14   drawing districts, to your knowledge?
15          A.   Well, to my knowledge, that's -- that's
16   what's used to determine where the growth and
17   population retraction are.  So that guides how you
18   draw the maps.
19          Q.   And so you agree that before seeing the
20   census data, the public wouldn't be able to know
21   which areas of the state had grown and which had
22   shrunk?
23          A.   No, I don't agree with that.  Informed
24   people already knew that generally there was a lot
25   of growth in the metro Atlanta area and that there
```

Page 185