# EXHIBIT I

```
 1         IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF GEORGIA
 3
 4    CASE NUMBER:  1:21-CV-5338-ELB-SCJ-SDG
 5
 6    GA ST. CONF. OF NAACP, et al.,
 7             Plaintiffs,
 8             vs.
 9    STATE OF GEORGIA, et al.,
10             Defendants.
11             *  *  *  *  *  *  *  *  *  *  *  *  *  *
12
13
14             THE ORAL PROCEEDINGS OF THE
15             DEPOSITION OF REP. JAN JONES
16                  January 17, 2023
17
18
19    REPORTER BY:
20    Paul Morse
21    Certified Court Reporter and Notary Public
22    ACCR #588 Expires 9/30/23
23    JOB No. 5667900
```

Page 1

```
 1          A.    I do not.
 2          Q.    Okay.  I imagine I'm not as
 3   familiar with the areas of Georgia as you are.
 4   But it looks to me like these are, you know,
 5   dispersed throughout the state.  Is that what
 6   it looks like to you?
 7          A.    I mean, these are -- it looks like
 8   all of the population concentrations, you know,
 9   the bigger cities of Georgia.
10          Q.    Okay.  But there was not a town
11   hall held in Cobb County.  Is that right?
12          A.    That's right.
13          Q.    Or Gwinnett?
14          A.    That's right.
15          Q.    Or DeKalb?
16          A.    That's right.
17          Q.    And those three counties are in
18   the Atlanta Metro area?
19          A.    That's right.
20          Q.    Are they populous counties?
21          A.    Oh yes.
22          Q.    Do they have high numbers of
23   voters of color in those counties?
```

1      A.     Certainly DeKalb does.
2      Q.     And do you know if that was
3  considered in creating this town hall schedule?
4      A.     No, I -- I don't know.
5      Q.     In your view, should it have been
6  considered?
7      A.     Should what have been considered?
8      Q.     Where there were counties with
9  high populations, specifically high populations
10 of minority voters?
11     A.     I mean, I don't know if I think
12 that should -- that or just high populations,
13 you know.  But I assume the Chairman thought
14 that having Atlanta and Cumming, you know, was
15 adequate for the Metro area.  But I didn't
16 schedule it.
17     Q.     Would it surprise you to know that
18 it could take hours to travel from the edges of
19 Gwinnett to Atlanta?
20     A.     It would not surprise me.
21     Q.     Okay.  Would you agree that
22 community voices should be part of the
23 redistricting process?

Page 65

```
 1          Q.   I'd like to share my screen.  Are
 2   you able to see the document on the screen
 3   here?
 4          A.   I am.
 5          Q.   I'm going to introduce it as Grant
 6   Exhibit Number 1.  It has been previously
 7   produced in this litigation as LEGIS31 and 32.
 8   And this is the meeting minutes from a
 9   November 10 -- from a November 10, 2021 House
10   Committee meeting.  Do you recognize this
11   document?
12                (Exhibit Grant 1
13                 is marked for identification.)
14          A.   I don't remember it.  But I see it
15   now.
16          Q.   Okay.  So this is a committee
17   meeting, senate bill SB 1EX was introduced to
18   be put on the agenda.  And the committee action
19   was voted on.  Correct?
20          A.   Yes.
21          Q.   And --
22          A.   Was this on the Senate map?  I
23   can't -- I can't tell?
```

Page 207

```
 1           Q.    Yes, so it's SB 1EX.
 2           A.    Okay.  So the senate house map --
 3   the senate -- the senate district map.  Okay.
 4           Q.    Yes.  Sorry for interrupting you.
 5   Just to clear the record, that's the State
 6   Senate redistricting bill.  Correct?
 7           A.    Yes.
 8           Q.    Okay.  And it looks like there
 9   were 13 members of the committee present and
10   Representative Rich was also present.  Correct?
11           A.    Yes.
12           Q.    So 14 in total?
13           A.    Uh-huh.  Yes.
14           Q.    And of the people who voted,
15   eleven votes yea, including yourself.  Right?
16           A.    Yes.
17           Q.    And two voted nay?
18           A.    Yes.
19           Q.    And would you agree with me that
20   this bill passed along the party line?
21           A.    Yes.
22           Q.    And Representative Alexander is
23   black.  Correct?
```

Page 208

1         A.    Yes.
2         Q.    And Representative Scott is black?
3         A.    Yes.
4         Q.    Okay.  And removing this going to
5    the next exhibit, Grant Exhibit 2 -- do you
6    hear the echo?
7         A.    Yes.
8         Q.    Okay.  I think that's better now.
9    So this is previously produced as LEGIS37 and
10   38.  It's the meeting minutes from November 20,
11   2021.
12              (Exhibit Grant 2
13              is marked for identification.)
14        A.    Uh-huh.
15        Q.    The bill on the agenda was SB 2EX.
16   And that's the congressional redistricting
17   bill.  Correct?
18        A.    Yes.
19        Q.    And here again, 14 members voted
20   on the bill.  And Representative Bonnie Rich
21   was also present?
22        A.    Uh-huh.
23        Q.    The bill passed 10 yeas and 4

Page 209

```
 1   nays.  Correct?
 2           A.    Yes.
 3           Q.    And you would agree the bill
 4   passed on party lines?
 5           A.    Yes.
 6           Q.    And you would agree that all of
 7   the nays are black members of the house?
 8           A.    Yes.
 9           Q.    Putting that down, these are --
10   introducing Grant Exhibit 3, this is previously
11   produced in the litigation as LEGIS29 and 30,
12   meeting minutes from November 9, 2021.  House
13   Bill 1EX was on the agenda.  Right?
14                (Exhibit Grant 3
15                 is marked for identification.)
16           A.    Yes.
17           Q.    That's the State House
18   redistricting bill.  Correct?
19           A.    Yes.
20           Q.    And it looks like all members were
21   present except for Representative Matt Dollar.
22   Right?
23           A.    Yes.
```

```
 1         Q.    Okay.  So the bill passed the
 2   committee 11 yeas, 5 nays.  Correct?
 3         A.    Yes.
 4         Q.    The bill passed on the party line?
 5         A.    Yes.
 6         Q.    And of the 5 nays, you would agree
 7   with me that all of those are members of the
 8   house that are black members.  Correct?
 9         A.    They are black members of the
10   Democrat Party.  Yes.
11         Q.    Okay.  I'm going to stop sharing
12   my screen.  And did you meet with the minority
13   party about the majority maps before they were
14   introduced to the Committee?
15         A.    No.
16         Q.    Did you ever meet with the
17   minority party related to the maps that were
18   not -- that was not during the Committee
19   session?
20         A.    No.  That is -- that is generally
21   the Committee Chair's responsibility.
22         Q.    Do you know if the Committee Chair
23   met with members of the minority party?
```

Page 211