# EXHIBIT J

Case 1:21-cv-05337-SCJ Document 248-10 Filed 03/24/23 Page 2 of 9
Case 1:22-cv-00122-SCJ Document 163-10 Filed 04/13/23 Page 2 of 9
Derrick Jackson                               February 20, 2023
Grant, Annie Lois, et al. v. Raffensperger, Brad, E

Page 1

```
 1               UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF GEORGIA
 3                      ATLANTA DIVISION
 4     ANNIE LOIS GRANT, et al,           Civil Action File
 5              Plaintiffs                No.
 6     vs.                                1:22-CV-00122-SCJ
 7     BRAD RAFFENSPERGER, in his
 8     Official capacity as the Georgia
 9     Secretary of State, et al.,
10                Defendants.
11     _____
12     COAKLEY PENDERGRASS, et al.,       Civil Action File
13     Plaintiffs,                        No.
14     Vs.                                1:21-CV-05339-SCJ
15     BRAD RAFFENSPERGER, et al.,
16                Defendants.
17
18           Virtual Videotape Deposition of
                    Derrick Jackson
19            Monday, February 20, 2023
                    At 2:30 p.m.
20
21
22
23
24    Reported by LeShaunda Cass-Byrd, CSR, RPR
25
```

Case 1:22-cv-00122-SCJ Document 248-10 Filed 03/24/23 Page 20 of 94
Case 1:21-cv-05337-SCJ Document 246-10 Filed 03/24/23 Page 20 of 94
Derrick Jackson                                    February 20, 2023
Grant, Annie Lois, et al.v. Raffensperger, Brad, E

Page 20

 1   Q.   And those different social ties or social
 2   connections you were talking about, they -- they fit
 3   kind of within the boundaries of District 64 as it was
 4   on the prior plan.
 5        Is that fair to say?
 6   A.   Absolutely.
 7   Q.   Okay.  Well, let me move next to the
 8   special session.
 9        So in the summer before the special
10   session, did you receive a communication from
11   Representative Rich asking to meet with you about your
12   district?
13   A.   Yes.
14   Q.   And did you meet with her to talk about
15   your district before the special session?
16   A.   No.  I did not.
17   Q.   Is there -- is there a particular -- oh.
18        Did you meet with her at all during the
19   special session to talk about your district?
20   A.   No.
21   Q.   Is there a particular reason why you chose
22   not to meet with Representative Rich?
23   A.   It was my understanding that there was no
24   appetite for the majority party to even consider the
25   maps of the minority party, and so I did not want to

Case 1:22-cv-00122-SCJ Document 248-10 Filed 03/24/23 Page 21 of 94
Case 1:21-cv-05337-SCJ Document 246-10 Filed 02/13/23 Page 21 of 49
Derrick Jackson    February 20, 2023
Grant, Annie Lois, et al.v. Raffensperger, Brad, E

Page 21

```
1    waste Chairman Rich time or my time on an issue that
2    was futile.  And so in -- in having conversations with
3    our minority leader, Leader Beverly, it was very clear
4    that the majority party was not willing to entertain
5    any inputs from the minority party.
6         Q.   And so is the basis for that understanding
7    your conversations with Leader Beverly, or were there
8    other pieces that formed your understanding about the
9    relative desire to get input?
10        A.   No.  My -- it was solely on my conversation
11   with Leader Beverly, and with the general sense of the
12   majority party's position as it relates to drawing
13   congressional House and state senate district maps.
14        Q.   Do you know if any democratic members of
15   the House met with Representative Rich to talk about
16   their districts?
17        A.   I don't know.
18        Q.   So is it fair to say that, if that was your
19   belief, you never made any requests for any changes on
20   your district when the first draft map was released
21   from the majority party?
22        A.   I did not make any requests to Chairman
23   Rich, no.
24        Q.   Did you make any requests for changes to
25   anyone else besides Representative Rich?
```

Case 1:22-cv-05337-SCJ Document 246-10 Filed 04/19/23 Page 22 of 94
Case 1:21-cv-05339-SCJ Document 168 Filed 03/24/23 Page 22 of 59
Derrick Jackson   February 20, 2023
Grant, Annie Lois, et al. v. Raffensperger, Brad, E

Page 22

1    A.    I only made my suggestion known to Leader
2    Beverly.
3    Q.    So it's fair to say then that you, kind
4    of -- I guess for lack of a better term, kind of
5    deputized Leader Beverly to handle any interaction
6    with the majority party about your district; is that
7    right?
8    A.    That was a process and a protocol that was
9    established, yes.
10   Q.    And that was a process and protocol
11   established in House democratic caucus?
12   A.    Correct.
13   Q.    As you -- during the summer, did you attend
14   any of the public hearings about redistricting that
15   were held around the state in 2021?
16   A.    So, yes.  But those were forms that we, the
17   Georgia Legislative Black Caucus, commissioned.  Not
18   Chairman Rich.
19   Q.    So there was Chairman Rich and Chairman
20   Kennedy's public hearings that were being held, and
21   you didn't attend those but you did attend some
22   separate public hearings held by the Legislative Black
23   Caucus?
24   A.    That is correct.
25   Q.    Do you recall if the Legislative Black

Case 1:21-cv-05337-SCJ Document 468-10 Filed 04/13/23 Page 49 of 94
Derrick Jackson February 20, 2023
Grant, Annie Lois, et al.v. Raffensperger, Brad, E

Page 49

| | |
|---|---|
| 1 | Democratic nominee in the general election? |
| 2 | A. No. |
| 3 | Q. Did you support Stacey Abrams for governor |
| 4 | in the 2022 election? |
| 5 | A. Yes. |
| 6 | Q. And did you support Senator Warnock, I'm |
| 7 | assuming over Herschel Walker in 2022? |
| 8 | A. I supported Senator Warnock. |
| 9 | Q. Have you heard the term "racial appeal" in |
| 10 | the context of a campaign before? |
| 11 | A. No. |
| 12 | Q. Okay. And during the time you were in the |
| 13 | state House, did you become aware of any needs that |
| 14 | the black community had in Georgia that were different |
| 15 | from those of white residents in Georgia? |
| 16 | A. Yes. |
| 17 | Q. And what were some of those needs? |
| 18 | A. Healthcare. The numbers prove what they |
| 19 | are. A significant number of black citizens in the |
| 20 | state of Georgia have little to no healthcare, versus |
| 21 | someone that is white and non-Hispanic. If you want |
| 22 | to talk about economics, a significant number of |
| 23 | African Americans, their wages were far less than |
| 24 | their White, non-Hispanic counterparts that could have |
| 25 | the same degree, working at the same corporation. |

Case 1:22-cv-05337-SCJ Document 248-10 Filed 06/24/23 Page 50 of 94
Case 1:22-cv-05337-SCJ Document 146-1 Filed 04/13/23 Page 50 of 79

Derrick Jackson                                February 20, 2023
Grant, Annie Lois, et al. v. Raffensperger, Brad, E

Page 50

1              And so there was a lack of equity and
2     fairness around wages, healthcare, when you think
3     about housing and affordability.  And so we had to
4     deal with a host of issues that African Americans
5     would like to have the same as any other citizen in
6     Georgia, or from a large part in the United States.
7          Q.    Did you find your colleagues in the state
8     House to be receptive to your explanation of those
9     types of issues that were unique to African American
10    citizens in Georgia?
11              MS. RUTAHINDURWA:  Object to form.
12        Vague.
13    BY MR. TYSON:
14         Q.    And you can answer, if you can.
15         A.    Repeat that question.
16         Q.    Yes.
17              So when you were in the legislature, did
18    you talk about these issues of healthcare and wages
19    and housing and affordability, those types of issues
20    that you just outlined, with your colleagues?
21         A.    Yes.
22         Q.    And did you find your colleagues receptive
23    to what you had to say about what African Americans in
24    Georgia needed on those issues?
25              MS. RUTAHINDURWA:  Same objection.

Case 1:21-cv-05338-SCJ Document 468-10 Filed 04/19/23 Page 8 of 9
Case 1:22-cv-00122-SCJ Document 216-10 Filed 06/24/23 Page 51 of 84
Derrick Jackson    February 20, 2023
Grant, Annie Lois, et al. v. Raffensperger, Brad, E

Page 51

1           THE WITNESS:  They were only
2      receptive through lip service.  And you can
3      tell by way of their votes.  When it was
4      time to vote, they went along party line.
5      Let's take women's healthcare, for example.
6      We strongly opposed the need to talk about
7      or justify or controlling a woman's body,
8      and they went along with passing House Bill
9      41 against strong objection.  We -- we
10     urged Republicans to talk about maternal
11     and infant mortality.  We've got a huge
12     problem here in Georgia still.  You can see
13     that we are still talking about these same
14     topics.  So it's just a lip service, at
15     best.
16          And I think that really added to
17     when -- to -- you know, when you think
18     about trying to negotiate with these lines,
19     we felt that -- that the same -- results
20     were going to be the same as they have been
21     in the past, which is go along with
22     partisan lines, and that's what happened.
23  BY MR. TYSON:
24     Q.     And just so the record is clear, when you
25  reference House Bill 481, that's referring to the

Case 1:21-cv-05337-SCJ Document 468-10 Filed 04/13/23 Page 52 of 94
Case 1:20-cv-05310-SCJ Document 248-1 Filed 06/24/23 Page 50 of 99
Derrick Jackson                                          February 20, 2023
Grant, Annie Lois, et al. v. Raffensperger, Brad, E

Page 52

1   Heartbeat bill about abortion excess in Georgia,
2   right?
3           A.      That is correct.
4                   MR. TYSON:  Can we go off the record
5       for just a minute?
6                   THE VIDEOGRAPHER:  The time is 3:46
7       p.m. and we are off the record.
8                   (Recess taken.)
9                   THE VIDEOGRAPHER:  The time is 3:53
10      p.m. and we are back on the record.
11                  MR. TYSON:  Well, thanks everybody.
12                  Representative Jackson, I don't have
13      any further questions.  I did want to just
14      thank you.  I know you served in the
15      military for a long time and served in the
16      state legislature, and I just appreciate
17      your service to our country and our state.
18      I don't have any further questions for you
19      today.  Thank you.
20                  MS. RUTAHINDURWA:  I don't have any
21      questions as well.
22                  THE WITNESS:  All right.  Thank you.
23      Have a great 2023.
24                  THE VIDEOGRAPHER:  This concludes the
25      video deposition of Derrick Jackson and we