# EXHIBIT K

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF GEORGIA
 2                        ATLANTA DIVISION
 3
 4      ALPHA PHI ALPHA
        FRATERNITY, INC., a
 5      nonprofit organization on
        behalf of members
 6      residing in Georgia;       CIVIL ACTION FILE
        SIXTH DISTRICT OF THE
 7      AFRICAN METHODIST          NO. 1:21-CV-05337-SCJ
        EPISCOPAL CHURCH, a
 8      Georgia nonprofit
        organization; ERIC T.
 9      WOODS; KATIE BAILEY
        GLENN; PHIL BROWN; JANICE
10      STEWART,
11              Plaintiffs,
12      vs.
13      BRAD RAFFENSPERGER, in
        his official capacity as
14      Secretary of State of
        Georgia,
15
                Defendant.
16
17            30(b)(6) DEPOSITION OF
18     SIXTH DISTRICT OF THE AFRICAN METHODIST
19          EPISCOPAL CHURCH GIVEN BY
20
21            REGINALD JACKSON
22
23            January 9, 2023
24
25              9:03 a.m.
```

1  Atlanta, how are you going to get to either Macon or
2  Atlanta, say, if you are in the middle somewhere,
3  say, Stockbridge or whatever?  So that became a
4  concern.
5           Hospitals closing down became a concern
6  because you have a lot of people, particularly in the
7  black community, their only access to health care is
8  the emergency room at the hospital.  And with Grady
9  being the only hospital in Atlanta with acute care, a
10 lot of people ended up not having -- hospitals ended
11 up not having beds in the emergency area.  Some of
12 them were placed on gurneys in the hall.  And so we
13 just thought that's an issue that blacks ought to
14 be -- because that's important to them.
15      Q.   And when you say you wanted voters to vote
16 in their best interests, was that for a particular
17 party, or was it on issues?
18      A.   No.  They -- based on their, voter
19 education, if it was affected, they would determine
20 what was best for them, you know, and which people
21 are discovering more and more, blacks are not all
22 single-minded.
23           You know, as a matter of fact, my wife
24 still looks at me strange because even in New Jersey,
25 she said, Reggie, you are just an oddball.  I have

Case 1:21-cv-05337-SCJ   Document 246-11   Filed 04/19/23   Page 4 of 5
30(b)(6) Reginald Jackson                            January 9, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 86

1       A.  Again, I don't think you can separate them.
2   For example, again, and I use the Augusta area as a
3   major example.  There was a senator in that
4   Augusta -- and I forget what district it was -- but
5   he was very much in opposition to almost everything
6   the citizens in that district wanted.  And, I mean,
7   not citizens, but the citizens in his own district.
8   But with the redistricting, they actually took part
9   of another district, which was predominantly
10  African-American where a number of our churches were,
11  and put them in his district.  So now we're shackled
12  by a heavy burden.
13      Q.  And the heavy burden that you're shackled
14  to there is a legislator --
15      A.  He's now their senator.
16      Q.  -- who doesn't represent the interest of
17  the black voters?
18      A.  Yes.
19      Q.  Okay.
20          MR. GARABADU:  Since we've been going for
21  an hour, would this be a good time to take a break?
22          THE VIDEOGRAPHER:  Off the video record at
23  11:11 a.m.
24          (A recess was taken from 11:11 a.m.
25  to 11:21 a.m.)

Case 1:21-cv-05337-SCJ   Document 246-11   Filed 04/19/23   Page 5 of 5
30(b)(6) Reginald Jackson                               January 9, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 120

1    Q. Do you have any volunteers who are solely
2    devoted to redistricting advocacy?
3    A. No.
4    Q. Have you had a situation in the Sixth
5    District where the Sixth District wasn't able to
6    complete a project it wanted to do because of its
7    work around redistricting?
8    A. No.
9    Q. Earlier when we were talking about the
10   Georgia General Assembly, you mentioned a state
11   senator from the Augusta area who didn't represent
12   black interests. Do you recall that?
13   A. Yes, I do.
14   Q. And was that Senator Max Burns?
15   A. I believe so.
16   Q. And are the interests that you referenced
17   that were unrepresented the same ones you discussed
18   earlier about health care and those topics, or were
19   they unique situations for Senator Burns?
20   A. They were unique situations for Senator
21   Burns and -- because I got this from folk in that
22   district, but there were also instances where he was
23   outspoken on some issues that were disturbing.
24   Q. And do you recall what the disturbing
25   issues were?