# EXHIBIT L

Page 1

1       UNITED STATES DISTRICT COURT
2     FOR THE NORTHERN DISTRICT OF GEORGIA
3              ATLANTA DIVISION
4
5    CASE NUMBER:  1:21-CV-05337-SCJ
6
7    ALPHA PHI ALPHA FRATERNITY INC., a nonprofit
8    organization on behalf of members residing in
9    Georgia; SIXTH DISTRICT OF THE AFRICAN
10   METHODIST EPISCOPAL CHURCH, a Georgia
11   Nonprofit organization; ERIC T. WOODS; KATIE
12   BAILEY GLENN; PHIL BROWN; JANICE STEWART,
13   PLAINTIFFS,
14
15   V.
16
17   BRAD RAFFENSPERGER, in his official capacity
18   as Secretary of State of Georgia,
19   DEFENDANT.
20
21           DEPOSITION TESTIMONY OF:
22                  Phil Brown
23              December 15, 2022

Page 2

S T I P U L A T I O N S

1
2    IT IS STIPULATED AND AGREED by and
3    between the parties through their respective
4    counsel that the deposition of Phil Brown may
5    be taken before Mallory B. Gray, CCR, RPR, a
6    Court Reporter and Notary Public for the
7    State at Large, via Zoom, on the 15th of
8    December 2022, commencing at approximately
9    8:30 a.m.
10   IT IS FURTHER STIPULATED AND AGREED
11   that the signature to and the reading of the
12   deposition by the witness is not waived.
13   In accordance with Rule 5(d) of the
14   Alabama Rules of Civil Procedure, as amended,
15   effective May 15, 1998, I, Mallory B. Gray,
16   am hereby delivering to Dan Weigel, the
17   original transcript of the oral testimony
18   taken the 15th of December 2022, along with
19   the exhibit.
20   Please be advised that this is the
21   same and not retained by the Court Reporter,
22   nor filed with the Court.
23

Page 3

1                    I N D E X
2
3    EXAMINATION BY:                          PAGE NO.
4    Mr. Weigel                                     6
5    Mr. Garabadu                                  69
6    Mr. Weigel                                    71
7
8
9
10
11                  E X H I B I T S
12
13   FOR THE DEFENDANT:                       PAGE NO.
14   Exhibit 1    Notice of Deposition             11
15   Exhibit 2    Amended Complaint                47
16   (Exhibits not received at transcript production)
17
18
19
20
21
22
23

Case 1:21-cv-05337-SCJ   Document 246-12   Filed 04/19/23   Page 5 of 5
Phil Brown                                         December 15, 2022
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger, Brad

Page 67

1     A.   I'm not sure.
2     Q.   But you -- turning back, you -- to
3  confirm, you do know that he ran as a
4  candidate of the Republican Party?
5     A.   Yes.
6     Q.   So that even if your preferred
7  candidate, Raphael Warnock, lost, Georgia
8  still would've been represented by Herschel
9  Walker in the United States Senate.
10         You understand that, correct?
11    A.   Yes.
12    Q.   Mr. Brown, do you believe that there
13 are any needs of the minority community in
14 Georgia that, in your opinion, differ from
15 those of white residents?
16    A.   Yes.
17    Q.   And what are those?
18    A.   There are many.
19    Q.   Could you describe a few or maybe
20 just the most important ones for me?
21    A.   Well, for years, the black community
22 has been overlooked when it comes to city,
23 state, and county money.  So there's a lot of