# EXHIBIT N

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
 2                      ATLANTA DIVISION
 3
       ANNIE LOIS GRANT, ET AL.,
 4
                Plaintiffs,
 5
          vs.
 6                                     CIVIL ACTION FILE
       BRAD RAFFENSPERGER, IN          NO. 1:22-CV-00122-SCJ
 7     HIS OFFICIAL CAPACITY AS
       THE GEORGIA SECRETARY OF
 8     STATE, ET AL.,
 9              Defendants.
       _____
10
11     COAKLEY PENDERGRASS,
       ET AL.,                         CIVIL ACTION FILE
12                                     NO. 1:21-CV-05339-SCJ
                Plaintiffs,
13
          vs.
14
15     BRAD RAFFENSPERGER,
       ET AL.
16
17
18
                      VIDEOTAPED DEPOSITION
19                              of
                            ERICK ALLEN
20
21                     February 21, 2023
                          10:00 a.m.
22
23          Taken by Remote Video Conference
                    Atlanta, Georgia
24
25          ANGELA ADAMS, RPR, CCR-B-1404
```

1    media to put it out there.  So yeah, I don't.
2              And it is also very few because of the way
3    the maps have been drawn.  There are very few
4    competitive districts where that would even matter.  So
5    if you look at the makeup of a lot of state House
6    races, a lot of times the candidates are all of one
7    race.  So it is very -- I just don't think it is that
8    relevant in state legislative races, one, because you
9    can't get the image out there enough and, two, the
10   races are somewhat monolithic in the appearance of the
11   candidate.
12        Q.   During your time in the state House or
13   after, are you aware of needs that black voters in
14   Georgia have that are different from those of White
15   voters in Georgia?
16        A.   I wouldn't blow it down to the voter.  I
17   would say the communities have differences.  Some have
18   been more underserved than others.  Some have been
19   overresourced.  Others have been underresourced.  So as
20   far as the voter, I couldn't say that; but I would say
21   that there are minority and majority communities that
22   are or have strong differences.
23        Q.   And so speaking then of the communities
24   specifically, what are some differences that Black
25   communities and White communities have in terms of the

Case 1:21-cv-05337-SCJ   Document 246-14   Filed 04/19/23   Page 4 of 5
Erick Allen                                  February 21, 2023
Grant, Annie Lois, et al.v. Raffensperger, Brad, E

Page 41

1   needs of those communities?
2       A.   I would say around healthcare.  There is a
3   lot of differences and disparities in the delivery of
4   healthcare services, education.
5            Minority communities have overwhelmingly
6   been underfunded, and even in recent years where
7   funding is what we would consider balanced in the
8   legislature, you know, you can have School A and School
9   B both getting the same amount of funds but you have
10  got School A making decisions on what kind of band
11  uniforms to buy; whereas, School B is trying to decide
12  if they want to upgrade their science books from the
13  80s.
14           So there is a lot of disparities because we
15  have never focused on catching up communities that have
16  been so underfunded for, basically, generations; and so
17  those are real issues in minority underserved
18  communities opposed to those that have traditionally
19  had resources, both public and private.
20      Q.   While you were in the legislature, did you
21  find your Republican colleagues -- or I should say
22  this.
23           Did you explain those different needs of
24  different communities to Republican colleagues while
25  you were in the legislature?

1          A.     Yes.
2          Q.     And did you find those Republican colleagues
3     to be receptive to what you had to say about the
4     different needs of different communities in Georgia?
5          A.     No.
6                 And that's why being in those communities of
7     interest is so important.  They don't have the same
8     issues.  You know, a prime example is legislation I
9     tried to get passed for allowing local municipalities
10    and counties to regulate fireworks, and I know this is
11    a weird example; but for those that are in -- you know,
12    I will use what we have been talking about.
13                If you are in Bartow County and you are
14    setting off M16 cherry bombs, whatever those big
15    fireworks are, on a 5-acre, 12-acre farm, that is
16    completely different than doing it in an apartment
17    complex in Smyrna where you have got soldiers with
18    PTSD, you have got animals that are jumping fences and
19    running away, you have got kids who are scared, you
20    have got people calling the police thinking they hear
21    gunshots and burdening resources in the county.
22                So you can explain certain things to those
23    legislators, but because of environmental and lived
24    experience differences, it just doesn't resonate.
25                MR. TYSON:  Mr. Videographer, if