# EXHIBIT R

```
 1                  UNITED STATES DISTRICT COURT
 2              FOR THE NORTHERN DISTRICT OF GEORGIA
 3
 4      GEORGIA STATE CONFERENCE OF    )  No.
        NAACP, et al.,                 )  1:21-CV-5338-ELB-SCJ-
 5                                     )  SDG
                    Plaintiff,         )
 6                                     )
           vs.                         )
 7                                     )
        STATE OF GEORGIA, et al.,      )
 8                                     )
                    Defendant.         )
 9      _____)
10
11
12
13
14        VIDEOTAPED 30(b)(6) and 30(b)(1) DEPOSITION OF
          LEGISLATIVE AND CONGRESSIONAL REAPPORTIONMENT OFFICE
15                       (MS. GINA WRIGHT)
16                       January 26, 2023
                             9:17 a.m.
17                      18 Capitol Square SW
                          Atlanta, Georgia
18
19
20
21
22
23
                  Reported by:  Marcella Daughtry, RPR, RMR
24                              CA CSR 14315
25                              GA No. 6595-1471-3597-5424

                                                          Page 1
```

1   to that at that time.  I think I was able to get them --
2   well, we did have a meeting in order for me to explain
3   the midst of -- being in the middle of changing districts
4   would be a very challenging time to change their
5   precincts, but it's possible that I did look at their
6   pending precinct layer that they chose not to adopt at
7   that time.
8        Q    There's a college in Oxford, right?
9        A    I don't know.
10       Q    Okay.  Would splitting a college be splitting a
11  community of interest?
12       A    It could be defined as such.
13       Q    Okay.
14       A    We don't have information on college campuses,
15  though, in our system to show us where those defined
16  boundaries are.  And we did bump into that at a public
17  hearing from another college, who questioned the same
18  thing.  And in their case it had to do with the precincts
19  dividing the campus.  We were holding the precincts and,
20  therefore, it split the campus.  But without being given
21  that information to define those communities, it's very
22  hard to know where that would be defined -- what that
23  would be defined as.
24       Q    You mentioned earlier that sometimes you need
25  to split precincts in order to meet deviation

Page 141

1  requirements?
2  A  Yes.
3  Q  Do you recall why you split this precinct?
4  A  I do not.  Population -- I'm sure it would have
5  been population based.
6  Q  Do you know the racial composition of the
7  precinct that is split on this image?
8  A  No, I do not.
9  Q  When you were discussing drawing the
10 Congressional map, did anyone ever ask you to split a
11 precinct?
12 A  In specific terms, no; but knowing that to get
13 the deviations to zero, I think that was known that that
14 would be the way that you would achieve that.
15 Q  There was an understanding that as a
16 consequence of some of the requests, precincts would need
17 to be split?
18 A  No, not as a -- not as a consequence of the
19 request, but as a consequence of getting the deviation to
20 a perfect zero deviation, it would be virtually
21 impossible to go through the map -- and I haven't tried
22 it -- but to try and draw a zero deviation map without
23 splitting a precinct.
24 Q  Okay.  Do you remember talking -- do you
25 remember the working session we were talking about

Page 142

```
 1      A    Who did I have these discussions --
 2      Q    Yes.
 3      A    -- with?
 4           That would have been with Chairman Kennedy.
 5      Q    So did Chairman Kennedy convey Senator
 6  Strickland's position about SD 17 to you?
 7      A    I don't know that he conveyed a position about
 8  it.
 9      Q    Okay.
10      A    I think the idea was to draw a district that
11  would be a Republican district.
12      Q    So Chairman Kennedy told you to draw a district
13  that would allow Strickland to win?
14      A    I don't know that it's -- it's hard to bring
15  out explicit details of conversations because I don't
16  know that he said that word for word --
17      Q    Yeah, I understand.
18      A    -- verbatim, but that was the understanding.  I
19  think for all the senators there was, you know, drawing a
20  district that would allow any incumbent senator to
21  continue to be reelected was something that they
22  considered.
23      Q    Was there any direction about how Chairman
24  Kennedy wanted you to draw SD 17?
25      A    I don't know if -- if I recall specific
```

Page 178

1    A    -- which caused then the effect of moving.

2    Q    Okay.  Do you think new Senate District 48 is

3    compact?

4    A    Yes.

5    Q    Going back to the Senate District 17, which you

6    can see on page 1 of Exhibit 8, do you think Senate

7    District 17 is compact?

8    A    It is not as compact as some districts would

9    be.  Some of that may be in part due to the shapes of the

10   county lines there that cause it to have a bit of a

11   jagged appearance, but it is not as compact as other

12   districts might be.

13   Q    Do you recall why Newton County is split

14   between Senate District 17 and 48?

15   A    It had previously been split between them.

16   Q    Right.  Did you talk about trying to make that

17   county whole as part of the enacted plan?

18   A    I don't recollect a conversation about trying

19   to make Newton County whole.  And both of the senators

20   who represent it do a lot of work in that county, so

21   they -- neither of them mentioned trying to give it up.

22        MR. CANTER:  How long have we been going?

23        THE VIDEOGRAPHER:  36 minutes.

24        MR. CANTER:  I'm going to provide to the court

25   reporter Exhibit -- what should be marked as Exhibit 11.

Page 195

1  sequence, so...
2      A   I understand.
3      Q   Yes.  I just wanted to ask, you spoke at one
4  point about communities of interest and how you -- about
5  how you implement that as a map drawer.  And just a
6  couple of follow-up questions about that.
7          Could a city or town or sort of geographic
8  community be a community of interest?
9      A   It could be if they defined themselves or felt
10 that they were a community of interest.
11     Q   And let me back up for a second.  Would it be
12 fair to say that a community of interest is a community
13 of some shared interest that's capable of representation?
14     A   Are you -- you're saying to define a community
15 of interest?
16     Q   Yeah.
17     A   Yes.  I think that that's more or less what it
18 would be, something that has a shared resource or a
19 shared interest of some sort.
20     Q   It could be a shared economic or commercial
21 interest?
22     A   Yes.
23     Q   It could be -- I think you mentioned this
24 earlier, but it could be a connection to a certain, you
25 know, road or transportation infrastructure?

Page 247

1      A    Transportation sometimes, but I think more
2    often than not, communities of interest are sharing
3    something more, yeah, a little bit more connecting, I
4    think.
5      Q    It could be a shared interest in a school
6    system?
7      A    Yes.
8      Q    It could be shared characteristics of people in
9    a community, folks that work in the same place or have
10   similar needs?
11     A    Sure.  There are a lot of ways to define it, I
12   think.
13     Q    Would you consider metropolitan or micropolitan
14   statistical areas, those areas that are defined by the
15   Census, as potential communities of interest?
16     A    Not really.  Those are a little larger than
17   what I would think of as a community of interest.
18     Q    Okay.  And is it possible when you are thinking
19   about communities of interest, to take into account all
20   of the different communities of interest that might
21   possibly exist in an area?
22     A    Could you say that one more time?
23     Q    Is it possible to take into account all the
24   different communities of interest that you might find or
25   that might exist in an area or --

Page 248

```
 1        A    Yeah, I think --
 2        Q    -- on a map?
 3        A    I'm not sure I'm clearly understanding the
 4   question, but I think there are possible ways where
 5   communities of interest might overlap in certain areas.
 6   It could be because they're different -- there are
 7   different shared interests in a similar area, so it's
 8   very hard to gauge exactly what one might and define as a
 9   community of interest.  Because in one case they might
10   define themselves as that here, and then other people in
11   that same community might not define themselves as a
12   community.
13        Q    Okay.  I don't -- I don't think I have --
14   actually have any other questions, but thank you so much,
15   Ms. Wright.
16        A    Thank you.  Hope you feel better.
17             MR. SAVITZKY:  Thanks.
18             MR. JAUGSTETTER:  Okay.  Anybody else on Zoom?
19             Okay.  Anybody else in the room?
20             MR. TYSON:  I have some questions.  If I can
21   just grab your microphone.
22
23                         EXAMINATION
24   BY MR. TYSON:
25        Q    All right, Ms. Wright.  Good afternoon.
```

Page 249