# EXHIBIT S

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF GEORGIA
 2                         ATLANTA DIVISION
 3
 4
                                              )
 5   ALPHA PHI ALPHA FRATERNITY INC.,         )
     A NONPROFIT ORGANIZATION ON BEHALF       )
 6   OF MEMBERS RESIDING IN GEORGIA;          )
     SIXTH DISTRICT OF THE AFRICAN            )
 7   METHODIST EPISCOPAL CHURCH, A            )
     GEORGIA NONPROFIT ORGANIZATION;          )
 8   ERIC T. WOODS; KATIE BAILEY GLENN;       )
     PHIL BROWN; JANICE STEWART,              ) CIVIL ACTION NO.
 9                                            ) 1:21-CV-05337-SCJ
             PLAINTIFFS,                      )
10                                            )
     v.                                       )
11                                            )
     BRAD RAFFENSPERGER, IN HIS               )
12   OFFICIAL CAPACITY AS SECRETARY           )
     OF STATE OF GEORGIA,                     )
13                                            )
             DEFENDANT.                       )
14   -------------------------------------
15
16         VIDEO RECORDED DEPOSITION OF LISA HANDLEY
17                   (TAKEN by DEFENDANT)
18         ATTENDING VIA ZOOM IN WASHINGTON, D.C.
19                    FEBRUARY 16, 2023
20   ALSO PRESENT:        Alison Bos
21   VIDEOGRAPHER:        James Downie
22
23   REPORTED BY:         Meredith R. Schramek
                          Registered Professional Reporter
24                        Notary Public
                          (Via Zoom in Mecklenburg County,
25                        North Carolina)
```

1    Q    And what's the other one?
2    A    It's usually referred to as Kings EI or it's
3    also been referred to as EI Iterative.
4    Q    Okay.  And is it your opinion that using that
5    statistical analysis, you cannot determine whether
6    party polarization better explains voting behavior than
7    race polarization?  That they can't be disentangled?
8    A    That analysis tells me black and white voters
9    are voting differently.  It does not explain why
10   they're voting differently.
11   Q    Is it your opinion that in looking at the
12   data that you provided that the combination of
13   different races that you analyzed forecloses the
14   ability for one to determine whether party better
15   explains voter behavior than race?
16   A    You'd have to repeat that.  I'm sorry.  I
17   don't understand that question.
18        MR. JACOUTOT:  No problem.  Can the court
19   reporter repeat it so I make sure we get it back the
20   way I said it?
21             (Record read as requested.)
22             THE WITNESS:  I would say that looking at
23   democratic primaries takes race out of the equation and
24   therefore provides some evidence that, at least in
25   those contests, that party can't be explaining the

Case 1:21-cv-05337-SCJ   Document 246-19   Filed 04/19/23   Page 4 of 4
Lisa Handley                                              February 16, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 34

1  different voting patterns.
2  BY MR. JACOUTOT:
3       Q    Okay.  And so isn't another way of putting it
4  that -- what you just said, that looking at democratic
5  primaries actually controls for the party in
6  determining -- I'll leave it at that.
7       A    In a very narrow sense, yes.
8       Q    What's narrow about it?
9       A    You're looking at how people who chose to
10 vote in the democratic primary are selecting candidates
11 and therefore, they've already selected the party.
12 They've all decided that they were Democrats.  It
13 doesn't explain why they've chosen to participate in
14 the democratic primary versus the republican primary.
15      Q    Okay.  Does it matter -- strike that.
16           But I guess my -- to my question, though,
17 that you said in a narrow sense I'm right when I phrase
18 it this way, is it correct to say, though, that looking
19 only at a party's primary elections controls for party
20 in that analysis?
21           MS. LAKIN:  Objection.
22           THE WITNESS:  In the sense that everyone
23 has -- everyone who's participating is of the same
24 party, you are controlling for party.
25