# EXHIBIT T

Page 1

```
 1              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
 2                    ATLANTA DIVISION
 3
 4   ALPHI PHI ALPHA FRATERNITY, INC,,
     a nonprofit organization on
 5   behalf of members residing in
     Georgia; SIXTH DISTRICT OF THE
 6   AFRICAN METHODIST EPISCOPAL
     CHURCH, a Georgia nonprofit
 7   organization; ERIC T. WOODS;
     KATIE BAILEY GLENN; PHIL BROWN;
 8   JANICE STEWART,
 9           Plaintiffs,
10    vs.                          CASE NO. 1:21-CV-05337-SCJ
11
     BRAD RAFFENSPERGER, in his
12   official capacity as Secretary
     of Georgia,
13
             Defendant.
14
15
16
                DEPOSITION of JASON M. WARD, Ph.D.
17
                      February 8, 2023
18
                         9:00 a.m.
19
                   Tayor English Duma, LLP
20
              1600 Parkwood Circle, Suite 200
21
                     Atlanta, GA  30339
22
                 Lucy C. Rateau, CCR, RPR
23
24
25
```

Case 1:21-cv-05337-SCJ   Document 246-20   Filed 04/19/23   Page 3 of 4
Jason Morgan Ward, PhD                                February 8, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 77

1   research into civil and voting rights in
2   Mississippi.  They have an extensive archive.
3       Q.  That raises a question.  Your CV, Exhibit
4   3, at the very end, the last page which is numbered
5   page 35, has your professional memberships.  And
6   you've got three listed there.  I don't think you've
7   got any other sorts of organizational memberships
8   listed in your CV.  Am I right about that?
9       A.  I don't.  Those would be professional
10  memberships.  In my capacity as a historian, those
11  are the memberships I keep current.
12      Q.  Are there any other organizations to which
13  you belong?
14      A.  Certainly none of a professional context.
15  None come to mind that would be relevant to the
16  content of this work or report.
17      Q.  Are you a member of any advocacy
18  organizations?
19      A.  No.
20      Q.  At the end of the second paragraph on page
21  22, the fourth line up, "Race has been the most
22  consistent predictor of partisan preference in
23  Georgia."  Do you agree with that?
24      A.  I do.
25      Q.  Have you looked at other factors that would

Case 1:21-cv-05337-SCJ   Document 246-20   Filed 04/19/23   Page 4 of 4
Jason Morgan Ward , PhD                                February 8, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 78

1   influence partisan preference in Georgia besides
2   race?
3        A.  I acknowledge that there are others.  I
4   would stand by the claim that race is a more
5   consistent predictor, indicator than socioeconomic
6   status or educational level.
7        Q.  Do you actually mention those in the
8   report?
9        A.  I do not.
10       Q.  But you're telling me now you think
11  socioeconomic level has something to do with
12  partisan preference?
13       A.  I was simply giving examples of other
14  factors that one might point to or discuss in
15  relation to why people vote for one party or the
16  other.  I'm not offering a professional opinion
17  about the degree to which those factors correlate.
18       Q.  But since you are saying in your report
19  that race is the most consistent factor affecting
20  partisan preference, can you tell me as you sit here
21  today what you believe the other factors are?
22       A.  I believe there are other factors.  I
23  believe that you can document cases where one's
24  class status, socioeconomic status, educational
25  level, those have been studied, those have been