# EXHIBIT U

```
 1           IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
 2                     ATLANTA DIVISION
 3
 4   ALPHA PHI ALPHA FRATERNITY
     INC., a nonprofit organization
 5   on behalf of members residing
     in Georgia; Sixth District of
 6   the African Methodist
     EPISCOPAL CHURCH, a Georgia
 7   nonprofit organization; ERIC
     T. WOODS; KATIE BAILEY GLENN;
 8   PHIL BROWN; JANICE STEWART,
                                              CASE NO.
 9             Plaintiffs,                    1:21-CV-05337-SCJ
10        vs.
11   BRAD RAFFENSPERGER, in his
     official capacity as Secretary
12   of State of Georgia,
13             Defendant.
     ~~~~~~~~~~~~~~~~~~~~~~~~~
14
15
                    VIDEO DEPOSITION OF
16
                    ADRIENNE JONES, Ph.D.
17
18
                     February 15, 2023
19
                        10:06 a.m.
20
21
                         Suite 200
22                  1600 Parkwood Circle SE
                       Atlanta, Georgia
23
24
25        S. Julie Friedman, CCR-B-1476
```

Case 1:21-cv-05337-SCJ   Document 246-21   Filed 04/19/23   Page 3 of 5
Adrienne Jones, Ph.D.   February 15, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 170

1   House Districts 171 and 173 are heavily Republican
2   areas?
3       A.   Again, I will accept your assertion of the
4   same.
5       Q.   Okay.  Did you consider partisanship as a
6   motivation for voter turnout?
7       A.   No.  Here, for the purposes of this
8   report, I'm looking at voter turnout and tactic
9   impact based upon race.
10      Q.   Okay.  But you can't rule out partisanship
11  as a reason for lack of success of black candidates,
12  can you?
13              MR. CHEUNG:  Objection.
14              THE WITNESS:  What's the question?  I
15          can't what?
16      Q.   (By Ms. LaRoss)  Okay.  So you didn't
17  consider partisanship as a -- as a motivation
18  concerning turnout for purposes of this report?
19              MR. CHEUNG:  Objection.
20              THE WITNESS:  No.  The focus of this
21          report is race.
22              And to your sort of unstated point in a
23          lot of instances about Democrats versus
24          Republicans drawing the maps, I mean, depending
25          on the time period, that's creating an

Case 1:21-cv-05337-SCJ   Document 246-21   Filed 04/19/23   Page 4 of 5
Adrienne Jones, Ph.D.                                February 15, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 171

1      environment that's very similar, regardless of
2      party in relationship to black voters in the
3      state.
4          Q.   (By Ms. LaRoss)  So can you rule out
5   part -- partner -- sorry -- partisanship as a reason
6   for lack of success of black candidates?
7          A.   Can I rule it out?
8          Q.   Yeah.
9          A.   I don't understand why.  I don't
10  understand.  Like why would I need to rule it out?
11         Q.   So --  So do you consider partner --
12  partisanship as a factor in the lack of success of
13  black candidates?
14         A.   Do I consider partisanship.
15              Say it again.  Say it again.
16              MS. LaROSS:  Just go ahead and read that
17         back, if you would Julie.
18              (Whereupon, the record was read by the
19         reporter as requested.)
20              THE WITNESS:  I guess --  I guess the
21         question is taking me off of what I'm presenting
22         here, which is the State's influence or
23         participation in making it difficult for black
24         voters to vote in the state.
25              Partisanship has changed over time in the

Case 1:21-cv-05337-SCJ   Document 246-21   Filed 04/19/23   Page 5 of 5
Adrienne Jones, Ph.D.                    February 15, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 172

1      state historically, so the focus isn't really
2      here.
3              Like here, I'm not evaluating
4      partisanship.  I'm evaluating the impact of
5      State, you know, State-authorized legislation,
6      tactics, environment on the ability of black
7      voters to access the polls in elections.
8      Q.    (By Ms. LaRoss)  So can you rule out
9   partisanship as a factor?
10     A.    I think you probably could, because,
11  again, the partisanship balance of the state has
12  shifted over time.  Challenges for black voters have
13  persisted, so yes.  You could rule that out.
14     Q.    Let's look at Page 52 of your report, and
15  you state in your conclusion that the black Georgians
16  have not been elected to the degree they should based
17  on population, and that was changed in the second
18  report to Black Georgians have not been elected to
19  the degree that they would have, based on population,
20  if they had equal and fair access to the state's
21  electoral system.
22             Was that change made under the direction
23  of counsel?
24     A.    No.
25             But let me --  First, let me take a look