# EXHIBIT B

Page 1

1                    UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF GEORGIA
2                        ATLANTA DIVISION
3
4     ALPHI PHI ALPHA FRATERNITY, INC,,
      a nonprofit organization on
5     behalf of members residing in
      Georgia; SIXTH DISTRICT OF THE
6     AFRICAN METHODIST EPISCOPAL
      CHURCH, a Georgia nonprofit
7     organization; ERIC T. WOODS;
      KATIE BAILEY GLENN; PHIL BROWN;
8     JANICE STEWART,
9              Plaintiffs,
10     vs.                         CASE NO. 1:21-CV-05337-SCJ
11
      BRAD RAFFENSPERGER, in his
12    official capacity as Secretary
      of Georgia,
13
               Defendant.
14
15
16

                    DEPOSITION of WILLIAM S. COOPER
17

                        February 10, 2023
18

                           9:00 a.m.
19

                    Tayor English Duma, LLP
20

                 1600 Parkwood Circle, Suite 200
21

                      Atlanta, GA  30339
22

                    Lucy C. Rateau, CCR, RPR
23
24
25

William S. Cooper                     February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 34

1    determined that it unequivocally is possible.

2         Q.  Are the majority Black districts you've

3    created in the illustrative plans in your December

4    5th report the highest number of majority Black

5    districts you've created in any draft?

6         A.  Yeah, I did not try to -- in some cases I

7    do hypothetical plans just to make the point that

8    more districts could have been drawn or you could

9    have made it five points higher or something.  I

10   don't think I drew -- I believe in the first two

11   plans for the preliminary injunction one or two

12   districts were sort of organically majority Black.

13   So I just had, I believe, one less Senate district

14   that is majority Black in this particular

15   plaintiff's plan than the earlier ones.

16        Q.  So you mentioned drawing hypothetical

17   plans.  Do you recall creating any hypothetical

18   plans for Georgia with more majority Black districts

19   above your preliminary injunction plans?

20        A.  No, I didn't do that in this case.  I've

21   had enough of drawing plans in Georgia.  It's one

22   thing to do hypotheticals for a County Commission or

23   something.

24        Q.  So it's correct then that your preliminary

25   injunction plan contained the most Black districts

Case 1:21-cv-05337-SCJ   Document 253-2   Filed 05/03/23   Page 4 of 35
William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 35

1    of any plans that you drew for the Georgia

2    legislature, right?

3        A.  I think that's probably safe to say.  I

4    drew them differently here and there, but I don't

5    think I drew any that had more than seven districts.

6        Q.  And I know you referenced -- and I've been

7    there with you -- drawing 180 House districts is not

8    an easy proposition.  Have you ever drawn state-wide

9    legislative plans for Georgia before your

10   involvement in the Alpha Phi Alpha case?

11       A.  Yes.

12       Q.  And what was that?

13       A.  I guess it's okay to divulge.  I mean I've

14   worked --

15              MR. SAVITZKY:  I'll just caution the

16        witness that if there's some non-public work

17         that you did for an attorney, you should

18         exercise care.

19       A.  Well, I did a little work for a law firm in

20   Atlanta in the 2011, 2012 period.  A lawsuit was not

21   filed.  It was a fairly small project, but it did

22   involve House and Senate plans -- or at least

23   certainly House plans.  I'm not sure about Senate.

24       Q.  And I believe when we spoke about this in a

25   prior case, that was the Bondurant Mixson and Elmore

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

1    district" in your work?

2         A.   I probably did in Gwinnett County.

3         Q.   And how would you define a coalition

4    district when you use that term?

5         A.   A coalition of minority plaintiffs, in

6    other words, typically it would be African-Americans

7    and Latinos, but in Gwinnett County it was

8    African-Americans, Latinos and Asian-Americans.  In

9    some places out West you would have a coalition of

10   African-Americans, Latinos and native Americans,

11   indigenous population, certainly in Arizona.

12        Q.   In your work do you ever use the term

13   "ability to elect districts"?

14        A.   I probably have almost never used that term

15   because that's sort of the Gingles 2, Gingles 3

16   expert.  But I might have accidentally.  If you know

17   of one case where I used that term, I probably

18   should have not used it because that's not my

19   bailiwick.

20        Q.   That's helpful.  Thank you.

21             So you're aware that race can predominate

22   in the drawing of a redistricting plan, right?

23        A.   It could.

24        Q.   Do you have a way you would determine in

25   your work if race predominated in a districting

Case 1:21-cv-05337-SCJ   Document 253-2   Filed 05/03/23   Page 6 of 35
William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 41

1    plan?

2         A.  I don't think there's a metric that would

3    necessarily identify that, other than perhaps one

4    could look at a legislative plan and make an

5    assessment that a plan was disproportionately

6    weighted towards one race or another, so perhaps in

7    that sense.

8         Q.  So in your view if the goal of a map drawer

9    is to draw the maximum number of majority black

10   districts on a plan, that plan wouldn't necessarily

11   be drawn predominantly based on race?

12             MR. SAVITZKY:  I'm just going to object

13        to the extent it calls for a legal conclusion.

14        You can answer if you're able to do so.

15        A.  Could you repeat the question?

16   BY MR. TYSON:

17        Q.  Sure.  You talked about the different ways

18   you would see race predominating in a plan, like the

19   ways that you could look at that.  And my question

20   was if the map drawer's goal is to draw the maximum

21   number of majority black districts on a plan, in

22   your view would race predominate in the creation of

23   that district plan?

24        A.  Well, not necessarily.  I mean that's sort

25   of an open-ended question.  I really can't say.

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 42

1      Normally you would not go into a situation where you

2      were drawing to draw the maximum number of majority

3      Black or majority Latino districts.  If you were to

4      do that you would likely run into conflict with some

5      of the other traditional redistricting principles.

6           Q.  And you mentioned earlier the Cynthia

7      McKinney district in the 1990 cycle in Georgia.  Are

8      you familiar with the term "max Black" from the 1990

9      cycle?

10          A.  I've heard that term used.  I've never used

11     it and thought it was a stupid term to use from the

12     outset.  I remember seeing the I-85 North Carolina

13     district.  I still have a clear memory of seeing

14     that standing next to the director of the ACLU in

15     Virginia, and we were both just shaking our head.  I

16     mean that's just -- that's as close to insanity as

17     one could get in redistricting.

18          Q.  And it was your belief that a district like

19     that I-85 district in North Carolina didn't comply

20     with traditional redistricting principle?

21          A.  Absolutely.  And I said as much at the time

22     in a public setting at Norfolk State like in May of

23     1991 on some time like that.

24          Q.  Do you ever use the term "proportionality"

25     in any of your work related to Section 2 of the

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 52

1        Q.  So when you're drawing maps you take the

2    Voting Rights Act into account though, right?

3        A.  Well, yes.  I mean I pay attention to the

4    demographics of a region or a county.  So I'm aware

5    of the minority population, not just Black

6    population but other minorities as well.

7        Q.  And when you're drawing maps and taking the

8    Voting Rights Act into account, is the way you think

9    about compliance with the Voting Rights Act in that

10   context, the non-dilution of minority voting

11   strength?

12              MR. SAVITZKY:  Objection; vague.

13        Although, if you understand it you can answer.

14        A.  Well, it is in a simple Gingles one

15   fashion, but ultimately a statistician would have to

16   also be called in to examine whether a district that

17   is 50 percent Black is a district that would meet

18   Gingles 2 and Gingles 3 prongs.  So that's a general

19   statement.  I think what I've said in paragraph 10

20   is a pretty common recitation of the traditional

21   redistricting principles.

22        Q.  And so is it correct to say then that you

23   as a map drawer would not offer an opinion of

24   whether a particular district complied with the

25   Voting Rights Act because you would need a

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 53

1    statistician like you said to make some of those

2    calls?

3        A.  Well, a statistician, lawyers, judges.  I'm

4    not going to say definitely that one thing I've done

5    is fully comply with the Voting Rights Act.

6        Q.  So you would rely on counsel, other people

7    before you would say for sure a map complied with

8    the Voting Rights Act?

9        A.  Well, I don't think I can really say that.

10   I'm not a lawyer.

11       Q.  Let's talk about some of these

12   specifically.  You talk about the traditional

13   redistricting principle of compactness.  How do you

14   go about complying with the traditional principle of

15   compactness when you're drawing an illustrative

16   plan?

17       A.  I attempt to put together districts that

18   are reasonably shaped, easy to understand, and

19   lately I also consider compactness scores.

20       Q.  Do you use compactness scores when you're

21   drawing a plan or after you've finished drawing a

22   plan?

23       A.  Both.

24       Q.  So you will run a compactness report while

25   you're drawing a plan, or do you have it displayed

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 80

1    before.

2         A.  Not in a paper format, but I did review it

3    as a PDF.

4         Q.  And is this the document that's referenced

5    in footnote 10 of your report, Education in

6    Georgia's Black Belt:  Policy Solutions to Help

7    Overcome a History of Exclusion.

8         A.  Yes.  Both documents have October 2019

9    publication date.

10        Q.  So it's safe to say then that you relied on

11   this document in preparing your report about the

12   Black Belt, right?

13        A.  Yes, the contemporary Black Belt.

14        Q.  So let's turn to page number five of this

15   report.  Could you read the very first sentence at

16   the top of that page?

17        A.  "There is no uniform definition for the

18   Black Belt."

19        Q.  Do you agree that there's no uniform

20   definition for the Black Belt?

21        A.  I think that's a reasonable statement.

22        Q.  And the definition that the Georgia Budget

23   and Policy Institute used was a general description

24   where the majority of people in an area are Black or

25   live in poverty, right?

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 81

1        A.  Yes.  I think the focus was on school

2    districts.

3        Q.  And in looking at the map that's here on

4    page five of the report, it appears that's the same

5    map produced on page 11 of your report, right?

6        A.  Yes.

7        Q.  And that map includes Savannah and Chatham

8    County as part of the Black Belt, right?

9        A.  It does, as part of the contemporary Black

10   Belt, again based on school enrollment and poverty.

11       Q.  And it includes Athens, Georgia, Clark

12   County as part of the contemporary Black Belt; is

13   that right?

14       A.  Yes.

15       Q.  And it includes Glenn County and Brunswick

16   on the coast as part of the contemporary Black Belt?

17       A.  It believe so.

18       Q.  And you relied on this report to determine

19   which counties were in the Black Belt for purpose of

20   your focus area that you looked at for your report,

21   right?

22       A.  Yes.  I just wanted to see if the area that

23   I had outlined around Augusta was also an area that

24   the Georgia Budget and Policy Institute had

25   identified.

William S. Cooper                           February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 82

1          Q.   And you would agree that Glascock County

2     near Augusta they did not consider part of the

3     contemporary Black Belt, right?

4          A.   That's true.

5          Q.   Did you consider Glascock County as part of

6     the contemporary Black Belt in your map drawing?

7          A.   It's part of the majority Black districts.

8     It's a very small county.  And it's right in the

9     center, so it's included in both Senate District 2

10    and House District 133 I believe -- not 133.  I will

11    have to double-check.  But it's one of the House

12    districts as majority Black.  I believe it's in one

13    of the House districts as majority Black maybe even

14    under the enacted plan.

15         Q.   And it's correct that you did utilize all

16    the counties that the Georgia Budget and Policy

17    Institute identified as Black Belt counties as part

18    of your analysis of the contemporary Black Belt,

19    right?

20         A.   Well, I'm just using this as general

21    background information.  That's not to say that you

22    can't draw majority Black districts outside of the

23    areas that GBPI identified as part of their

24    contemporary Black Belt based on student enrollment

25    and poverty.

Page 83

1          Q.  Did you have a particular method by which

2    you excluded counties that the GBPI found were part

3    of the Black Belt and that you did not find to be

4    part of the Black Belt?

5          A.  No.  This was included as, I thought, a

6    very informative report that was hot off the press

7    at the time.  It was only a year or so old, year and

8    a half.  So I thought that was pertinent

9    information, and for that reason I included it.

10         Q.  So it's fair to say then that this report

11   illustrates your opinions about the Black Belt as

12   opposed to you using it to form your opinions about

13   the Black Belt?

14         A.  Well, both.

15         Q.  So if you used this report to help form

16   your opinions about the Black Belt, I guess I come

17   back to my earlier question, how did you choose

18   which areas not to include as part of the Black Belt

19   in your analysis in your report?

20         A.  I didn't -- I don't exactly understand the

21   question.  I mean as they make clear at outset,

22   there is no uniform definition for the Black Belt,

23   so I'm speaking in very general terms when I refer

24   to eastern Black Belt and western Black Belt.

25         Q.  Let's move to next paragraph 20 of your

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 95

1        Q.  And so in creating your illustrative plans

2    you rely in part on the history of the experience of

3    Black Americans and the commonality that goes with

4    that as the basis for a community of interest,

5    right?

6        A.  I think that's legitimate, yes.

7        Q.  On your map of regions, you are also aware

8    that the Census Bureau has different statistical

9    areas for Warner Robins and Houston County and for

10   Bibb County, right?

11       A.  Yes.  But then they have a new category

12   that they call a consolidated statistical area where

13   they combine them and say they're adjacent.  For

14   example, the Athens area is now part of a

15   consolidated statistical area with the Atlanta MSA.

16   So they've got this extra layer of commonality.

17       Q.  And so it's fair to say then for all the

18   different regions in your report that you're just

19   looking for things that they have in common; some

20   based on regional commission, some based on census,

21   some based on historical Black Belt, it just depends

22   on that particular region?

23       A.  Yeah.  I mean all that is in the

24   background.  When you're drawing a plan there's a

25   lot of -- sort of an amorphous quality to what

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 96

1    you're working on because there are different ways

2    of interpreting things.

3        Q.  In designing your regions you could have

4    included other counties in those regions but you

5    just chose not to, right?

6        A.  I wasn't definitively choosing not to.  As

7    I was drawing the plans some districts looked more

8    viable in terms of shape than others.  Contiguity is

9    an issue.  So there was a multiplicity of factors,

10   as you know, when you're drawing a plan.  I'm

11   comfortable with what I've drawn.  I think it would

12   hold up well against anything that the state has

13   done today or historically, and would hold up

14   elsewhere in the country if I drew them in other

15   states.

16       Q.  I'm not quite jumping ahead to the

17   districts yet.  I'm talking about the regions.  Were

18   the regions still being formed while you were

19   drawing the districts then?

20       A.  What do you mean?

21       Q.  Well, you've identified these four regions

22   that you focused on.  And my question was you could

23   have included other counties in those regions but

24   you choose not to.  And then you gave an answer

25   about districts.  So I wanted to understand --

Page 97

1      A.  I was looking at county level data.  So it

2   just seemed to me that Columbia County didn't really

3   fit into the prospects of creating another majority

4   Black district.

5      Q.  So then I guess the answer to my question

6   is yes, you could have chosen other counties, but

7   just chose not to based on your assessment of the

8   population there, right?

9      A.  Yeah, to a certain extent, right.  But I

10  did not rule in or rule out any county and still

11  haven't.  Maybe there is a way to include Lincoln

12  County.  I don't think so, but maybe there is.

13     Q.  So your regions then are just kind of the

14  guidelines that you used as you were drafting plans?

15     A.  Right, just in the background, right.

16     Q.  Mr. Cooper, I'm about to move to the

17  section beginning with census data.  Are you still

18  good?  Do you want to take a short five-minute

19  break?

20     A.  No.  I'm fine.  Or whatever.  I'm in no

21  rush.  I'm here until Tuesday.

22     Q.  We can keep plowing ahead.

23         Let's turn to page 19 of your report,

24  Figure 2.  So in Figure 2 you would agree that the

25  increase in Georgia's Black population, as measured

Page 142

1      illustrative Senate District 23 is only 50.21

2      percent AP Black VAP, right?

3           A.  Right.  It might be a little bit higher on

4      CVAP.  I'm not really looking at that.

5           Q.  So in looking at illustrative District 23,

6      it includes counties both from your Region B and

7      from Region D, right?

8           A.  That is true.

9           Q.  And it includes counties that are located

10     in the -- I'm sorry.  It includes counties that are

11     outside of the central Savannah River area regional

12     commission, correct?

13          A.  Yes.  The counties of Wilkinson and Baldwin

14     and Twiggs are in middle Georgia.

15          Q.  So if you were looking at these particular

16     regions, why then does illustrative District 23

17     cross regions to create this new majority Black

18     district?

19          A.  Well, the regions are informative and

20     instructive, but they're not cast in stone.  You can

21     certainly cross regions, as your plan does.  As I've

22     mentioned previously, I think, I've got fewer

23     splints of the regional planning districts than in

24     the enacted plan.  Very close, but there's a three

25     or four commission difference in terms of the

Page 143

1    splits.

2        Q.  But you would agree that District 23 does

3    cross regional commission boundaries, right?

4        A.  It does.  But it's also adding in districts

5    that have been identified as part of the Black Belt,

6    Baldwin and Twiggs specifically and probably

7    Wilkinson, too.

8        Q.  So you've separated in this plan Hancock

9    and Warren Counties.  Are there differences between

10   those counties that led you to separate them?

11       A.  Well, they're separated, but it's

12   conceivable they could be put in district -- one

13   could be put in 23.  It's not dramatically

14   different.  So it would fit into District 23.  But

15   to do so would have created an issue with one

16   person, one vote, I think.  It would also not have

17   been quite as reasonably shaped.

18       Q.  In your division of Wilkes County, I

19   believe you said is along County Commission

20   boundaries; is that right?

21       A.  That's correct.  I just followed the

22   boundaries established by Wilkes County as recently

23   as this time last year.

24       Q.  And you would agree that that split divided

25   the city of Washington, Georgia, right?

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 144

1          A.  It did.  It did, between two different

2      commission districts.

3          Q.  Looking at Figure 19B on page 51 --

4          A.  Let me back up.  It does not divide -- the

5      illustrative District 23 follows commission lines

6      except that once it reaches the town of Washington

7      on the southwest side it just follows the town

8      boundaries.  So it's not like people aren't going to

9      be able to figure out which district they're in.

10         Q.  And so you didn't follow the commission

11     boundaries on that western side of Washington, but

12     you followed the city boundaries in the split?

13         A.  Yes.  They're more permanent probably than

14     commission boundaries -- although annexations are

15     common in Georgia, so that may not hold.

16         Q.  Do you know the racial impact of following

17     the boundary line you followed in the split of the

18     city of Washington?

19         A.  Not off the top of my head, no.

20         Q.  So in looking back at Figure 19A in

21     illustrative Senate District 23, what is the

22     community of interest between Richmond County and

23     Twiggs County?

24         A.  Both counties are part of the Black Belt.

25     Richmond County, of course, is a consolidated city,

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 150

1    and I did.

2        Q.  So you made a change to the enacted plan in

3    Clark County on your illustrative plan with the goal

4    of making the counties whole but unrelated to the

5    creation of the new Black majority district?

6        A.  I think so.  I don't think deviation would

7    come into play there.  The shape of the districts

8    comes into play, so there could have been any number

9    of factors.  And certainly you could maintain that

10   all of my illustrative districts, the Plaintiffs'

11   plan, and split Clark County should you wish to do

12   so.  That can be done.

13       Q.  So staying with the same area, making

14   Jackson County whole was also not part of the effort

15   to create Senate Districts 17, 23 or 28 as majority

16   Black districts, right?

17       A.  That is true.

18       Q.  And Coffee County down in south Georgia,

19   you making it whole was not related to your efforts

20   to make Senate District 17, 23 or 28 majority Black,

21   right?

22       A.  Probably not.  Again, there is a ripple

23   effect with these Senate districts, and deviation is

24   in play.  And I'm also worried about, in some

25   instances, protecting the incumbents because I've

Page 151

1     changed the district but still want to make sure

2     that the incumbent is assigned to the district

3     that's been changed, if possible, without pairing

4     incumbents.  So all of those factors come into play.

5     And I frankly don't recall the sequence of events

6     that would have led me specifically to make Clark

7     County whole or make Coffee County whole, because

8     there were incumbents -- and, again, I'm using the

9     January '22 data set that we got from you guys.  And

10    I have not attempted to take into account the

11    November '22 election results and the residences of

12    the incumbents under that scenario.  And so other

13    things could change clearly to take that into

14    account in the next illustrative plan, should there

15    be one.

16         Q.  And you would agree with me that of the

17    five counties that you unsplit on the illustrative

18    plan, all of those counties are not majority Black,

19    right?

20         A.  Well, they're not majority Black voting

21    age.  Newton County is almost 50 percent.  It's

22    49.7.  Columbia is 20.8.  Coffee and Clark, there's

23    a significant Black population in those two

24    counties.  It's 26.2 for Clark and 29.2 for Coffee.

25    The only one that is overwhelmingly white really is

Page 152

1    Jackson County in the north.

2         Q.   We can set that aside for the moment.  You

3    can set Mr. Morgan's report aside.  You might want

4    to hold onto the map for just a second.

5         A.   Okay.

6         Q.   Going to paragraph 119 of your report, you

7    talk about regional splits.

8         A.   Yes.

9         Q.   And you run this based on the regional

10   commissions that we've discussed and also the 39

11   federally-designated core-based statistical areas in

12   Georgia; is that right?

13        A.   Right.

14        Q.   So is the map of the MSAs and other

15   geography that we have, I believe, as Exhibit 7, the

16   map of the core-based statistical areas in Georgia?

17        A.   Yes.  This map shows both MSAs,

18   Metropolitan Statistical Areas, which have

19   populations that are greater than 50,000 in the

20   combined counties they cover, but it also includes

21   smaller counties with populations of 10,000 and

22   above.  Those are called micropolitan statistical

23   areas.

24             So I think there are 10 or 12 MSAs and

25   maybe more than that in terms of micropolitan

Page 159

1    Paragraph 125, you compare the labor force

2    participation rates in Fayette, Spalding and Clayton

3    Counties, right?

4         A.  Yes.

5         Q.  Did you compare the labor force

6    participation rates in any of the other districts

7    aside from Senate District 28 on the illustrative

8    plan?

9         A.  On the illustrative plan I did not do that.

10   Although, you can quickly get that information just

11   by going into CDs.  That kind of analysis could just

12   go on forever.  This is just an example to show that

13   there are similarities in District 28, even though

14   Clayton County is fairly urban and Spalding less so.

15        Q.  And did you look at, for example, the

16   number of bachelor degree, the rate of that for

17   Fayette, Spalding, and Clayton Counties?

18        A.  I did not report it.  I believe that -- I

19   would have to look at the data.  Fayette County has

20   very high socioeconomic statistics.  In fact, it --

21   and I'm talking about the Black population here.  It

22   outscores the white population in many, many of the

23   other counties in the state.  It's high income,

24   suburban, ex-urban Black population.

25        Q.  Is it a distinct --

Page 162

1    data after the districts were drawn or before?

2         A.   The actual documentation, after.  But there

3    are some things that I knew without even accessing

4    the charts.  I knew that Senate District 23 would be

5    significantly poorer than say Senate District 28.

6    And I knew that Senate District 28 would be much

7    better off financially, the African-American

8    population and the white population, than say Senate

9    District 12.  Of course, that's already there.  It's

10   the enacted plan.  But that's where I drew the new

11   House district -- so the things that I knew that I

12   did not necessarily need in terms of drawing the

13   plan.

14        Q.   And this ACS data, you can't display it by

15   any particular method on Maptitude while you're

16   drawing maps, right?

17        A.   You could.  You could.

18        Q.   Did you?

19        A.   I did not.  I think really it's better to

20   look at county level data.  There is less of a

21   margin of error.

22        Q.   And to be clear, when you're talking about

23   these various districts, you're not looking below

24   the county layer to any split counties; you're

25   looking only in total county rates, right?

Page 163

1          A.   Correct.   I will say that next year you'll

2     be able to get a breakout of the present enacted

3     plan in the ACS by the enacted Senate and House

4     districts.   That's reported starting next year, I

5     believe, with the -- I guess it would be the 2018 -

6     2022 ACS.   But then I wouldn't be able to take that

7     apart and look at the illustrative plan, because

8     it's not an enacted plan so the Census Bureau is not

9     going to run that analysis.

10          Q.   Understood.

11               We're going to move to the House map.   Do

12     you want a break or keep on going?

13          A.   I don't care.

14          Q.   Okay.   We'll plow ahead into the House.

15               So let's begin in the same place.   We start

16     with a number of majority Black districts.   And you

17     would agree that from Figure 23 on page 59 that when

18     you apply the 2020 census numbers to the prior House

19     district plan there were 47 majority Black

20     districts, right?

21          A.   Yes.

22          Q.   And the 2021 enacted House plan increased

23     that number of majority Black districts by two, to

24     49, right?

25          A.   Yes.

Page 191

1     of the western division of the historic Dixie

2     Highway recognized by the Southwest Georgia Regional

3     Commission.

4          A.  Yes.

5          Q.  And then you reference a Corridor

6     Management Plan from 2014 in a Footnote 32, right?

7          A.  Right.

8               (Exhibit 17 marked.)

9          Q.  I'm going to hand you what I've marked as

10    Defendant's 17.  Is this the Corridor Management

11    Plan that you referenced in that footnote?

12         A.  I think.  There it is, 1.2, Corridor

13    Management Plan.

14         Q.  Do you recall how you located this

15    particular Corridor Management Plan that you cited

16    in your report?

17         A.  I was looking around for information about

18    US Highway 19 and found it.

19         Q.  Was that after you drew the illustrative

20    District 171?

21         A.  In this particular case it probably was.

22         Q.  So after you drew the district you were

23    hunting around looking for information about Highway

24    19 and what it connected; is that fair to say?

25         A.  I did look at that.  I mean I knew that

Page 192

1    Highway 19 was, in a sense, a historical highway.

2    US highways of that vintage with a 19 on it go way

3    back in time, so it's not like there haven't been

4    transportation connections between Thomasville and

5    Albany since the 1930s.

6          Q.  So turning to page seven of Exhibit 17, you

7    see there's a heading 1.6, "How to Use the CMP".

8          A.  Yes.

9          Q.  And it says that the CMP should be utilized

10   in conjunction with the associated planning

11   documents, including -- and then it lists a series

12   of five other documents.  Do you see that?

13         A.  Yes.

14         Q.  Did you ever review any of those five

15   documents?

16         A.  No, I did not.

17         Q.  And going to 1.7 there is a route

18   description that begins at the Albany Welcome Center

19   and it's almost kind of a metes-and-bounds-like set

20   of bullets of where this route proceeds.  Do you see

21   that?

22         A.  Yes.

23         Q.  Have you analyzed whether all the pieces

24   listed in 1.7 of this route description are included

25   in illustrative 117?

Page 193

1        A.   No, I have not.

2        Q.   So it's --

3        A.   But I do know that US Highway 19 is.

4        Q.   And so it's fair to say you didn't utilize

5    this particular document when you were creating

6    illustrative 117, right?

7        A.   Well, it just shows that there is, present

8    day -- although 2014 is no longer present day, but

9    it's certainly the modern era -- a study and an

10   interest in maintaining the historic route between

11   Albany and Thomasville.  It shows there is a

12   connection there between the governments.

13       Q.   We can set that document aside.

14            Looking back at page 78, Figure 32, on the

15   enacted plan there's one House district that's

16   wholly within Dougherty County, District 153, right?

17       A.   Right.

18       Q.   And on the illustrative plan on page 80,

19   the next page, Figure 33, there's now no longer one

20   district that is wholly within Dougherty County,

21   correct?

22       A.   That is correct; however, the illustrative

23   plan splits Dougherty County three ways, and the

24   enacted plan splits it four ways.  So there's that.

25   Why is that, I wonder.

William S. Cooper                February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 197

1    Black population into 145.

2         Q.  And show you extended District 143 further

3    north into Macon -- into Bibb County but also

4    further south into Twiggs County, right?

5         A.  Yes.

6         Q.  And then you extended District 142 south

7    out of Bibb County into north Houston County,

8    correct?

9         A.  Yes.

10        Q.  And then that freed up enough Black

11   population for you to extend 145 out into Monroe

12   County starting in downtown Macon, right?

13        A.  Yes.

14        Q.  And so, unlike the enacted plan which has

15   two districts wholly within Bibb County, the

16   illustrative plan has no districts that are wholly

17   within Bibb County, right?

18        A.  That is true.

19        Q.  And District 145, as you've configured it,

20   is only 50.2 percent AP Black VAP, right?

21        A.  That's correct.

22        Q.  So can you walk me through what downtown

23   Macon has in common with this piece of Forsyth

24   County over towards Upson County in District 145?

25        A.  It's in the Macon/Bibb MSA.  And there is

Page 198

1    some Black population in that precinct, but I

2    believe it's a majority white precinct.  But that

3    was mainly because I had to make sure that the

4    deviation was within plus or minus one percent.

5    Ninety percent plus of the population in 145 under

6    the illustrative plan lives Macon/Bibb.

7        Q.  And you would agree that District 142

8    extends out of Macon/Bibb County MSA into the Warner

9    Robins MSA, right?

10       A.  Right, which has a significant Black

11   population.

12       Q.  So unlike 145 where it's the same MSA, 142

13   crosses MSAs?

14       A.  That is true.  But it's part of the

15   consolidated Warner Robins, Macon consolidated

16   statistical area, because they're adjacent, right

17   next to one another.  Metropolitan Macon -- actually

18   -- I'm looking for the commission map.

19       Q.  This?

20       A.  No.

21           MR. SAVITZKY:  For the record, I'm

22        handing him Exhibit 10.

23           MR. TYSON:  Thank you.

24       A.  So the middle Georgia commission includes

25   Bibb, Houston, Peach, Pulaski, and going further

Page 199

```
 1    north, Crawford, Monroe, Jones, Putnam, Baldwin,

 2    Wilkinson, Twiggs.  So I'm staying entirely within

 3    the middle Georgia commission with House District

 4    145.

 5         Q.  And Baldwin County is in that middle

 6    district commission, too, right?

 7         A.  That's true.

 8         Q.  The House District 142 is 52.51 percent AP

 9    Black VAP.  Did you analyze how much of the

10    population in 142 is the Air Force base in Houston

11    County?

12         A.  I did not.  I know you came after me for

13    putting the Air Force base in the original Senate

14    District 23, I believe, so I took care of it there.

15    But they can vote.  They're citizens, right?  Most

16    military personnel are citizens, so why not.

17         Q.  Is it your understanding that military

18    personnel in Georgia tend to be registered to vote

19    in Georgia?

20         A.  I don't know the percentage of voters on

21    the military base who are registered, no.

22         Q.  Let's move to the supplemental plan

23    information.  Mr. Cooper, going to paragraph 184,

24    you indicate that you stayed within a one and a half

25    percent, plus or minus, population deviation limits,
```

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 200

1    right?

2        A.  Right.  Even though the guidelines

3    established by the General Assembly did not really

4    specify that it was necessary to stay within that

5    range, that's the range that the enacted plan was in

6    so I just stuck to that range.

7        Q.  You would agree that the deviation on the

8    illustrative plan as a whole is higher than the

9    deviation on the House enacted plan?

10       A.  Right, it's slightly higher, like a couple

11   of tenths of a percentage point or so.

12       Q.  But either way, the illustrative plan did

13   increase the total deviation over the enacted plan

14   even if only slightly, right?

15       A.  Well, it's only slightly, so it's a

16   meaningless distinction.

17       Q.  And you note that you have one fewer county

18   split in the enacted plan in Figure 37; is that

19   right?

20       A.  One less split county.  And the same number

21   of county splits, because that's a different metric.

22       Q.  So we'll go back to Exhibit Number 9.  And

23   if you could turn with me to page 45 of Mr. Morgan's

24   report.

25           Mr. Cooper, are you with me on page 45 of

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 202

1    more carefully than it.  Ben Hill is 38 percent
2    apparently.
3         Q.  So kind of like we did in the other plan, I
4    was looking to see which of those counties you
5    unsplit related to the creation of the five new
6    majority Black districts.  And the only ones I could
7    identify that were somewhere close were Lamar,
8    McDuffie and Jones.  Were any of these other
9    counties unsplit related to the creation of the five
10   new majority Black districts?
11        A.  Ben Hill perhaps because of the ripple
12   effect.  So some of that spills out.  I mean even
13   though Ben Hill is not one of the majority Black,
14   potentially a new majority Black district, it's not
15   that far from the area.
16        Q.  Any other counties you can identify?
17        A.  Well, I've not attempted to identify these.
18   Oconee is not split, but it's close to a majority
19   Black Senate district.  And House District 133
20   almost borders on Oconee -- and maybe it does.  I
21   need to look at the map.  It's very close.
22        Q.  You would agree that Dawson County with one
23   and a half percent Black population is nowhere close
24   to any of the new majority Black districts you
25   created, right?

William S. Cooper                    February 10, 2023
Alpha Phi Alpha Fraternity, Inc. v. Raffensperger,

Page 203

1        A.  Yes.  And so what?  Why does that matter?

2    I'm happy to bring Dawson back into a single county.

3        Q.  I guess what I'm trying to get to is you,

4    in paragraphs 189 and 190 talk about having fewer

5    county splits in the enacted plan.  But that's only

6    because you unsplit some counties in parts of the

7    state far away from where you added new majority

8    Black districts, right?

9        A.  To a certain extent.  But why does that

10   matter?  I've produced a plan that splits fewer

11   counties.  So if that's an important metric, and it

12   is, then the illustrative plan based on split

13   counties and county splits and VTD splits is

14   basically on par with the enacted plan.

15       Q.  But it's only on par with the enacted plan

16   if counties in north Georgia unrelated to the

17   creation of new majority Black districts are unsplit

18   in the drawing process, right?

19       A.  Well, the thing is, is this ripple effect

20   that does begin to be a factor, along with

21   incumbents.  So it was apparent to me that I could

22   avoid splitting a couple of counties up there while

23   protecting incumbents.  So, yes, I avoided splitting

24   them.  And because of that we have split fewer

25   counties.

Page 204

1          Q.  So when you made Gordon County whole, it's

2     your testimony that that was in part from the ripple

3     effect of making changes?

4          A.  It could have been.  I honestly don't

5     recall.  I may not have even done it with the

6     knowledge that I was unsplitting the enacted plan

7     split in Gordon County.  It's a small county, nice

8     rectangular county, and it may have just happened.

9          Q.  We can set Mr. Morgan's report aside.

10    Turning to page 86, paragraph 192, you have the

11    split report for the CBSAs, and the illustrative

12    plan and the enacted plan are the same in terms of

13    CBSAs that are whole, right?

14         A.  Right.

15         Q.  And the illustrative plan splits slightly

16    more CBSAs than the enacted plan on your CBSA splits

17    column, right?

18         A.  That's correct, it splits four more, so I

19    guess roughly two percent more.

20         Q.  And for the Senate, was there any other

21    geographic wholeness analysis you did that is not

22    reported in this report?

23         A.  Well, you didn't mention regional

24    commission splits.  The illustrative House plan has

25    223 discrete splits for regional commissions, and