UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALPHA PHI ALPHA FRATERNITY INC., et al.,

    *Plaintiffs*,

v.

BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia.

    *Defendant*.

Case No. 1:21-CV-05337-SCJ

## ORDER ON PLAINTIFFS' MOTION PERMITTING ELECTRONIC EQUIPMENT IN THE COURTROOM FOR HEARING ON MOTION FOR SUMMARY JUDGEMENT

THIS MATTER comes before this Court on Plaintiffs' Motion Permitting Electronic Equipment in the Courtroom for Hearing on Motion for Summary Judgement.

**IT IS HEREBY ORDERED** that:

1.    On behalf of Plaintiffs, the following individuals have permission to enter the courthouse building with laptops and cellular telephones that may contain

1

cameras, including iPhones, Androids, or other smart phones/personal digital assistants (PDAs), external hard drives, mice, presentation remotes, adapters, tech table, hdmi signal switch, and related peripherals: Sophia Lin Lakin; Ari J. Savitzky; Ming Cheung; Kelsey A. Miller; Casey Smith; Rahul Garabadu; Caitlin F. May; Cory Isaacson; Maura Douglas; Joseph D. Zabel; Juan M. Ruiz Toro.

2.  Proper identification will be required upon entering the security station. This Order shall be effective for May 18th, 2023.

SO ORDERED this the 15th day of May, 2023.

          s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE