# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cv-05337-SCJ
### Alpha Phi Alpha Fraternity, Inc. et al v. Raffensperger
### Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 05/18/2023.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 3:30 P.M.           COURT REPORTER: Viola Zborowski
TIME IN COURT: 1:30                       DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Diane LaRoss representing Brad Raffensperger<br>Sophia Lakin representing Alpha Phi Alpha Fraternity, Inc.<br>Ari Savitzky representing Alpha Phi Alpha Fraternity, Inc.<br>Bryan Tyson representing Brad Raffensperger<br>Daniel Weigel representing Brad Raffensperger |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [230]Motion for Summary Judgment TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Hearing held on Defendant's Motion for Summary Judgment [230], together with argument in civil actions 1:21-cv-5339-SCJ and 1:22-cv-122-SCJ. The Court heard oral argument and took the matter under advisement. |
| HEARING STATUS: | Hearing Concluded |