IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., et al.,<br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia,<br>    Defendant. | CIVIL ACTION FILE<br><br>No. 1:21-CV-5337-SCJ |
| COAKLEY PENDERGRASS et al.,<br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER et al.,<br>    Defendants. | CIVIL ACTION FILE<br><br>No. 1:21-CV-5339-SCJ |
| ANNIE LOIS GRANT et al.,<br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER et al.,<br>    Defendants. | CIVIL ACTION FILE<br><br>No. 1:22-CV-122-SCJ |

### AMENDED SCHEDULING ORDER

The Court enters the following Order, amending its February 28, 2022 Scheduling Order. The Court enters this Order mindful of <u>Allen v. Milligan</u>, 142 S. Ct. 1105 (Mem) (2022) (No. 21-1086), which is currently pending before the Supreme Court. <u>Allen</u> and the above-captioned cases contain overlapping questions of law; thus, the Court will abstain from ruling on the pending Motions for Summary Judgment until after the Supreme Court publishes its decision in <u>Allen</u>. Cf. <u>Miccosukee Tribe of Indians of Fla. v. S. Fla. Water Mgmt. Dist.</u>, 559 F.3d 1191, 1198 (11th Cir. 2009) (a district court has a good reason, "if not an excellent one . . . to await a federal appellate decision that is likely to have a substantial or controlling effect on the claims and issues in the stayed case.").

Given the Supreme Court's general practice of closing the October term in late June or early July[1] and assuming the Supreme Court issues its ruling in <u>Allen</u> on June 30, 2023, the Court enters the following amended schedule:

---

[1] See The Court and Its Procedures, U.S. Supreme Court, https://www.supremecourt.gov/about/procedures.aspx#:~:text=A%20Term%20of%20the%20Supreme,late%20June%20or%20early%20July. ("A Term of the Supreme Court begins, by statute, on the first Monday in October. Usually Court sessions continue until late June or early July.")

| | |
|---|---|
| Deadline to file supplemental briefing on the motions for summary judgment and responses thereto[2] | July 7, 2023 |
| Pretrial conference | August 15, 2023 |
| Deadline to file proposed consolidated pretrial order | August 22, 2023 |
| Deadline to file *Daubert* motions | August 22, 2023 |
| Deadline to file motions in limine | August 22, 2023 |
| Deadline to file objections to video depositions | August 22, 2023 |
| Deadline to file responses to motions in limine, *Daubert* motions, and video deposition objections[3] | August 29, 2023 |
| Trial (*if applicable*) begins | September 5, 2023 |
| Deadline to file proposed findings of facts and conclusions of law | September 25, 2023 |

---

[2] The Court will permit the Parties to file only one supplemental brief. At this time, no responses will be permitted.

[3] The parties shall meet and confer prior to submitting objections to the deposition designations and counter-designations in a good faith effort to resolve objections prior to trial.

3

The Court reserves the right to amend this scheduling order at a future date.

IT IS SO ORDERED this __19th__ day of May, 2023.

*/s/ Steve C. Jones*
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

4