IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., et al.,<br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia,<br>    Defendant. | CIVIL ACTION FILE<br><br>No. 1:21-CV-5337-SCJ |
| COAKLEY PENDERGRASS et al.,<br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER et al.,<br>    Defendants. | CIVIL ACTION FILE<br><br>No. 1:21-CV-5339-SCJ |
| ANNIE LOIS GRANT et al.,<br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER et al.,<br>    Defendants. | CIVIL ACTION FILE<br><br>No. 1:22-CV-122-SCJ |

## SECOND AMENDED SCHEDULING ORDER

The Court previously abstained from ruling on the pending Motions for Summary Judgment in the cases *sub judice* in anticipation of the United States Supreme Court's opinion in Allen v. Milligan, No. 21-1086, 2023 WL 3872517 (U.S. June 8, 2023). The Supreme Court has now issued its Allen opinion and this Court deems it proper to move forward. Accordingly, the Court **VACATES** its May 19, 2023 Amended Scheduling Order and issues the following Second Amended Scheduling Order in its place.

| | |
|---|---|
| **Deadline to file supplemental briefing on the motions for summary judgment and responses thereto[1]** | June 22, 2023 |
| **Pretrial conference** | August 15, 2023 at 10:00 A.M. |
| **Deadline to file proposed consolidated pretrial order** | July 25, 2023 |
| **Deadline to file Daubert motions** | July 25, 2023 |
| **Deadline to file motions in limine** | July 25, 2023 |
| **Deadline to file objections to video depositions** | July 25, 2023 |

---

[1] The Court will permit the Parties to file only one supplemental brief (25 pages in length or less). At this time, no responses will be permitted.

| | |
|---|---|
| **Deadline to file responses to motions in limine, Daubert motions, and video deposition objections[2]** | August 1, 2023 |
| **Trial (*if applicable*) begins[3]** | September 5, 2023 |
| **Deadline to file proposed findings of facts and conclusions of law** | September 25, 2023 |

The Court reserves the right to amend this scheduling order at a future date.

**IT IS SO ORDERED** this 8th day of June, 2023.

*Steve C Jones*

**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**

---

[2] The parties shall meet and confer prior to submitting objections to the deposition designations and counter-designations in a good faith effort to resolve objections prior to trial.

[3] As stated in the March 20, 2023 Coordinated Order, all proceedings will be in person and held in Courtroom No. 1907, in the Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. Unless otherwise notified, all proceedings will begin at 9:00 AM.