IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., et al.,<br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia,<br>    Defendant. | CIVIL ACTION FILE<br><br>No. 1:21-CV-5337-SCJ |
| COAKLEY PENDERGRASS et al.,<br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER et al.,<br>    Defendants. | CIVIL ACTION FILE<br><br>No. 1:21-CV-5339-SCJ |
| ANNIE LOIS GRANT et al.,<br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER et al.,<br>    Defendants. | CIVIL ACTION FILE<br><br>No. 1:22-CV-122-SCJ |

**ORDER**

Having read and considered Plaintiffs' proposal regarding amending the existing pretrial deadlines and learned of Defendants' agreement thereto, it is hereby **ORDERED** that exhibit lists and deposition designations shall be exchanged by all Parties and filed with the Court no later than **JULY 31, 2023** and objections to the same shall be exchanged by all Parties and filed with the Court no later than **AUGUST 4, 2023**.[1] Except as amended herein, the remainder of the Court's Second Amended Scheduling Order remains in effect, this includes the July 25, 2023 and August 1, 2023 deadlines for filing and responding to motions in limine and Daubert motions.

**IT IS SO ORDERED** this 21st day of July, 2023.

*[signature]*

**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Parties are permitted to state these new deadlines in paragraphs 19 and 20 of their proposed consolidated pretrial order.