## ATTACHMENT F–1

### *Pendergrass* Plaintiffs' Witness List

The *Pendergrass* Plaintiffs anticipate that the following witnesses will testify at trial:

| Witness | Previously Filed Report(s)/Declaration(s) |
|---|---|
| William S. Cooper | ECF Nos. 174-1, 174-2 |
| Dr. Maxwell Palmer | ECF Nos. 174-3, 174-4 |
| Dr. Orville Vernon Burton | ECF No. 174-5 |
| Dr. Loren Collingwood | ECF No. 174-6 |

The *Pendergrass* Plaintiffs anticipate that the following witnesses may testify at trial:

| Witness | Previously Filed Report(s)/Declaration(s) |
|---|---|
| Dave Worley | N/A |
| Coakley Pendergrass | ECF No. 201-1 |
| Triana Arnold James | ECF No. 201-2 |
| Elliott Hennington | ECF No. 201-3 |
| Robert Richards | ECF No. 201-4 |
| Jens Rueckert | ECF No. 201-5 |
| Ojuan Glaze | ECF No. 201-6 |
| Former Rep. Erick Allen | N/A |

| Rep. Derrick Jackson | N/A |
|---|---|
| Former Sen. Jason Carter | N/A |