# ATTACHMENT F–2

## *Grant* Plaintiffs' Witness List

The *Grant* Plaintiffs anticipate that the following witnesses will testify at trial:

| Witness | Previously Filed Report(s)/Declaration(s) |
|---|---|
| Blakeman Esselstyn | ECF No. 191-1 |
| Dr. Maxwell Palmer | ECF Nos. 191-2, 191-3 |
| Dr. Orville Vernon Burton | ECF No. 191-4 |
| Dr. Loren Collingwood | ECF No. 191-5 |

The *Grant* Plaintiffs anticipate that the following witnesses may testify at trial:

| Witness | Previously Filed Report(s)/Declaration(s) |
|---|---|
| Dave Worley | N/A |
| Annie Lois Grant | ECF No. 218-1 |
| Quentin T. Howell | ECF No. 218-2 |
| Elroy Tolbert | ECF No. 218-3 |
| Garrett Reynolds | ECF No. 218-8 |
| Triana Arnold James | ECF No. 218-4 |
| Eunice Sykes | ECF No. 218-5 |
| Elbert Solomon | ECF No. 218-6 |
| Dexter Wimbish | ECF No. 218-7 |
| Jacqueline Faye Arbuthnot | ECF No. 218-9 |
| Jacquelyn Bush | ECF No. 218-10 |

| Mary Nell Conner | N/A |
|---|---|
| Former Rep. Erick Allen | N/A |
| Rep. Derrick Jackson | N/A |
| Former Sen. Jason Carter | N/A |
| Marion Warren | N/A |
| Dr. Diane Evans | N/A |
| Fenika Miller | N/A |