## ATTACHMENT F–4

## Defendants' Witness List

Defendants anticipate that the following witnesses will testify at trial:

| Witness | Previously Filed Report(s)/Declaration(s) |
|---|---|
| John Morgan | December 5, 2022 report in *Grant* and *Alpha Phi Alpha*; January 23, 2023 report in all cases |
| Dr. John Alford | February 6, 2023 report in all cases |
| Ms. Gina Wright | Testifying as a fact witness |
| Blake Evans, Gabriel Sterling, or Ryan Germany | As representative of Secretary of State's office |

Defendants anticipate that the following witnesses may testify at trial:

| Witness | Previously Filed Report(s)/Declaration(s) |
|---|---|
| Sen. John Kennedy | N/A |
| Rep. Bonnie Rich | N/A |
| Lynn Bailey | Testifying as a fact witness |