# EXHIBIT A

| Exhibit No. | Document Description | Doc Date | Bates No., Deposition No.; or Affidavit Exhibit No. | Beg. Bates | End Bates | Objections |
|---|---|---|---|---|---|---|
| 1 | Expert Report of John Morgan (Grant/APA) | 2022-12-05 | Produced 12/5/2022 | | | |
| 2 | Expert Report of John Morgan (APA) | 2023-01-23 | Produced 1/23/2022 | | | |
| 3 | Expert Report of John Morgan (Grant) | 2023-01-23 | Produced 1/23/2022 | | | |
| 4 | Expert Report of John Morgan (Pendergrass) | 2023-01-23 | Produced 1/23/2022 | | | |
| 5 | Expert Report of John Morgan (APA PI) | 2022-01-18 | APA Doc. No. 45-1 | | | |
| 6 | Expert Report of John Morgan (Grant PI) | 2022-01-18 | Grant Doc. No. 25-1 | | | |
| 7 | Expert Report of John Morgan (Pendergrass PI) | 2022-01-18 | Pendergrass Doc. No. 40-1 | | | |
| 8 | Expert Report of John R. Alford, Ph.D | 2023-02-06 | Exhibit 2 to John Alford Deposition | | | |
| 9 | Expert Report of Dr. Lisa Handley | 2022-12-23 | Exhibit 3 to John Alford Deposition | | | |
| 10 | Expert Report of Dr. Traci Burch | 2023-01-13 | Exhibit 1 to Traci Burch Deposition | | | |
| 11 | Expert Report of Dr. Traci Burch | 2022-12-05 | Exhibit 2 to Traci Burch Deposition | | | |
| 12 | Expert Report of Dr. Traci Burch (Prelimary Injunction) | 2022-01-03 | Exhibit 3 to Traci Burch Deposition | | | |
| 13 | AJC Legislative Survey | 2023-01-23 | Exhibit 4 to Traci Burch Deposition | | | |
| 14 | NYT article entitled, "Black Turnout in Midterms Was One of the Low Points for Democrats" | 2022-11-30 | Exhibit 5 to Traci Burch Deposition | | | |
| 15 | Declaration of William S. Cooper | 2022-12-05 | Exhibit 1 to William S. Cooper APA Deposition | | | |
| 16 | Opinion in the Alabama State Conference of the NAACP v. Alabama | 2020-02-05 | Exhibit 2 to William S. Cooper APA Deposition | | | |
| 17 | Declaration of William S. Cooper (Ga. NAACP v. Gwinnett County) | 2017-08-08 | Exhibit 3 to William S. Cooper APA Deposition | | | |
| 18 | Declaration of William S. Cooper (Thompson v. Kemp) | 2017-12-22 | Exhibit 4 to William S. Cooper APA Deposition | | | |
| 19 | Rebuttal Declaration of William S. Cooper (Preliminary Injunction) | 2022-01-20 | Exhibit 5 to William S. Cooper APA Deposition | | | |
| 20 | Declaration of William S. Cooper (Preliminary Injunction in APA) | 2022-01-07 | Exhibit 6 to William S. Cooper APA Deposition | | | |
| 21 | Georgia: 2020 Core Based Statistical Areas and Counties | 2020 | Exhibit 7 to William S. Cooper APA Deposition | | | |
| 22 | GBPI Policy Report entitled, "Education in Georgia's Black Belt" | 2019-10-00 | Exhibit 8 to William S. Cooper APA Deposition | | | |
| 23 | Expert Report of John B. Morgan | 2023-01-23 | Exhibit 9 to William S. Cooper APA Deposition | | | |
| 24 | Map of Regional Commissions for State of Georgia | 2021-07-01 | Exhibit 10 to William S. Cooper APA Deposition | | | |
| 25 | Population Summary Report (2016-2020) | | Exhibit 11 to William S. Cooper APA Deposition | | | |
| 26 | Illustrative_Senate - Plan Components with Population Detail | 2022-11-29 | Exhibit 12 to William S. Cooper APA Deposition | | | |
| 27 | Population Summary Report, Georgia State Senate - Enacted 2021 Plan (2016-2020) | 2021 | Exhibit 13 to William S. Cooper APA Deposition | | | |

| Exhibit No. | Document Description | Doc Date | Bates No., Deposition No.; or Affidavit Exhibit No. | Beg. Bates | End Bates | Objections |
|---|---|---|---|---|---|---|
| 28 | Population Summary Report, Georgia State House -- Illustrative Plan (2016-2020) | 2020 | Exhibit 14 to William S. Cooper APA Deposition | | | |
| 29 | Population Summary Report, Georgia State House -- Enacted 2021 Plan (2016-2020) | 2021 | Exhibit 15 to William S. Cooper APA Deposition | | | |
| 30 | Illustrative_House - Plan Components with Population Detail | 2022-11-18 | Exhibit 16 to William S. Cooper APA Deposition | | | |
| 31 | Historic Dixie Highway - Corridor Management Plan | 2014-03 | Exhibit 17 to William S. Cooper APA Deposition | | | |
| 32 | 2022 Scheduled Elections Calendar of Events | 2022-02-21 | Exhibit 2 to Joseph Blake Evans Deposition | | | |
| 33 | Email from Blake Evans to Keval Patel re: Redistricting | 2022-03-31 | Exhibit 3 to Joseph Blake Evans Deposition | | | |
| 34 | Emails between Georgia Secretary of State Elections Team and John Marsh re: Statewide Voter List | 2022-03-09 | Exhibit 4 to Joseph Blake Evans Deposition | APA00001908 | APA00001915 | |
| 35 | SOS Letter from Blake Evans to County Election Directors and Registrars regarding last day to make redistricting changes in the voter registration system (ElectioNet) | 2021-12-28 | Exhibit 5 to Joseph Blake Evans Deposition | CC-GNGC00004863 | CC-GNGC00004863 | |
| 36 | Email from Blake Evans to Gina Wright re: redistricting update for counties | 2021-12-30 | Exhibit 6 to Joseph Blake Evans Deposition | CC-GNGC00004434 | CC-GNGC-00004436 | |
| 37 | 2022 Election Year Calendar with comments | | Exhibit 7 to Joseph Blake Evans Deposition | APA00000540 | APA00000586 | |
| 38 | Emails between Blake Evans and Mark Davis re: timeline for redistricting | 2022-03-31 | Exhibit 8 to Joseph Blake Evans Deposition | CC-GNGC00004446 | CC-GNGC-00004453 | |
| 39 | Emails from Nicolas Northern to Election Systems work Group re: Election Systems Working Group | 2022-01-14 | Exhibit 9 to Joseph Blake Evans Deposition | APA00003850 | APA00003859 | |
| 40 | Tweet from GA SOS Raffensperger | 20??-01-04 | Exhibit 10 to Joseph Blake Evans Deposition | | | |
| 41 | Redistricting and Street Maintenance booklet from SOS Elections Division | 2021-09 | Exhibit 11 to Joseph Blake Evans Deposition | CC-GNGC00118582 | CC-GNGC00118634 | |
| 42 | Defendant's Proposed Findings of Fact and Conclusions of Law in Larios v. Cox | 2004-01-06 | Exhibit 14 to Joseph Blake Evans Deposition | | | |
| 43 | 2022 Comprehensive Election Year Calendar | 2022 | Exhibit 16 to Joseph Blake Evans Deposition | | | |
| 44 | Expert Report of Dr. Lisa Handley | 2022-12-23 | Exhibit 3 to Lisa Handley Deposition | | | |
| 45 | Excerpts from book co-authored by Dr. Handley, "Minority Representation and the Quest for Voting Equality" | 1992 | Exhibit 4 to Lisa Handley Deposition | | | |
| 46 | Excerpt of article co-authored by Dr. Handley in the Journal of Race, Ethnicity, and Politics | 2019 | Exhibit 5 to Lisa Handley Deposition | | | |
| 47 | Operation Voter Turnout | | Exhibit 2 to Reginald Jackson Deposition (30(b)(6) for Sixth District AME | APA_SOS_00000974 | APA_SOS_00000975 | |

| Exhibit No. | Document Description | Doc Date | Bates No., Deposition No.; or Affidavit Exhibit No. | Beg. Bates | End Bates | Objections |
|---|---|---|---|---|---|---|
| 48 | Declaration of Bishop Reginald T. Jackson, on behalf of Sixth District AME | 2022-01-31 | Exhibit 4 to Reginald Jackson Deposition 30(b)(6) for Sixth District AME | | | |
| 49 | Plaintiff's Responses to Defendants' First Interrogatories, Requests for Production of Documents and Requests of Admission | 2022-10-05 | Exhibit 5 to Reginald Jackson Deposition 30(b)(6) for Sixth District AME | | | |
| 50 | Statewide Virtual Town Hall Meeting Minutes dated 10/18/21 | 2021-10-18 | Exhibit 6 to Reginald Jackson Deposition 30(b)(6) for Sixth District AME | | | |
| 51 | 2022 Mid-Year Convocation Itinerary | 2022-10-05 | Exhibit 7 to Reginald Jackson Deposition 30(b)(6) for Sixth District AME | APA_SOS_00001083 | APA_SOS_00001083 | |
| 52 | Chart of Georgia State Legislative Officeholders 2002-2022 for certain state house and senate districts, with year and race of officeholder reported | 2022 | Exhibit 1 to Adrienne Jones Deposition | | | |
| 53 | Chart of Georgia State Legislative Officeholders 2002-2022 for certain state house and senate districts, with year and race of officeholder reported | 2022 | Exhibit 2 to Adrienne Jones Deposition | | | |
| 54 | Declaration of Dr. Adrienne Jones, Preliminary Report | 2022-01-07 | Exhibit 3 to Adrienne Jones Deposition | | | |
| 55 | Declaration of Dr. Adrienne Jones, Preliminary Report | 2022-01-13 | Exhibit 4 to Adrienne Jones Deposition | | | |
| 56 | Expert Report of Dr. Adrienne Jones | 2022-12-05 | Exhibit 5 to Adrienne Jones Deposition | | | |
| 57 | Resume of M. Adrienne Jones | | Exhibit 6 to Adrienne Jones Deposition | | | |
| 58 | Excerpts from Opinion and Memorandum of Decision in Fair Fight Action v. Raffensperger | 2022-09-30 | Exhibit 7 to Adrienne Jones Deposition | | | |
| 59 | Notice of Apparent Liability for Forfeiture In the Matter for Scott Rhodes | 2020-01-31 | Exhibit 8 to Adrienne Jones Deposition | | | |
| 60 | A Voteless People is a Hopeless People (VPHP), Implementation Guide | | Exhibit 3 to Sherman Mackawayne Lofton, Jr. 30(b)(6) Deposition for APA | | | |
| 61 | Alpha Phi Alpha Fraternity, A Voteless People is a Hopeless People (VPHP), National Committee, Program Execution & Presentation Guide | | Exhibit 4 to Sherman Mackawayne Lofton, Jr. 30(b)(6) Deposition for APA | | | |
| 62 | Plaintiffs' Responses and Objections to Defendant's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission | 2022-10-05 | Exhibit 5 to Sherman Mackawayne Lofton, Jr. 30(b)(6) Deposition for APA | | | |
| 63 | 2019 Form 990 Tax Filing for Alpha Phi Alpha Fraternity Inc. | 2019 | Exhibit 6 to Sherman Mackawayne Lofton, Jr. 30(b)(6) Deposition for APA | | | |
| 64 | APA Certificate of Incorporation - Articles of Incorporation | 2008-09-09 | Exhibit 7 to Sherman Mackawayne Lofton, Jr. 30(b)(6) Deposition for APA | | | |
| 65 | GA Corporations Division Business Search Results for Alpha Phi Incorporated Alpha Phi Alpha | | Exhibit 8 to Sherman Mackawayne Lofton, Jr. 30(b)(6) Deposition for APA | | | |
| 66 | Maryland Business Search Results for Alpha Phi Alpha Fraternity, Incorporated: F07323652 | 2003-04-17 | Exhibit 9 to Sherman Mackawayne Lofton, Jr. 30(b)(6) Deposition for APA | | | |

| Exhibit No. | Document Description | Doc Date | Bates No., Deposition No.; or Affidavit Exhibit No. | Beg. Bates | End Bates | Objections |
|---|---|---|---|---|---|---|
| 67 | Office of the Secretary of State Jesse White, Corporation/LLC Search/Certificate of Good Standing, Alpha Phi Alpha Fraternity | 2010-12-10 | Exhibit 10 to Sherman Mackawayne Lofton, Jr. 30(b)(6) Deposition for APA | | | |
| 68 | Washington D.C. Website for Corporations Printout for Alpha Phi Alpha Fraternity | | Exhibit 11 to Sherman Mackawayne Lofton, Jr. 30(b)(6) Deposition for APA | | | |
| 69 | Declaration of Sherman Lofton, Jr. | 2022-12-31 | Exhibit 12 to Sherman Mackawayne Lofton, Jr. 30(b)(6) Deposition for APA | | | |
| 70 | John B. Morgan - Curriculum Vitae | | Exhibit 1 to John B. Morgan APA Deposition | | | |
| 71 | Expert Report of John B. Morgan | 2022-12-05 | Exhibit 2 to John B. Morgan APA Deposition | | | |
| 72 | 2021-2022 Guidelines for the House Legislative and Congressional Reapportionment Committee | | Exhibit 3 to John B. Morgan APA Deposition | | | |
| 73 | Stipulations filed in Rima Ford Visilind v. Virginia State Board of Elections | | Exhibit 5 to John B. Morgan APA Deposition | PDX-302.1 | PDX-302.37 | |
| 74 | Expert Report of John B. Morgan | 2023-01-23 | Exhibit 6 to John B. Morgan APA Deposition | | | |
| 75 | Plan Components with Population Detail Report | | Exhibit 8 to John B. Morgan APA Deposition | | | |
| 76 | Declaration of Janice Stewart | 2021-12-29 | Exhibit 2 to Janice Stewart Deposition | | | |
| 77 | Initial Disclosure Qualifications | 2022-03-28 | Exhibit 2 to John Morgan Ward Deposition | | | |
| 78 | Appendix A to Dr. Jason Morgan Ward's Expert Report - Curriculum Vitae | | Exhibit 3 to John Morgan Ward Deposition | | | |
| 79 | Appendix B to Dr. Jason Morgan Ward's Expert Report - Reliance Materials | | Exhibit 4 to John Morgan Ward Deposition | | | |
| 80 | Declaration of Dr. Jason Morgan Ward Preliminary Report | 2022-01-06 | Exhibit 5 to John Morgan Ward Deposition | | | |
| 81 | Expert Report of Dr. Jason Morgan Ward | 2022-12-05 | Exhibit 6 to John Morgan Ward Deposition | | | |
| 82 | Expert Report of Blakeman Esselstyn | 2022-12-05 | Exhibit 1 to Blakeman Esselstyn Deposition | | | |
| 83 | Redistricting Following the 2020 Census presentation to Wake County Public School System | 2022-02 | Exhibit 2 to Blakeman Esselstyn Deposition | | | |
| 84 | The Very Basics on County Redistricting - North Carolina Association of County Commissioners Annual Conference | 2020-08-06 | Exhibit 3 to Blakeman Esselstyn Deposition | | | |
| 85 | Reason, Reform and Redistricting Conference - Common Cause at Duke | 2019-01-25 | Exhibit 4 to Blakeman Esselstyn Deposition | | | |
| 86 | About "districks" blog by Blake Esselstyn | 2023-02-14 | Exhibit 5 to Blakeman Esselstyn Deposition | | | |
| 87 | districks article entitled, "44 years of Redistricting Consequences in 14 Seconds " by Blake Esselstyn | 2017-11-11 | Exhibit 6 to Blakeman Esselstyn Deposition | | | |

| Exhibit No. | Document Description | Doc Date | Bates No., Deposition No.; or Affidavit Exhibit No. | Beg. Bates | End Bates | Objections |
|---|---|---|---|---|---|---|
| 88 | districks article entitled, "Race and County Clusters in North Carolina" by Blake Esselstyn | 2021-08-12 | Exhibit 7 to Blakeman Esselstyn Deposition | | | |
| 89 | JSTOR article entitled, "Qualitative Delineating the Black Belt Geographic Region" | 2008-05 | Exhibit 8 to Blakeman Esselstyn Deposition | | | |
| 90 | Blakeman Esselstyn Preliminary Injunction Report | 2022-01-13 | Exhibit 11 to Blakeman Esselstyn Deposition | | | |
| 91 | Supplemental Preliminary Injunction Expert Report of Blakeman Esselstyn | 2022-01-20 | Exhibit 12 to Blakeman Esselstyn Deposition | | | |
| 92 | Second Supplemental Preliminary Injuncttion Expert Report of Blakeman Esselstyn | 2022-02-09 | Exhibit 13 to Blakeman Esselstyn Deposition | | | |
| 93 | Rebuttal Report of Blakeman Esselstyn | 2023-01-23 | Exhibit 14 to Blakeman Esselstyn Deposition | | | |
| 94 | Declaration of Quentin T. Howell in Support of Plaintiffs' Motion for Preliminary Injunction | 2022-01-12 | Exhibit 2 to Quentin T. Howell Deposition | | | |
| 95 | "Meet Quentin T." webpage | | Exhibit 3 to Quentin T. Howell Deposition | | | |
| 96 | Expert Report of John R. Alford, Ph.D. | 2023-02-06 | Exhibit 2 to John Alford Deposition | | | |
| 97 | Expert Preliminary Injunction Report of John R. Alford, Ph.D. | 2022-02-04 | Exhibit 3 to John Alford Deposition | | | |
| 98 | Biography of Rep. Erick Allen | | Exhibit 1 to Erick Allen Deposition | | | |
| 99 | Map of Georgia House of Representatives District 040 | | Exhibit 2 to Erick Allen Deposition | | | |
| 100 | Georgia House Districts - 2022 | 2022 | Exhibit 3 to Erick Allen Deposition | | | |
| 101 | Draft, Georgia House Districts 16 and GHDC House Plan 2021 | 2021 | Exhibit 4 to Erick Allen Deposition | | | |
| 102 | Expert Report of Blakeman B. Esselstyn | 2022-12-05 | Exhibit 5 to Erick Allen Deposition | | | |
| 103 | Declaration of William S. Cooper | 2022-12-05 | Exhibit 6 to Erick Allen Deposition | | | |
| 104 | Expert Report of Orville Vernon Burton, Ph.D. | 2022-01-02 | Exhibit 1 to Orville Vernon Burton Deposition | | | |
| 105 | Supplemental Expert Report of Orville Vernon Burton, Ph.D. | 2022-01-20 | Exhibit 2 to Orville Vernon Burton Deposition | | | |
| 106 | Expert Report of Orville Vernon Burton, Ph.D. | 2022-12-05 | Exhibit 3 to Orville Vernon Burton Deposition | | | |
| 107 | NAACP Civil Rights Federal Legislative Report Card - Congressional Votes 2017-2018 | 2019-02-01 | Exhibit 4 to Orville Vernon Burton Deposition | | | |
| 108 | Plaintiffs' Initial Disclosures in Grant | 2022-03-28 | Exhibit 1 to Loren Collingwood Deposition | | | |
| 109 | Plaintiffs' Initial Disclosures in Pendergrass | 2022-03-28 | Exhibit 2 to Loren Collingwood Deposition | | | |
| 110 | Plaintiffs' Second Amended Initial Disclosures in Grant | 2023-02-03 | Exhibit 3 to Loren Collingwood Deposition | | | |
| 111 | Plaintiffs' Second Amended Initial Disclosures in Pendergrass | 2023-02-03 | Exhibit 4 to Loren Collingwood Deposition | | | |
| 112 | Dr. Loren Collingwood's Curriculum Vitae | | Exhibit 5 to Loren Collingwood Deposition | | | |
| 113 | Loren Collingwood - University of New Mexico Political Science Bio | | Exhibit 6 to Loren Collingwood Deposition | | | |

| Exhibit No. | Document Description | Doc Date | Bates No., Deposition No.; or Affidavit Exhibit No. | Beg. Bates | End Bates | Objections |
|---|---|---|---|---|---|---|
| 114 | Dr. Loren Collingwood's January 2022 Expert Report in Grant | 2022-01-13 | Exhibit 7 to Loren Collingwood Deposition | | | |
| 115 | Dr. Loren Collingwood's January 2022 Expert Report in Pendergrass | 2022-01-03 | Exhibit 8 to Loren Collingwood Deposition | | | |
| 116 | Collingwood Research Website screenshots | | Exhibit 9 to Loren Collingwood Deposition | | | |
| 117 | Collingwood Research "Who We Are" Website Screenshots | | Exhibit 10 to Loren Collingwood Deposition | | | |
| 118 | Dr. Loren Collingwood's December 2022 Expert Report in Grant | 2022-12-12 | Exhibit 11 to Loren Collingwood Deposition | | | |
| 119 | Dr. Loren Collingwood's December 2022 Expert Report in Pendergrass | 2022-12-12 | Exhibit 12 to Loren Collingwood Deposition | | | |
| 120 | Congressional Districts of Georgia - 2022 | 2022 | Exhibit 1 to Diane Evans Deposition | | | |
| 121 | Expert Report of Blakeman B. Esselstyn | 2022-12-05 | Exhibit 2 to Diane Evans Deposition | | | |
| 122 | Declaration of William S. Cooper (Alpha Phi Alpha) | 2022-12-05 | Exhibit 3 to Diane Evans Deposition | | | |
| 123 | Declaration of William S. Cooper (Pendergrass) | 2022-12-05 | Exhibit 4 to Diane Evans Deposition | | | |
| 124 | District Map Georgia House of Representatives District 64 | | Exhibit 1 to Derrick Jackson Deposition | | | |
| 125 | Georgia House Districts 2022, House Prop-1, 2021 | 2022 | Exhibit 2 to Derrick Jackson Deposition | | | |
| 126 | Draft - Georgia House Districts GHDC House Plan 2021 | 2021 | Exhibit 3 to Derrick Jackson Deposition | | | |
| 127 | Expert Report of Blakeman B. Esselstyn | 2022-12-05 | Exhibit 4 to Derrick Jackson Deposition | | | |
| 128 | Declaration of William S. Cooper in Pendergrass | 2022-12-05 | Exhibit 5 to Derrick Jackson Deposition | | | |
| 129 | Macon Telegraph Interview | 2023-02-15 | Exhibit 1 to Fenika Miller Deposition | | | |
| 130 | Fair Fight Press Conference document | 2021-03-18 | Exhibit 2 to Fenika Miller Deposition | | | |
| 131 | Georgia Redistricting Alliance article entitled, "Advocates Voice Continued Concerns About Redistricting in Georgia" | 2021-09-30 | Exhibit 3 to Fenika Miller Deposition | | | |
| 132 | Black Voters Matter Fund Tweet | 2021-11-30 | Exhibit 4 to Fenika Miller Deposition | | | |
| 133 | Expert Report of Blakeman B. Esselstyn | 2022-12-05 | Exhibit 5 to Fenika Miller Deposition | | | |
| 134 | Declaration of William S. Cooper in Alpha Phi Alpha | 2022-12-05 | Exhibit 6 to Fenika Miller Deposition | | | |
| 135 | Declaration of William S. Cooper in Pendergrass | 2022-12-05 | Exhibit 7 to Fenika Miller Deposition | | | |
| 136 | Congressional Districts of Georgia - 2022 | 2022 | Exhibit 8 to Fenika Miller Deposition | | | |
| 137 | Expert Report of John B. Morgan | 2023-01-23 | Exhibit 1 to John B. Morgan Pendergrass/Grant Deposition | | | |
| 138 | Declaration of William S. Cooper in Pendergrass | 2022-12-05 | Exhibit 2 to John B. Morgan Pendergrass/Grant Deposition | | | |
| 139 | Expert Report of John B. Morgan in Grant | 2023-01-23 | Exhibit 3 to John B. Morgan Pendergrass/Grant Deposition | | | |
| 140 | Expert Report of Blakeman B. Esselstyn | 2022-12-05 | Exhibit 4 to John B. Morgan Pendergrass/Grant Deposition | | | |
| 141 | Declaration of John B. Morgan in Grant | 2022-01-18 | Exhibit 5 to John B. Morgan Pendergrass/Grant Deposition | | | |
| 142 | Expert Report of Dr. Maxwell Palmer (Grant) | 2022-12-12 | Exhibit 2 to Maxwell Palmer Deposition | | | |

| Exhibit No. | Document Description | Doc Date | Bates No., Deposition No.; or Affidavit Exhibit No. | Beg. Bates | End Bates | Objections |
|---|---|---|---|---|---|---|
| 143 | Expert Report of John R. Alford, Ph.D. | 2023-02-06 | Exhibit 3 to Maxwell Palmer Deposition | | | |
| 144 | Expert Report of Dr. Maxwell Palmer (Pendergrass) | 2022-12-12 | Exhibit 4 to Maxwell Palmer Deposition | | | |
| 145 | Marion Warren Deposition Transcript (Dwight) | 2019-03-29 | Exhibit 1 to Marion Warren Deposition | | | |
| 146 | Kira Lerner Tweet | 2018-10-15 | Exhibit 2 to Marion Warren Deposition | | | |
| 147 | Press Call re: Shelby County v. Holder Anniversary | 2016-06-17 | Exhibit 3 to Marion Warren Deposition | | | |
| 148 | NYT article entitled, "Critics See Efforts by Counties and Towns to Purge Minority Voters from Polls" | 2016-07-31 | Exhibit 4 to Marion Warren Deposition | | | |
| 149 | NPR article entitled, "In Georgia County - Elections Bills Have Consequences" | 2021-03-27 | Exhibit 5 to Marion Warren Deposition | | | |
| 150 | Expert Report of Blakeman B. Esselstyn | 2022-12-05 | Exhibit 6 to Marion Warren Deposition | | | |
| 151 | Declaration of William S. Cooper (Alpha Phi Alpha Fraternity) | 2022-12-05 | Exhibit 7 to Marion Warren Deposition | | | |
| 152 | Declaration of William S. Cooper (Pendergrass) | 2022-12-05 | Exhibit 8 to Marion Warren Deposition | | | |
| 153 | Declaration of William S. Cooper | 2022-12-05 | Exhibit 1 to William S. Cooper Pendergrass Deposition | | | |
| 154 | Declaration of William S. Cooper (Pendergrass Preliminary Injunction) | 2022-01-12 | Exhibit 2 to William S. Cooper Pendergrass Deposition | | | |
| 155 | Declaration of William S. Cooper (Dwight v. Kemp) | 2018-12-03 | Exhibit 3 to William S. Cooper Pendergrass Deposition | | | |
| 156 | Supplemental Declaration of William S. Cooper (Preliminary Injunction) | 2022-01-20 | Exhibit 4 to William S. Cooper Pendergrass Deposition | | | |
| 157 | Email from Ari Schaffer to Ryan Germany re: press release on redistricting lawsuits | 2021-12-31 | Exhibit 2 to Ryan Germany Deposition | CC-GNGC00006129 | CC-GNGC00006130 | |
| 158 | Secretary Raffensperger's Press Release on redistricting lawsuits | 2021-12-31 | Exhibit 3 to Ryan Germany Deposition | CC-GNGC00006131 | CC-GNGC00006131 | |
| 159 | Email from Ryan Germany to David Dove re: local redistricting timing with attached 2021 Redistricting letter from Blake Evans | 2021-12-28 | Exhibit 4 to Ryan Germany Deposition | CC-GNGC00006430 | CC-GNGC00006430 | |
| 160 | Email from Ryan Germany to Gabe Sterling re: Redistricting Letter | 2021-12-28 | Exhibit 5 to Ryan Germany Deposition | CC-GNGC00110095 | CC-GNGC00110095 | |
| 161 | Email from Gina Wright to Gabrielle Holland forwarded to Ryan Germany re: Arizona elections case | 2020-10-02 | Exhibit 6 to Ryan Germany Deposition | CC-GNGC00008029 | CC-GNGC00008030 | |
| 162 | Email from Bryan Tyson to Ryan Germany re: Draft of Redistricitng Letter and mapping timeline | 2021-12-10 | Exhibit 7 to Ryan Germany Deposition | CC-GNGC00113737 | CC-GNGC00113738 | |
| 163 | Declaration of Gina Wright | 2022-02-04 | Exhibit 1 to Gina Wright 30(b)(6) and 30(b)(1) Depostion of Legislative and Congressional Reapportionment Office | | | |
| 164 | Congressional Districts of Georgia - 2022 Map | 2022 | Exhibit 2 to Gina Wright 30(b)(6) and 30(b)(1) Depostion of Legislative and Congressional Reapportionment Office | | | |

| Exhibit No. | Document Description | Doc Date | Bates No., Deposition No.; or Affidavit Exhibit No. | Beg. Bates | End Bates | Objections |
|---|---|---|---|---|---|---|
| 165 | Prior Congressional District 6 Boundaries and S.B. 2EX Congressional District 6 Boundaries maps | | Exhibit 3 to Gina Wright 30(b)(6) and 30(b)(1) Depostion of Legislative and Congressional Reapportionment Office | | | |
| 166 | Draft - Georgia Congressional Dsitricts | 2021 | Exhibit 4 to Gina Wright 30(b)(6) and 30(b)(1) Depostion of Legislative and Congressional Reapportionment Office | | | |
| 167 | Oxford (Congress) District Map | | Exhibit 5 to Gina Wright 30(b)(6) and 30(b)(1) Depostion of Legislative and Congressional Reapportionment Office | | | |
| 168 | Prior Congressional District 14 Boundaries and S.B. 2EX Congressional District 14 Boundaries maps | | Exhibit 6 to Gina Wright 30(b)(6) and 30(b)(1) Depostion of Legislative and Congressional Reapportionment Office | | | |
| 169 | Prior Congressional District 13 Boundaries and S.B. 2EX Congressional District 13 Boundaries maps | | Exhibit 7 to Gina Wright 30(b)(6) and 30(b)(1) Depostion of Legislative and Congressional Reapportionment Office | | | |
| 170 | Georgia Senate Districts - 2022 Maps | 2022 | Exhibit 8 to Gina Wright 30(b)(6) and 30(b)(1) Depostion of Legislative and Congressional Reapportionment Office | | | |
| 171 | Georgia Senate District 17 Map | | Exhibit 9 to Gina Wright 30(b)(6) and 30(b)(1) Depostion of Legislative and Congressional Reapportionment Office | | | |
| 172 | Senate District 48 map | | Exhibit 10 to Gina Wright 30(b)(6) and 30(b)(1) Depostion of Legislative and Congressional Reapportionment Office | | | |
| 173 | Georgia House Districts - 2022 Maps | 2022 | Exhibit 11 to Gina Wright 30(b)(6) and 30(b)(1) Depostion of Legislative and Congressional Reapportionment Office | | | |
| 174 | House District 49 Map | | Exhibit 12 to Gina Wright 30(b)(6) and 30(b)(1) Depostion of Legislative and Congressional Reapportionment Office | | | |
| 175 | House District 104 Map | | Exhibit 13 to Gina Wright 30(b)(6) and 30(b)(1) Depostion of Legislative and Congressional Reapportionment Office | | | |
| 176 | House District 44 Map | | Exhibit 14 to Gina Wright 30(b)(6) and 30(b)(1) Depostion of Legislative and Congressional Reapportionment Office | | | |
| 177 | Declaration of Michael Barnes | 2022-01-18 | APA Doc. No. 45-2 | | | |
| 178 | Expert Report of Lynn Bailey (APA) | | APA Doc. No. 88 | | | |
| 179 | Expert Report of Gina Wright (APA) | | APA Doc. No. 89 | | | |
| 180 | Expert Report of Lynn Bailey (Grant) | | Grant Doc. No. 54 | | | |
| 181 | Expert Report of Gina Wright (Grant) | | Grant Doc. No. 55 | | | |
| 182 | Expert Report of Lynn Bailey (Pendergrass) | | Pendergrass Doc. No. 61 | | | |
| 183 | Expert Report of Gina Wright (Pendergrass) | | Pendergrass Doc. No. 62 | | | |

| Exhibit No. | Document Description | Doc Date | Bates No., Deposition No.; or Affidavit Exhibit No. | Beg. Bates | End Bates | Objections |
|---|---|---|---|---|---|---|
| 184 | Charles Bullock, The History of Redistricting in Georgia | 2018 | 52 Ga. L. Rev. 1057 (2018) | | | |
| 185 | Adopted Congressional map packet | | APA Doc. No. 69-2 | | | |
| 186 | Adopted Senate map packet | | APA Doc. No. 69-3 | | | |
| 187 | Adopted House map packet | | APA Doc. No. 69-4 | | | |
| 188 | GHDC Congressional map packet | | APA Doc. No. 69-5 | | | |
| 189 | GSDC Senate map packet | | APA Doc. No. 69-6 | | | |
| 190 | GHDC House map packet | | APA Doc. No. 69-7, 69-8 | | | |
| 191 | Cooper House District 28 | | APA Doc. No. 69-9 | | | |
| 192 | Cooper House District 129 | | APA Doc. No. 69-10 | | | |
| 193 | Cooper House Districts 128 and 158 | | APA Doc. No. 69-11 | | | |
| 194 | Esselstyn House Districts 74, 75, and 78 | | APA Doc. No. 69-12 | | | |
| 195 | Esselstyn House Districts 133 and 135 | | APA Doc. No. 69-13 | | | |
| 196 | Esselstyn House District 149 | | APA Doc. No. 69-14 | | | |
| 197 | Cooper Senate District 18 | | APA Doc. No. 69-15 | | | |
| 198 | Cooper Senate Districts 23 and 26 | | APA Doc. No. 69-16 | | | |
| 199 | Cooper Senate Districts 16, 28, and 29 | | APA Doc. No. 69-17 | | | |
| 200 | Esselstyn Senate District 17 | | APA Doc. No. 69-18 | | | |
| 201 | Esselstyn Senate District 20 | | APA Doc. No. 69-19 | | | |
| 202 | Esselstyn Senate District 23 | | APA Doc. No. 69-20 | | | |
| 203 | Cooper Congress District 14 | | APA Doc. No. 69-21 | | | |
| 204 | Adopted House District 32 | | APA Doc. No. 69-22 | | | |
| 205 | Adopted House Districts 74, 75, and 78 | | APA Doc. No. 69-23 | | | |
| 206 | Adopted House District 118 | | APA Doc. No. 69-24 | | | |
| 207 | Adopted House Districts 149 | | APA Doc. No. 69-25 | | | |
| 208 | Adopted House Districts 135 and 144 | | APA Doc. No. 69-26 | | | |
| 209 | Adopted House Districts 128, 155, and 158 | | APA Doc. No. 69-27 | | | |
| 210 | Adopted Senate District 18 | | APA Doc. No. 69-28 | | | |
| 211 | Adopted Senate Districts 23 and 26 | | APA Doc. No. 69-29 | | | |
| 212 | Adopted Senate Districts 28 and 16 | | APA Doc. No. 69-30 | | | |
| 213 | Adopted Congress District 14 | | APA Doc. No. 69-31 | | | |