# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia, <br><br> Defendant. | CIVIL ACTION FILE <br> NO. 1:21-CV-5337-SCJ |
| COAKLEY PENDERGRASS et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, et al., <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:21-CV-5339-SCJ |
| ANNIE LOIS GRANT et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, et al., <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:22-CV-122-SCJ |

# JOINT EXHIBIT LIST

| Exhibit No. | Description | Case Filed In | Docket No. |
|---|---|---|---|
| 1 | "2021 Committee Guidelines." The document was published by the Georgia State Senate, printed March 2, 2023. | *Pendergrass* | ECF No. 174-11 |
| 2 | "2021-2022 Guidelines for the House Legislative and Congressional Reapportionment Committee." The document was published by the Georgia House of Representatives, printed March 2, 2023. | *Pendergrass* | ECF No. 174-12 |

The undersigned is authorized to state that each of the undersigned counsel for the parties hereby consents to entry of the foregoing Joint Exhibit List.

*s/Abha Khanna* (w/express permission)
Counsel for *Pendergrass* Plaintiffs

*s/Bryan Tyson* (w/express permission)
Counsel for Defendants

*s/Abha Khanna* (w/express permission)
Counsel for *Grant* Plaintiffs

*s/Rahul Garabadu* (w/express permission)
Counsel for *Alpha Phi Alpha* Plaintiffs

Dated: July 31, 2023.

Respectfully submitted,

By: /s/*Rahul Garabadu*
Rahul Garabadu (Bar 553777)
*rgarabadu@acluga.org*
Cory Isaacson (Bar 983797)
Caitlin F. May (Bar 602081)
ACLU FOUNDATION OF
GEORGIA, INC.
P.O. Box 570738
Atlanta, Georgia 30357
Telephone: (678) 981-5295
Facsimile: (770) 303-0060

/s/*Debo Adegbile*
Debo Adegbile*
*debo.adegbile@wilmerhale.com*
Robert Boone*
Alex W. Miller*
Cassandra Mitchell*
Maura Douglas*
Juan M. Ruiz Toro*
Joe Zabel*
WILMER CUTLER PICKERING
HALE AND DORR LLP
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Charlotte Geaghan-Breiner*

/s/*Sophia Lin Lakin*
Sophia Lin Lakin*
*slakin@aclu.org*
Ari J. Savitzky*
Ming Cheung*
Kelsey A. Miller*
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
Telephone: (212) 519-7836
Facsimile: (212) 549-2539

George P. Varghese*
Denise Tsai*
Tae Kim*
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Ed Williams*
De'Ericka Aiken*
Sonika Data*
WILMER CUTLER PICKERING HALE
AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, D.C. 20037

WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real
Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Marisa A. DiGiuseppe*
Anuj Dixit*
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing **JOINT EXHIBIT LIST** has been prepared in accordance with the font type and margin requirements of LR 5.1, N.D. Ga., using font type of Times New Roman and a point size of 14.

This 31st day of July, 2023.

*/s/ Rahul Garabadu*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused to be served the foregoing **JOINT EXHIBIT LIST** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel or parties of record on the service list.

This 31st day of July, 2023.

*/s/ Rahul Garabadu*