UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia.<br><br>    *Defendant*. | Case No. 1:21-CV-05337-SCJ |

## ORDER ON PLAINTIFFS' MOTION PERMITTING ELECTRONIC EQUIPMENT IN THE COURTROOM FOR PRETRIAL CONFERENCE

THIS MATTER comes before this Court on Plaintiffs' Motion Permitting Electronic Equipment in the Courtroom for Pretrial Conference.

**IT IS HEREBY ORDERED** that:

1. On behalf of Plaintiffs, the following individuals have permission to enter the courthouse building with laptops and cellular telephones that may contain cameras, including iPhones, Androids, or other smart phones/personal digital

1

assistants (PDAs), external hard drives, mice, presentation remotes, adapters, tech table, hdmi signal switch, and related peripherals: Sophia Lin Lakin; Ari J. Savitzky; Ed Williams; Rahul Garabadu; Caitlin F. May; Alex Miller; Cory Isaacson.

2. Proper identification will be required upon entering the security station. This Order shall be effective for August 15, 2023.

SO ORDERED this the  14th  day of August, 2023.

s/Steve C. Jones  
STEVE C. JONES  
UNITED STATES DISTRICT JUDGE