# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cv-05337-SCJ
## Alpha Phi Alpha Fraternity, Inc. et al v. Raffensperger
## Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 8/15/2023.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:20 A.M.   COURT REPORTER: Viola Zborowski
TIME IN COURT: 00:20                DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Donald Boyle representing Brad Raffensperger<br>Rahul Garabadu representing Alpha Phi Alpha Fraternity, Inc.<br>Bryan Jacoutot representing Brad Raffensperger<br>Diane LaRoss representing Brad Raffensperger<br>Sophia Lakin representing Alpha Phi Alpha Fraternity, Inc.<br>Alex Miller representing Alpha Phi Alpha Fraternity, Inc.<br>Ari Savitzky representing Alpha Phi Alpha Fraternity, Inc. |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MINUTE TEXT: | Pretrial conference held. Bench trial to proceed on September 5, 2023. |
| HEARING STATUS: | Hearing Concluded |