## *Alpha Phi Alpha* Plaintiffs' Amended Witness List

The *Alpha Phi Alpha* Plaintiffs anticipate that the following witnesses will testify at trial:

| Witness | Previously Filed Report(s)/Declaration(s) |
|---|---|
| William S. Cooper | ECF No. 237-1 |
| Dr. Lisa Handley | ECF No. 222 at 183-214 |
| Dr. Adrienne Jones | ECF No. 239-7 |
| Dr. Traci Burch | Not previously filed |
| Dr. Jason Morgan Ward | ECF Nos. 242-6 |
| Sherman Lofton Jr. | ECF No. 26-15; 39-15; 70-2 |
| Bishop Reginald Jackson | ECF No. 26-16; 39-16; 70-1 |

The *Alpha Phi Alpha* Plaintiffs anticipate that the following witnesses may testify at trial:

| Witness | Previously Filed Report(s)/Declaration(s) |
|---|---|
| Eric T. Woods | ECF No. 26-14; 39-14 |
| Katie Bailey Glenn | ECF No. 26-11; 39-11 |
| Phil Brown | ECF No. 26-12; 39-12 |
| Janice Stewart | ECF No. 26-13; 39-13 |
| Former Rep. Erick Allen | N/A |
| Rep. Derrick Jackson | N/A |
| Former Sen. Jason Carter | N/A |
| Marion Warren | N/A |
| Dr. Diane Evans | N/A |
| Fenika Miller | N/A |
| Dave Worley | N/A |