UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

1:21-cv-5337-SCJ

Alpha Phi Alpha Fraternity, Inc. et al v. Brad Raffensperger

1:21-cv-5339-SCJ

Coakley Pendergrass et al v. Brad Raffensperger, et al

1:22-cv-00122-SCJ

Annie Lois Grant et al v. Brad Raffensperger et al

Honorable Steve C. Jones

---

Minute Sheet for proceedings held 09/05/2023.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 5:30 P.M.
TIME IN COURT:    7:30              COURT REPORTER: V. Zborowski &
                                                    P. Coudriet
OFFICE LOCATION: Atlanta            DEPUTY CLERK: Pamela Wright

ATTORNEYS PRESENT:     BRYAN TYSON, BRYAN JACOUTOT, DIANNE LAROSS, DANIEL WEIGEL, and DONALD BOYLE representing Defendants

SOPHIA LIN LAKIN, ARI J. SAVITZKY, ALEX W. MILLER, RAHUL GARABADU, ED WILLIAMS, DENISE TSAI, CAITLIN F. MAY, KELSEY MILLER, MING CHEUNG, GEORGE VARGHESE, JUAN RUIZ TORO, ANUJ DIXIT, JOSPEH ZABEL, MARISA DIGIUSEPPE, JOYCE GIST LEWIS, MAKEBA RUTAHINDURWA, and ABHA KHANNA representing Plaintiffs

PROCEEDING CATEGORY:   Bench Trial Began
                       The Rule of Sequestration was invoked.

| | |
|---|---|
| MOTIONS RULED ON: | Plaintiffs' [298] Unopposed Motion to Amend Witness and Exhibit Lists GRANTED by verbal order of the Court in 1:21-cv-5337-SCJ |
| MINUTE TEXT: | Bench trial began. Opening statements heard. Plaintiffs' case began. Alpha Plaintiffs' (1:21-cv-5337-SCJ) witness William Cooper sworn and testified as expert. Alpha exhibits 1, 327, 53, 54, 325 admitted. Joint Exhibits 1 and 2 admitted. |
| HEARING STATUS: | Trial not concluded. Court adjourned and will reconvene at 9:30 AM on 9/06/2023. |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |