**WITNESS LIST**   () DEFENDANTS'   **(X) PLAINTIFFS'** () GOVERNMENT

| | | |
|---|---|---|
| Alpha Phi Alpha Fraternity, Inc. et al. v. Brad Raffensperger<br>Coakley Pendergrass et al. v. Brad Raffensperger, et al.<br>Annie Lois Grant et al. v. Brad Raffensperger et al. | | U. S. D. C.   NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
| Counsel for Plaintiffs:<br>Sophia Lakin, Ari Savitzky, Alex Miller, Rahul Garabadu, Ed Williams, Denise Tsai, Caitlin May, Kelsey Miller, Ming Cheung, George Varghese, Juan Ruiz Toro, Anuj Dixit, Joseph Zabel, Marisa Digiuseppe, Joyce Gist Lewis, Makeba Rutahindurwa, Michael Jones, Abha Khanna | Counsel for Defendants:<br>Brian Tyson, Bryan Jaccoutot, Dianne LaRoss, Daniel Weigel, and Donald Boyle | Case Nos.   1:21-CV-5337-SCJ<br>1:21-CV-5339-SCJ<br>1:22-CV-0122-SCJ |
| | | Trial Dates: 9/05/223 - 9/14/2023 |
| Judge Steve C. Jones | Court Reporter: Viola Zborowski and Penny Coudriet | Courtroom Deputy: Pamela Wright |

| DATE | WITNESS |
|---|---|
| 9/05/2023 | WILLIAM COOPER expert witness for APA plaintiffs |
| 9/06/2023 | BISHOP REGINALD JACKSON witness for APA plaintiffs |
| 9/06/2023 | DR. MAXWELL PALMER expert witness for Pendergrass and Grant plaintiffs |
| 9/06/2023 | BLAKEMAN ESSELSTYN expert witness for Grant plaintiffs |
| 9/07/2023 | DR. DIANE EVANS witness for Grant plaintiffs |
| 9/07/2023 | FENIKA MILLER witness for Grant plaintiffs |
| 9/07/2023 | DR. LOREN COLLINGWOOD expert witness for Pendergrass and Grant plaintiffs |
| 9/07/2023 | WILLIAM COOPER expert witness for Pendergrass plaintiffs |
| 9/07/2023 | DR. LISA HANDLEY expert witness for APA plaintiffs |
| 9/08/2023 | JASON CARTER witness for Pendergrass and Grant plaintiffs |
| 9/08/2023 | ERIK ALLEN witness for Pendergrass and Grant plaintiffs |
| 9/08/2023 | DR. TRACI BURCH expert witness for APA plaintiffs |
| 9/08/2023 | DR. ADRIENNE JONES expert witness for APA plainitffs |
| 9/11/2023 | SHERMAN LOFTON witness for APA plaintiffs |
| 9/11/2023 | DR. JASON WARD expert witness for APA plaintiffs |
| 9/11/2023 | DR. ORVILLE BURTON expert witness for Pendergrass and Grant plaintiffs |
| | |
| | |
| | |