**WITNESS LIST   (X) DEFENDANTS' ( ) PLAINTIFFS ( ) GOVERNMENT**

| | | |
|---|---|---|
| Alpha Phi Alpha Fraternity, Inc. et al. v. Brad Raffensperger<br>Coakley Pendergrass et al. v. Brad Raffensperger, et al.<br>Annie Lois Grant et al. v. Brad Raffensperger et al. | | U. S. D. C.   NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
| Counsel for Plaintiffs:<br>Sophia Lakin, Ari Savitzky, Alex Miller, Rahul Garabadu, Ed Williams, Denise Tsai, Caitlin May, Kelsey Miller, Ming Cheung, George Varghese, Juan Ruiz Toro, Anuj Dixit, Joseph Zabel, Marisa Digiuseppe, Joyce Gist Lewis, Makeba Rutahindurwa, Michael Jones, Abha Khanna | Counsel for Defendants:<br>Brian Tyson, Bryan Jaccoutot, Dianne LaRoss, Daniel Weigel, and Donald Boyle | Case Nos.   1:21-CV-5337-SCJ<br>1:21-CV-5339-SCJ<br>1:22-CV-0122-SCJ |
| | | Trial Dates: 9/05/223 - 9/14/2023 |
| Judge Steve C. Jones | Court Reporters: Viola Zborowski and Penny Coudriet | Courtroom Deputy: Pamela Wright |

| DATE | WITNESS |
|---|---|
| 9/12/2023 | GINA WRIGHT |
| 9/12/2023 | JOHN MORGAN |
| 9/13/2023 | DR. JOHN ALFORD |
| 9/14/2023 | RYAN GERMANY |