IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., et al.,<br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia,<br>    Defendant. | CIVIL ACTION FILE<br><br>No. 1:21-CV-5337-SCJ |
| COAKLEY PENDERGRASS et al.,<br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER et al.,<br>    Defendants. | CIVIL ACTION FILE<br><br>No. 1:21-CV-5339-SCJ |
| ANNIE LOIS GRANT et al.,<br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER et al.,<br>    Defendants. | CIVIL ACTION FILE<br><br>No. 1:22-CV-122-SCJ |

## ORDER

Pursuant to 28 U.S.C. § 2403(a), the Court hereby certifies to the United States Attorney General that the constitutionality of Section 2 of the Voting Rights Act of 1965, 52 U.S.C. § 10301(b) has been called into question in the above-stated litigations as affirmative defenses in the Pretrial Order. <u>Alpha Phi Alpha Fraternity, Inc., et al. v. Brad Raffensperger</u>, 1:21-cv-5337- SCJ (N.D. Ga. Aug. 15, 2023) Doc. No. [280], 24; <u>Coakley Pendergrass, et al. v. Brad Raffensperger, et al.</u>, 1:21-cv-5339-SCJ (N.D. Ga. Aug. 15, 2023) Doc. No. [231], 24; <u>Annie Lois Grant, et al. v. Brad Raffensperger, et al.</u>, 1:22-cv-122-SCJ (N.D. Ga. Aug. 15, 2023) Doc. No. [243], 24. The Attorney General is requested to submit his position as to intervention in reference to this issue no later than **60 DAYS** of the date of this Certification Order. The Clerk is **DIRECTED** to mail a copy of this Order to: the Honorable Merrick Garland, United States Attorney General, at the following address: 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001.

IT IS SO ORDERED this __4th__ day of October, 2023.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE