IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, <br>     Defendant. | CIVIL ACTION <br><br> FILE NO. 1:21-CV-05337-SCJ |
| COAKLEY PENDERGRASS, *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br>     Defendants. | CIVIL ACTION <br><br> FILE NO. 1:21-CV-05339-SCJ |
| ANNIE LOIS GRANT, *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br>     Defendants. | CIVIL ACTION <br><br> FILE NO. 1:22-CV-00122-SCJ |

## MOTION TO WITHDRAW ELIZABETH VAUGHAN AS COUNSEL FOR DEFENDANTS

Counsel for Defendants hereby move to withdraw Assistant Attorney General Elizabeth Vaughan as counsel in this matter. After October 6, 2023, Ms. Vaughan will no longer be employed by the Office of the Attorney General of

Georgia. Defendants will continue to be represented by counsel in this matter after the withdrawal of Ms. Vaughan, including Bryan P. Tyson and other counsel with the law firm of Taylor English Duma LLP.

This 6th day of October, 2023.

                                          Respectfully submitted,

                                          Christopher M. Carr
                                          Attorney General
                                          Georgia Bar No. 112505

                                          Bryan K. Webb
                                          Deputy Attorney General
                                          Georgia Bar No. 743580

                                          Russell D. Willard
                                          Senior Assistant Attorney General
                                          Georgia Bar No. 760280

                                          */s/ Elizabeth Vaughan*
                                          Elizabeth Vaughan
                                          Assistant Attorney General
                                          Georgia Bar No. 762715
                                          **Georgia Department of Law**
                                          40 Capitol Square, S.W.
                                          Atlanta, Georgia 30334
                                          Telephone: (404) 458-3549
                                          evaughan@law.ga.gov

                                          *Counsel for Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned certifies that the foregoing have been prepared in Book Antiqua 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Elizabeth Vaughan*
Elizabeth Vaughan