IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., et al.,<br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia,<br>    Defendant. | CIVIL ACTION FILE<br><br>No. 1:21-CV-5337-SCJ |
| COAKLEY PENDERGRASS et al.,<br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER et al.,<br>    Defendants. | CIVIL ACTION FILE<br><br>No. 1:21-CV-5339-SCJ |
| ANNIE LOIS GRANT et al.,<br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER et al.,<br>    Defendants. | CIVIL ACTION FILE<br><br>No. 1:22-CV-122-SCJ |

## ORDER

The Court enters the following order for purposes of perfecting the record as to Plaintiffs' proposed corrections to the trial transcripts submitted on September 18, 2023. The Court has been informed that the court reporters have considered the proposed corrections and provided corrected transcripts to the Parties. If the Parties have any additional concerns/questions as to the corrected transcripts, they shall notify the court reporters by **5:00 P.M., THURSDAY, OCTOBER 19, 2023**. After said deadline, the Court will request that the court reporters finalize the transcripts.

**IT IS SO ORDERED** this 17th day of October, 2023.

_/s/ Steve C. Jones_
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**