IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

|  |  |
|---|---|
| _____, )<br>      Plaintiff(s)     )<br>                )<br>V.             )      Case No._____<br>                )<br>                )<br>_____, )<br>      Defendant(s)     ) | |

**NOTICE OF FILING OF OFFICIAL TRANSCRIPT**

Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter/transcriber in the above-captioned matter.  Counsel/Parties have twenty-one (21) days from the date of delivery of the transcript to the Clerk to file with the Court a Request for Redaction of this transcript.  If no Request for Redaction is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.

Any counsel or party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter/transcriber or view the document at the Clerk's Office public terminal.

_____     _____
       Date                            Court Reporter

**VERIFICATION OF FINANCIAL ARRANGEMENTS**

Proceeding Type:    _____
                    _____
Proceeding Date:    _____
                    _____
Volume Number:      _____
                    _____

Notice is hereby given that financial arrangements for a copy of the transcript have been made with the following individual(s):_____
_____
_____
as counsel/party in this case.  He/She is to be provided with remote access to the transcript via CM/ECF and PACER.

_____     _____
       Date                            Court Reporter