IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY, INC., et al., | |
| Plaintiffs, | CIVIL ACTION FILE |
| v. | NO. 1:21-CV-5337-SCJ |
| BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia, | |
| Defendant. | |
| COAKLEY PENDERGRASS, et al., | |
| Plaintiffs, | CIVIL ACTION FILE |
| v. | NO. 1:21-CV-5339-SCJ |
| BRAD RAFFENSPERGER, et al., | |
| Defendants. | |
| ANNIE LOIS GRANT, et al., | |
| Plaintiffs, | CIVIL ACTION FILE |
| v. | NO. 1:22-CV-0122-SCJ |
| BRAD RAFFENSPERGER, et al., | |
| Defendants. | |

## **JUDGMENT**

This action having come before the Court for a bench trial on Plaintiffs' respective Complaints, the Honorable Steve C. Jones presiding, and the issues

having been tried and the Court having rendered its verdict in favor of the Plaintiffs,

It is **ORDERED AND ADJUDGED** that **JUDGMENT** is entered in favor of **PLAINTIFFS** and against remaining Defendants in accordance with this Court's Order of October 26, 2023. Attorneys' fees and costs are also awarded to each set of Plaintiffs pursuant to 52 U.S.C. § 10310(e) and 42 U.S.C. § 1988.

These civil actions are now **TERMINATED**, with the Court retaining jurisdiction for oversight and any necessary remedial proceedings.

Dated at Atlanta, Georgia this 26th day of October, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By: s/Pamela Wright
Pamela Wright
Deputy Clerk

Prepared, filed and entered
in the Clerk's Office
October 26, 2023 .
Kevin P. Weimer
Clerk of Court

By: Pamela Wright
   Pamela Wright
   Deputy Clerk