AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| Alpha Phi Alpha Fraternity Inc. et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-5337-SCJ |
| Brad Raffensperger | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 11/03/2023

/s/ Daniel J. Freeman
*Attorney's signature*

Daniel Freeman 4582037 (NY)
*Printed name and bar number*

United States Department of Justice
Civil Rights Division, Voting Section
950 Pennsylvania Avenue NW
Washington, DC 20530
*Address*

daniel.freeman@usdoj.gov
*E-mail address*

(202) 305-5451
*Telephone number*

(202) 307-3961
*FAX number*