# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC. et al., <br><br>        Plaintiffs, <br><br>    v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia, <br><br>        Defendant. | CASE NO. 1:21-CV-5337-SCJ |
| COAKLEY PENDERGRASS et al., <br><br>        Plaintiffs, <br><br>    v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, et al., <br><br>        Defendants. | CASE NO. 1:21-CV-5339-SCJ |
| ANNIE LOIS GRANT et al., <br><br>        Plaintiffs, <br><br>    v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, et al., <br><br>        Defendants. | CASE NO. 1:22-CV-122-SCJ |

## ORDER

Upon consideration of Plaintiffs' Unopposed Motion for Extension of Time to File Bill of Costs and Motion for Attorneys' Fees under Federal Rule of Civil Procedure 54 and L.R. 54.1 and 54.2, and for good cause shown, it is **ORDERED** that the motion is **GRANTED**.

Plaintiffs shall have until 30 days after the Court receives the Eleventh Circuit's mandate in Defendant's appeal to file a motion for attorneys' fees and expenses and a bill of costs.  If Defendant does not appeal, Plaintiffs shall have until 30 days following the expiration of Defendant's time to appeal to file a motion for attorneys' fees and expenses.

**SO ORDERED** this 9th day of November, 2023.

_s/Steve C. Jones_____

**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**