IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., et al.,<br>　　Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia,<br>　　Defendant. | CIVIL ACTION FILE<br><br>No. 1:21-CV-05337-SCJ |
| COAKLEY PENDERGRASS et al.,<br>　　Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER et al.,<br>　　Defendants. | CIVIL ACTION FILE<br><br>No. 1:21-CV-05339-SCJ |
| ANNIE LOIS GRANT et al.,<br>　　Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER et al.,<br>　　Defendants. | CIVIL ACTION FILE<br><br>No. 1:22-CV-00122-SCJ |

## ORDER

The Court enters the following Order to perfect the trial record in this case. The Parties agreed to the admission of the following depositions at trial, however, the depositions were not admitted as individual exhibits. Nevertheless, each deposition has been filed on the docket(s). Because the Court relied upon and cited to the depositions in its October 26, 2023 Order, clarification is needed regarding where in the record each deposition is located. The list below provides the case name and docket location of the depositions used at trial.

- Erick Allen Deposition, APA Doc. No. [240]
- Phil Brown Deposition, APA Doc. No. [219]
- Katie Bailey Glenn Deposition, APA Doc. No. [218]
- Janice Stewart Deposition, APA Doc. No. [220]
- Eric Woods Deposition, APA Doc. No. [217]
- Annie Lois Grant Deposition, Grant Doc. No. [169]
- Derrick Jackson Deposition, Grant Doc. No. [188]
- Dexter Wimbish Deposition, Grant Doc. No. [176]
- Ojuan Glaze Deposition, Pendergrass Doc. No. [163]
- Elliott Hennington Deposition, Pendergrass Doc. No. [164]
- Triana Arnold James Deposition, Pendergrass, Doc. No. [160]

- Coakley Pendergrass Deposition, <u>Pendergrass</u> Doc. No. [159]

- Robert Ray Richards Deposition, <u>Pendergrass</u> Doc. No. [161]

- Jens Rueckert Deposition, <u>Pendergrass</u> Doc. No. [162].

**IT IS SO ORDERED** this 28th day of November, 2023.

_____
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**