# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA
### 2211 UNITED STATES COURTHOUSE
### 75 TED TURNER DRIVE, SW
### ATLANTA, GEORGIA 30303-3361

KEVIN P. WEIMER
DISTRICT COURT EXECUTIVE
 AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

November 28, 2023

Clerk's Office
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia      30303

     **U.S.D.C. No.:** 1:21-cv-5337-SCJ
     **U.S.C.A. No.:** 00-00000-00
     **In re:**     **Alpha Phi Alpha Fraternity, Inc. et al v. Brad Raffensperger**

     Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Clerk's Judgment, Opinion & Order and Docket Sheet appealed enclosed.** |
| _____ | This is not the first notice of appeal. Other notices were filed on: . |
| _____ | There is no transcript. |
| **X** | **The court reporters are Viola Zborowski, Penny Coudriet and Melissa Brock.** |
| _____ | There is sealed material as described below: . |
| _____ | Other: . |
| **X** | **Fees paid electronically on 11/22/23. (Receipt# AGANDC-13050589)** |
| _____ | Appellant has been   leave to proceed *in forma pauperis*. |
| _____ | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| _____ | The Magistrate Judge is . |
| **X** | **The District Judge is Steve C. Jones.** |
| _____ | This is a **DEATH PENALTY** appeal. |

     Sincerely,

     Kevin P. Weimer
     District Court Executive
     and Clerk of Court

     By:   /s/P. McClam
           Deputy Clerk