# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia, <br><br> Defendant. | CIVIL ACTION FILE NO. 1:21-CV-5337-SCJ |
| COAKLEY PENDERGRASS et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, <br><br> Defendant. | CIVIL ACTION FILE NO. 1:21-CV-5339-SCJ |
| ANNIE LOIS GRANT et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, <br><br> Defendant. | CIVIL ACTION FILE NO. 1:22-CV-122-SCJ |

**PLAINTIFFS' JOINT MOTION FOR ENTRY OF REMEDIAL SCHEDULING ORDER**

1

Plaintiffs in the above-captioned cases, by and through their attorneys, respectfully move the Court to enter the attached proposed order establishing a briefing schedule for the remedial phase of these proceedings. Plaintiffs' counsel has conferred with Defendant's counsel, and Defendant Raffensperger takes no position on this motion at the time of filing, but indicated that he plans to file a response to this motion. In support of the motion, Plaintiffs state the following:

1. On October 26, 2023, this Court entered judgment in favor of Plaintiffs and against Defendant Raffensperger, finding that SB 2EX, SB 1EX, and HB 1EX (2021) violate Section 2 of the Voting Rights Act, specifically as it relates to the following districts / areas: Enacted Congressional Districts 3, 6, 11, 13, and 14; Enacted Senate Districts 10, 16, 17, 25, 28, 30, 34, 35, 43, 44; Enacted House Districts 61, 64, 74, 78, 117, 133, 142, 143, 145, 147, and 149. *Pendergrass*, Dkt. 286 at 514; *Alpha Phi Alpha*, Dkt. 333 at 514. The Court permanently enjoined Secretary Raffensperger and his agents and successors in office from using the maps in any future election. *Id.*

2. The Court found that an appropriate "remedy involves an additional majority-Black congressional district in west-metro Atlanta; two additional majority-Black Senate districts in south-metro Atlanta; two additional majority-Black House districts in south-metro Atlanta, one additional majority-Black House district in west-metro Atlanta, and two additional majority-Black House districts in

and around Macon-Bibb." *Id.* at 509. The Court further instructed that the "State cannot remedy the Section 2 violations described herein by eliminating minority opportunity districts elsewhere in the plans." *Id.* at 510.

3.  The Court gave the General Assembly until December 8, 2023 to adopt new plans consistent with its order and retained jurisdiction to determine whether the remedial plans adopted by the Assembly adequately remedy the Section 2 violations. *Id.*

4.  On Wednesday, November 29, 2023, the General Assembly convened a special legislative session proclaimed by the Governor and introduced legislation enacting proposed remedial state legislative plans and placeholder legislation to enact a congressional plan.

5.  On Friday, December 1, 2023, the General Assembly released a proposed congressional plan.

6.  In anticipation of the General Assembly's enactment of remedial state legislative and congressional plans, Plaintiffs respectfully request that the Court enter the following proposed remedial schedule:

   a. Plaintiffs shall file their objections (if any) to the remedial maps enacted by the General Assembly on or before **December 15, 2023**, including any supporting data, documents, or reports.

b. Defendant is directed to file his response to any objections, including any supporting data, documents, and reports, no later than **December 22, 2023.**

c. Plaintiffs shall have until **December 29, 2023** to file any reply and supporting materials.

d. If necessary, the Court will set an evidentiary hearing and/or argument to take place **January 3 and/or 4**.[1]

e. In the event that the Court enjoins any of the remedial maps as unlawful, Plaintiffs shall submit any proposed remedial plans and supporting documents within 5 calendar days of the injunction. The parties may also propose a procedure for special master consideration, along with a list of special master candidates, by that deadline.

f. Defendant shall file his responses and supporting documents to the remedial maps proposed by Plaintiffs within 5 calendar days of Plaintiffs' filings.

g. In the event it falls to the Court to adopt remedial maps (either maps proposed by the Plaintiffs or maps drawn by the Court or a special

---

[1] To the extent the Court schedules an evidentiary hearing, Plaintiffs request that the Court allow for remote witness participation to work around holiday travel.

master), the Court will endeavor to order such maps no later than **January 31, 2024**.

| | |
|---|---|
| Dated: December 4, 2023 | Respectfully submitted, |
| By: /s/ *Adam M. Sparks*<br>Joyce Gist Lewis<br>Georgia Bar No. 296261<br>Adam M. Sparks<br>Georgia Bar No. 341578<br>**KREVOLIN & HORST, LLC**<br>One Atlantic Center<br>1201 West Peachtree Street, NW,<br>Suite 3250<br>Atlanta, Georgia 30309<br>Telephone: (404) 888-9700<br>Facsimile: (404) 888-9577<br>Email: JLewis@khlawfirm.com<br>Email: Sparks@khlawfirm.com | Abha Khanna*<br>Jonathan P. Hawley*<br>Makeba A.K. Rutahindurwa*<br>**ELIAS LAW GROUP LLP**<br>1700 Seventh Avenue,<br>Suite 2100<br>Seattle, Washington 98101<br>Phone: (206) 656-0177<br>Facsimile: (206) 656-0180<br>Email: AKhanna@elias.law<br>Email: JHawley@elias.law<br>Email: MRutahindurwa@elias.law<br><br>Michael B. Jones<br>Georgia Bar No. 721264<br>**ELIAS LAW GROUP LLP**<br>250 Massachusetts Avenue NW,<br>Suite 400<br>Washington, D.C. 20001<br>Phone: (202) 968-4490<br>Facsimile: (202) 968-4498<br>Email: MJones@elias.law<br><br>*Counsel for Plaintiffs*<br><br>*Admitted *pro hac vice* |

5

/s/ *Rahul Garabadu*
Rahul Garabadu (Bar 553777)
*rgarabadu@acluga.org*
Cory Isaacson (Bar 983797)
Caitlin F. May (Bar 602081)
ACLU FOUNDATION OF
  GEORGIA, INC.
P.O. Box 77208
Atlanta, Georgia 30357
Telephone: (678) 981-5295
Facsimile: (770) 303-0060

Debo Adegbile*
Robert Boone*
Alex W. Miller*
Cassandra Mitchell*
Maura Douglas*
Juan M. Ruiz Toro*
Joseph D. Zabel*
Eliot Kim*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Edward Williams*
De'Ericka Aiken*
Sonika R. Data*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Sophia Lin Lakin*
Ari J. Savitzky*
Ming Cheung*
Casey Smith*
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
Telephone: (212) 519-7836
Facsimile: (212) 549-2539

George P. Varghese*
Denise Tsai*
Tae Kim*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Charlotte Geaghan-Breiner*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real
Suite 400
Palo Alto, CA 94306
(650) 858-6000 (t)
(650) 858-6100 (f)

Anuj Dixit*
Marisa A. DiGiuseppe*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Counsel for* Alpha Phi Alpha *Plaintiffs*
*Admitted *pro hac vice*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/ Rahul Garabadu

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2023, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

This 4th day of December 2023.

*/s/ Rahul Garabadu*

*Counsel for Plaintiffs*