IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., et al., <br>     Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia, <br>     Defendant. | CIVIL ACTION FILE <br><br> No. 1:21-CV-05337-SCJ |
| COAKLEY PENDERGRASS et al., <br>     Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, <br>     Defendant. | CIVIL ACTION FILE <br><br> No. 1:21-CV-05339-SCJ |
| ANNIE LOIS GRANT et al., <br>      Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, <br>     Defendant. | CIVIL ACTION FILE <br><br> No. 1:22-CV-00122-SCJ |

**ORDER**

Plaintiffs have jointly moved for an order establishing a briefing schedule for the remedial phase of these proceedings following the anticipated enactment of remedial state legislative and congressional plans by the Georgia General Assembly. APA Doc. No. [345], Grant Doc. No. [306], Pendergrass Doc. No. [307].[1] Defendant has responded, agreeing that a schedule is needed but proposing a more expedited timeline than what Plaintiffs proposed. APA Doc. No. [347], Grant Doc. No. [308], Pendergrass Doc. No. [308]. Plaintiffs' Motion is **GRANTED.** However**, because time is of the essence in this matter**, the Court finds it necessary to enter a more compressed schedule than that proposed by either Party. Therefore, the Court enters the following Scheduling Order:

**December 12, 2023 (12PM)**   Plaintiffs shall file any objections to the remedial plans (page limitation: 25 pages for each set of Plaintiffs)

**December 18, 2023 (11:59PM)**   Defendant shall file a response brief (page limitation 75 pages)

**December 19, 2023 (6 PM)**   Plaintiffs may file a reply brief, if desired (page limitation 15 pages for each set of Plaintiffs)

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers cited herein are those imprinted by the Court's docketing software.

December 20, 2023 (9AM)    Hearing[2]

The hearing will be held at the Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia, in Courtroom 1907. Each set of Plaintiffs will have one hour to present evidence and argument and may proceed in any order they prefer. Defendant will have one hour to present evidence and argument directly following each set of Plaintiffs.[3] To be clear, the presentations will be ordered as follows: One set of Plaintiffs will begin and will have up to one hour to present; Defendant will respond to that presentation and will have up to one hour to do so. The next set of Plaintiffs will make their presentation (up to one hour), and Defendant will then have up to one hour to respond. Finally, the final set of Plaintiffs will present (up to one hour), and Defendant will have up to one hour to respond.

IT IS SO ORDERED this 6th day of December, 2023.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

---

[2] Because of the compressed timeframe and in light of holiday travel, the Court will allow witnesses to testify remotely.

[3] As a courtesy, the Court requests Plaintiffs to notify Defendant 24 hours in advance of the hearing the order they have chosen to present to the Court.