IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 1 1 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN RE ACCESS TO COURTROOM 1907
AND USE OF CELLULAR TELEPHONES
AND ELECTRONIC DEVICES ON
THE 19TH FLOOR OF THE RICHARD
B. RUSSELL FEDERAL BUILDING
ON DECEMBER 20, 2023

ADMINSTRATIVE ORDER
NO. 23-08

## ORDER

Following consultation with the United States Marshals Service and pursuant to Local Rule 83.4(B), NDGa. (concerning special orders for widely publicized cases), the Court hereby deems it proper and so **ORDERS** that all cellular phones and other electronic devices with cameras are prohibited on the **19th floor** of the Richard B. Russell Federal Building and United States Courthouse (the "Atlanta courthouse") on **December 20, 2023**. The following are excepted from this prohibition: The United States Marshal and his deputies and staff; the chambers staff and courtroom deputies of the Honorable Steve C. Jones, the Honorable Mark H. Cohen, the Honorable Michael L. Brown, and the Honorable J.P. Boulee; the Clerk of Court and his chief deputies; court reporters with offices or proceedings on the 19th floor; court interpreters with proceedings on the 19th floor; the Court's IT staff; the Court's facilities management staff; and anyone excepted in a separate order issued by a district judge whose chambers and courtroom are on the 19th floor.

Administrative Order 23-08
Page 2

Cell phones and electronic devices without cameras are allowed on the 19th floor consistent with Local Rule 83.4(A), NDGa. but must not be operated in any courtroom or public area where their operation is disruptive to a Court proceeding or Court operations.

In addition, access to courtroom 1907 on December 20, 2023, for members of the media and the public will be provided on a first come, first served basis. Members of the media and the public must follow the procedures posted on the Court's public website at www.gand.uscourts.gov regarding access to courtroom 1907. Those procedures include a requirement to first assemble outside of the Strom Auditorium on the lower plaza level of the Atlanta courthouse. An overflow courtroom will be available.

It is further **ORDERED** that the penalty for knowing or willful violation of this Order includes punishment for contempt of court pursuant to 18 U.S.C. § 401.

**IT IS SO ORDERED** this 11th day of December, 2023.

_____
HON. TIMOTHY C. BATTEN, SR.
CHIEF U.S. DISTRICT JUDGE

cc:   All N.D. Ga. District, Bankruptcy, and Magistrate Judges
      United States Marshal
      United States Attorney
      Federal Public Defender
      Clerk of Court / District Court Executive
      Clerk, Bankruptcy Court
      Chief Probation Officer