# Appendix 1

# APA Remedial Senate

## Plaintiffs' Proposed State Senate Plan (Statewide)



©2021 CALIPER

**Plaintiffs' Proposed State Senate Plan (South Metro Atlanta)**



# APA Remedial House

## Plaintiffs' Proposed State House Plan (Statewide)



©2021 CALIPER

**Plaintiffs' Proposed State House Plan (West Metro Atlanta)**



**Plaintiffs' Proposed State House Plan (South Metro Atlanta)**



## Plaintiffs' Proposed State House Plan (Macon Area)

