# Appendix 2

**2021 Enacted Senate Plan and the Vote Dilution Area Identified by the Court**



## State's Remedial Plan



**Vote Dilution Area Identified by the Court, the Majority-Black Districts in State's Remedial Plan, and the Majority-Black Districts in the 2021 Enacted Senate Plan**



**Vote Dilution Area Identified by the Court, the Majority-Black Districts in Alpha's Proposed Remedial Plan, and the Majority-Black Districts in the 2021 Enacted Senate Plan**



## South Metro Atlanta Region in the 2021 Enacted House Plan and the Vote Dilution Area Identified by the Court



## West Metro Atlanta Region in the 2021 Enacted House Plan and the Vote Dilution Area Identified by the Court



**Map Showing Macon in the 2021 Enacted House Plan and the Vote Dilution Area
Identified by the Court**



## State's Remedial House Plan (Metro Atlanta)



## State's Remedial House Plan (North Metro Atlanta)



**State's Remedial House Plan (South Metro Atlanta)**



**State's Remedial House Plan (West Metro Atlanta)**



### State's Remedial Plan (Macon)



**Vote Dilution Area Identified by the Court, the Majority-Black Districts in State's Remedial Plan, and the Majority-Black Districts in the 2021 Enacted House Plan (Metro Atlanta)**



**Vote Dilution Area Identified by the Court, the Majority-Black Districts in State's Remedial Plan, and the Majority-Black Districts in the 2021 Enacted House Plan (North Metro Atlanta)**



**Vote Dilution Area Identified by the Court, the Majority-Black Districts in State's Remedial Plan, and the Majority-Black Districts in the 2021 Enacted House Plan (South Metro Atlanta)**



Vote Dilution Area Identified by the Court, the Majority-Black Districts in State's Remedial Plan, and the Majority-Black Districts in the 2021 Enacted House Plan (West Metro Atlanta)



**Vote Dilution Area Identified by the Court, the Majority-Black Districts in State's Remedial Plan, and the Majority-Black Districts in the 2021 Enacted House Plan (Macon)**



Vote Dilution Area Identified by the Court, the Majority-Black Districts in Alpha's Proposed Remedial Plan, and the Majority-Black Districts in the 2021 Enacted House Plan (Metro Atlanta)



**Vote Dilution Area Identified by the Court, the Majority-Black Districts in Alpha's Proposed Remedial Plan, and the Majority-Black Districts in the 2021 Enacted House Plan (North Metro Atlanta)**



**Vote Dilution Area Identified by the Court, the Majority-Black Districts in Alpha's Proposed Remedial Plan, and the Majority-Black Districts in the 2021 Enacted House Plan (South Metro Atlanta)**



**Vote Dilution Area Identified by the Court, the Majority-Black Districts in Alpha's Proposed Remedial Plan, and the Majority-Black Districts in the 2021 Enacted House Plan (West Metro Atlanta)**



**Vote Dilution Area Identified by the Court, the Majority-Black Districts in Alpha's Proposed Remedial Plan, and the Majority-Black Districts in the 2021 Enacted House Plan (Macon)**

