# Appendix 3

# County Level Population Change (Senate)

| County | Enacted Majority-Black BVAP | Proposed Remedial Majority-Black BVAP | Plaintiff Remedial Majority-Black BVAP | Proposed - Enacted Difference | Plaintiff - Enacted Difference | Enacted Majority-Black Total Pop | Proposed Remedial Majority-Black Total Pop | Plaintiff Remedial Majority-Black Total Pop | Proposed - Enacted Difference | Plaintiff - Enacted Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| Cobb | 35,736 | 65,681 | 35,736 | 29,945 | 0 | 108,305 | 200,482 | 108,305 | 92,177 | 0 |
| DeKalb | 244,949 | 292,332 | 244,949 | 47,383 | 0 | 408,445 | 599,385 | 408,445 | 190,940 | 0 |
| Douglas | 39,960 | 36,625 | 44,679 | -3,335 | 4,719 | 94,894 | 87,159 | 120,783 | -7,735 | 25,889 |
| Fayette | 13,117 | 13,117 | 23,728 | 0 | 10,611 | 32,060 | 32,060 | 119,194 | 0 | 87,134 |
| Fulton | 302,770 | 323,477 | 305,305 | 20,707 | 2,535 | 566,577 | 672,692 | 573,540 | 106,115 | 6,963 |
| Henry | 49,730 | 71,116 | 89,657 | 21,386 | 39,927 | 116,992 | 165,213 | 240,712 | 48,221 | 123,720 |
| Newton | 29,759 | 12,113 | 36,955 | -17,646 | 7,196 | 66,947 | 21,871 | 89,408 | -45,076 | 22,461 |
| Spalding | 0 | 0 | 17,511 | 0 | 17,511 | 0 | 0 | 67,306 | 0 | 67,306 |
| Walton | 0 | 0 | 5,536 | 0 | 5,536 | 0 | 0 | 44,590 | 0 | 44,590 |

## County Level Population Change (House)

| County | Enacted Majority-Black BVAP | Proposed Remedial Majority-Black BVAP | Plaintiff Remedial Majority-Black BVAP | Proposed - Enacted Difference | Plaintiff - Enacted Difference | Enacted Majority-Black Total Pop | Proposed Remedial Majority-Black Total Pop | Plaintiff Remedial Majority-Black Total Pop | Proposed - Enacted Difference | Plaintiff - Enacted Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| Baldwin | 1,497 | 14,515 | 11,811 | 13,018 | 10,314 | 5,158 | 43,799 | 31,463 | 38,641 | 26,305 |
| Bibb | 54,737 | 61,992 | 64,270 | 7,255 | 9,533 | 119,077 | 146,706 | 157,346 | 27,629 | 38,269 |
| Cobb | 48,887 | 62,455 | 48,887 | 13,568 | 0 | 118,698 | 166,408 | 118,698 | 47,710 | 0 |
| DeKalb | 279,208 | 287,747 | 279,208 | 8,539 | 0 | 498,474 | 557,965 | 498,474 | 59,491 | 0 |
| Douglas | 45,431 | 48,092 | 53,377 | 2,661 | 7,946 | 108,661 | 119,914 | 144,237 | 11,253 | 35,576 |
| Fayette | 19,042 | 19,042 | 21,158 | 0 | 2,116 | 67,022 | 67,022 | 76,946 | 0 | 9,924 |
| Fulton | 285,736 | 283,475 | 285,736 | -2,261 | 0 | 506,146 | 506,300 | 506,146 | 154 | 0 |
| Gwinnett | 28,183 | 42,868 | 28,183 | 14,685 | 0 | 74,070 | 121,471 | 74,070 | 47,401 | 0 |
| Henry | 66,214 | 78,769 | 86,793 | 12,555 | 20,579 | 155,349 | 181,793 | 218,649 | 26,444 | 63,300 |
| Newton | 32,668 | 27,122 | 32,099 | -5,546 | -569 | 75,568 | 59,413 | 73,878 | -16,155 | -1,690 |
| Houston | 0 | 11,401 | 13,271 | 11,401 | 13,271 | 0 | 30,063 | 36,952 | 30,063 | 36,952 |
| Jones | 0 | 2,178 | 0 | 2,178 | 0 | 0 | 7,786 | 0 | 7,786 | 0 |
| Monroe | 0 | 3,768 | 0 | 3,768 | 0 | 0 | 14,068 | 0 | 14,068 | 0 |
| Paulding | 0 | 0 | 5,631 | 0 | 5,631 | 0 | 0 | 23,410 | 0 | 23,410 |
| Spalding | 0 | 0 | 14,877 | 0 | 14,877 | 0 | 0 | 47,680 | 0 | 47,680 |
| Twiggs | 0 | 0 | 2,627 | 0 | 2,627 | 0 | 0 | 8,022 | 0 | 8,022 |
| Wilkinson | 0 | 0 | 2,549 | 0 | 2,549 | 0 | 0 | 8,877 | 0 | 8,877 |

## Population Change in Vote-Dilution Area (Senate)

| | Enacted Majority-Black BVAP | Proposed Remedial Majority-Black BVAP | Plaintiff Remedial Majority-Black BVAP | Proposed - Enacted Difference BVAP | Plaintiff - Enacted Difference BVAP | Enacted Majority-Black Total Pop | Proposed Remedial Majority-Black Total Pop | Plaintiff Remedial Majority-Black Total Pop | Proposed - Enacted Difference Total | Plaintiff - Enacted Difference Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Non-Vote Dilution Area** | 791,637 | 887,137 | 791,637 | 95,500 | 0 | 1,721,488 | 2,103,757 | 1,721,488 | 382,269 | 0 |
| **Vote Dilution Area** | 505,683 | 508,623 | 593,718 | 2,940 | 88,035 | 959170 | 961,543 | 1,337,233 | 2,373 | 378,063 |

## Population Change in Vote-Dilution Area (House)

| | Enacted Majority-Black BVAP | Proposed Remedial Majority-Black BVAP | Plaintiff Remedial Majority-Black BVAP | Proposed - Enacted Difference BVAP | Plaintiff - Enacted Difference BVAP | Enacted Majority-Black Total Pop | Proposed Remedial Majority-Black Total Pop | Plaintiff Remedial Majority-Black Total Pop | Proposed - Enacted Difference Total | Plaintiff - Enacted Difference Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Non-Vote Dilution Area** | 1,273,607 | 1,309,324 | 1,293,620 | 35,717 | 20,013 | 2,678,788 | 2,839,028 | 2,741,410 | 160,240 | 62,622 |
| **Macon Vote Dilution Area** | 54,737 | 82,433 | 84,369 | 27,696 | 29,632 | 119,077 | 201,075 | 203,554 | 81,998 | 84,477 |
| **South Metro Vote Dilution Area** | 31,904 | 47,651 | 57,556 | 15,747 | 25,652 | 59,044 | 100,038 | 149,584 | 40,994 | 90,540 |
| **West Metro Vote Dilution Area** | 33,762 | 36,423 | 47,339 | 2,661 | 13,577 | 59,302 | 70,555 | 118,288 | 11,253 | 58,986 |