UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia.<br><br>    *Defendant*. | Case No. 1:21-CV-05337-SCJ |

## ORDER ON PLAINTIFFS' MOTION PERMITTING ELECTRONIC EQUIPMENT IN THE COURTROOM FOR REMEDIAL HEARING

THIS MATTER comes before this Court on Plaintiffs' Motion Permitting Electronic Equipment in the Courtroom for the Remedial Hearing.

**IT IS HEREBY ORDERED** that*:

1.    On behalf of Plaintiffs, the following individuals have permission to enter the courthouse building with laptops, external hard drives, mice,

1

presentation remotes, adapters, tech table, hdmi signal switch, and related peripherals: Ari J. Savitzky; Rahul Garabadu; Cory Isaacson; Juan M. Ruiz Toro.

2. Proper identification will be required upon entering the security station. This Order shall be effective for December 20th, 2023.

SO ORDERED this the 18th day of December, 2023.

                s/Steve C. Jones
                STEVE C. JONES
                UNITED STATES DISTRICT JUDGE

**\*The prohibition pursuant to Administrative Order No. 23-08 on cellular phones and other electronic devices with camera or other recording technology remains in full force and effect for all persons, including counsel and parties.**