IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC., *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Secretary of State of Georgia,<br><br>    *Defendant*. | CIVIL ACTION FILE<br>NO. 1:21-CV-5337-SCJ |
| COAKLEY PENDERGRASS, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State,<br><br>    *Defendant*. | CIVIL ACTION FILE<br>NO. 1:21-CV-5339-SCJ |
| ANNIE LOIS GRANT, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State<br><br>    *Defendant*. | CIVIL ACTION FILE<br>NO. 1:22-CV-122-SCJ |

### ORDER GRANTING DEFENDANT'S MOTION FOR USE OF ELECTRONIC EQUIPMENT DURING REMEDIAL HEARING

At motion of the Defendant in the above-styled actions, it is hereby

**ORDERED** that attending counsel Bryan P. Tyson, Bryan F. Jacoutot, and

Diane F. LaRoss, may bring and use the following electronic equipment in

conjunction with a hearing scheduled to begin at 9:00am on Wednesday December 20, 2023**\*:**

- 3 laptop computers with laptop power cords and built-in (non-removable) cameras;
- 3 tablet devices (Apple iPad or Microsoft Surface tablets)
- Connecting hardware and dongles for purposes of presenting on the above devices to the Court (i.e. Lightning to USB connection cables and HDMI cables)

Said equipment shall be subject to inspection. Proper identification will be required upon entering the security station on the Plaza or Lower Plaza Level.

**IT IS SO ORDERED** this 18th day of December, 2023

        s/Steve C. Jones
        THE HONORABLE STEVE C. JONES
        UNITED STATES DISTRICT JUDGE

**\*The prohibition pursuant to Administrative Order No. 23-08 on cellular phones and other electronic devices with camera or other recording technology remains in full force and effect for all persons, including counsel and parties.**