UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

1:21-cv-5337-SCJ

Alpha Phi Alpha Fraternity, Inc. et al v. Brad Raffensperger

1:21-cv-5339-SCJ

Coakley Pendergrass et al v. Brad Raffensperger, et al

1:22-cv-00122-SCJ

Annie Lois Grant et al v. Brad Raffensperger et al

Honorable Steve C. Jones

---

Minute Sheet for proceedings held 12/20/2023.

TIME COURT COMMENCED: 9:25 A.M.
TIME COURT CONCLUDED: 2:55 P.M.
TIME IN COURT: 5:30                     COURT REPORTER: V. Zborowski &
                                                         P. Coudriet
OFFICE LOCATION: Atlanta                DEPUTY CLERK: Pamela Wright


ATTORNEYS PRESENT:          BRYAN TYSON, BRYAN JACOUTOT, DIANNE
                            LAROSS, FRANK STRICKLAND, and DONALD
                            BOYLE representing Defendants

                            ARI SAVITZKY, JUAN RUIS TORO, RAHUL
                            GARABADU, MICHAEL JONES, ABHA KHANNA,
                            ADAM SPARKS representing Plaintiffs

PROCEEDING CATEGORY:        EVIDENTIARY HEARING


MINUTE TEXT:
Evidentiary hearing held pursuant to the Court's Order of 12/06/2023 regarding the remedial phase of these proceedings following the anticipated enactment of remedial state legislative and congressional plans by the Georgia General Assembly. The Court heard oral argument from counsel. Gina Wright called by Defendants, sworn and testified. These matters were taken under advisement by the Court, with ruling by written order to follow in due

course.

HEARING STATUS:              Hearing concluded.