| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | GANDdb_efile_Appeals_Clerk |
| **Subject:** | 23-13914-AA Alpha Phi Alpha Fraternity, Inc., et al v. Secretary, State of Georgia "Record/Documents Requested from District Court" (1:21-cv-05337-SCJ) |
| **Date:** | Thursday, February 15, 2024 8:07:27 AM |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

## United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was filed on 02/15/2024

  **Case Name:**     Alpha Phi Alpha Fraternity, Inc., et al v. Secretary, State of Georgia
  **Case Number:**   23-13914

**Docket Text:**
USDC Clerk is requested to forward the following documents to our court: FRAP 11 completed, please forward all items not available electronically: EXHIBITS AUDIO/VIDEO (Plaintiff's Exh. 1) w/ DE# 359. Any exhibits identified in 11th Cir. R. 11-3, such as child pornography, should not be transmitted. Please notify the Clerk's Office of any exhibits which are not transmitted to the Court of Appeals. [23-13914, 23-13916, 23-13921]

**Notice will be electronically mailed to:**

Clerk - Northern District of Georgia, Clerk of Court