# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13914

_____

ALPHA PHI ALPHA FRATERNITY, INC.,
a nonprofit organization on behalf of members residing in Georgia,
SIXTH DISTRICT OF THE AFRICAN
METHODIST EPISCOPAL CHURCH,
a Georgia nonprofit organization,
ERIC T. WOODS,
KATIE BAILEY GLENN,
PHIL BROWN, et al.,

                                                                                Plaintiffs-Appellees,

UNITED STATES OF AMERICA,

                                                                               Intervenor-Appellee,

*versus*

2                         Order of the Court                         23-13914

SECRETARY, STATE OF GEORGIA,
in his official capacity,

                                                    Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-05337-SCJ

_____

_____

No. 23-13916

_____

COAKLEY PENDERGRASS,
TRIANA ARNOLD JAMES,
ELLIOTT HENNINGTON,
ROBERT RICHARDS,
JENS RUECKERT, et al.,

                                                    Plaintiffs-Appellees,

23-13914 Order of the Court 3

*versus*

SECRETARY, STATE OF GEORGIA,

Defendant-Appellant,

ACTING CHAIR OF THE STATE ELECTION BOARD, et al.,

Defendants.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-05339-SCJ

_____

_____

No. 23-13921

_____

ANNIE LOIS GRANT,
QUENTIN T. HOWELL,
ELROY TOLBERT,

4                      Order of the Court                      23-13914

THERON BROWN,
TRIANA ARNOLD JAMES, et al.,

                                                                                Plaintiffs-Appellees,

UNITED STATES OF AMERICA,

                                                                                Intervenor-Appellee,

*versus*

SECRETARY, STATE OF GEORGIA,

                                                                                Defendant-Appellant,

SARA TINDALL GHAZAL,
in herofficial capacities as member of the
State Election Board, et al.,

                                                                                      Defendants.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-00122-SCJ

_____

ORDER:

23-13914 Order of the Court 5

The motion to withdraw as counsel filed by Michael B. Jones for Plaintiffs-Appellees is GRANTED.

/s/ Nancy G. Abudu
UNITED STATES CIRCUIT JUDGE