# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13914

_____

ALPHA PHI ALPHA FRATERNITY, INC.,
a nonprofit organization on behalf of members residing in Georgia,
SIXTH DISTRICT OF THE AFRICAN
METHODIST EPISCOPAL CHURCH,
a Georgia nonprofit organization,
ERIC T. WOODS,
KATIE BAILEY GLENN,
PHIL BROWN, et al.,

                                        Plaintiffs-Appellees,

UNITED STATES OF AMERICA,

                                        Intervenor-Appellee,

*versus*

2                    Order of the Court                    23-13914

SECRETARY, STATE OF GEORGIA,

in his official capacity,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-05337-SCJ

_____

_____

No. 23-13916

_____

COAKLEY PENDERGRASS,

TRIANA ARNOLD JAMES,

ELLIOTT HENNINGTON,

ROBERT RICHARDS,

JENS RUECKERT, et al.,

                                        Plaintiffs-Appellees,

23-13914                    Order of the Court                    3

*versus*

SECRETARY, STATE OF GEORGIA,

Defendant-Appellant,

ACTING CHAIR OF THE STATE ELECTION BOARD, et al.,

Defendants.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-05339-SCJ

_____

_____

No. 23-13921

_____

ANNIE LOIS GRANT,
QUENTIN T. HOWELL,
ELROY TOLBERT,

4                          Order of the Court                          23-13914

THERON BROWN,

TRIANA ARNOLD JAMES, et al.,

                                                  Plaintiffs-Appellees,

UNITED STATES OF AMERICA,

                                                  Intervenor-Appellee,

*versus*

SECRETARY, STATE OF GEORGIA,

                                                  Defendant-Appellant,

SARA TINDALL GHAZAL,
in herofficial capacities as member of the
State Election Board, et al.,

                                                  Defendants.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-00122-SCJ

_____

ORDER:

23-13914                  Order of the Court                    5

      The motion of the Georgia State Conference of the NAACP, the Georgia Coalition for the People's Agenda, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, League of Women Voters of Georgia, Dr. Cheryl Graves, Dr. Ursula Thomas, Dr. H. Benjamin Williams, Jasmine Bowles, and Brianna Perkins seeking leave to file a brief as *amici curiae* in support of affirmance, which seeks leave to file the brief they attached to their motion and separately docketed in Case No. 23-13914 (DE 92), is GRANTED.


/s/ Britt C. Grant
UNITED STATES CIRCUIT JUDGE