# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10230

_____

ALPHA PHI ALPHA FRATERNITY, INC.,
a nonprofit organization on behalf of members residing in Georgia,
SIXTH DISTRICT OF THE AFRICAN
METHODIST EPISCOPAL CHURCH,
a Georgia nonprofit organization,
ERIC T. WOODS,
KATIE BAILEY GLENN,
PHIL BROWN,
JANICE STEWART,

                              Plaintiffs-Appellants,

*versus*

SECRETARY, STATE OF GEORGIA,

2                  Order of the Court                  24-10230

                                                                 Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-05337-SCJ

_____

ORDER:

The motion to withdraw as counsel filed by Casey Smith for Plaintiffs-Appellants is GRANTED.


/s/ Barbara Lagoa
UNITED STATES CIRCUIT JUDGE