IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia,<br><br>*Defendants*. | Case No. 1:21-CV-05337-SCJ |

## ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY

Having considered the Motion to Withdraw as Attorney as to Casey Smith

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and the Clerk is directed to remove Casey Smith as attorney for Plaintiffs in this case.

**SO ORDERED** this 1st day of October, 2024.

Hon. Steve C. Jones
United States District Judge