# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13914

_____

ALPHA PHI ALPHA FRATERNITY, INC.,
a nonprofit organization on behalf of members residing in Georgia,
SIXTH DISTRICT OF THE AFRICAN
METHODIST EPISCOPAL CHURCH,
a Georgia nonprofit organization,
ERIC T. WOODS,
KENNETH GLENN,
PHIL BROWN, et al.,

                                                    Plaintiffs-Appellees,

UNITED STATES OF AMERICA,

                                                    Intervenor-Appellee,

*versus*

2                          Order of the Court                        23-13914

SECRETARY, STATE OF GEORGIA,
in his official capacity,

                                                                     Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-05337-SCJ

_____

_____

No. 23-13916

_____

COAKLEY PENDERGRASS,
TRIANA ARNOLD JAMES,
ELLIOTT HENNINGTON,
ROBERT RICHARDS,
JENS RUECKERT, et al.,

                                                                    Plaintiffs-Appellees,

23-13914                    Order of the Court                    3

*versus*

SECRETARY, STATE OF GEORGIA,

                                              Defendant-Appellant,

ACTING CHAIR OF THE STATE ELECTION BOARD, et al.,

                                              Defendants.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-05339-SCJ

_____

_____

No. 23-13921

_____

ANNIE LOIS GRANT,
QUENTIN T. HOWELL,
ELROY TOLBERT,

4                              Order of the Court                           23-13914

THERON BROWN,
TRIANA ARNOLD JAMES, et al.,

                                                               Plaintiffs-Appellees,

UNITED STATES OF AMERICA,

                                                               Intervenor-Appellee,

*versus*

SECRETARY, STATE OF GEORGIA,

                                                               Defendant-Appellant,

SARA TINDALL GHAZAL,
in herofficial capacities as member of the
State Election Board, et al.,

                                                                             Defendants.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-00122-SCJ

_____

ORDER:

23-13914                Order of the Court                5

The motion to withdraw as counsel filed by Erin H. Flynn is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION