# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13914

_____

ALPHA PHI ALPHA FRATERNITY, INC.,
  a nonprofit organization on behalf of members residing in Georgia,
SIXTH DISTRICT OF THE AFRICAN
METHODIST EPISCOPAL CHURCH,
  a Georgia nonprofit organization,
ERIC T. WOODS,
KENNETH GLENN,
PHIL BROWN, et al.,

                              *Plaintiffs-Appellees,*

UNITED STATES OF AMERICA,

                              *Intervenor-Appellee,*

versus

SECRETARY, STATE OF GEORGIA,
  in his official capacity,

                              *Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-05337-SCJ

_____

2      Order of the Court      23-13914

_____

No. 23-13916
_____

COAKLEY PENDERGRASS,
TRIANA ARNOLD JAMES,
ELLIOTT HENNINGTON,
ROBERT RICHARDS,
JENS RUECKERT, et al.,

*Plaintiffs-Appellees,*

versus

SECRETARY, STATE OF GEORGIA,

*Defendant-Appellant,*

ACTING CHAIR OF THE STATE ELECTION BOARD, et al.,

*Defendants.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-05339-SCJ
_____

_____

No. 23-13921
_____

ANNIE LOIS GRANT,
QUENTIN T. HOWELL,
ELROY TOLBERT,
THERON BROWN,
TRIANA ARNOLD JAMES, et al.,

*Plaintiffs-Appellees,*

Case 1:21-cv-05337-SCJ   Document 426   Filed 02/05/26   Page 3 of 3
USCA11 Case: 23-13914   Document: 174   Date Filed: 02/05/2026   Page: 3 of 3

23-13914                    Order of the Court                    3

UNITED STATES OF AMERICA,

                                                    *Intervenor-Appellee,*

*versus*

SECRETARY, STATE OF GEORGIA,

                                                    *Defendant-Appellant,*

SARA TINDALL GHAZAL,
   in her official capacities as member of the
   State Election Board, et al.,

                                                    *Defendants.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-00122-SCJ

_____

ORDER:

The motion to withdraw as counsel filed by Yurij Rudensky is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION